IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PRISON LEGAL NEWS ) )  Plaintiff, ) ) v. ) ) HARLEY G. LAPPIN, DIRECTOR, FEDERAL ) BUREAU OF PRISONS ) ) Defendant. ) | Civil Action No. 05-1812 (RBW) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a Enlargement of Time to and including November 21, 2005 to answer or respond to the Complaint. Plaintiff's counsel does not oppose this Motion.

The Agency Counsel assigned to this case is currently out of the office assisting the Federal Emergency Management Agency with matters from recent hurricanes Katrina and Rita. She is not expected back into the office until the week of October 24, 2005. The time to answer or respond to the Complaint is October 19, 2005. The additional time is requested so that counsel may complete the discussions and coordination with the agency for submission of defendant's response.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including November 21, 2005 to answer or respond to the Complaint.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224