IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PRISON LEGAL NEWS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY G. LAPPIN, DIRECTOR, FEDERAL )<br>BUREAU OF PRISONS )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1812 (RBW) |

**DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME**

    Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a Further Enlargement of Time to and including November 30, 2005 to answer or respond to the Complaint. Plaintiff's counsel does not oppose this Motion.

    The Agency Counsel assigned to this case returned to the office on October 31, 2005. Since that time, she has been out of the office for a period of time, including November 14-15, 2005. Due to this unavailability of Agency Counsel, counsel will be unable to complete the discussions and coordination with Agency Counsel for the filing of defendant's answer or response to the Complaint by November 21, 2005.

    This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

    Accordingly, it is respectfully requested that defendant shall have up to and including November 30, 2005 to answer or respond to the Complaint.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224