UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARLEY G. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS,<br><br>　　　　　Defendant. | Civil Action No. 05-1812 (RBW) |

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to Fed. R. Civ. P. 56(e) and Local Rule 7.1(h), defendants respectfully submit the following Statement of Material Facts Not in Dispute.

1. On August 15, 2003, the Federal Bureau of Prisons (BOP), FOIA/PA Section received a request submitted on behalf of the Prison Legal News (PLN). This request generally sought copies of all documents showing all money paid by the Bureau of Prisons for lawsuits and claims against it from the dates of January 1, 1996 through and including July 31, 2003. Declaration of Ruthlee Gowins, (Gowins Decl. ¶ 2), Exhibit A, PLN's August 6, 2003 Request Letter.

2. In addition to the request for documents and information, a fee waiver was requested. As a basis for the fee waiver, the requester averred that PLN was a non profit organization that produces a monthly legal and political journal with 3,400 subscribers. In further support of the request, they alleged that the release would provide the public with a better understanding of how the nation's prison system is run and managed. Gowins Decl. ¶ 3.

3. The BOP denied the request for a fee waiver after determining that the requester had not

sufficiently described how the release would serve the public interest. The response letter from the BOP also included a summary of the cost associated with the request and relevant appeal rights. BOP's September 9, 2003 Response. Gowins Decl. ¶ 4, Exhibit B,

4. To date, PLN has not paid any of the fees associated with the request nor did they narrow the scope of requested records. However, PLN did appeal the denial of the fee waiver on October 20, 2003, to the United States Department of Justice Office of Information and Privacy. Gowins Decl. ¶ 5, Exhibit C, PLN's October 20, 2003 appeal.

5. On May 23, 2005, OIP denied PLN's request and concluded that PLN had failed to demonstrate that it had "the intent and the ability to disseminate the requested records to the general public" and that the requested records are "publically available." Gowins Decl. ¶ 6, Exhibit D, OIP's May 23, 2005 Appeal denial.

6. OIP determined that PLN did not have the ability to disseminate the requested information to the general public. Specially, OIP found that despite assertions that PLN has published a monthly newsletter since 1990, a review of the cited website did not support the assertion. OIP found this was an indication that the viability of the PLN publication had not been demonstrated. Gowins Decl. ¶ 7 Exhibit D, OIP's May 23, 2005 Appeal Denial.

7. As of November 30, 2005, the entrance to the PLN webpage indicated that only 226,202 visitors had visited the site to date. Exhibit E, November 16, 2005 screen shot on PLN website.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar No. 171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. Bar No. 278515
Assistant United States Attorney
555 4th Street N. W.
Washington, D.C. 20530
(202) 514-7224

OF COUNSEL:
Wanda Hunt
Chief FOIA/PA Section
Federal Bureau of Prisons