UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News            )
                             )
         Plaintiff,          )
                             )
     v.                      ) Case Number: 1:05-cv-01812-RBW
                             )
Harley g. Lappin,            )
                             )
         Defendant.          )
                             )

**DECLARATION OF RUTHLEE GOWINS**

1. I, Ruthlee Gowins, do hereby declare and state the following:

I am a Paralegal Specialist for the Federal Bureau of Prisons (Bureau), Freedom of Information Act/Privacy Act (FOIA/PA) Section, in the Bureau's Central Office. In this position, I have access to the records of requests made pursuant to the FOIA/PA. I base this declaration on the research I conducted on the PLN's request.

2. On August 15, 2003, the Federal Bureau of Prisons (BOP), FOIA/PA Section received a request submitted on behalf of the Prison Legal News (PLN). This request generally sought copies of all documents showing all money paid by the Bureau of Prisons for lawsuits and claims against it from the dates of January 1, 1996 through and including July 31, 2003. A true and correct copy of the

August 6, 2003, FOIA request submitted by PLN, is attached.

3. In addition to the request for documents and information, a fee waiver was requested. As a basis for the fee waiver, the requester averred that PLN was a non profit organization that produces a monthly legal and political journal with 3,400 subscribers. In further support of the request, they alleged that the release would provide the public with a better understanding of how the nation's prison system is run and managed. See August 6, 2003, FOIA request.

4. The BOP denied the request for a fee waiver after determining that the requester had not sufficiently described how the release would serve the public interest. The response letter from the BOP also included a summary of the cost associated with the request and relevant appeal rights. A true and correct copy of the September 9, 2003, BOP response to FOIA request is attached.

5. To date, PLN has not paid any of the fees associated with the request nor did they narrow the scope of requested records. However, PLN did appeal the denial of the fee waiver on October 20, 2003, to the United States Department of Justice Office of Information and Privacy. A true and correct copy of PLN's appeal to OIP is attached.

6. On May 23, 2005, the denial of the fee waiver was affirmed. The affirmation

was based on PLN's failure to demonstrate that it had "the intent and the ability to disseminate the requested records to the general public" and that the requested records are "publically available." A true and correct copy of OIP's Appeal denial dated May 23, 2005, is attached.

7. OIP determined that PLN did not have the ability to disseminate the requested information to the general public. Specially, they found that despite assertions that PLN has published a monthly newsletter since 1990, a review of the cited website did not support the assertion. OIP found this was an indication that the viability of the PLN publication had not been demonstrated. See OIP's Appeal denial dated May 23, 2005.

8. PLN asserts 60, 000 unique visitors each month. However, as recently as November 16, 2005, the entrance page to the site indicates only 23,895 visitors to date. See attached web printouts.

Pursuant to Title 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 29 day of NOV, 2005.

Ruthlee Gowins
Paralegal Specialist
Federal Bureau of Prisons