# EXHIBIT A

Case 1:05-cv-01812-RBW     Document 6-4     Filed 11/30/2005     Page 1 of 3

03-08557

# PRISON LEGAL NEWS
### Working to Extend Democracy to All

2400 NW 80th Street PMB #148, Seattle WA 98117   (206) 781-6524   www.prisonlegalnews.org

August 6, 2003

RECEIVED

AUG 1 5 2003

Kathleen Hawk Sawyer, Director
Federal Bureau of Prisons
320 First St NW
Washington, DC 20534

FOIA/PA SECTION
FEDERAL BUREAU OF PRISONS

RE: FOIA Request

Dear Ms. Sawyer:

This is a request for documents pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. I am requesting a copy of all documents showing all money paid by the Bureau of Prisons (BOP) for lawsuits and claims against it. This is all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003. I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award. I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim.

I wish to clarify that I am seeking this information for all lawsuits and claims where the BOP has paid money damages and/or attorney fees to litigants or claimants, this includes prisoners, employees, contractors, crime victims, etc. The only information category I wish to exclude from this FOIA request is information pertaining to lost or damaged property claims by prisoners. Do not provide that information.

On behalf of Prison Legal News (PLN) I am requesting a fee waiver in both the processing of this request and the provision of copies of the relevant documents. I am providing you with the following information to confirm that PLN both qualifies and should be provided with a fee waiver under the FOIA.

PLN is a § 501[c](3) non profit organization. We are a serious legal and political journal that reports on news and litigation involving detention facilities. We have published monthly since 1990 and currently have around 3,400 subscribers in all 50 states. We stimate our actual readership to in the range of 18,000 people. We believe that the requested documents will shed light on the operations of the BOP and help provide the public with a better understanding of how the nation's prison system is run and managed since damage verdicts and settlements are an important means of measuring respect for constitutional rights within penal facilities. Moreover, the payout of government money is a strong indicator to tax payers of how government facilities are operated. The information requested is plainly related to the operations and activities of the BOP.

PLN will analyze and distributes this information in our print magazine as well as on our website at www.prisonlegalnews.org which receives more than 60,000 unique visitors each month. Our charter mission is to educate the public about conditions of confinement in American prisons and the effects of mass imprisonment. Successful litigation activity by prisoners, employees and other claimants highlights

Kathleen Hawk Sawyer
August 6, 2003
Page 2

shortcomings within the penal system and can help propel reform and progressive change. PLN will be analyzing and publishing the results of this FOIA request in our print journal and on our website.

This information will significantly contribute to the public's understanding of BOP operations and activities. How the BOP operates its prisons on behalf of the nation's citizens and taxpayers and how it manages its liability are issues of important public interest and to our knowledge have not been reported on in any other journalistic venue.

PLN has no commercial interest in this request. We are a non profit organization. We will not sell the documents requested to any other party nor will we realize any profit or income as a result of receiving the documents at issue in this FOIA request. Our sole purpose in making this request is journalistic to further educate the public about the operation of the nation's federal prison system. I will note that PLN makes frequent requests for this and similar information from state prison systems and other government agencies and at no point have we ever realized any commercial gain from our public records requests. No commercial interest outweighs the public interest in disclosing the requested information.

PLN is a small, under funded non profit organization. We cannot afford to pay any significant copying or search fees to satisfy our FOIA request. However, Congress has provided fee waivers so that small, non profit media like PLN are not shut out from government focused journalism due to our non commercial nature. It would be perverse indeed if deep pocket, commercial publications could access this information while a non profit, political and legal journal like PLN cannot due to our very non profit nature.

I am requesting that all search and copying fees associated with this request by waived as allowed under the FOIA and that all the requested documents be promptly forward to PLN.

Thank you for your time and attention in this matter. I look forward to your reply. If you have any questions or need any additional information either to process this FOIA request or to better evaluate our request for a fee/copying waiver, please do not hesitate to contact me at the above address.

Sincerely,

Don Miniken.
Executive Director