# EXHIBIT E

# Prison Legal News

Place Mouse Over to Stop

Prison Legal News (PLN) is an independent, 48 page magazine which has published monthly since 1990 and which reports on the h prisoners primarily in United States detention facilities but also of prisoners around the world. PLN has the most comprehensive cov facility litigation of any publication. In addition to reporting on the rights of prisoners, PLN also reports on the rights of crime victim employees and prison and jail visitors.

PLN's subscribers include lawyers, judges, prisoners, family members of prisoners, academics, journalists, prison and jail officials, l universities, students, legislators and many others.

This website is the most comprehensive and complete compendium of information related to prison and jail litigation and news in tl members gain access to all back issues of PLN in a searchable, indexed database as well as PDF copies of all issues as they appeare addition to news articles, members also gain access to full text copies of the court decisions we have reported. PLN members also g

Members ▸ Join PLN Website    Visitors

026202 Visitors to Date

PLN Forum is Copyright © 2005 PLN. All Rights Reserved.

