UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Prison Legal News ,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**Harley G. Lappin, Director**<br>**FEDERAL BUREAU OF PRISONS,**<br><br>    **Defendant.** | **Civil Action No. 05-1812 (RBW)**<br><br>**FOIA complaint filed 9/13/2005** |

### CONSENT MOTION TO EXTEND DEADLINES
### FOR PLAINTIFF'S SUMMARY JUDGMENT OPPOSITION
### AND DEFENDANT'S REPLY

   Plaintiff Prison Legal News, through Counsel, respectfully requests this Court extend by two weeks the due date of its Opposition to Defendant's Motion for Summary Judgment up to and including December 23, 2005. Plaintiff also requests the deadline for reply to plaintiff's summary judgment opposition be extended to January 11, 2006.

   Counsel for Defendant has been consulted, and consents to this request.

   Plaintiff's Counsel cites the need for this extension due to holiday schedules, a heavy caseload of other briefs and summary judgment oppositions, and the recent open heart surgery of one of Plaintiff's attorneys. A proposed Order accompanies this motion.

                                        Respectfully submitted,

December 7, 2005                         /s/
                                        Edward J. Elder (#460588)
                                        James R. Klimaski (#243543)
                                        Klimaski & Associates, P.C.
                                        1819 L Street NW – Suite 700
                                        Washington DC  20036-3830
                                        202-296-5600

                                        *Counsel for Prison Legal News*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Prison Legal News ,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Harley G. Lappin, Director**<br>**FEDERAL BUREAU OF PRISONS,**<br><br>**Defendant.** | **Civil Action No. 05-1812 (RBW)**<br><br>**FOIA complaint filed 9/13/2005** |

## **ORDER**

Upon consideration of the Plaintiff's motion to extend the filing deadlines for plaintiff's summary judgment opposition, and defendant's reply to that opposition, it is hereby

**ORDERED** that plaintiff's summary judgment opposition shall be filed by December 23, 2005. It is further

**ORDERED** that defendant's reply to plaintiff's summary judgment opposition shall be filed by January 11, 2006.

_____   _____
Date                                           Reggie B. Walton
                                                    United States District Judge


Copies to Counsel via
the Court's CM-ECF notification system.