**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Prison Legal News ,**

    **Plaintiff,**

        **v.**

**Harley G. Lappin, Director**
**FEDERAL BUREAU OF PRISONS,**

    **Defendant.**

**Civil Action No. 05-1812 (RBW)**

**FOIA complaint filed 9/13/2005**

## MOTION  TO  EXTEND  DEADLINE
## FOR  PLAINTIFF'S SUMMARY JUDGMENT OPPOSITION

    Plaintiff Prison Legal News, through Counsel, respectfully requests this Court extend by one week the due date of its Opposition to Defendant's Motion for Summary Judgment up to and including December 30, 2005.

    Plaintiff's counsel attempted to contact counsel for Defendant, but was unable to do so.

    Plaintiff's Counsel cites the need for this extension due to holiday schedules, the sudden illness of his mother-in-law, and the continuing recuperation of one of Plaintiff's firm's attorneys from open heart surgery.  A proposed Order accompanies this motion.

Respectfully submitted,

December 22, 2005

_____/s/_____
Edward J. Elder (#460588)
James R. Klimaski (#243543)
Klimaski & Associates, P.C.
1819 L Street NW – Suite 700
Washington DC  20036-3830
202-296-5600

*Counsel for Prison Legal News*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Prison Legal News ,**

     **Plaintiff,**

       **v.**

**Harley G. Lappin, Director**
**FEDERAL BUREAU OF PRISONS,**

     **Defendant.**

**Civil Action No. 05-1812 (RBW)**

**FOIA complaint filed 9/13/2005**

### ORDER

Upon consideration of the Plaintiff's motion to extend the deadlines for plaintiff's summary judgment opposition, it is hereby

**ORDERED** that plaintiff's summary judgment opposition shall be filed by December 30, 2005.

_____
Date

_____
Reggie B. Walton
United States District Judge

Copies to Counsel via
the Court's CM-ECF notification system.