*Exhibit 2*



U.S. Department of Justice

Federal Bureau of Prisons

RECEIVED
SEP 16 2003
Prison Legal News

SEP 9 2003

Washington, DC 20534

Prison Legal News
2400 NW 80th Street, PMB # 148
Seattle WA 98117
Attn: Don Miniken

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street, N.W.
Room 844, HOLC Building
Washington, DC  20534

Request No. 2003-08557

Dear Mr. Miniken:

    This is in reply to your recent Freedom of Information Act request. Specifically, you request a copy of all documents showing all money paid by the Bureau of Prisons (BOP) for lawsuits and claims against it. You want this request to include all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003. You also request the a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award. You further request a copy of the complaint (if it was a lawsuit) or claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim. Lastly, you request a fee waiver.

    The statutory test for evaluating fee waiver requests is whether the release of the information "is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester," in which event a fee waiver or reduction is required by law. 5 U.S.C. §552(a)(4)(A)(iii).

    The six factors used in my determination as to whether a sufficient contribution to public understanding of government operations or activities would result from disclosure, so as to warrant the granting of a fee waiver are as follows:  1) whether the subject of the requested records concerns "the operations or activities of the government"; 2) whether the disclosure is "likely to contribute" to an understanding of government operations or activities; 3) whether disclosure of the requested information will contribute to the understanding of the general public at large; 4) whether the disclosure is likely to contribute "significantly" to public understanding of government operations or activities; 5) whether the requester has a commercial interest that would be furthered by the requested

Request No. 2003-08557
Page # 2

disclosure; and 6) whether any such commercial interest outweighs the public interest in disclosure.

After a carful review of your request, we have determined that your request does not meet the threshold for this office to grant you a fee waiver. You did not explain how this information would be of public interest. Therefore, your request for a fee is denied.

After a careful review of your request, we have determined that your request would entail a lengthy search. Each BOP Region and the Central Office will be required to hand search their indices for the requested information. It is estimated that the search of these Offices will entail approximately 250 hours.

In accordance with 28 C.F.R. §16.11(c)(1)(ii), the cost for staff time involved in the search of this information is assessed at $7.00 per quarter hour for 250 hours for search fees. However, you will be given the first two hours free of charge. Therefore, you will be charged $7.00 per quarter hour for 248 hours. The fee for search and review of this information is estimated to be $6,944.00. This cost does not include the duplication cost.

Without searching for the requested information, we do not know how many documents the BOP has that are responsive to your request. If documents are found, you will be charged ten cents per page after the first one-hundred pages. Therefore, the cost for duplication cannot be determined at this time.

The cost of processing your request is assessed at $6,944.00. If you are willing to pay the fees associated with the duplication of this information, please advise this office in writing at the address above. Also, if you determine that the processing fees are too costly, you may reformulate your request to reduce your cost. Please be advised that your request will not be considered as received until we hear from you. Please reference Request No. 2003-08557 in future correspondence.

Pursuant to Title 28, C.F.R., Section 16.9, you may appeal the fee waiver denial to the Attorney General by filing a written

Request No. 2003-08557
Page # 3

appeal within sixty days of the receipt of this letter. The appeal should be addressed to the Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530. Both the envelope and the letter of appeal itself must be clearly marked "Freedom of Information Act Appeal."

Sincerely,

*D. Hawkins for*

Wanda M. Hunt
Chief, FOIA/PA Section