*Exhibit 7*

Case 1:05-cv-01812-RBW    Document 9-7    Filed 12/30/2005    Page 1 of 3

## PLN Printed Issues by Year

**1990**

May
June
July
August
September
October
November
December

**1991**
January
February
March
April
May
June
July
August
September
October
November
December

**1992**
January
February
March
April
May
June
July
August
September
October
November
December

**1993**
January
February
March
April
May
June
July
August
September
October
November
December

**1994**
January
February
March
April
May
June
July
August
September
October
November
December

**1995**
January
February
March
April
May
June
July
August
September
October
November
December

**1996**
January
February
March
April
May
June
July
August
September
October
November
December

**1997**
January
February
March
April
May
June
July
August
September
October
November
December

**1998**
January
February
March
April
May
June
July
August
September
October
November
December

**1999**
January
February
March
April
May
June
July
August
September
October
November
December

**2000**
January
February
March
April
May
June
July
August
September
October
November
December

**2001**
January
February
March
April
May
June
July
August
September
October
November
December

**2002**
January
February
March
April
May
June
July
August
September
October
November
December

**2003**
January
February
March
April
May
June
July
August
September
October
November
December

**2004**
January
February
March
April
May
June
July
August
September
October
November
December

**2005**
January
February
March
April
May
**June**
**July**
**August**
September
October
November
December