# Fred Cohen Affidavit

# with C.V.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

v.

Harley G. Lappin, Director
FEDERAL BUREAU OF PRISONS,

    Defendant.

Civil Action No. 05-1812 (RBW)

## AFFIDAVIT OF FRED COHEN

Fred Cohen, a competent adult over the age of 18 years old, makes this his Affidavit and states as follows:

1. I am Executive Editor for Correctional Law Reporter, a monthly newsletter focusing on legal issues of interest to prison administrators and jail managers. I am also a founder of this newsletter's publisher, the Civic Research Institute.

2. I have also worked in numerous positions and published widely in the corrections field. My curriculum vitae is attached.

3. I have subscribed to Prison Legal News (PLN) since its initial publication. PLN is one of only three journals devoted exclusively to detention facility litigation in the United States.

4. PLN is considered a valuable resource among people, like myself, who focus on corrections management and often provides readers with information not otherwise or easily available to persons like myself.

5. I have reviewed PLN's August 6, 2003, Freedom of Information Act request. My experience has shown me that litigation can and often does disclose instances of poor management at detention facilities. The documents requested by PLN would enable a reporter to determine which facilities deserve further investigation for possible misconduct, civil rights violations against inmates or employees, or poor management practices and, further, enable scholars and analysts to know much more about litigation trends and results.

6. In my experience most of the information requested, such as the settlements of lawsuits, and all information on administrative claims, would not be available from any public source other than the Bureau of Prisons

(BOP). Legal identifying information should be readily available through BOP reports. Information on verdicts and lawsuit complaints should also be available from the BOP.

I, FRED COHEN, DECLARE, UNDER PENALTIES OF PERJURY, THAT THE FOREGOING STATEMENTS IN THIS AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, RECOLLECTION AND BELIEF.

Executed on ____12/26____, 2005.

Signed: _____
Fred Cohen

Notary Public State of Arizona
Pima County
Nancy A Ezzo
Expires April 26, 2006

Nancy Ezzo
12-26-2005

# FRED COHEN

## CURRICULUM VITAE

9771 E. Vista Montanas
Tucson, Arizona 85749
(520) 760-1143
(520) 760-1149 (Fax)
E-mail: FredLaw97@aol.com

*DEGREES*

> B.S. in Political Science - Temple University, 1957
> LL.B. - Temple University Law School, 1960
> LL.M. - Yale University Law School, 1961
> Post-Doctoral Study, University of Wisconsin Law School, 1963

*PROFESSIONAL CAREER: SYNOPSIS*

Practiced law in Philadelphia, Pennsylvania briefly. Assistant Professor of Law at Denver University Law Center, 1961-63. Associate Professor of Law at the University of Texas beginning in 1963, teaching Criminal Law, Criminal Corrections, Criminal Procedure and Constitutional Law. Became Full Professor in 1966.

Professor Emeritus of Law and Criminal Justice, State University of New York, The University at Albany, School of Criminal Justice and Adjunct Professor of Law, University of Arizona, College of Law.

Court Appointed Monitor: *Dunn v. Voinovich,* involving Mental Health Services in Ohio's prisons June 1995 – June 2000; Contract Monitor, 2002 – present.

Consultant to Ohio's Department of Youth Services regarding the treatment of female juveniles at Scioto Juvenile Correctional Facility, March 2004 – Present.

Team Leader of the Medical Investigation Team studying medical care in Ohio's prisons, April 2004 – Present.

Litigation Consultant on correctional mental health to the states of Michigan, Utah, Pennsylvania, Vermont, Alabama, and Ohio.

Former Editor of the Criminal Law Bulletin (until 2004). Executive Editor of Correctional Law Reporter, Juvenile Correctional Mental Health Report, and the Correctional Mental Health Report.

Lecturer: National Institute of Corrections.

<u>Academic</u>

Visiting Professor of Criminal Justice, State University of New York, The University at Albany, School of Criminal Justice, 1967-68; taught a course entitled, "Mental Illness and the Law" in the Graduate School of Social Welfare.

Instructor, Regional Heber Smith Training Program (O.E.O.), University of Pennsylvania Law School, August, 1969.

Visiting Adjunct Professor of Law at New York University Law School and Associate Director, Juvenile Justice Standards Project, Institute for Judicial Administration, 1974-75.

Ida Beam Distinguished Visiting Professor of Law, University of Iowa Law School, 1978-79.

