# Ken Silverstein Affidavit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

    v.

Harley G. Lappin, Director
FEDERAL BUREAU OF PRISONS,

    Defendant.

Civil Action
No. 05-1812 (RBW)

## AFFIDAVIT OF KEN SILVERSTEIN

1. Ken Silverstein, a competent adult over the age of 18 years old, makes this his Affidavit and states as follows: I am an investigative reporter for the Los Angeles Times. A brief resume is attached.

2. I have reviewed the Freedom of Information Act (FOIA) request submitted by Prison Legal News (PLN). The information PLN requested are exactly the kinds of documents our newspaper would request if we were conducting an investigation into the operations of a government agency.

3. FOIA requests like PLN's made in the course of my investigations are normally granted fee waivers.

I, KEN SILVERSTEIN, DECLARE, UNDER PENALTIES OF PERJURY, THAT THE FOREGOING STATEMENTS IN THIS AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, RECOLLECTION AND BELIEF.

Executed on Dec. 23, 2005.

Signed: _____
Ken Silverstein

Ken Silverstein
3116 18th Street NW
Washington, DC 20010

202-861-9245 (phone)
202-887-1050 (fax)
ken.silverstein@latimes.com

## EDUCATION

The Evergreen State College, Olympia, WA                           Graduated May 1982
Bachelor of Arts

## PROFESSIONAL EXPERIENCE

*Investigative Reporter, Los Angeles Times*                        Jan. 2003 to present
Washington, D.C.

- One of seven reporters on the Investigative Unit,
  focus on overseas investigations.

*Freelance Writer*                                                 June 1993 to Dec. 2002
Washington, D.C.

- Contributing editor of *Harper's* magazine.
- Investigative reporter with *The Nation*.
- Regular contributor to *Mother Jones*, *Salon.com*,
  *The American Prospect* and *Sierra*.
- Author of five books, including:
  *The Radioactive Boy Scout* (Random House, upcoming)
  *Private Warriors* (Verso, 2000)
  *Washington on $10 Million a Day* (Common Courage, 1998)

*Associated Press Correspondent*                                   Feb. 1989 to May 1993
Rio de Janeiro, Brazil

- One of four reporters running the AP's main bureau in Brazil.
- Covered major stories such as the presidential impeachment,
  the murder of street kids by death squads, and destruction
  of the Amazon rain forest.

*The Nation, Editorial Assistant*                                  June 1987 to Jan. 1989
New York, NY

- Authored one major feature and several editorials.
- Provided research assistance to columnists and writers,
  worked in fact-checking department.