# Ian Manuel Urbina
# Affidavit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

    v.

Harley G. Lappin, Director
FEDERAL BUREAU OF PRISONS,

    Defendant.

No. 05-1812 (RBW)

Civil Action

## AFFIDAVIT OF IAN MANUEL URBINA

1. Ian Manuel Urbina, a competent adult over the age of 18 years old, makes this his Affidavit and states as follows: I am a reporter at the Metropolitan Washington, DC bureau of the New York Times. I have worked for this newspaper for over two years.

2. Before working at the New York Times, I was a freelance writer, publishing articles in the Los Angeles Times, Harper's Magazine, the Christian Science Monitor, The Guardian, and The American Prospect. My reporting career has required broad experience investigating governmental and private agencies in the United States and other countries.

3. I have reviewed the Freedom of Information Act (FOIA) request submitted by Prison Legal News (PLN). The information PLN requested are exactly the kinds of documents our newspaper would request if we were conducting an investigation into the operations of a government agency.

4. FOIA requests like PLN's made in the course of my investigations are generally granted fee waivers.

I, IAN MANUEL URBINA, DECLARE, UNDER PENALTIES OF PERJURY, THAT THE FOREGOING STATEMENTS IN THIS AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, RECOLLECTION AND BELIEF.

Executed on __Dec 21__, 2005.

Signed: _____
Ian Manuel Urbina

2