UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Prison Legal News ,**

    **Plaintiff,**

    v.

**Harley G. Lappin, Director**
**FEDERAL BUREAU OF PRISONS,**

    **Defendant.**

Civil Action No. 05-1812 (RBW)

### NOTICE OF SEPARATE FILING ON PAPER AND ELECTRONICALLY BY COMPACT DISK:
### Exhibit 5 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment

Please Take Notice, that Plaintiff Prison Legal News (PLN) has filed and served today, copies on paper and disk of Exhibit 5 to *Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment*. Copies of said exhibit are available for the public from the Clerk of this Court.

Respectfully submitted,

January 3, 2006      By: _____/s/_____
    Edward J. Elder, Bar No. 460588
    Klimaski & Associates, P.C.
    1819 L Street NW – Suite 700
    Washington, DC 20036
    202-296-5600

    *Attorney for Prison Legal News*

## Certificate of Service

     I certify that the foregoing *Notice of Paper and CD Filing of Exhibit 5 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on January 3, 2006. A courier will then hand-deliver to counsel for Defendant the paper and CD version of this Exhibit 5 later on January 3, 2006.

Ms. Wyneva Johnson
Assistant U.S. Attorney
U.S. Attorney's Office for DC
Civil Division
555 4th Street NW
Washington DC  20001
Tel.:  202-514-7224

                                               /s/
                                          Jon Pinkus
                                          Klimaski and Associates, PC