IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PRISON LEGAL NEWS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL** )<br>**BUREAU OF PRISONS** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1812 (RBW) |

## DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time to and including January 25, 2005 to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and its Opposition to Plaintiff's Cross Motion for Summary Judgment. Plaintiff's counsel does not oppose this Motion.

The additional time is requested because counsel has been unable to complete the coordination with the agency for the filing of defendant's reply and opposition.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including January 25, 2005 to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and its Opposition to Plaintiff's Cross Motion for Summary Judgment.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224