IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PRISON LEGAL NEWS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL** )<br>**BUREAU OF PRISONS** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1812 (RBW) |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for an Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant's Unopposed Motion should be, and is hereby, granted, and that Defendant shall have up to and including January 25, 2005 to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and its Opposition to Plaintiff's Cross Motion for Summary Judgment

_____
UNITED STATES DISTRICT JUDGE

Copies:

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

EDWARD J. ELDER
Klimaski & Associates, P.C.
1819 L Street, NW – Suite 700
Washington, DC 20036