IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **HARLEY G. LAPPIN, DIRECTOR, FEDERAL** ) <br> **BUREAU OF PRISONS** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1812 (RBW) |

## DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a Further Enlargement of Time to and including January 31, 2005 to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and its Opposition to Plaintiff's Cross Motion for Summary Judgment. Plaintiff's counsel could not reached to ascertain his views on the filing of this Motion.

Due to deposition preparation and depositions in <u>Skinner v. United States of America, et al.</u>, Civil Action No: 05-1938 (RJL), counsel has been unable to complete the coordination with the agency for the filing of defendant's reply and opposition.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including January 31, 2005 to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and its Opposition to Plaintiff's Cross Motion for Summary Judgment.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224