UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1812 (RBW) |
| ) | |
| **HARLEY G. LAPPIN, DIRECTOR, FEDERAL** ) | |
| **BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of the plaintiff's Cross Motion for Summary Judgment, defendant's Opposition thereto, and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that plaintiff's motion is hereby denied.

_____
UNITED STATES DISTRICT JUDGE

| Attorney for Defendants | Attorney for Plaintiff |
|---|---|
| WYNEVA JOHNSON | EDWARD J. ELDER |
| Assistant United States Attorney | KLIMASKI & ASSOCIATES, P.C. |
| Judiciary Center Bldg., Room E4106 | 1819 L Street, N.W. |
| 555 4th Street, N.W. | Washington, D.C. 20036 |
| Washington, D.C. 20530 | |