UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1812 (RBW) |
| ) | |
| HARLEY G. LAPPIN, DIRECTOR, FEDERAL ) | |
| BUREAU OF PRISONS ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S STATEMENT
OF MATERIAL FACTS NOT IN DISPUTE**

Defendant hereby responds to plaintiff's Statement of Material Facts Nos 2, 4, 5, 6 and 7.

2. The copying costs are incurred after the first 100 pages. See BOP's September 9, 2003 Denial of Fee Waiver.

4. Plaintiff mis-quotes the appeal denial letter from the Office of Information and Privacy. See OIP Denial dated May 23, 2005 for its full contents.

5-7. The requested information would not likely contribute to an understanding of the government. The information requested by plaintiff is available in the public domain. Plaintiff has not adequately described the benefit to the public. See Defendant's Memorandum of Points and Authorities, pp. 6-8.

Respectfully submitted,

\_\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451058
United States Attorney

\_\_\_/s/_____
R. CRAIG LAWRENCE, D.C. Bar No. 171538
Assistant United States Attorney

\_\_\_/s/_____
WYNEVA JOHNSON, D.C. Bar No. 278515
Assistant United States Attorney
555 4th Street N. W.
Washington, D.C. 20530
(202) 514-7224

OF COUNSEL:
Wanda Hunt
Chief FOIA/PA Section
Federal Bureau of Prisons