UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1812 (RBW) |
| ) | |
| **HARLEY G. LAPPIN, DIRECTOR, FEDERAL** ) | |
| **BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of the plaintiff's Cross Motion for Summary Judgment, defendant's Opposition thereto, and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that plaintiff's motion is hereby denied.

_____
UNITED STATES DISTRICT JUDGE

Attorney for Defendants
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Bldg., Room E4106
555 4th Street, N.W.
Washington, D.C. 20530

Attorney for Plaintiff
EDWARD J. ELDER
KLIMASKI & ASSOCIATES, P.C.
1819 L Street, N.W.
Washington, D.C. 20036