UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PRISON LEGAL NEWS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-1812 (RBW) |
| HARLEY G. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the Memorandum Opinion being issued contemporaneously herewith, it is

**ORDERED** that the plaintiff's Motion for Summary Judgment is GRANTED. It is further

**ORDERED** that the defendant's Motion for Summary Judgment is DENIED. It is further

**ORDERED** that the defendant shall process the plaintiff's request for documents without payment of the costs associated with the search and duplication of the documents.

**SO ORDERED** on this 26th day of June, 2006.

REGGIE B. WALTON
United States District Judge