UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Prison Legal News ,**

    **Plaintiff,**

        v.

**Harley G. Lappin, Director**
**FEDERAL BUREAU OF PRISONS,**

    **Defendant.**

**Civil Action No. 05-1812 (RBW)**

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff, Prison Legal News (PLN), through counsel, respectfully submits this motion for an extension of time to file his motion for attorney's fees up to and including August 9, 2006. Plaintiff requests this time to allow him to confer with government counsel in an effort to reach agreement on taxable fees and costs without court involvement.

Diane M. Sullivan, Esq., acting Counsel for the Defendant, has been consulted on this motion. Defendant consents to this motion.

                                              Respectfully submitted,

July 6, 2006                              /s/
                                            Edward J. Elder (#460588)
                                            James R. Klimaski (#243543)
                                            Klimaski & Associates, P.C.
                                            1819 L Street NW – Suite 700
                                            Washington DC  20036-3830
                                            202-296-5600
                                            firm@klimaskilaw.com

                                            *Counsel for Prison Legal News*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Prison Legal News ,**

    **Plaintiff,**

        v.

**Harley G. Lappin, Director**
**FEDERAL BUREAU OF PRISONS,**

    **Defendant.**

Civil Action No. 05-1812 (RBW)

### MEMORANDUM OF POINTS AN AUTHORITIES IN SUPPORT OF MOTION FOR EXTENSION OF TIME

In support of his motion for extension of time Prison Legal News (PLN) states the following.

1. On June 26, 2006, this court issued a memorandum, opinion, and order granting PLN's motion for summary judgment. Under Federal Rule of Civil Procedure (FRCP) 54(d), PLN's motion for attorney's fees and costs is due on July 10, 2006.

2. Counsel for the Defendant is out of town on vacation. She will not return until July 13, 2006.

3. Counsel for PLN wishes to consult with counsel for the Defendant regarding his fees and costs. Counsel for PLN hopes to stipulate to his attorney's fees and costs, and avoid further litigation of this matter.

4. Because counsel for the Defendant is on vacation she will not been able to consult with her client agency or fully consider any submissions regarding plaintiff's claims for attorney's fees or costs until after July 13, 2006.

5. FRCP 6(b) grants this Court the power to extend time to file PLN's motion for attorney's fees "for good cause shown."

6. Counsel for the Defendant's absence constitutes good cause justifying an extension of time, up to and including August 9, 2006.

                                                        Respectfully submitted,

July 6, 2006                                        /s/
                                                    Edward J. Elder (#460588)
                                                    James R. Klimaski (#243543)
                                                    Klimaski & Associates, P.C.
                                                    1819 L Street NW – Suite 700
                                                    Washington DC  20036-3830
                                                    202-296-5600
                                                    firm@klimaskilaw.com

*Counsel for Prison Legal News*