UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Prison Legal News ,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Harley G. Lappin, Director**<br>**FEDERAL BUREAU OF PRISONS,**<br><br>**Defendant.** | **Civil Action No. 05-1812 (RBW)** |

### ORDER

After consideration of plaintiff's *Consent Motion for Extension of Time*, it is hereby

**ORDERED** that the motion is **GRANTED** and further;

**ORDERED** that Plaintiff has up until and including August 9, 2006, to submit his motion for attorney's fees and costs pursuant to Federal Rule of Civil Procedure 54(d).

_____      _____
Date                                                                                Reggie B. Walton
                                                                                         United States District Judge


Copies to Counsel via
the Court's CM-ECF notification system.