UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Prison Legal News ,**

    **Plaintiff,**

      v.

**Harley G. Lappin, Director**
**FEDERAL BUREAU OF PRISONS,**

    **Defendant.**

Civil Action No. 05-1812 (RBW)

## MOTION FOR ATTORNEY'S FEES

Plaintiff Prison Legal News (PLN), respectfully submits this Motion for Attorney's Fees and Costs pursuant to Federal Rule of Civil Procedure 54(2) and the Freedom of Information Act (FOIA) 5 U.S.C. § 552 (2005).

On June 26, 2006, this Court granted PLN's motion for summary judgment and denied a summary judgment motion of the Federal Bureau of Prisons (BOP). By winning its motion for summary judgment, PLN has "substantially prevailed," justifying an award of litigation expenses under 5 U.S.C. § 552(a)(4)(E). PLN seeks $ 48,709.72 in attorney's fees and costs. An itemized accounting of PLN's attorney time and costs are attached to this motion.

Counsel for the Plaintiff has consulted with counsel for the Defendant on this motion. Defendant did not consent to this motion.

|  | Respectfully submitted, |
|---|---|
| August 9, 2006 | _____/s/_____ <br> Edward J. Elder (#460588) <br> James R. Klimaski (#243543) <br> Klimaski & Associates, P.C. <br> 1819 L Street NW – Suite 700 <br> Washington DC  20036-3830 <br> 202-296-5600 <br> firm@klimaskilaw.com <br><br> Counsel for Prison Legal News |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Prison Legal News ,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**Harley G. Lappin, Director**<br>**FEDERAL BUREAU OF PRISONS,**<br><br>    **Defendant.** | Civil Action No. 05-1812 (RBW) |

## ORDER

Upon consideration of the Plaintiff's Motion for Attorney's Fees and Costs, it is hereby

**ORDERED** that the Plaintiff's motion is **GRANTED**.

The Defendant, shall pay the Plaintiff $ 48,709.72 in attorney's fees and costs.

_____        _____
Date                                               Reggie B. Walton
                                                   United States District Judge


Copies to Counsel via
the Court's CM-ECF notification system.