Prison Legal News v Bureau of Prisons
FOIA Suit
Attorney Hours and Costs to Date
Summary Page
August 9, 2006

## ATTORNEY FEES

Law Clerks and Paralegals at $115.00/hour:

| | | |
|---|---|---|
| Marzetti | 18.60 hours | $2,139.00 |
| Obiora | 22.00 hours | 2,530.00 |
| Pinkus | 6.50 hours | 747.50 |

**Total Clerks, Paralegals Fees:** **$5,416.50**

Associate attorney(s):

| | | |
|---|---|---|
| Hibsch at $195/hr. | 5.80 hours | 1,131.00 |
| Elder at $290/hr. | 127.40 hours | 36,946.00 |

**Total Associates Fees:** **$38,077.00**

Senior attorney(s) at $405/hour:

| | | |
|---|---|---|
| Klimaski | 4.50 hours | 1,822.50 |
| Miller | 5.80 hours | 2,349.00 |

**Total Senior Attorneys Fees:** **$4,171.50**

**TOTAL FEES:** **$47,665.00**

## CASE COSTS

**Total Costs to date =** **$1,044.72**

**GRAND TOTAL FEES PLUS COSTS:** **$48,709.72**

KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC  20036-3830
(202) 296-5600

August 09, 2006

Prison Legal News
Paul Wright, Editor
972 Putney Road -- PMB 251
Brattleboro VT 05301

---

Professional Services

| | | Hrs/Rate |
|---|---|---|
| **Edward J. Elder** | | |
| 7/11/2005 EJE | Review complaint. | 0.20 |
| 7/12/2005 EJE | Edit complaint.  Discuss case w. LIM. | 2.00 |
| 7/14/2005 EJE | Re-draft contract.  Discuss K w. JRK.  E-mail to P. Wright. Review case from WA state. | 0.80 |
| 8/2/2005 EJE | Call to Paul Wright.  Left message. | 0.10 |
| 8/4/2005 EJE | Review/revise complaint. | 0.40 |
| 8/9/2005 EJE | Review voicemail from P. Wright.  Discuss w. JRK.  Call to P. Wright.  Edit contract and send by e-mail to P Wright. | 0.90 |
| 8/10/2005 EJE | Review e-mails from client. | 0.10 |
| 8/31/2005 EJE | Review complaint.  Send e-mail to P Wright re complaint and check. | 0.30 |
| 9/3/2005 EJE | Review e-mail from P Wright.  Reply to e-mail. | 0.20 |
| 9/6/2005 EJE | Review e-mail from P Wright re: Complaint.  Reply to P. Wright.  Review and print evidence. | 0.40 |
| 9/8/2005 EJE | Revise complaint | 0.40 |
| 9/9/2005 EJE | Review verification page.  Discuss filing w. JP and DRK. | 0.40 |
| 9/12/2005 EJE | Research plaintiff.  Discuss filing w. JP.  Review and draft e-mails from/to P. Wright. | 1.80 |
| 9/13/2005 EJE | Review, edit sign complaint.  Give to Jon. | 1.30 |
| 9/15/2005 EJE | Review PLN research on fee waivers. | 0.80 |

Prison Legal News                                                                         Page 2

