UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Prison Legal News,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Harley G. Lappin, Director**<br>**FEDERAL BUREAU OF PRISONS,**<br><br>    Defendant. | Civil Action No. 05-1812 (RBW) |

### AMENDED MOTION FOR ATTORNEY'S FEES

Plaintiff Prison Legal News (PLN), respectfully submits this Amended Motion for Attorney's Fees and Costs pursuant to Federal Rules of Civil Procedure (FRCP) 15(a), 54(2), and the Freedom of Information Act (FOIA) 5 U.S.C. § 552 (2005).

On June 26, 2006, this Court granted PLN's motion for summary judgment and denied a summary judgment motion of the Federal Bureau of Prisons (BOP). By winning its motion for summary judgment, PLN has "substantially prevailed," justifying an award of litigation expenses under 5 U.S.C. § 552(a)(4)(E). PLN seeks $ 48,709.72 in attorney's fees and costs. A supporting affidavit, resumes and an itemized accounting of PLN's attorney time and costs are attached to this motion.

On August 9, 2005, PLN timely filed a Motion for Attorney's Fees. PLN submits this amended motion under FRCP 15(a). PLN has filed no other amendments, and no responsive pleading has been filed.

In addition to the material submitted with the original motion, this Amended Motion contains a supporting affidavit by Edward J. Elder, and resumes supporting PLN's claims for attorney's fees.

Counsel for PLN has consulted with counsel for the Defendant on this amended motion. Defendant did not consent to filing this motion.

Respectfully submitted,

August 11, 2006

/s/
Edward J. Elder (#460588)
James R. Klimaski (#243543)
Klimaski & Associates, P.C.
1819 L Street NW – Suite 700
Washington DC  20036-3830
202-296-5600
firm@klimaskilaw.com

Counsel for Prison Legal News