cited in support of its position, <u>Larson v. CIA</u> (843 F.2d 1481, 1482 (D.C. Cir. 1988)) was not analogous to this case. The Court pointed out:

> PLN, unlike the plaintiff in <u>Larson</u>, is a publication in and of itself, and therefore does not have to rely on another entity to disseminate the information. Thus, there is no "tenuous link" between the requester and the channels through which the information will be disseminated, as was the situation in <u>Larson</u>.

Mem. Opp. at 16.

The Court cited well-established legal precedents and uncontroverted facts in support of each of its findings. PLN satisfies the four-part test, and is entitled to an award.

## CONCLUSION

In light of the above, this Court should award PLN attorney's fees and costs in the amount of $ 48,709.72.

Respectfully submitted,

August 11, 2006
          /s/
Edward J. Elder (#460588)
James R. Klimaski (#243543)
Klimaski & Associates, P.C.
1819 L Street NW – Suite 700
Washington DC  20036-3830
202-296-5600
firm@klimaskilaw.com

Counsel for Prison Legal News

-6-