**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Prison Legal News,

    Plaintiff,

       v.

Harley G. Lappin, Director
FEDERAL BUREAU OF PRISONS,

    Defendant.

Civil Action No. 05-1812 (RBW)

**AFFIDAVIT OF EDWARD J. ELDER**

I, Edward J. Elder, state the following in support of the Amended Motion for Attorney's Fees in this matter.

1.    I have been practicing law since my admission to the New York Bar in July, 1997. My practice is primarily in the areas of federal and state civil litigation. A copy of my resume, and the resumes of the other attorneys who have worked on this case, are contained in Attachment A.

2.    My hourly rate and the rates of other staff who have worked on this case rely on the "Laffey Matrix" fee schedule maintained by the U.S. Attorney's Office for the District of Columbia. A copy of this schedule is contained in Attachment B.

3.    Klimaski and Associates is an AV rated law firm with extensive experience in federal litigation. Our website can be found at http://klimaskilaw.com/ .

4.    Our clients have included Sandra Fortson, a former United States Army officer who sought documents related to a complaint she had filed against the military. In 2005, our

firm successfully litigated Ms. Forson's claims under the Freedom of Information Act. *See*,

<u>Fortson v. Harvey</u>, 407 F. Supp. 2d 13 (D.D.C. 2005).

5.      The staff who have worked on this case are attorneys Kimberly Hibsch, James R. Klimaski

and Lynn I. Miller; and Law Clerks and Paralegals Matt Marzetti, Jennifer Obiora, and Jon

Pinkus.  Statements of hours worked are contained in Attachment C.

6.      Plaintiff, Prison Legal News, has incurred costs pursuing this litigation.  A statement of

costs is contained in Attachment C.


August 11, 2006                              _____/s/_____
                                             Edward J. Elder (#460588)
                                             Klimaski & Associates, P.C.
                                             1819 L Street NW – Suite 700
                                             Washington DC  20036-3830
                                             202-296-5600
                                             elder@klimaskilaw.com

                                             Counsel for Prison Legal News