*Attachment A*

*Klimaski & Associates Resumés*

*Edward J. Elder*
*Kimberly M. Hibsch*
*James R. Klimaski*
*Lynn I. Miller*

**EDWARD J. ELDER**
1819 L Street, NW, Seventh Floor,
Washington, DC 20036

(202) 296-5600
elder@klimaskilaw.com

---

| WORK EXPERIENCE | **LAW OFFICES OF JAMES R. KLIMASKI** |
|---|---|

1819 L Street, NW, Seventh Floor, Washington, DC

**Associate Attorney**   January 1999 - May 2000, and February 2003 -present
- Litigate employment, criminal, civil rights, and bankruptcy cases.
- Argue cases before District of Columbia Superior Court, Federal District Courts, D.C. Court of Appeals, and administrative tribunals.
- Draft complaints, motions, and other pleadings.
- Negotiate with opposing counsel.
- Develop background information and litigation strategies.
- Conduct all phases of discovery, including Rule 26 disclosures, interrogatories, requests for documents, and depositions.

**COUNCIL OF THE DISTRICT OF COLUMBIA**
1350 Pennsylvania Avenue, NW, Washington, DC

**Committee Clerk**   Feb. 2001 – Jan. 2003
Subcommittee On Labor, Voting Rights, And Redistricting
- Prepared written materials, witness lists, and agendas for all Subcommittee meetings and hearings.
- Developed and drafted legislation in accordance with Chairman Phil Mendelson's legislative agenda.
- Negotiated and consulted with interest groups.
- Advised committee members on procedural and substantive legislative issues.
- Researched legal and factual matters to address concerns of Council members and the public.

**Legislative Assistant**   May 2000 – Feb. 2001
Office of Councilmember Jim Graham
- Researched and drafted bills and amendments.
- Consulted with fellow Council staff to move legislation.
- Advised Council member regarding legislative procedure.
- Analyzed impact of proposed legislation.
- Tracked legislation of concern to Council member.
- Advocated on behalf of constituents with administrative agencies.

**OFFICE OF THE SPECIAL MASTER**
1508 Monroe Street, NW, Washington, DC

**Contract Attorney**   October 1997 - October 1998
- Investigated cases for the Special Master appointed in <u>Bessie Neal v. D.C. Department of Corrections</u>, a class action sexual harassment lawsuit.
- Analyzed official documents and weighed evidence.
- Held conferences with complainant's attorneys to consolidate and expedite investigation of claims.
- Recommended findings of investigations to supervising attorneys and the Special Master.

**ERIE COUNTY DEPARTMENT OF LAW**
69 Delaware Avenue, Suite 300, Buffalo, New York

**Law Clerk**   October 1996 - July 1997
- Assisted in litigation of cases by and for Erie County in areas of administrative law, torts, contracts, insurance law, medical malpractice, and litigation to recover Medicaid expenses from tobacco product manufacturers.
- Provided analysis of legal problems, including the scope of County law-making authority, eminent domain property transactions, and the limits of employment and service contracts.
- Researched and drafted pleadings and memoranda for civil litigation.

**EDWARD J. ELDER**
1819 L Street, NW, Seventh Floor,
Washington, DC 20036

(202) 296-5600
elder@klimaskilaw.com

---

- Advised staff of County Departments in complying with state and federal laws.

**NEIGHBORHOOD LEGAL SERVICES, HOMELESS TASK FORCE**
295 Main Street, Room 495, Buffalo, New York
**Task Force Co-Ordinator**                                                June 1995 - May 1996
- Responsible for case management and intake at five homeless shelters and soup kitchens.
- Advocated for clients before the New York State Department of Social Services.
- Organized educational seminars for task force members.

**NATIONAL LAWYERS GUILD, MISSISSIPPI PRISON PROJECT**
143 Madison Avenue, 4th Floor, New York, New York
**Legal Intern**                                                           July 1994 - August 1994
- Conducted research in connection with jail conditions litigation pending before the District and Appellate courts of the 5th Circuit.
- Reviewed reports of Justice Department investigators regarding conditions found in Mississippi county jails.
- Interviewed inmates at Parchman State Penitentiary to develop representative plaintiffs for a class action lawsuit based on allegations of guard brutality.

