UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Prison Legal News ,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**Harley G. Lappin, Director**<br>**FEDERAL BUREAU OF PRISONS,**<br><br>   **Defendant.** | Civil Action No. 05-1812 (RBW) |

### ORDER

Upon consideration of the Plaintiff's Amended Motion for Attorney's Fees and Costs, it is hereby

**ORDERED** that the Plaintiff's motion is **GRANTED**.

The Defendant, shall pay the Plaintiff $ 48,709.72 in attorney's fees and costs.

_____          _____
Date                                                               Reggie B. Walton
                                                                          United States District Judge


Copies to Counsel via
the Court's CM-ECF notification system.