# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Prison Legal News ,**

    **Plaintiff,**

      **v.**

    **Civil Action No. 05-1812 (RBW)**

**Harley G. Lappin, Director**
**FEDERAL BUREAU OF PRISONS,**

    **Defendant.**

## ERRATA

Plaintiff Prison Legal News respectfully submits this Errata to his August 11, 2006, Amended Motion for Attorney's Fees and Costs (Motion).  Due to a technical error, Plaintiff's counsel did not file a complete version of his supporting memorandum with the Motion.  Instead, only the last page of the memorandum was filed.  Plaintiff's Counsel has attached the complete Memorandum in Support of Plaintiff's Amended Motion for Attorney's Fees and Costs to this Errata.

    Respectfully submitted,


August 11, 2006

                          /s/
Edward J. Elder (#460588)
Klimaski & Associates, P.C.
1819 L Street NW – Suite 700
Washington DC  20036-3830
202-296-5600
elder@klimaskilaw.com

Counsel for Prison Legal News