UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>HARLEY G. LAPPIN, DIRECTOR, )<br>FEDERAL BUREAU OF PRISONS. )<br>Defendant. ) | Civil Action No.: 05-1812 (RBW) |

## DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1. I am currently a Paralegal Specialist at the Federal Bureau of Prisons, Office of General Counsel, Freedom of Information Act Section, Washington, D.C. I have been employed in this position since April 2003; however, I have been employed with the Bureau of Prisons since July of 1988. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and possible release of information requested from the Bureau of Prisons via the Freedom of Information Act.

2. This declaration is in response to the Court's Order dated June 26, 2006, in which the Court has ordered the Bureau of Prisons to process the plaintiff's request for documents without payment of the costs associated with the search and duplication of the documents related to plaintiff's Freedom of Information Act (FOIA ) Request.

3. The Prison Legal News FOIA Request sought "a copy of all documents showing all money paid by the BOP for lawsuits and claims against it. This is all funds paid out to

1

claimants/litigants between January 1, 1996 through and including July 31, 2003. I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award. I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim. See Exhibit A which is a true and correct copy of Prison Legal News FOIA Request Number 2003-08557.

4. The BOP is currently in the process of determining the amount of documents responsive to plaintiff's FOIA Request. This is being accomplished by forwarding a copy of plaintiff's FOIA Request to the appropriate sections of the BOP to include, but not limited to: all branches of the Office of General Counsel which consists of Commercial Law, Discrimination Complaints and Ethics (which encompasses Equal Employment Opportunity), Labor Law, Legal Administrative Branch, Legislative and Correctional Issues Branch, Litigation Branch, and Real Estate and Environmental Branch.

5. A copy of the request has also been forwarded to the six (6) BOP Regional Offices, the Administrative Division of the BOP (which consists of Contracts) and the Labor Management Relations Branch. Each section/branch has been instructed to identify any/all documents they may have that are responsive to the FOIA Request and the length of time it would take to search, gather, and process the responsive documents.

6. Once a response has been received from each section/branch, we will be able to inform the Court of the extent of time it will take to locate, gather, review, and if necessary excise the documents that are found to be responsive to plaintiff's FOIA Request. It is anticipated that this

search will produce a massive amount of documents and will consume a vast amount of staff time.

I declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 28 day of August 2006, at Washington, D.C.

Wilson J. Moorer
Paralegal Specialist
Federal Bureau of Prisons
Washington, D.C.