## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HADI MEHRSEFAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1060 (HHK) |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, Secretary, ) | |
| U.S. DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for an enlargement of time to and including September 8, 2006, to respond to plaintiff's Complaint. Counsel was unable to reach the Plaintiff to obtain his views on the filing of this motion.

The additional time is required because counsel has been involved in substantial litigation, including the filing of a dispositive motion on this date in Davis v. Chertoff, Civil Action Number 05-1423 (HHS), and was unable to complete the coordination with the agency counsel for the filing of defendant's dispositive motion in this case. In addition, counsel is on leave from September 1 through September 5, 2006.

This request for enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including September 8, 2006, to respond to the Complaint.

Respectfully submitted,

__/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was served by mail, postage prepaid, to:

HADI MEHRSEFAT
6200 Westchester Park Drive
Apartment 815
College Park, MD 20740
US
(301) 345-0478
PRO SE


on this 31st day of August, 2005.


                                        /s/
                              Wyneva Johnson
                              Assistant United States Attorney
                              United States Attorney's Office
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-7224