IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HADI MEHRSEFAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-1060(HHK) |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORNE, Secretary, | ) | |
| U.S. DEPARTMENT OF THE INTERIOR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time, any Opposition thereto, and for good cause shown, it this _____ day of _____, 2006.

ORDERED that Defendant's Motion should be, and it hereby is, granted, and that Defendant shall have up to and including September 8, 2006 in which to respond to plaintiff's Complaint.

_____
DATE

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

Pro Se Plaintiff
HADI MEHRSEFAT
6200 Westchester Park Drive
College Park, MD 20740