UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PRISON LEGAL NEWS,<br><br>          Plaintiff,<br><br>v.<br><br>HARLEY G. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS,<br><br>          Defendant. | Civil Action No. 05-1812 (RBW) |

### ERRATA

Defendant hereby advises the Court and plaintiff's counsel that Defendant's Motion for an Enlargement of Time in <u>Hadi Mehrsefat v. Dirk Kempthorne</u>, Civil Action Number 06-1060, was inadvertently filed instead of defendant's Unopposed Motion for Enlargement of Time to Respond to plaintiff's Amended Petition for Attorney's Fees in the above-captioned case. Defendant's Unopposed Motion for Enlargement of Time to Respond to plaintiff's Amended Petition for Attorney's Fees and Text of the Proposed Order is hereby attached.

Counsel respectfully regrets the inconvenience to the Court and to plaintiff's counsel for this inadvertence.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224
 202-514-7224