IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1812 (RBW) |
| ) | |
| HARLEY G. LAPPIN, DIRECTOR, FEDERAL ) | |
| BUREAU OF PRISONS ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time to and including September 13, 2006 to file its Response to plaintiff's Amended Petition for Attorney's Fees. Plaintiff's counsel does not oppose the filing of this Motion.

The additional time is requested because counsel has been unable to complete the discussions and coordination with the agency with regard to plaintiff's Amended Petition for Fees.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including September 13, 2006 to file its Response to plaintiff's Amended Petition for Attorney's Fees.

Respectfully submitted,

\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224