

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PRISON LEGAL NEWS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY G. LAPPIN, DIRECTOR, FEDERAL )<br>BUREAU OF PRISONS )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1812 (RBW) |

## STIPULATION AND ORDER

It is hereby stipulated by and between the parties, through their respective counsel of record, subject to the approval of the Court, that defendant shall pay plaintiff's counsel, the total sum of $48,709.72 in attorney's fees and costs.

Acceptance by plaintiff and plaintiff's counsel of said amount shall settle and resolve Plaintiff's Amended Petition for Attorney's Fees.

EDWARD J. ELDER
KLIMASKI & ASSOCIATES, P.C
1819 L Street, NW
Washington, DC 200036-3830

Respectfully submitted,

/s/ Kenneth L. Wainstein/dub
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Wyneva Johnson
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

SO ORDERED: Reggie B. Walton
UNITED STATES DISTRICT JUDGE

DATED: This 17th Day of August, 2006.