IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS**<br><br>Plaintiff,<br><br>v.<br><br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS**<br><br>Defendant. | Civil Action No. 05-1812 (RBW) |

**DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a further Enlargement of Time to and including September 29, 2006 to advise the Court of the time that will be required to process plaintiff's FOIA request. Plaintiff's counsel does not oppose the filing of this Motion.

Defendant has conducted an extensive search for documents. A response has been received from 9 of the 13 sections/branches of the Office of General Counsel. The additional time is requested, however, because the Bureau of Prisons has to complete the initial search for documents in the four remaining entities. See Declaration of Wilson J. Moorer, attached to this motion.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including September 29, 2006 to advise the Court of the time that will be required to process plaintiff's FOIA request.

September 15, 2006                             Respectfully submitted,

\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224