UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>HARLEY G. LAPPIN, DIRECTOR, )<br>FEDERAL BUREAU OF PRISONS. )<br>Defendant. ) | Civil Action No.: 05-1812 (RBW) |

### DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1. I am currently a Paralegal Specialist at the Federal Bureau of Prisons, Office of General Counsel, Freedom of Information Act Section, Washington, D.C. I have been employed in this position since April 2003; however, I have been employed with the Bureau of Prisons since July of 1988. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and possible release of information requested from the Bureau of Prisons via the Freedom of Information Act.

2. This declaration is being provided to inform the Court of the Bureau of Prisons progress in determining the amount of documents responsive to plaintiff's FOIA Request and the amount of time it will take to find the responsive documents. The BOP had instructed all branches of the Office of General Counsel which consists of Commercial Law, Discrimination Complaints and Ethics (which encompasses Equal Employment Opportunity), Labor Law, Legal Administrative Branch, Legislative and Correctional Issues Branch, Litigation Branch, and Real

1

Estate and Environmental Branch to identify any/all documents they may have that were responsive to the FOIA Request and the length of time it would take to search, gather, and process the responsive documents. These instructions were also forwarded to the six (6) BOP Regional Offices, the Administrative Division of the BOP (which consists of Contracts) and the Labor Management Relations Branch.

3. A response has been received from 9 of the 13 sections/branches of the Office of General Counsel. The Commercial Law Branch estimates that it would take 5 attorneys a half day each to locate the relevant documents on the cases on which they worked. It is estimated it would then take another individual 2-3 full days of sorting through papers in the file room to search for documents in cases handled by former attorneys. In addition, there is no database of cases or settlements going back to 1996.

4. The Labor Law Branch has 6 branches through out the United States. In the Central Office, Washington, DC it is estimated that it would take 120 work hours to process the request; in the North Central Regional Office, Kansas City, KS it is estimated that it would take 160 work hours to process the request; in the Phoenix Office, Phoenix, AZ it is estimated that it would take 80 work hours to process the request; and in the South Central Regional Office, Dallas, Texas and South East Regional Office, Atlanta, Georgia it is estimated that it would take each office 16 work hours to process the request.

5. The Legal Administrative Branch, Legislative and Correctional Issues Branch, and Litigation Branch have estimated that it would take 4 work hours to process the request. A response is still pending from the following branches: Discrimination Complaints and Ethics

(which encompasses Equal Employment Opportunity), Labor Management Relations Branch, and Real Estate and Environmental Branch.

6. The following estimates were provided from the Regional Offices: the Mid-Atlantic Regional Office, Maryland estimates that it would take 80 work hours to process the request; the North Central Regional Office, Kansas estimates that it would take 160 work hours to process the request; the South East Regional Office, Georgia estimates that it would take 80 work hours to process the request; and the Western Regional Office, California estimates that it would take 80 hours to process the request. A response is still pending from the North East Regional Office and South Central Regional Office.

7. These are only best guess estimates which may change due to conditions of the files, accessing files that have been archived, copying the files, scanning the information, and redacting the massive amount of documents this search will produce.

I declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 15 day of September 2006, at Washington, D.C.

Wilson J. Moorer
Paralegal Specialist
Federal Bureau of Prisons.
Washington, D.C.

3