IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS**             )<br>                                                         )<br>              **Plaintiff,**              )<br>                                                         )<br>       v.                                              )<br>                                                         )<br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL** )<br>**BUREAU OF PRISONS**          )<br>                                                         )<br>              **Defendant.**            )<br>                                                         ) | Civil Action No. 05-1812 (RBW) |

### DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a further Enlargement of Time to and including November 1, 2006 to advise the Court of the time that will be required to process plaintiffs FOIA request. Plaintiff's counsel does not oppose the filing of this Motion.

Since September 15, 2006, the Bureau of Prisons has received estimates from the 4 remaining sections/branches of the Office of General Counsel and one of the two remaining Regional Offices. The Discrimination Complaints and Ethics Branch (which encompasses Equal Employment Opportunity) estimates it will take 160 work hours to process the request. The Labor Management Relations Branch estimates it will take 180 work hours to process the request and the Real Estate & Environmental Branch estimates it will take 120 work hours to process the request. The South Central Regional Office estimates that it would take 176 work hours to process the request. A response is still pending from the North East Regional Office. Declaration of Wilson J. Moorer, ¶ 4 (September 28, 2006 (Decl.).

The BOP has instructed the responding sections/branches and Regional Offices to gather, review and copy the documents responsive to this request. This gathering process will require

each responding entity to check all files that are currently at each location and retrieving files from archives. Each section/branch and Regional Office were instructed to assign one point of contact to work with Mr. Moorer as this progresses. As of the date of this declaration, each section/branch and Regional Office (except for the North East Regional Office) have complied with this request by beginning the gathering process and by assigning a point of contact for the processing of this request. Decl. ¶ 5.

Each responding entity will be contacted on a weekly basis to receive an update on the gathering and copying of the documents responsive to this request. Each responding entity has been instructed to compile all the responsive documents and then mail all the documents at one time to the FOIA Office, Washington, DC. The FOIA Office will be responsible for the excising and redacting of the documents produced in response to this request. Decl. ¶ 6.

The processing of the documents in response to this request can be effected by staff availability, the conditions of the files, accessing files that have been archived, copying the files, scanning the information, and redacting the massive amount of documents this search will produce. Decl. ¶ 7.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including November 1, 2006 to advise the Court of the time that will be required to process plaintiff's FOIA request.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224