## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1812 (RBW)** |
| ) | |
| **HARLEY G. LAPPIN, DIRECTOR, FEDERAL** ) | |
| **BUREAU OF PRISONS** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully

moves this Court for a further Enlargement of Time to and including November 2, 2006 to

advise the Court of the time that will be required to process plaintiffs FOIA request. Plaintiff's

counsel does not oppose the filing of this Motion.

Defendant has not yet received the signed declaration from the agency which provides

the current information on the processing of Plaintiff's FOIA request. Defendant anticipates that

it will file its proposed update and declaration with the Court on November 2, 2006.

This request for enlargement is made in good faith and is in no way designed to delay the

proceedings. Id at ¶ 10.

Accordingly, it is respectfully requested that defendant shall have up to and including

November 2, 2006 to advise the Court of the time that will be required to process plaintiff's

FOIA request.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/

WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224