IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL** )<br>**BUREAU OF PRISONS**  )<br>)<br>Defendant.  )<br>) | Civil Action No. 05-1812 (RBW) |

## ORDER

UPON CONSIDERATION OF Defendant's Motion for a further Enlargement of Time, any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion should be, and is hereby, **granted**, and that Defendant shall have up to and including December 1, 2006 to to advise the Court of the time that will be required to process plaintiff's FOIA request.

_____
UNITED STATES DISTRICT JUDGE

Copies:

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

EDWARD J. ELDER
Klimaski & Associates, P.C.
1819 L Street, NW – Suite 700
Washington, DC 20036