IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PRISON LEGAL NEWS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL** )<br>**BUREAU OF PRISONS** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1812 (RBW) |

## DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a further Enlargement of Time to and including January 12, 2007 to advise the Court of the time that will be required to process plaintiffs FOIA request. Plaintiff's counsel opposes the filing of this Motion.

Since Defendant's November 1, 2006 filing, the Bureau of Prisons Headquarters FOIA Office has received the following information from the branches of the Office of General Counsel responsible for providing documents.

The North Central Regional Office (NCRO), South Central Regional Office (SCRO), South East Regional Office (SERO), Litigation Branch, Legal Administrative Branch, Legislative & Correctional Issues Branch, Labor Management Relations Branch, and Real Estate & Environmental Branch have found all responsive documents and the documents have been forwarded to and received by the FOIA Office, Washington, DC. Declaration of Wilson J. Moorer, ¶ 3.

The Mid-Atlantic Regional Office (MARO), North East Regional Office (NERO), and Western Regional Office (WRO) have identified and requested the administrative tort claims and

litigation files responsive to this request. They are still awaiting documents from the various National Archive Centers to be forwarded. Once these files are forwarded and received, they will be reviewed and all responsive documents copied and forward to the FOIA Office. Id, ¶ 4.

The Discrimination Complaints and Ethics Branch (which encompasses Equal Employment Opportunity) has identified the documents responsive to this request. The files in which the documents are contained are archived; therefore, the files from 1996 to 2003 are being requested from archives. Once the information has been received, they will forward it to the FOIA Office. Id, ¶ 5.

The Commercial Law Branch is conducting a file-by-file search of the their files from 1996 to 2003 to verify the accuracy of their data base which revealed no files/documents were responsive to this action. The Labor Law Branch which consists of offices in Washington, DC; Kansas City, KS; Phoenix, AZ; Dallas, TX; and Atlanta, GA has received and reviewed the files responsive to this action. A Labor Law Office staff member is currently in Arizona to assist the AZ Labor Law Office in the identifying, reviewing, and copying of the documents responsive to the request. The staff member is scheduled to complete the project on December 4, 2006. Id, ¶ 6.

This request for enlargement is made in good faith to permit Defendant to complete its search for and review of potentially responsive records, not to unreasonably delay these proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including January 12, 2007 to advise the Court of the time that will be required to process plaintiff's FOIA request.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224