IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS**         )<br>                              )<br>         **Plaintiff,**        )<br>                              )<br>    v.                        )<br>                              )<br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL** )<br>**BUREAU OF PRISONS**          )<br>                              )<br>         **Defendant.**        )<br>                              ) | Civil Action No. 05-1812 (RBW) |

## ORDER

UPON CONSIDERATION OF Defendant's Motion for a further Enlargement of Time, any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion should be, and is hereby, **granted**, and that Defendant shall have up to and including January 12, 2007 to advise the Court of the time that will be required to process plaintiff's FOIA request.

_____
UNITED STATES DISTRICT JUDGE

Copies:

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

EDWARD J. ELDER
Klimaski & Associates, P.C.
1819 L Street, NW – Suite 700
Washington, DC 20036