**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PRISON LEGAL NEWS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1812 (RBW) |
| | ) | |
| HARLEY G. LAPPIN, DIRECTOR, | ) | |
| FEDERAL BUREAU OF PRISONS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a further Enlargement of Time to and including February 12, 2007 to advise the Court of the time that will be required to process plaintiff's FOIA request. Plaintiff's Counsel could not be reached to obtain his views on the filing of this Motion.

Defendant hereby provides the Court with an updated status of the processing of plaintiff's FOIA request.

The North Central Regional Office (NCRO), South Central Regional Office (SCRO), South East Regional Office (SERO), Litigation Branch, Legal Administrative Branch, Legislative & Correctional Issues Branch, Labor Management Relations Branch, and Real Estate & Environmental Branch all have found responsive documents and the documents have been forwarded to and received by the FOIA Office, Washington, DC. Declaration of Wilson Moorer, ¶ 3.

The Mid-Atlantic Regional Office (MARO), North East Regional Office (NERO), and

Western Regional Office (WRO) have identified and requested the administrative tort claims files responsive to this request. The MARO, NERO, and WRO have received the administrative tort claims from the various National Archive Centers and are in the process of reviewing the documents. The MARO has completed its review and the material has been received by the FOIA Office, Washington, DC. Id at ¶ 4.

The MARO and NERO are still awaiting litigation files to be forwarded from the various National Archive Centers. They have stated that it may take an additional 3 weeks to receive the material from archives. Once these files are forwarded and received, they will be reviewed and all responsive documents copied and forward to the FOIA Office. The WRO has received its litigation files from the National Archive Centers. The WRO is currently doing a file by file search to determine which files contain documents that are responsive to this request. The WRO requires an additional 3 weeks to complete this review and forward the responsive documents to the FOIA Office, Washington, DC. Id at ¶ 5.

The Discrimination Complaints and Ethics Branch (which encompasses Equal Employment Opportunity) has identified the documents responsive to this request. The files in which the documents are contained were received from archives. They have begun the slow task of reviewing each EEO file and reading each settlement to determine if money damages were awarded. Their database does not make the distinction as to whether money damages were awarded; therefore, they must review each file to determine if a monetary sum was awarded. They have estimated an additional 3 weeks is required to complete this task. Once the information has been reviewed, they will forward it to the FOIA Office, Washington, DC. Id at ¶ 6.

The Commercial Law Branch has completed its file by file review of the files from 1996 to 2003 to verify the accuracy of their data base which revealed no files/documents were responsive to this request.  They have determined the data base is accurate and there are no files/documents responsive to this request. Id at ¶ 7.

The Labor Law Branch which consists of offices in Washington, DC; Kansas City, KS; Phoenix, AZ; Dallas, TX; and Atlanta, GA has received and reviewed the files responsive to this request.  The offices in Washington, DC; Phoenix, Arizona; Dallas, TX; and Atlanta, GA have completed their review of the material and have forwarded it the FOIA Office, Washington, DC. The Kansas City, KS office has stated it needs an additional 2 weeks to complete this task. Id at ¶ 8.

As previously stated, the processing of the documents in response to this request can be affected by staff availability, the conditions of the files, accessing files that have been archived, copying the files, scanning the records, and redacting the massive amount of documents this search will produce. Id at ¶ 9.

This request for enlargement is made in good faith and is in no way designed to unreasonably delay this processing.

According, it is respectfully requested that defendant shall have up to and including February 12, 2007 to advise the Court of the time that will be required to process plaintiff's FOIA request.

Respectfully submitted,


/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/_____
RUDOLPH CONTRERAS,  D.C. BAR # 434122
Assistant United States Attorney


/s/_____
WYNEVA JOHNSON,  D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.   20530
(202) 514-7224