IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| PRISON LEGAL NEWS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY G. LAPPIN, DIRECTOR, FEDERAL )<br>BUREAU OF PRISONS )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1812 (RBW) |

**ORDER**

UPON CONSIDERATION OF Defendant's Motion for a Further Enlargement of Time, any Opposition thereto and for good cause shown, it is hereby

ORDERED that Defendant's Motion should be, and is hereby, Granted, and that Defendant shall have up to and including February 12, 2007 to advise the Court of the time that will be required to process plaintiff's FOIA request.

_____
UNITED STATES DISTRICT JUDGE

Copies:

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

JAMES KLIMASKI
Klimaski & Associates, P.C.
1819 L Street, NW – Suite 700
Washington, DC 20036