UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Prison Legal News, <br><br> Plaintiff, <br><br> v. <br><br> Harley G. Lappin, Director <br> FEDERAL BUREAU OF PRISONS, <br><br> Defendant. | Civil Action No. 05-1812 (RBW) |

## NOTICE OF APPEARANCE OF JAMES R. KLIMASKI AND LYNN I. MILLER AND WITHDRAWAL OF EDWARD J. ELDER FOR THE PLAINTIFF

The Clerk will please enter the appearance of James R. Klimaski and Lynn I. Miller of Klimaski & Associates, P.C., on behalf of the Plaintiff, Prison Legal News.

The Clerk will also please withdraw the appearance of Edward J. Elder on behalf of the Plaintiff. Mr. Elder is no longer with Klimaski & Associates, P.C.

Respectfully submitted,

January 16, 2007

_____
James R. Klimaski, #243543
klimaski@klimaskilaw.com
Lynn I. Miller, #941559
miller@klimaskilaw.com

Klimaski & Associates, P.C.
1819 L Street NW
Suite 700
Washington, DC  20036
202-296-5600

*Counsel to Plaintiff*