IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS**           )<br>                                                  )<br>                    Plaintiff,        )<br>                                                  )<br>          v.                                     )<br>                                                  )<br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL** )<br>**BUREAU OF PRISONS**            )<br>                                                  )<br>                    Defendant.     )<br>                                                  ) | Civil Action No. 05-1812 (RBW) |

**DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a further Enlargement of Time to and including March 20, 2007 to process plaintiff's FOIA request. The parties will file a briefing schedule for the filing of dispositive Motions with the Court by March 30, 2007. Plaintiff's counsel does not oppose the filing of this Motion.

Defendant herein provides the Court with an updated status of the processing of plaintiff's FOIA request.

The Mid-Atlantic Regional Office (MARO) has received the litigation files from archives and are in the process of reviewing the documents. This review is expected to be completed by February 12, 2007. The North East Regional Office (NERO), and Western Regional Office (WRO) are continuing to review the administrative tort claims and litigation files responsive to this request. The NERO and WRO have stated that it may take an additional seven (7) working days to complete their review and forward the responsive documents to the FOIA Office, Washington, DC. Declaration of Wilson J. Moorer, ¶ 5.

The Discrimination Complaints and Ethics Branch (which encompasses Equal Employment Opportunity) is continuing to review the documents that were identified as being responsive to this request. As stated previously, their database does not make the distinction as to whether money damages were awarded; therefore, each file must be reviewed to determine if a monetary sum was awarded. They expect to have this review process completed by February 12, 2007. Once the review process has been completed, they will forward the documents to the FOIA Office, Washington, DC. Id., ¶ 6.

It is estimated the FOIA Office, Washington, DC should have all the documents responsive to this request by February 16, 2007. Barring any unforeseen delays, the redacting and excising of the documents will begin and it is estimated that this process maybe completed by March 15, 2007. As previously stated, the processing of the documents in response to this request can be effected by staff availability, the conditions of the files, the scanning of the information, and the redacting of the massive amount of documents that have been produce in response to this request. Id., ¶ 7.

This request for enlargement is made in good faith to permit defendant to complete its search for and review of potentially responsive records, not to unreasonably delay these proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including March 20, 2007 to process plaintiff's FOIA request. The parties will file a briefing schedule for dispositive motions by March 30, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room E4106
Washington, D.C. 20530
(202) 514-7224