UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS,<br><br>    Plaintiff,<br><br>v.<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>FEDERAL BUREAU OF PRISONS.<br>    Defendant. | Civil Action No.: 05-1812 (RBW) |

## DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1. I am currently a Paralegal Specialist at the Federal Bureau of Prisons, Office of General Counsel, Freedom of Information Act Section, Washington, D.C. I have been employed in this position since April 2003; however, I have been employed with the Bureau of Prisons since July of 1988. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and possible release of information requested from the Bureau of Prisons via the Freedom of Information Act.

2. This declaration is being provided to update the Court of the Bureau of Prisons progress in gathering, reviewing, and copying the documents responsive to plaintiff's FOIA Request. Since the execution of my January 12, 2007 declaration, we have received the following information from the branches of the Office of General Counsel responsible for providing documents.

1

3. The North Central Regional Office (NCRO), South Central Regional Office (SCRO), South East Regional Office (SERO), Litigation Branch, Legal Administrative Branch, Legislative & Correctional Issues Branch, Labor Management Relations Branch, Real Estate & Environmental Branch, and Commercial Law Branch all have found responsive documents and the documents have been forwarded to and received by the FOIA Office, Washington, DC.

4. The Labor Law Branch which consists of offices in Washington, DC; Kansas City, KS; Phoenix, AZ; Dallas, TX; and Atlanta, GA has received and reviewed the files responsive to this action. The offices in Washington, DC; Phoenix, Arizona; Dallas, TX; Atlanta, GA; and Kansas City, KS have completed their review of the material and have forwarded it the FOIA Office, Washington, DC.

5. The Mid-Atlantic Regional Office (MARO) has received the litigation files from archives and are in the process of reviewing the documents. This review is expected to be completed by February 12, 2007. The North East Regional Office (NERO), and Western Regional Office (WRO) are continuing to review the administrative tort claims and litigation files responsive to this request. The NERO and WRO have stated that it may take an additional seven (7) working days to complete their review and forward the responsive documents to the FOIA Office, Washington, DC.

6. The Discrimination Complaints and Ethics Branch (which encompasses Equal Employment Opportunity) is continuing to review the documents that were identified as being responsive to this request. As stated previously, their database does not make the distinction as to

whether money damages were awarded; therefore, each file must be reviewed to determine if a monetary sum was awarded. They expect to have this review process completed by February 12, 2007. Once the review process has been completed, they will forward the documents to the FOIA Office, Washington, DC.

7. It is estimated the FOIA Office, Washington, DC should have all the documents responsive to this request by February 16, 2007. Barring any unforeseen delays, the redacting and excising of the documents will begin and it is estimated that this process maybe completed by March 15, 2007. As previously stated, the processing of the documents in response to this request can be effected by staff availability, the conditions of the files, the scanning of the information, and the redacting of the massive amount of documents that have been produce in response to this request.

I declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this __7__ day of February 2007, at Washington, D.C.

_____
Wilson J. Moorer
Paralegal Specialist
Federal Bureau of Prisons
Washington, D.C.

3