IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PRISON LEGAL NEWS**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL** )<br>**BUREAU OF PRISONS**  )<br>)<br>Defendant.  )<br>) | Civil Action No. 05-1812 (RBW) |

### DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a further Enlargement of Time to and including April 30, 2007 to process plaintiff's FOIA request. Defendant has advised plaintiff that it will provide the documents to plaintiff in electronic form.

The parties will file a briefing schedule for the filing of dispositive Motions with the Court by May 8, 2007.

Plaintiff's counsel opposes of this Motion.

Defendant herein provides the Court with an updated status of the processing of plaintiff's FOIA request.

The North Central Regional Office (NCRO), South Central Regional Office (SCRO), South East Regional Office (SERO), Mid-Atlantic Regional Office (MARO), Western Regional Office (WRO), Litigation Branch, Legal Administrative Branch, Legislative & Correctional Issues Branch, Labor Management Relations Branch, Real Estate & Environmental Branch, Commercial Law Branch, and Discrimination Complaints and Ethics Branch (which encompasses Equal Employment Opportunity) all have found responsive documents and the

documents have been forwarded to and received by the FOIA Office, Washington, DC. Declaration of Wilson and Moorer, ¶ 3.

The Labor Law Branch which consists of offices in Washington, DC; Kansas City, KS; Phoenix, AZ; Dallas, TX; and Atlanta, GA has received and reviewed the files responsive to this action. The offices in Washington, DC; Phoenix, Arizona; Dallas, TX; Atlanta, GA; and Kansas City, KS have completed their review of the material and have forwarded it the FOIA Office, Washington, DC. Id., ¶ 4.

The North East Regional Office (NERO) is continuing to review the administrative tort claims and litigation files responsive to this request. The NERO has been informed of the urgency to complete their review and forward the responsive documents to the FOIA Office, Washington, DC. Id., ¶ 5.

The FOIA Office, Washington, DC has began the process of scanning all the documents submitted in response to this FOIA request into the FOIA data base and it has began redacting and excising the documents. It is expected the redacting and excising of the documents will be completed and released to the Plaintiff by April 30, 2007. As previously stated, the processing of the documents in response to this request can be effected by staff availability, the conditions of the files, the scanning of the information, and the redacting of the massive amount of documents that have been produce in response to this request. Id., ¶ 6.

This request for enlargement is made in good faith to permit defendant to complete its search for and review of potentially responsive records, not to unreasonably delay these proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including April 30, 2007 to process plaintiff's FOIA request. The parties will file a briefing schedule for dispositive motions by May 8, 2007.

                                        Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                        /s/
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                        /s/
                                        WYNEVA JOHNSON, DC Bar #278515
                                        Assistant United States Attorney
                                        555 4th Street, N.W., Room E - 4106
                                        Washington, D.C. 20530
                                        (202) 514-7224