# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS,** )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>**HARLEY G. LAPPIN, DIRECTOR,** )<br>**FEDERAL BUREAU OF PRISONS.** )<br>Defendant. )<br>) | Civil Action No.: 05-1812 (RBW) |

## DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1.  I am currently a Paralegal Specialist at the Federal Bureau of Prisons, Office of General Counsel, Freedom of Information Act Section, Washington, D.C. I have been employed in this position since April 2003; however, I have been employed with the Bureau of Prisons since July of 1988. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and possible release of information requested from the Bureau of Prisons via the Freedom of Information Act.

2.  This declaration is being provided to update the Court of the Bureau of Prisons progress in gathering, reviewing, and copying the documents responsive to plaintiff's FOIA Request. Since the execution of my February 7, 2007 declaration, we have received the following information from the branches of the Office of General Counsel responsible for providing documents.

1

3.  The North Central Regional Office (NCRO), South Central Regional Office (SCRO), South East Regional Office (SERO), Mid-Atlantic Regional Office (MARO), Western Regional Office (WRO), Litigation Branch, Legal Administrative Branch, Legislative & Correctional Issues Branch, Labor Management Relations Branch, Real Estate & Environmental Branch, Commercial Law Branch, and  Discrimination Complaints and Ethics Branch (which encompasses Equal Employment Opportunity) all have found responsive documents and the documents have been forwarded to and received by the FOIA Office, Washington, DC.

4.  The Labor Law Branch which consists of offices in Washington, DC; Kansas City, KS; Phoenix, AZ; Dallas, TX; and Atlanta, GA has received and reviewed the files responsive to this action.  The offices in Washington, DC; Phoenix, Arizona; Dallas, TX; Atlanta, GA; and Kansas City, KS  have completed their review of the material and have forwarded it the FOIA Office, Washington, DC.

5.  The North East Regional Office (NERO) is continuing to review the administrative tort claims and litigation files responsive to this request.  The NERO has been informed of the urgency to complete their review and forward the responsive documents to the FOIA Office, Washington, DC.

6.  The FOIA Office, Washington, DC has began the process of scanning all the documents submitted in response to this FOIA request into the FOIA data base and it has began redacting and excising the documents.  It is expected the redacting and excising of the documents will be completed and released to the Plaintiff by April 30, 2007.  As previously stated, the

2

processing of the documents in response to this request can be effected by staff availability, the

conditions of the files, the scanning of the information, and the redacting of the massive amount of

documents that have been produce in response to this request.

I declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is

true and correct to the best of my information, knowledge and belief.

Executed this _23_ day of March 2007, at Washington, D.C.

Wilson J. Moorer
Paralegal Specialist
Federal Bureau of Prisons
Washington, D.C.

3