IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS<br><br>Plaintiff,<br><br>v.<br><br>HARLEY G. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS<br><br>Defendant. | Civil Action No. 05-1812 (RBW) |

**DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a further Enlargement of Time until June 8, 2007 to complete the processing of its response to plaintiff's FOIA request. Plaintiff does not oppose this motion.

The parties will file a briefing schedule for the filing of dispositive Motions with the Court by May 8, 2007.

On May 4, 2007, defendant emailed 594 pages of documents to plaintiff. See attached May 4, 2007 letter. The additional time is requested to complete the review and redaction of the approximate 1200 remaining pages of information responsive to plaintiff's request.7.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/________________________________________
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

___/s/_______________________________________
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., Room E - 4106
Washington, D.C. 20530
(202) 514-7224