IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1812 (RBW) |
| HARLEY G. LAPPIN, DIRECTOR, FEDERAL ) BUREAU OF PRISONS ) | |
| Defendant. ) | |

## **ORDER**

UPON CONSIDERATION OF Defendant's Motion for a Further Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant's Motion should be, and is hereby, Granted, and that Defendant shall have up to and including June 8th, 2007 to provide responsive arguments to plaintiff. It is

FURTHER ORDERED that the parties will file a briefing schedule by June 12th, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies:

WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., Room E-4106
Washington, D.C. 20530

JAMES KLIMASKI
Klimaski & Associates, P.C.
1819 L Street, NW – Suite 700
Washington, DC 20036