**U.S. Department of Justice**

Federal Bureau of Prisons

MAY 4 2007

---

Washington, DC 20534

James Klimaski
Klimaski & Associates, PC
1819 L Street NW
Suite 700
Washington, DC 20036

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOI/Privacy Office

RE:  Request for Information, FOIA Request No. 2003-08557

   **Prison Legal News v. Harley G. Lappin, Director, Federal Bureau of Prisons**, Civil Action No.: 05-1812(RBW)

Dear Mr. Klimaski:

   This is in response to the Freedom of Information Act request and Civil Action filed for a copy of the following information:

"a copy of all documents showing all money paid by the BOP for lawsuits and claims against it.  This is all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003.  I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award.  I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim."

   Pursuant to the Civil Action, we are providing a partial release of the documents that have been determined to be responsive to this request and are being provided in electronic format (via e-mail).  This partial release contains responsive documents from the Bureau of Prisons Litigation Branch; Real Estate and Environmental Branch; Commercial Law Branch; Legal Administrative Branch; Discrimination Complaints and Ethics Branch/Equal Employment Opportunity Section; and Legislative and Correctional Issues Branch.

   The total amount of pages of information being released at this time are 594 pages.  After a careful review, it has been determined the 594 pages of information will be released and redacted in the following manner:

Page 2
Prison Legal News
FOIA Request Number 2003-08557

1. Litigation Branch: 27 pages of documents were found in response to this request of which 10 pages will be released to you in their entirety; however, portions of the remaining 17 pages are being redacted pursuant to 5 U.S.C. §552(b)(6) and (b)(7)(C).

2. Real Estate and Environmental Branch: 99 pages of documents were found in response to this request and are being released to you in their entirety.

3. Commercial Law Branch; Legal Administrative Branch; and Legislative and Correctional Issues Branch: no documents were found to be responsive to this request for information.

4. Discrimination Complaints and Ethics Branch/Equal Employment Opportunity Section: 468 pages of documents were found in response to this request of which 79 pages will be released to you in their entirety; however, portions of the remaining 389 pages are being redacted pursuant to 5 U.S.C. §552(b)(2)Low; (b)(6); and (b)(7)(C).

   Exemption (b)(2)Low exempts from mandatory disclosure records relating solely to the internal personnel rules and practices of an agency.

   Exemption (b)(6) exempts personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

   Exemption (b)(7)(C) provide for the withholding of records or information compiled for law enforcement purposes which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

   Pursuant to 28 C.F.R. §16.9, this partial denial may be appealed to the Attorney General by filing a written appeal within sixty days of the date of the letter denying this request. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530.** Both the envelope and the letter of appeal itself must be clearly marked: **"Freedom of Information Act Appeal.**

Page 3
Prison Legal News
FOIA Request Number 2003-08557

    We trust this information is of assistance to you. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal at 202-353-4879.

                                      Sincerely,

                                      Wilson J. Moorer, Paralegal
                                      Wanda M. Hunt
                                      Chief, FOIA/PA Section

Enclosures: 594 pages
via e-mail/cd

cc:  File