IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PRISON LEGAL NEWS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARLEY G. LAPPIN, DIRECTOR, FEDERAL ) <br> BUREAU OF PRISONS ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1812 (RBW) |

**DEFENDANT'S UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a further Enlargement of Time until July 27, 2007 to complete the processing of its response to plaintiff's FOIA request. Plaintiff does not oppose this motion.

The parties will file a briefing schedule for the filing of dispositive Motions with the Court by August 2, 2007.

On May 25, 2007, the Federal Bureau of Prisons' FOIA Office made a second release of 1,965 pages to plaintiff. See attached letter dated May 25, 2007. Defendant had previously released 594 pages to plaintiff. The additional time is requested to complete the review and redaction of the remaining pages of information responsive to plaintiff's request. See Declaration of Wilson Moorer at 5. (June 11, 2007).

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., Room E - 4106
Washington, D.C. 20530
(202) 514-7224