UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS,** )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )  Civil Action No.: 05-1812 (RBW)<br>)<br>**HARLEY G. LAPPIN, DIRECTOR,** )<br>**FEDERAL BUREAU OF PRISONS.** )<br>Defendant. ) | |

### DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1. I am currently a Paralegal Specialist at the Federal Bureau of Prisons, Office of General Counsel, Freedom of Information Act Section, Washington, D.C. I have been employed in this position since April 2003; however, I have been employed with the Bureau of Prisons since July of 1988. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and possible release of information requested from the Bureau of Prisons via the Freedom of Information Act.

2. This declaration is being provided to update the Court of the Bureau of Prisons progress in reviewing, redacting, and releasing the documents responsive to plaintiff's FOIA Request. Since the execution of my March 23, 2007 declaration, we have reviewed, redacted and released the following information from the branches of the Office of General Counsel responsible for providing documents.

1

3. On May 4, 2007, the BOP FOIA Office released 594 pages of information to James Klimaski, Klimaski & Associates, PC on behalf of the Plaintiff. Mr. Klimaski received 27 pages of documents from the Litigation Branch; 99 pages of documents from the Real Estate & Environmental Branch; and 468 pages of documents from the Discrimination Complaints and Ethics Branch/Equal Employment Opportunity Section. The following sections did not find any documents responsive to this FOIA request: Commercial Law Branch, Legal Administrative Branch, and Legislative & Correctional Issues Branch. See Letter from the Federal Bureau of Prisons to James Klimaski, Klimaski & Associates, PC, dated May 4, 2007, a true and correct copy of which is attached here to as Exhibit A.

4. On May 25, 2007, the BOP FOIA Office made a second release of documents in the amount of 1965 pages. Mr. Klimaski received 388 pages of documents from the Mid-Atlantic Regional Office (MARO); 309 pages of documents from the South East Regional Office (SERO); and 1268 pages of documents from the North Central Regional Office (NCRO). See Letter from the Federal Bureau of Prisons to James Klimaski, Klimaski & Associates, PC, dated May 25, 2007, a true and correct copy of which is attached here to as Exhibit B.

5. The following responsive documents are being reviewed for redactions and possible release: North East Regional Office (NERO) approximately 1700 pages of documents; South Central Regional Office (SCRO) approximately 1600 pages of documents; Western Regional Office (WRO) approximately 2500 pages of documents; and Labor Management Relations Branch/Labor Law Branch approximately 4000 pages of documents. Each of the remaining

2

sections of documents will be reviewed, redacted, and released to the Plaintiff as each section is completed.

I declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this __11__ day of June 2007, at Washington, D.C.

_/s/ Wilson J. Moorer_
Wilson J. Moorer
Paralegal Specialist
Federal Bureau of Prisons
Washington, D.C.

3