IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY G. LAPPIN, DIRECTOR, FEDERAL )<br>BUREAU OF PRISONS )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1812 (RBW) |

**ORDER**

UPON CONSIDERATION OF Defendant's Unopposed Motion for a Further Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant's Unopposed Motion should be, and is hereby, Granted, and that Defendant shall have up to and including July 27, 2007 to provide responsive documents to plaintiff. It is

FURTHER ORDERED that the parties will file a briefing schedule by August 2, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies:

WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., Room E-4106
Washington, D.C. 20530

JAMES KLIMASKI
Klimaski & Associates, P.C.
1819 L Street, NW – Suite 700
Washington, DC 20036