UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS,<br><br>             Plaintiff,<br><br>v.<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>FEDERAL BUREAU OF PRISONS.<br>             Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-1812 (RBW)<br>)<br>)<br>)<br>) |

## DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1. I am currently a Paralegal Specialist at the Federal Bureau of Prisons, Office of General Counsel, Freedom of Information Act Section, Washington, D.C. I have been employed in this position since April 2003; however, I have been employed with the Bureau of Prisons since July of 1988. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and possible release of information requested from the Bureau of Prisons via the Freedom of Information Act.

2. This declaration is being provided to update the Court of the Bureau of Prisons progress in reviewing, redacting, and releasing the documents responsive to plaintiff's FOIA Request. Since the execution of my June 11, 2007 declaration, we have reviewed, redacted and released the following information from the branches of the Office of General Counsel responsible for providing documents.

3. On July 30, 2007, the BOP FOIA Office released 900 pages of information to James Klimaski, Klimaski & Associates, PC on behalf of the Plaintiff. This was the third partial release of the documents that have been determined to be responsive to this FOIA request. This release provided information that was submitted by the Bureau of Prisons North East Regional Office (NERO). See Letter from the Federal Bureau of Prisons to James Klimaski, Klimaski & Associates, PC, dated July 30, 2007, a true and correct copy of which is attached here to as Exhibit A.

4. On August 17, 2007, the BOP FOIA Office made a fourth release of documents in the amount of 1026 pages. Mr. Klimaski received responsive documents from the Bureau of Prisons South Central Regional Office. See Letter from the Federal Bureau of Prisons to James Klimaski, Klimaski & Associates, PC, dated August 17, 2007, a true and correct copy of which is attached here to as Exhibit B.

5. The following responsive documents are being reviewed for redactions and possible release: Western Regional Office (WRO) approximately 2500 pages of documents and Labor Management Relations Branch/Labor Law Branch approximately 4000 pages of documents. Each of the remaining sections of documents will be reviewed, redacted, and released to the Plaintiff as each section is completed.

6. With this declaration, the Plaintiff has received a total of 4485 pages of documents in response to this request/civil action.

I declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 24 day of August 2007, at Washington, D.C.

Wilson J. Moorer
Paralegal Specialist
Federal Bureau of Prisons
Washington, D.C.