# EXHIBIT

# A

U.S. Department of Justice

Federal Bureau of Prisons

JUL 30 2007

Washington, DC 20534

James Klimaski
Klimaski & Associates, PC
1819 L Street NW
Suite 700
Washington, DC 20036

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOI/Privacy Office

RE:   Request for Information, FOIA Request No. 2003-08557

**Prison Legal News v. Harley G. Lappin, Director, Federal Bureau of Prisons**, Civil Action No.: 05-1812(RBW)

Dear Mr. Klimaski:

This is in further response to the Freedom of Information Act request and Civil Action filed for a copy of the following information:

"a copy of all documents showing all money paid by the BOP for lawsuits and claims against it. This is all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003. I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award. I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim."

This is the third partial release of the documents that have been determined to be responsive to this request. The first and second releases were made on May 4, 2007 and May 25, 2007 and were provided in electronic format (via e-mail). This partial release will also be made via electronic format (e-mail). This partial release contains responsive documents from the Bureau of Prisons North East Regional Office.

The total amount of pages of information being released at this time are **900** pages. After a careful review, it has been determined **392** pages will be released to you in their entirety; however, portions of the remaining **508** pages are being redacted pursuant to 5 U.S.C. §552(b)(6) and (b)(7)(C).

Page 2
Prison Legal News
FOIA Request Number 2003-08557

    Exemption (b)(6) exempts personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

    Exemption (b)(7)(C) provide for the withholding of records or information compiled for law enforcement purposes which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

    Pursuant to 28 C.F.R. §16.9, this partial denial may be appealed to the Attorney General by filing a written appeal within sixty days of the date of the letter denying this request. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530.** Both the envelope and the letter of appeal itself must be clearly marked: **"Freedom of Information Act Appeal.**

    With this response, you have received a total of **3459** pages of documents in response to this request/civil action. We trust this information is of assistance to you. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal at 202-353-4879.

Sincerely,

Wilson J. Moorer, Paralegal
Wanda M. Hunt
Chief, FOIA/PA Section

Enclosures: **900** pages
via e-mail/cd

cc: File