IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY G. LAPPIN, DIRECTOR, FEDERAL )<br>BUREAU OF PRISONS )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1812 (RBW) |

## ERRATA

Defendant hereby submits an Errata for Docket No. 38, in which the August 24, 2007 Declaration for Wilson J. Moorer was entered twice. The Motion for Enlargement of Time was inadvertently not included in Docket No. 38 and is submitted herein.

Counsel regrets the inconvenience to the Court and to Plaintiff.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

    /s/
_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., Room E - 4106
Washington, D.C. 20530
(202) 514-7224