IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PRISON LEGAL NEWS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1812 (RBW) |
| | ) | |
| HARLEY G. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S  MOTION FOR FURTHER ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for a further Enlargement of Time until November 2, 2007 to complete the processing of its response to plaintiff's FOIA request. Plaintiff opposes this motion.

Defendant proposes that the parties file a briefing schedule for the filing of dispositive Motions with the Court by November 9, 2007.

On July 30, 2007,  the Federal Bureau of Prisons' FOIA Office made a third release of 900 pages of information tp plaintiff. See attached letter dated July 30, 2007. On August 17, 2007, the Federal Bureau of Prisons FOIA office made a fourth release of 1,026 pages of information to plaintiff. See attached letter dated August 17, 2007.  Plaintiff has now received 4,485 pages of documents.

The additional time is requested to complete the review and redaction of the remaining pages of information responsive to plaintiff's request.  See Declaration of Wilson Moorer at 5. August 24, 2007.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,

_____

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


____/s/_____

WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., Room E - 4106
Washington, D.C. 20530
(202) 514-7224