UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Prison Legal News,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**Harley G. Lappin, Director**<br>**FEDERAL BUREAU OF PRISONS,**<br><br>    **Defendant.** | Civil Action No. 05-1812-RBW<br><br>September 12, 2007 |

NOTICE OF CHANGE OF ADDRESS
FOR PLAINTIFF'S COUNSEL KLIMASKI & ASSOCIATES, P.C.

Effective this date, the Clerk will please update the Court's records and databases with the new address for Plaintiff's Counsel, James R. Klimaski, and Klimaski & Associates, P.C.:

James R. Klimaski
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC  20036-2001

The firm's phone, fax, and individual email addresses remain the same as before.

Phone: 202-296-5600
Fax: 202-296-5601
Emails:   Klimaski@Klimaskilaw.com

Respectfully submitted,

September 12, 2007

    */s/  James R. Klimaski*
James R. Klimaski, #243543
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW – Suite 500
Washington, DC  20036-2001
202-296-5600

*Attorney for Prison Legal News*

## Certificate of Service

I certify that the foregoing *Notice of Change of Address for Klimaski & Associates, P.C.,* will be served to the following counsel for Defendant in this case by the Court's CM/ECF system after proper filing of an Adobe PDF version of this item on the Court's secure website on September 12, 2007:

Ms. Wyneva Johnson
Assistant U.S. Attorney
U.S. Attorney's Office for D.C.
Civil Division
555 4th Street NW
Washington DC  20001

                                              */s/ Jon Pinkus*
                                              Jon Pinkus
                                              Klimaski and Associates, PC