Visiting Professor, University of Arizona College of Law, Fall Semester, 1981. Taught Criminal Procedure and the Law of Deprivation of Liberty.

Visiting Professor, University of Puerto Rico Law School, intercession (short course on correctional law, January, 1991).

Lecturer, National Academy of Corrections, Boulder, Colorado, 1984-1990. Subjects: Sex Offenders and the Law, Correctional Law, Death Row and Conditions of Confinement.

Lecturer, New York State Correctional Academy, Albany, New York.

Visiting Professor, Loyola Law School (Los Angeles), Spring semester, 1995.

Adjunct Professor, University of Arizona College of Law, 1996

**Non-Academic**:

Founder and Advisor, Member of Board of Directors, Civic Research Institute, Inc., 1990-present.

Past Chairman, A.C.A. Committee on Correctional Mental Health

Consultant, Michigan, Vermont, Ohio and Pennsylvania Departments of Corrections on Legal Issues and Mental Health; litigation advisor.

Instructor, New York State Department of Correctional Services, Correction Academy (10 years)
Frequent lecturer at the National Academy of Corrections on Law and Corrections, sex offenders and the Law.

Consultant, National Institute of Corrections on Legal Issues and the Mentally Disordered
    Offender, Legal Issues in the Treatment of Sex Offenders, Conditions on Death Row
Consultant, Utah Department of Corrections on Legal Issues and Mental Health Services;
    negotiated settlement of lawsuit (1991-1993)
Consultant to the Attorney General of Michigan on Legal Issues and Mental Health Services for
    Inmates (1990)
Special Counsel, New York State Division for Youth, Summer, 1976.
Consultant, A.B.A. Committee on Correctional Facilities and Services Reporter (May, 1973), to
    A.B.A.; I.J.A. Juvenile Justice Standards Project. (See Section B, Publications.)
Consultant, Legal Service, Office of Economic Opportunity, Washington, D.C. Responsible for
    creating and then monitoring a number of legal service programs, including the extensive
    Navajo tribal program.
Consultant, Mental Competency Study, The National Law Center, The George Washington
    University, financed by a grant from The National Institute of Mental Health
Consultant, National Parole Institutes
Consultant, "The Violence Commission"
Consultant, President's Commission on Law Enforcement and the Administration of Justice
    (1966); principle author of Chapter 8, Corrections Task Force Report
Reporter, Committee on Revision of Texas Penal Code (1965-70)
Consultant, National Advisory Commission on Criminal Justice Standards & Goals
Reporter, IJA/ABA, Juvenile Justice Standards Project (Author 1 Volume, Co-Authored 2nd Volume)

*AWARDS*

Sterling Fellowship, Yale University Law School, 1960-61.
Ford Foundation Post-Doctoral Fellow, University of Wisconsin Law School, Summer, 1963.
Gold Star Award, Ohio Department of Rehabilitation and Correction, October, 2000

*PUBLICATIONS*

A.  **Articles and Chapters in Books**

"Insanity and the law: Towards a rational development of criminal responsibility," *DICTA*, Vol. XXXIX, No. 6 (1962).

"Legal scholarship and the criminal law," *Journal of Legal Education*, Vol. 16, No. 3 (1964).

Introduction, Criminal Law Symposium, 43 *Tex. L. Rev.* 271 (1965).

"Law, lawyers and poverty," Observation, 43 *Tex. L. Rev.* 1072 (1965).

"The function of the attorney and the commitment of the mentally ill," 44 *Tex. L. Rev.* 424 (1966). (Reprinted in many publications.)

"Reflections on the revision of the Texas Penal Code," 45 *Tex. L. Rev.* 413(1967).

"Sentencing, probation and the rehabilitative ideal: The view from *Mempa v. Rhay*," 47 *Tex. L. Rev.* 1 (1968). (Reprinted in Hall, Kamisar et al., Modern Criminal Procedure.)

"Toward responsive and responsible legal education," in *Education in the Professional Responsibilities of the Lawyer* 252 (Weckstein, ed., 1970).

"Dangerous humanitarianism: Sick guys and bad guys," *The Humanist* (July-August, 1971).

"A lawyer looks at juvenile justice," 7 *Criminal Law Bulletin* 513, (1971).

"*Morrissey v. Brewer*, Due process and parole revocation," 8 *Criminal Law Bulletin*, 616 (1972).