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 9/27/2005 | EJE | Review file and filings. | 0.10 |
| 9/28/2005 | EJE | Discuss extension with USAO.  E-mail to client. | 0.10 |
| 9/29/2005 | EJE | Review pleadings.  Draft e-mail to client. | 0.50 |
| 10/4/2005 | EJE | Discuss summary judgement motion with Matt. | 0.30 |
| 11/12/2005 | EJE | Consulation w. Client.  Meeting with Scott Armstrong. | 3.00 |
| 11/14/2005 | EJE | Review e-mail from client. | 0.10 |
| 11/15/2005 | EJE | Phone call from U.S. Attoney's office re: new continuance. | 0.20 |
|  | EJE | Outline settlement letter.  Review billable time for settlement letter. | 0.20 |
| 11/16/2005 | EJE | Draft e-mail to client.  Review motion for extension of time and order.  Draft e-mail to opposing counsel. | 0.30 |
| 11/17/2005 | EJE | Draft demand letter.  Discuss demand letter with LIM.  Edit and send demand letter. | 1.20 |
| 11/18/2005 | EJE | Review e-mail from client. | 0.10 |
| 11/21/2005 | EJE | Review def. motion for extension of time. | 0.20 |
| 11/22/2005 | EJE | Call to Scott Armstrong. | 0.10 |
| 11/28/2005 | EJE | Review voicemail from opposing counsel.  Discuss case with JP.  Consult Laffey rates and current bills.  Calls to and from W. Johnson.  Call to P. Wright.  Review fax re: washington state claims DB from client. | 1.40 |
| 11/29/2005 | EJE | Call to P. Wright.  Review DOJ reports from client.  Research DOJ standards for fee waivers.  Research extent of PACER archives.  Phone calls to DOJ.  E-mail to client. | 2.40 |
| 11/30/2005 | EJE | Research evidence on appeal.  Review e-mails from client to affidavits. | 1.10 |
| 12/1/2005 | EJE | Review SJ motion.  Copy motion and send to client.  Call to P. Erlinder. | 2.00 |
|  | EJE | Review voicemail from client. | 0.10 |
| 12/7/2005 | EJE | Discuss extension with Jon Pinkus. | 0.20 |
| 12/8/2005 | EJE | Review order from court.  Review e-mails from P Wright.  Draft affidavits for SJ motion. | 0.90 |
| 12/13/2005 | EJE | Discuss case w. lawclerk Jennifer Obiora re: legal research. | 0.20 |
|  | EJE | Research case law cited by defendants in their brief.  Draft affidavits. | 1.60 |

Prison Legal News                                                                              Page 3

| | | Hrs/Rate |
|---|---|---|
| 12/14/2005 EJE | Review e-mails from client.  Review attachments to e-mails from client.  Draft affidavits.  Draft opposition and cross motion.  Discuss case and research with LC Jennifer. | 3.30 |
| 12/15/2005 EJE | Review e-mail from Scott Armstrong re: DOJ FOIA office.  Phone call with Paul Wright.  Phone call to D. Fathi, phone calls to Silverstein and Urbina.  E-mail to Cohen.  Draft affidavits. | 3.70 |
| 12/16/2005 EJE | Call to. K Silverstein.  Review e-mail and CV from Fred Cohen.  Send e-mail to Silverstein and Urbina.  Draft opposition and affidavits. | 2.30 |
| 12/17/2005 EJE | Research re: Fortson case. | 1.50 |
| 12/19/2005 EJE | Review e-mail and resume from Urbina.  Draft affidavit. | 2.40 |
| 12/20/2005 EJE | Finish affidavits.  Discuss affidavits with JP.  E-mail affidavits to affiants.  Draft opposition and motion. | 6.10 |
| EJE | Review e-mail from client and attached FOIA fee cases. | 0.30 |
| 12/21/2005 EJE | Discuss research w. LC Jennifer.  Review case law.  Draft cross motion and opposition.  Send e-mails to affiants. | 3.50 |
| EJE | Call to Paul Wright. | 0.10 |
| 12/22/2005 EJE | Review and respond to e-mail from client Re: affidavits. | 0.50 |
| EJE | Draft motion. Leave vm for opposing counsel re extension.  Discuss case w. JRK.  Discuss extension with JP. | 3.10 |
| 12/23/2005 EJE | Review voice mail from K Silverstein.  Review affidavit from same. | 0.30 |
| EJE | Review and send E-mails to/from client.  RE: affidavits and extension. | 0.40 |
| EJE | Finalized and send motion for extension to the court.  Review and print electronic notices and PDFs from court. | 0.30 |
| 12/27/2005 EJE | Review client e-mail and affidavit.  Review F. Cohen e-mail and affidavit.  Review Fathi e-mail and declaration. | 0.50 |
| EJE | Draft SJ motion and opposition. | 1.50 |
| EJE | Revise legal standards for opposition. | 0.80 |
| 12/28/2005 EJE | Edit affidavits.  Draft opposition and motion. | 5.90 |
| 12/29/2005 EJE | Edit Wright affidavit.  Review Fathi signed affidavit.  Draft Opposition and motion. | 7.70 |
| EJE | Call to client re: affidavit. | 1.10 |