LICENSES     New York, 1997; District of Columbia, 1998; Federal District Court for the District of Columbia, 1999; Federal District Court for Maryland, 1999; Supreme Court of the United States, 2004; Court of Appeals for the Federal Circuit, 2005; Maryland, 2006.

EDUCATION    **STATE UNIVERSITY OF NEW YORK (SUNY) AT BUFFALO, SCHOOL OF LAW**, Amherst, New York
Juris Doctor received May 1996

*Law Journal*:         American Bar Association *Journal of Affordable Housing and Community Development Law*
*Selected Coursework*: Trial Technique, Evidence, Constitutional Torts, Seminar in Civil Rights & Discrimination Law, Complex Litigation, Practical Discovery
*Clinic*:              Affordable Housing Development

**KANSAS STATE UNIVERSITY**, Manhattan, Kansas
Bachelor of Science, Political Science/Prelaw received May 1990

PROFESSIONAL     National Lawyers Guild (Regional Vice President); American Bar Association,
MEMBERSHIPS      District of Columbia Bar Association, Metropolitan Washington Employment Lawyers Association, Trial Lawyers Association of D.C.

# Kimberly Hibsch

## Education

The George Washington University Law School, Washington, D.C., J.D., May 2004

Bryn Mawr College, Bryn Mawr, PA, B.A. Political Science, May 2001
University of Sussex at Brighton, Brighton, England, Semester Abroad, Fall 1999
American University, Washington, D.C., Washington Semester Program in Justice, Spring 2000

## Legal Experience

**Klimaski & Associates, P.C.**, Washington, D.C.
Law Clerk, Summer 2002 - Summer 2004
Associate, Fall 2004 - Present
- Litigate employment discrimination (race, disability, retaliation, national origin, sex with federal and private employers), employment contracts, and police misconduct claims on behalf of plaintiffs in federal and state courts and administrative forums, including the Equal Employment Opportunity Commission.
- Research and draft pleadings including complaints, motions, legal memoranda, interrogatories, and other discovery documents.
- Maintain correspondence with clients and assist clients with affidavits, discovery responses, and deposition preparation.
- Assist in case evaluation at the intake stage, including interviewing potential clients and researching case law, statutes, and regulations.

**Harter, Secrest & Emery, LLP**, Rochester, N.Y.
Law Clerk, Summer 2000 and Summer 2001
- Prepared and organized post-closing mortgage files for shipment to lenders.
- Organized filings for immigration department, which included four attorneys.

**Gordon, Silberman, Wiggins, and Childs**, Washington, D.C.
Legal Intern, Spring 2000
- Assisted attorneys on civil rights and employment law class actions, including conducting legal research and organizing case files.
- Interviewed potential named plaintiffs and evaluated their claims with regard to the class claims.

## Bar Admissions and Professional Memberships

Admitted to the Virginia State Bar, 2004
Admitted to the District of Columbia Bar, 2006
Admitted to the United States Court of Appeals, Fourth Circuit, 2005
Admitted to the United States District Court for the Eastern District of Virginia, 2006

Member, Metropolitan Washington Employment Lawyers Association

# JAMES R. KLIMASKI

Klimaski & Associates, P.C.
1819 L Street NW — Suite 700
Washington, DC 20036-3830
(202) 296-5600
Klimaski@Klimaskilaw.com

---

## EMPLOYMENT

*AV-rated Attorney.*

**Principal** — **Klimaski & Associates, P.C., August 2002 to present.**

> *Substantive areas:* Complex litigation in employment and labor law (including Title VII), employee benefits law (ERISA), personal injury, police misconduct, military administrative law, criminal law (civilian and military).
>
> *Litigation experience:* First chair in approximately 40 jury and 25 bench trials in District of Columbia Superior Court, Maryland Circuit Court, Federal Courts, and Military Courts; approximately 45 oral arguments in District of Columbia Court of Appeals, United States District Courts and U.S. Courts of Appeals for the District of Columbia, Federal, Fourth, and Armed Forces Circuits. Extensive discovery experience (depositions, interrogatories, requests for documents, admissions). Research and write pleadings, motions, memoranda, appellate briefs, petitions for certiorari. Conduct negotiations and settlements. Represent individual and organizational clients.
>
> *Management Responsibilities:* Direct financial planning and firm development, negotiate and administer vendor contracts, establish and implement personnel policies, recruit and supervise associates, law clerks and administrative staff.