"The discovery of prison reform," 21 *Buffalo L. Rev.* 855 (1972).

"In search of a model act for prisoner's rights," 1973, *Washington U.L.Q.* 621.

"Abolish parole: Why not?," 46 *N.Y.S. Bar J.* 517 (1974).

"Conversations with a criminal lawyer, 11 *Criminal Law Bulletin* (Sept.-Oct., 1975).

"Advocacy for the mentally retarded citizen," A chapter in *The Mentally Retarded Citizen and the Law* (President's Commission on Mental Retardation, Free Press, 1976).

"Isolation in the juvenile court," A chapter in *Justice for the Child Revisited*, M. Rosenheim, ed., University of Chicago Press, 1976 (with Larry Schultz).

"Juvenile justice: New York's act is hard to follow," *Trial* (Feb. 1977).

"Juvenile offenders: Proportionality v. treatment," A chapter in *Juveniles in Justice* 263, H. Ted Rubin, ed., 1980.

"Probation and parole: Procedural protections, encyclopedia of crime and justice," S. Kadish, ed., Free Press, 1983.

"Criminal responsibility and the elderly offender," A chapter in *Elderly Criminals*, Newman, Newman & Gewirtz, eds., Oelgeschlager, Gunn & Hain, 1984. (Reprinted in the *Criminal Law Bulletin*.)

"Drug testing and corrections," *Criminal Law Bulletin*, June, 1986 (with Kate King).

"The law of prisoner's rights: An overview," 24 *Criminal Law Bulletin* 321 (1988).

"Miranda and police deception in interrogation: A comment on *Illinois v. Perkins*. *Criminal Law Bulletin* (1990). (Reproduced in Kamisar et al., *Modern Criminal Procedure*, 7th ed., West Publications.)

"Liability for custodial suicide: The information base requirements", 4 *Jail Suicide Update*, pp. 1-11 (Summer, 1992).

"A short course on the legal rights and responsibilities of correction officers," *The Keepers' Voice*, Vol. 13, No. 1 (January), 1992, pp. 9-11.

"Inmates with mental disorders: A guide to law and practice", 16 *Mental & Physical Disability Reporter*, pp. 339-345; 462-476 (1992), (with J. Dvoskin).

"Captives' right to mental health care," 17 *Journal of Law & Psychology* 1 (1993).

"The legal context for mental health services," Mental Illness in America's Prisons, National Coalition for the Mentally Ill in the Criminal Justice System, 1993, pp. 25-59.

"Publishing in a proprietary law journal," in *Editors as Gatekeepers* (R. Simon, J. Fyfe, ed's), 1994.

"Therapeutic jurisprudence and corrections: A glimpse," 10 New York Law School J. of Human Rts (with J. Dvoskin). (Reprinted in Law In A Therapeutic Key (Wexler & Winnick, eds, 1996)

"Mental disability and criminal responsibility," in *Choice and Responsibility: Legal and Ethical Dilemmas in Services for Persons With Mental Disabilities* (C. Sundram, ed.), New York State Commission on the Quality of Care for the Mentally Disabled, 1994.

"The criminal justice-correctional process," in *Law, Mental Health, and Mental Disorders* (B. Sales, D. Schuman, ed's), Brooks/Cole Publishing Co., 1996.)

"Legal Issues in the Treatment of Sex Offenders (9 short chapters) in The Sex Offender: Corrections, Treatment, and Legal Practice (Civic Research, 1995); and a 1997 revision.

"Treatment in Jails and Prison" (with Jeffrey Metzner, M.D., Linda Grossman & Robert Wettstein), in Treatment of Offenders with Mental Disorders (ed. R. Wettstein, 1998).

"A Right to Civil Commitment for Pre-Trial Detainees," Vol. 13, No. 2 Mental Health Weekly, pp. 5 (2003).

"Correctional Mental Health Law & Policy: A Primer," lead article in "Mental Health Issues in Correctional Institutions, " 7 U. of D.C. L.Rev. 117 (2003).

"Legal Issues Regarding the Provision of Care in a Correctional Setting," a chapter in *The Clinical Handbook of Correctional Psychiatry*, (with Dr. Joan Gerbasi)(in press).

Newsletter articles. Beginning in 1989, with Correctional Law Reporter, and continuing to the present. There have been literally hundreds of short to medium case analysis and essays published in the newsletters noted at page 6, supra.