Prison Legal News                                                                           Page 4

|            |     |                                                                                                                        | Hrs/Rate |
|------------|-----|------------------------------------------------------------------------------------------------------------------------|----------|
| 12/30/2005 | EJE | Draft and file opposition memoranda and motion for summary judgment.                                                   | 10.60    |
| 1/3/2006   | EJE | Discuss Friday filing problems with JP. Review and print filings. Call to Court Clerk. Draft notice of paper filings. Give notice and all documents to JP for filing. | 1.10     |
| 1/10/2006  | EJE | Call from opposing counsel re: extension till 1/25/06. Review Motion and order.                                        | 0.20     |
| 1/19/2006  | EJE | Review e-mail and article from client. E-mail to client.                                                               | 1.10     |
| 1/26/2006  | EJE | Review voice mail from W. Johnson. E-mail to client.                                                                   | 0.50     |
| 2/1/2006   | EJE | Review save and print filings of opposition and reply. E-mail client. Discuss case w. JRK.                            | 1.00     |
|            | EJE | Outline our reply to Def. opp to our SJ motion.                                                                        | 1.30     |
|            | EJE | Review e-mail from client. Reply to client with outline of reply.                                                     | 0.60     |
| 2/2/2006   | EJE | Review e-mail from client re: federal case law.                                                                       | 0.20     |
| 2/4/2006   | EJE | Draft Reply.                                                                                                           | 0.90     |
| 2/6/2006   | EJE | Review e-mail from client re: NYT editorial research. Review editorial. Draft e-mail to client.                        | 0.40     |
|            | EJE | Research and draft reply brief.                                                                                        | 3.70     |
| 2/7/2006   | EJE | Draft Reply brief.                                                                                                    | 3.20     |
| 2/8/2006   | EJE | Edit Reply brief.                                                                                                     | 1.10     |
| 2/9/2006   | EJE | Edit Reply brief.                                                                                                     | 1.20     |
| 2/10/2006  | EJE | Discuss case w. JRK. Send e-mail to client. Review e-mail from client. Review client edits. Edit brief.               | 2.00     |
| 2/15/2006  | EJE | Review e-mail from client. Review Hall v. CIA (DC Cir).                                                               | 0.40     |
| 3/9/2006   | EJE | Review article on lawsuit.                                                                                            | 0.10     |
| 3/16/2006  | EJE | Research fee awards and fee reversal standards.                                                                       | 1.30     |
|            | EJE | Review client's e-mail re: Texas conference and presence of J. Walton. Research conference and possible ex-parte communications problems. | 0.40     |
|            | EJE | Filing, organizing case documents and files for use.                                                                  | 0.80     |
| 3/17/2006  | EJE | Send e-mail to client. Call from DC Bar counsel re: ex parte communications.                                          | 0.40     |
| 3/28/2006  | EJE | Review e-mail from client.                                                                                            | 0.10     |

Prison Legal News                                                                    Page  5