**Partner** — **Klimaski & Grill, P.C., September 2000 to July 2002 (Managing Partner).**

**Principal** — Law Offices of James R. Klimaski, P.C., January 1999 to September 2000 (Ms. Lynn Miller assumed Of Counsel status).

**Partner** — **Klimaski & Miller, P.C., July 1997 to December 1998 (Managing Partner).**

**Partner** — **Klimaski, Miller & Smith, P.C., September 1990 to July 1997 (Managing partner).**

**Partner** — **Klimaski & Miller, P.C., October 1987 to September 1990 (Managing partner).**

**Partner** — Gaffney, Schember, Klimaski & Miller, P.C., 1977 to October 1987 (Founding partner). (Formerly Gaffney, Anspach, Schember, Klimaski & Marks, P.C.)

Contributing Editor — *Military Law Reporter*, Public Law Education Institute, Washington, D.C., 1975 to 1984.

> Selected military court decisions for publication in full text or digest format in bi-monthly law reporter; assigned cases for summarization; prepared and edited case summaries.

Project Co-Director/Staff Attorney — State Education Law Project, Lawyers Committee for Civil Rights Under Law, Washington, D.C., 1977 to 1978.

> Co-directed National Institute of Education funded project compiling, summarizing and analyzing state statutes, regulations and administrative documents in public education field. Recruited and supervised fifteen staff members.

Hearing Examiner — United Mineworkers Health & Retirement Funds, Washington, D.C., Summer 1975.

> Conducted hearings; evaluated witness testimony and documentary evidence; prepared written decisions.

Academic and Veterans Affairs Advisor — Keen State College, Union, NJ, 1972 to 1973.

> Monitored veterans' academic progress; counseled veterans on application for and use of veterans' benefits.

Infantry Officer (First Lieutenant — Honorable Discharge) — United States Army, 1969 to 1971.

> Commanded small military units; engaged in psychological operations; managed administrative affairs.

Manager of Internal Publicity — Bamberger's Department Store, R.H. Macy Co., Newark, NJ, 1967 to 1969.

> Drafted speeches for company president; edited and published employee newsletter and other publications; prepared employee training programs.

---

## *BAR AND COURT ADMISSIONS*

> District of Columbia (1976).
> Maryland (1982).

*Federal Courts:*

> United States Supreme Court (1980)
> U.S. Court of Appeals, District of Columbia Circuit (1977)
> U.S. Court of Appeals, Fourth Circuit (1994)
> U.S. Court of Appeals, Federal Circuit (1979)
> U.S. District Court, District of Columbia (1977)

U.S. District Court, District of Maryland (1985)
U.S. Court of Federal Claims (2005)
U.S. Tax Court (1990)

*Military Courts:*

U.S. Court of Appeals for the Armed Forces (1977)
U.S. Army Court of Criminal Appeals (1985)
U.S. Air Force Court of Criminal Appeals (1982)
U.S. Navy Court of Criminal Appeals (1980)

## PROFESSIONAL BAR ACTIVITIES

Board of Directors, Metropolitan Washington Employment Lawyers Association, 1993 to present.
Board of Directors, Veterans Education Project, Inc., 1992 to present.
Chair, District of Columbia Bar Committee on Court Rules, 1995 to 1998.
Vice President, National Lawyers Guild, 1985-1987.
Executive Board member, Military Law Taskforce, National Lawyers Guild, 1985 to present.
Producer, *Law School for the Public,* a community access television program sponsored by the Montgomery County (Maryland) Bar Foundation, 1998 to present.

## EDUCATION

J.D., Antioch School of Law, Washington, D.C. (1976)
M.A. in Psychology, New School for Social Research, New York, NY (1973)
B.S., Spring Hill College, Mobile, AL (1967)

## CONTINUING LEGAL EDUCATION SEMINARS

Trial Practice and Litigation
Civil Procedure
Employment Discrimination
ERISA Litigation

Labor Law
Military Justice
Criminal Law

## LEGAL PUBLICATIONS

"Protecting the Right to a Pension" (with K. Marks and W. Anspach) in *Employee and Union Member Guide To Labor Law,* Clark Boardman Co., Inc., 1985.