## B. Monographs and Books

*Legal Norms in Corrections*, prepared for the President's Commission on Law Enforcement and the Administration of Justice and published as a separate monograph by the Commission, 1967).

*The Legal Challenge to Corrections: An Analysis and Implications for Correctional Manpower and Development* (Joint Commission on Correctional Manpower and Development, Inc., Monograph, 1969).

*Diversion from the Criminal Justice System*, N.I.M.H., 1971 (with Harlow and Weber).

*Standards for Dispositional Procedures in Juvenile Delinquency Cases*, Juvenile Justice Standards Project, Ballinger Press, 1978.

*Standards for the Rights and Obligations of Juveniles Under Correctional Supervision*, Juvenile Justice Standards Project, Ballinger Press, 1978.

Cases and Materials, Prisoners' Rights and Responsibilities (by and for the New York State Department of Correctional Services, 1980, revised in 1985).

Cases and Materials, Advanced course in Prisoners' Rights and Responsibilities (for New York State Department of Correctional Services, 1986).

Cases and Materials on the Law of Deprivation of Liberty: A Study in Law and Social Control, 813 pp., Carolina Academic Press (1991).

*The Mentally Disordered Inmate and the Law*, (Civic Research Institute, 1998)

*The Mentally Disordered Inmate and the Law, Supplement, 2000-2001, 2002-2003* (Civic Research Institute, 2000)

*Sex Offender Registration and Community Notification* (with Beth Walsh), (Civic Research Institute, 1998)

*The Sexual Predator: Law, Policy, Evaluation & Treatment* (Civic Research Institute, Inc. 1999)

## C. Book Reviews

Law and Psychiatry: Cold War or Entente Cordial? by Sheldon Glueck, 36 *Temple L. Q.* 370 (1963).

Criminal Law by Donnelly, Goldstein and Schwartz, 41 *Tex. L. Rev.* 338 (1962).

A sign for Cain - An exploration of human violence, 60 *Law Lib. J.* 207 (1967).

Insanity: From abstract debate to operational reality, 13 *Contemp. Psych.* 386 (1968).

Death Work: A Study of the Modern Execution Process, 29 *Crim. L. Bull.* 374 (1993).

God of the Rodeo: The Search for Hope, Faith, and a Six-Second Ride in Louisiana's Angola Prison, Vol. IX No. 1 *Correctional Law Reporter* 6 (1999).

The Professor and the Madman, Vol. 1, No. 2 *Correctional Mental Health Report* 22 (1999)

## D. Invited Lectures – Testimony

The History of Sex Offenses, University of Chicago, School of Psychiatry, (November 2000).

ABA, Justice Kennedy Committee, San Antonio, February 2004, testimony on the Legal Identity of Prison Inmates

Commission on Safety and Abuse in America's Prisons, Newark, July 2005, testimony on Isolation

## E. Miscellaneous

Training videos for Correctional Medical Services on Legal Issues and Correctional Mental Health Care (1993).

Competence as a Legal Concept, a speech/paper delivered to an interdisciplinary group, Albany, New York, June, 1983.

Distinguished Lecturer, State University of New York, The University at Albany, October, 1981, "Deprivation of Liberty and the U.S. Supreme Court."

Training in Law for Correctional Personnel: A Proposal and Design. Joint Commission on Correctional Manpower and Training Washington, D.C.: January, 1970.

## *MEMBERSHIPS*

### Current

> New York, Pennsylvania and Philadelphia Bar Associations
> American Law Institute (since 1972)

### Former

> American Bar Foundation's Advisory Counsel on Law and Poverty
> Curriculum Committee, AALS (1965-66)
> Texas Senate Committee to Study Sociopathic Personality
> Colorado Senate Committee for Revision of the Criminal Code (1963)
> Executive Committee, Citizen's Committee to Study New York Parole

### *MISCELLANEOUS: Former & Present*

National Advisory Panel, National Assessment Study of Correctional Programs for Juvenile and Youthful Offenders

Executive Committee, Citizen's Inquiry on Parole and Criminal Justice

Editorial Board, *Prison Law Reporter*

Member of Executive Board, Prisoner's Legal Services

Member, Task Force on Standards and Goals for Juvenile Justice, Department of Criminal Justice Services, New York State

Treasurer, Creative Alternatives (In Arts and Corrections)

External Review Committee, New York State Commission of Correction, 1986