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 5/2/2006 | EJE | Review file | 0.20 |
| 5/5/2006 | EJE | Call from P. Wright re: conference at which J Walton spoke and attended. | 0.20 |
| 5/12/2006 | EJE | review article on PLN.  Draft e-mail to client.  Review response. | 0.70 |
| 5/16/2006 | EJE | Review file. | 0.80 |
| 5/17/2006 | EJE | Pleadings file review. | 0.60 |
| 6/15/2006 | EJE | Review e-mail from client. | 0.10 |
| 6/26/2006 | EJE | Review decsion granting SJ.  Draft and send e-mail to client re decision.  Discuss fee petition with JP.  Discuss decision with DRK.  Research fee petitions. | 2.20 |
| 6/27/2006 | EJE | Discuss case w. JRK and DRK. | 0.20 |
|  | EJE | Research FOIA attorney fee and costs applicaitions. | 1.00 |
|  | EJE | Phone call from client.  E-mail to client.  Both re ruling, case law and press release. | 1.30 |
| 6/28/2006 | EJE | Research FOIA attorney fees claims. | 0.90 |
|  | EJE | Review hours and costs expended in case for inclusion in fee petition.  Discuss filing motion for LRCP 54 consultation order w. JRK.  Discuss computations of hours and billing rates with JP and LC Jennifer. | 0.90 |
| 6/29/2006 | EJE | Call to DOJ counsel. | 0.10 |
|  | EJE | Discuss fees and costs w. JP. | 0.10 |
| 6/30/2006 | EJE | Call to DOJ attorney.  E-mail DOJ attorney re: fee petition. | 0.40 |
|  | EJE | Review client e-mail and attached report re govt FOIA responses. | 0.70 |
| 7/5/2006 | EJE | Review VM from Mike at DOJ.  Return call to Mike.  Leave message for W. Johnson. | 0.30 |
| 7/6/2006 | EJE | Draft motion for extension.  Consult w. JRK.  Edit motion.  File motion. | 1.90 |
| 7/7/2006 | EJE | Review minute order granting extension of time.  Discuss same with JRK. | 0.20 |
| 7/17/2006 | EJE | Call to Wyneva Johnson. | 0.10 |
| 7/18/2006 | EJE | Call to Wyneva Johnson at DOJ. | 0.20 |
| 7/19/2006 | EJE | Call to W. Johnson.  Review and respond to e-mail from P. Wright re: document production issues. | 0.30 |

Prison Legal News                                                                                      Page 6

|            |     |                                                                                  | Hrs/Rate |
|------------|-----|----------------------------------------------------------------------------------|----------|
| 7/20/2006  | EJE | Call to W. Johnson                                                                | 0.40     |
| 7/21/2006  | EJE | Call to Ms. Johnson.                                                              | 0.20     |
| 7/24/2006  | EJE | Call to W. Johnson.                                                               | 0.10     |
| 7/25/2006  | EJE | Review VM from W. Johnson. Return call to Ms. Johnson.                            | 0.20     |
| 7/26/2006  | EJE | Call to W. Johnson.                                                               | 0.10     |
| 7/27/2006  | EJE | Call to W. Johnson.                                                               | 0.10     |
| 7/28/2006  | EJE | Review call from W. Johnson                                                       | 0.10     |
| 7/31/2006  | EJE | Review vm from W. Johnson.  VM  to W. Johnson.  Call from W. Johnson, re: answers to questions, appeals, etc. | 0.30 |
| 8/1/2006   | EJE | Call to W. Johnson.                                                               | 0.10     |
| 8/2/2006   | EJE | Call to W. Johnson.                                                               | 0.10     |
| 8/3/2006   | EJE | Call to P. Wright                                                                 | 0.70     |
|            | EJE | Discuss petition with W. Johnson.  Discuss case w. JRK. Phone conference w. JRK and W. Johnson. | 0.30 |
| 8/8/2006   | EJE | Draft Fees motion.                                                                | 0.40     |
| 8/9/2006   | EJE | Draft fee petition.                                                               | 6.60     |
|            |     | SUBTOTAL:                                                                         | [  127.40 |