*The Fifty States' Legal Standards For Public Education* (with D. Schember), National Institute of Education, 1978.

---

## *SEMINAR PRESENTATIONS AND TELEVISION AND RADIO INTERVIEWS*

Television appearances on CNN, C-SPAN and MSNBC concerning military law issues, including the Gulf War, *U.S. v. Longtree*, and *U.S. v. McKinney*.

Featured segment on CNN's program *Impact* highlighting case of *Lynom vs. Widnall*, a sexual harassment and retaliation suit against the Air National Guard. (Aired Summer 1997.)

Conducted seminar presentations on litigation (including jury matters such as *voir dire* and jury selection), pension rights under ERISA, and military law (presenter at annual Military Administrative Law conferences).

---

## *SELECTED REPORTED DECISIONS*

*Kister v. District of Columbia*, 229 F.R.D. 326 (D.D.C. 2005) — Attorney fee sanctions, discovery misconduct by District Government.

*Fortson v. Harvey*, 407 F.Supp. 2d 13 (D.D.C. 2005) — Freedom of Information Act against U.S. Army.

*Lynom v. Widnall*, 222 F.Supp. 1 (D.D.C. 2002) — Attorney fees awarded under the Equal Access to Justice Act (EAJA). Prevailing party in sexual harassment action against U.S. Air Force.

*Campbell v. Clinton*, 203 F.3rd 19 (D.C. Cir. 1999) — War Powers Act. Members of Congress suit to enjoin U.S. involvement in Kosovo.

*McDonald v. Artcraft Electric Supply Company*, 774 F.Supp. 29 (D.D.C. 1991) (trial level) — Employee Retirement Income Security Act (ERISA) preemption and right to jury trial. Case settled on merits, 1991.

*Jenkins v. United States*, 541 A.2d 1269 (D.C. App. 1988) — Reversal of criminal conviction based upon improper *voir dire*. Case dismissed on retrial.

*United States v. Hodge*, 26 Military Justice Reporter 596 (ACMR 1988) — Appeal of drug conviction.

*United States v. Marvin*, 24 Military Justice Reporter 365 (CMA 1987) — Appeal of drug conviction.

*Nichols v. Board of Trustees of Asbestos Workers Local 24 Pension Plan*, 835 F.2d 881 (D.C. Cir. 1987) — Class action pension benefits case under ERISA. Recovered $1.3 million in back benefits and restored full pensions to retirees. Case settled after appeals court decision.

*Johnson v. United States*, 398 A.2d 354 (D.C. App 1979) — Attempted murder case. Seminal decision on abuse of discretion by trial judge.

*Baker v. Newspaper and Graphic Communications Union, Local 6*, 461 F.2d 156 (D.C. Cir. 1980) — Duty of fair representation case. Filed motion to dismiss on union's behalf. Dismissal upheld on appeal.

---

## *SELECTED UNREPORTED CASES*

*Lynom v. Widnall, et al.* (D.D.C. 1998) — Remand to Air Force Correction Board for reconsideration of promotion denied in Air National Guard sex harassment and retaliation case.

*Rucker v. ACDI* (D.D.C. 1995) — Represented plaintiff in age and sex discrimination case. Jury awarded $500,000.00.

*Grzeskiewiez v. Collins* (D.Md. 1990) — Class action pension case under ERISA. Represented plaintiffs who recovered $450,000 for profit sharing plan.

*Craig v. Federal Builders, et al.* (D.C. Superior Court 1991) — Represented plaintiff in consumer fraud case involving remodeling or second mortgage scam ("Dartmouth" scam). Forced lender to cancel mortgage and refund payments and to pay compensatory damages.

*Porter vs. The District of Columbia* (D.C. Superior Court 1994) — Represented plaintiff in police brutality case. Jury awarded $76,500.00 in compensatory and punitive damages.

*References available upon request.*

LYNN I. MILLER
KLIMASKI & ASSOCIATES, P.C.
1819 L STREET, N.W., 7TH FLOOR
WASHINGTON, D.C. 20036

*EMPLOYMENT:*

- Klimaski & Associates, P.C., August 2002 to present.

- Law clerk, the Honorable Ira Robinson, New Mexico Court of Appeals, August 2001 to December 2001.

- Of Counsel, Klimaski & Grill, P.C., August 2000 to August 2002.