James R. Klimaski

|            |     |                                                                                  |      |
|------------|-----|----------------------------------------------------------------------------------|------|
| 9/11/2005  | JRK | Reviewing documents - complaint                                                  | 0.20 |
| 12/13/2005 | JRK | Confer w/ Elder re: case law research                                            | 0.10 |
| 12/21/2005 | JRK | Reviewing case-law; Meeting with E. Elder Re: opposition to motion for SJ        | 1.40 |
| 12/22/2005 | JRK | Meeting with E. Elder                                                            | 0.10 |
| 12/30/2005 | JRK | Reviewing and revising documents draft of Opposition and motion for SJ           | 1.30 |
| 2/10/2006  | JRK | Reviewing documents - draft reply; Meeting with K. Hibsch Re: revisions          | 0.50 |
| 6/27/2006  | JRK | Reviewing documents - court decision and memorandum; Meeting with E. Elder Re: fee petition | 0.40 |
| 6/28/2006  | JRK | Reviewing documents - billing documents for attorney fee petition                | 0.30 |

Prison Legal News                                                                                           Page 7

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 8/9/2006 JRK | Confer w/ Elder, Pinkus.  Review fee petition outline. | | 0.20 |
| | SUBTOTAL: | [ | 4.50 |

Jennifer Obiora

| 12/13/2005 JO | Research case law for summary judgment brief. | 4.00 |
|---|---|---|
| 12/14/2005 JO | Research online re: summary judgment standards. | 4.00 |
| 12/15/2005 JO | Research FOIA standards and case law. | 4.00 |
| 12/20/2005 JO | Research.  Draft rule explanation. | 3.00 |
| 12/21/2005 JO | Research.  Draft, revise rule explanation. | 3.00 |
| 12/22/2005 JO | Research.  Rule explanation revision. | 3.00 |
| 2/6/2006 JO | Research for reply brief. | 1.00 |

|  |  |  |  |
|---|---|---|---|
| | SUBTOTAL: | [ | 22.00 |

Jon Pinkus

| 9/13/2005 WJP | Confer w/ Elder.  Prepare Summonses for BOP Dir., the local US Attorney, and the US Attorney-General.  Download and complete complaint's civil cover sheet.  Prepare diskette w/ PDF copy of complaint for filing with the Court along with requisite number of copies of the Complaint.  Roundtrip to US Courthouse for filing.  Filing fee of $250.00 paid by check. | 2.10 |
|---|---|---|
| 10/20/2005 WJP | Update Answer due date to 11/21 based on unopposed motion for extension by Bureau counsel W. Johnson on 9/28. | 0.10 |
| 2/10/2006 WJP | Confer w/ Elder, Hibsch, Klimaski.  Proof our reply to defendants' SJ opposition. | 0.40 |
| 6/27/2006 WJP | Prepare fees and costs report for fee petition. | 1.20 |
| 8/9/2006 WJP | Confer w/ Elder, Miller, Klimaski.  Proof fee petition.  Prepare itemized time report as a fee petition exhibit.  Set up electronic files to file and serve via the Court's website. | 2.70 |

|  |  |  |  |
|---|---|---|---|
| | SUBTOTAL: | [ | 6.50 |

Kim Hibsch

| 12/30/2005 KH | editing sj opposition/motion | 2.60 |
|---|---|---|
| 2/10/2006 KH | editing reply brief | 3.10 |
| KH | c/ jk about reply brief | 0.10 |

Prison Legal News                                                                                    Page 8

|  |  | Hrs/Rate |
|---|---|---|
| SUBTOTAL: | | [    5.80 |

### Lynn I. Miller

| Date | | Description | Hrs/Rate |
|---|---|---|---|
| 7/12/2005 | LIM | Reviewing and revising complaint; discuss revisions with EE | 0.80 |
| 8/1/2005 | LIM | Reviewing and revising complaint; meeting with law clerk re: revisions to complaint; discuss reasons client meets the public interest requirement with law clerk for complaint | 1.20 |
| 2/9/2006 | LIM | Reviewing and revising PLN reply to BOP opposition to cross moition for SJ | 0.50 |
| | LIM | Reviewing  summary judgment pleadings | 2.40 |
| 8/9/2006 | LIM | Reviewing and revising attorney's fees petition | 0.90 |
| SUBTOTAL: | | | [    5.80 |