- Partner, Klimaski & Miller, P.C., August 1997 to Spring 1999.

- Partner, Klimaski, Miller & Smith, P.C., September 1990 to August 1997 (Managing Partner, October 1993 to September 1994).

- Partner, Klimaski & Miller, P.C., October 1987 to September 1990.

- Partner, Gaffney, Schember, Klimaski & Miller, P.C., December 1982 to October 1987 (formerly Gaffney, Anspach, Schember, Klimaski & Marks, P.C.).

- Solo law practice, September 1981 to December 1982.

- Senior Associate Attorney, Lucas & Miller, P.C., May 1979 to May 1981.

- Associate Attorney, Roy Lucas, P.C., May 1977 to May 1979.

- Instructor, Legal Writing and Research, Washington College of Law, American University, Fall 1982.

*LITIGATION EXPERIENCE:*

- Extensive experience in complex litigation.

- Litigation in United States Federal Courts (district, circuit courts of appeal, United States Supreme Court) and state courts (trial and appellate).

- First chair in bench and jury trials.

- Appellate oral argument (United States Courts of Appeals: Fourth Circuit, Seventh Circuit, Eighth Circuit; District of Columbia Court of Appeals; Court of Appeals of Indiana).

- Federal and state administrative proceedings (hearings and appeals).

- Federal class action litigation.

- Knowledge of Federal Rules of Civil Procedure, Federal Rules of Appellate Procedure, Supreme Court Rules of Procedure, federal court local rules of procedure, state court rules of procedure (trial and appellate) and administrative procedure.

- Temporary restraining orders (TRO), preliminary and permanent injunctions.

- Actions involving declaratory judgments.

- Actions involving damages (compensatory and punitive).

- Discovery (interrogatories, request for documents, request for admissions, depositions).

- Negotiations and settlements.

- Working with co-counsel and local counsel.

## *SUBSTANTIVE LAW EXPERIENCE:*

- Civil Rights Law (42 U.S.C. § 1983).

- Constitutional Law.

- Attorney's Fees (42 U.S.C. § 1988, Title VII, Equal Access Under Justice Act, other attorney's fees statutes).

- Employment Discrimination Law (Title VII, Age Discrimination in Employment Act, Americans with Disabilities Act and state laws) (federal government and private entities) (includes gender, race, religion, ethnic origin, sex harassment, sexual orientation, and hostile environment).

- Employment Retirement Security Act (ERISA). (Pensions, health and other work-related benefits, including insurance).

- Medical malpractice.

- Federal Torts Claims Act.

- Freedom of Information Act (FOIA).

- Military Law.

- Police Misconduct.

*LEGAL WRITING EXPERIENCE:*

- Writing legal letters, pleadings, motions, interrogatories, requests for documents and admissions, lengthy legal memoranda, appellate briefs, petitions for certiorari and other legal documents.

- Researching legal questions and issues. (Proficient in LEXIS).

- Final review and revision of all documents prepared by attorneys, associates, paralegals and law clerks in law firm.

- Writing testimony for legislative committees.

*EDUCATION:*

- M.A., Eastern Classics Graduate Institute, St. John's College, Santa Fe, N.M., August 2001.

- LL.M., Washington College of Law, The American University, Washington, D.C.,1992. International Legal Studies. (Concentration in copyright).

- J.D., Washington College of Law, The American University, 1977.
    Law Review, 1976-1977.
    Dean's Fellowship, Teaching Assistant in Legal Methods (legal writing and research, 1976-77).

- B.A., Smith College, Northampton, Massachusetts, 1971.

*BAR MEMBERSHIPS:*

Member, District of Columbia Bar (1977).
Member, Maryland Bar (1987).

*LEGAL PUBLICATIONS*

- "Fair Use, Biographers, and Unpublished Works: Life After H.R. 4412," JOURNAL OF THE COPYRIGHT SOCIETY OF THE USA, Vol. 40, No. 3, p. 349 (Spring 1993).

3

- REPRODUCTIVE RIGHTS LAW REPORTER, Editor (1986).

- "Evolution of Abortion Law in North America," with Roy Lucas. In: ABORTION AND STERILIZATION: MEDICAL AND SOCIAL ASPECTS, Jane E. Hodgson, M.D., ed., New York, Grune & Stratton (1981).