### Matt Marzetti

| Date | | Description | Hrs/Rate |
|---|---|---|---|
| 7/5/2005 | MM | Reasearch for FOIA complaint. | 1.10 |
| | MM | Working on Prison Legal News Complaint | 4.50 |
| 7/6/2005 | MM | Reviewing file, Drafting complaint | 3.70 |
| 7/11/2005 | MM | Research, review book on FOIA complaints. | 0.20 |
| 8/1/2005 | MM | Revising complaint | 2.70 |
| 8/2/2005 | MM | Draft, revise complaint. | 2.90 |
| 8/3/2005 | MM | Draft, revise complaint. | 0.90 |
| 10/13/2005 | MM | Research, revise summary judgment standards arguments. | 2.60 |
| SUBTOTAL: | | | [    18.60 |
| For professional services rendered | | | 190.60 |

# KLIMASKI & ASSOCIATES, P.C.

1819 L Street NW
Suite 700
Washington, DC 20036-3830
(202) 296-5600

August 09, 2006

Prison Legal News
Paul Wright, Editor
972 Putney Road -- PMB 251
Brattleboro VT 05301

---

Additional Charges :

| | | Price | Amount |
|---|---|---|---|
| **Court Filing Fee** | | | |
| 9/13/2005 | Clerk, US District Court for DC | 250.00 | 250.00 |
| | SUBTOTAL: | | [ 250.00] |
| **Fax Costs -- Incoming and Outgoing** | | | |
| 9/30/2005 | Fax costs. | 1.50 | 1.50 |
| 11/30/2005 | Fax costs. | 2.00 | 2.00 |
| 12/31/2005 | Fax costs. | 2.00 | 2.00 |
| | SUBTOTAL: | | [ 5.50] |
| **Lexis-Nexis: discounted fees for online research** | | | |
| 11/30/2005 | Lexis online research services. | 11.50 | 11.50 |
| 1/31/2006 | Online Lexis research services. | 266.79 | 266.79 |
| 3/31/2006 | Lexis online research service fees. | 248.77 | 248.77 |
| | Lexis online research service fees. | 11.55 | 11.55 |
| 4/30/2006 | Lexis online research service fees. 4/30/06 invoice for April services. Two line-items -- $2.73 and $5.47 -- totaling $8.20. | 8.20 | 8.20 |
| 7/31/2006 | Lexis online research service fees. | 4.03 | 4.03 |
| | SUBTOTAL: | | [ 550.84] |

Prison Legal News                                                                Page  2

|  |  | Price | Amount |
|---|---|---|---|
| **Long Distance Calls** | | | |
| 9/30/2005 | Long distance calling. | 0.14 | 0.14 |
| 12/30/2005 | Long distance calling | 5.78 | 5.78 |
| 1/31/2006 | LD calling | 0.28 | 0.28 |
| 2/28/2006 | LD calling | 0.10 | 0.10 |
| 3/31/2006 | Long distance calling. | 3.51 | 3.51 |
| 7/31/2006 | Long distance calling. | 0.08 | 0.08 |
| 8/9/2006 | Long distance calling. | 0.08 | 0.08 |
| | | 0.08 | 0.08 |
| | SUBTOTAL: | | [    10.05] |
| **Monthly Photocopying in-House** | | | |
| 9/30/2005 | Photocopying. | 19.25 | 19.25 |
| 12/31/2005 | Photocopies. | 23.75 | 23.75 |
| 1/31/2006 | Photocopying | 143.00 | 143.00 |
| 6/30/2006 | Monthly photocopying. | 2.75 | 2.75 |
| 8/9/2006 | Monthly photocopying closing w/ the fee petition filing | 24.25 | 24.25 |
| | SUBTOTAL: | | [    213.00] |
| **Monthly Postage** | | | |
| 9/30/2005 | Postage. | 15.33 | 15.33 |
| | SUBTOTAL: | | [    15.33] |
| | Total costs | | $1,044.72 |