

U.S. Department of Justice

Federal Bureau of Prisons

Washington, DC 20534

June 5, 2003

(b)(6), (b)(7)c

Dear (b)(6), (b)(7)c

Enclosed is a copy of the settlement agreement in reference to your EEO case (b)(2)Low  Please review, sign and forward back to this office in the enclosed envelope.

If you have any question, please contact me at 202-514-6165. Thank you.

Sincerely,

(b)(6), (b)(7)c

EEO Specialist

## Settlement Agreement

1. This agreement is entered into by [(b)(6), (b)(7)c] and the Federal Bureau of Prisons (Bureau).

2. In settlement of the issues encompassed in [(b)(6), (b)(7)c] Equal Employment Opportunity (EEO) complaint, [(b)(2)Low] the parties agree to the following terms: *and pay MCC*

   a. The Bureau will officially restore ∧ 98 hours of annual leave that was charged during the delay of processing [(b)(6), (b)(7)c] retirement application no later than 60 days of this agreement.

   b. By signing this agreement, [(b)(6), (b)(7)c] agrees that he is hereby withdrawing his EEO Complaint, thus closing out the EEO process for the issues encompassed in the complaint of discrimination. [(b)(6), (b)(7)c] further agrees to bring no further administrative or judicial action against the Bureau or any of its employees in either their official or individual capacities, arising from any events or actions that occurred.

3. The parties agree that the terms of this agreement constitute the entire agreement between the parties, **will be confidential, will not be released to other parties** and that no other promises or representations, either express or implied have been made or sought to induce acceptance of this agreement.

4. The parties agree that this agreement constitutes a full and final resolution of all matters initiated in the EEO complaint process without an admission of fault or discrimination.

[(b)(6), (b)(7)c]                                    06/11/2003
                                                     Date

For the Bureau of Prisons:

_____                            _____
Berta Lockhart, Warden                                                   Date
FCI, Tucson

RECEIVED
EEO OFFICE
FEDERAL BUREAU
2003 MAY 21 AM 11: 54

**U.S. Department of Justice**  **Complaint of Discrimination**
(See instructions on reverse)      (b)(2)Low

PRIVACY ACT STATEMENT. 1. AUTHORITY: The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. 2. PURPOSE AND USE: This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation, hearing, if any; adjudication; and appeal, if one, to the Equal Employment Opportunity Commission. 3. EFFECTS OF NON-DISCLOSURE: Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

1. Complainant's Full Name: (b)(6), (b)(7)c
Street Address, RD Number, or Post Office Box Number: (b)(6)
City, State and Zip Code: (b)(6)

2. Your Telephone Number (including area code)
Home: (b)(2)Low
Work: N/A

3. Name of Agency You Believe Discriminated Against You?
Federal Bureau of Prisons
B. Street Address of Office: 320 First St. NW
C. City, State and Zip Code: Washington, DC 20534

4. Current Work Address: N/A
A. Name of Agency Where You Work(ed): Federal Correctional Institution, Tucson
B. Street Address of Your Agency: 8901 S. Wilmot
C. City, State and Zip Code: Tucson, AZ. 85706
D. Title and Grade of Your Job: Senior Officer Specialist

5. Date on Which Most Recent Alleged Discrimination Took Place:
Month 05  Day 08  Year 03

6. Check Below Why You Believe You Were Discriminated Against?
☒ Race or Color (Give Race or Color) (b)(6)
☐ Religion (Give Religion)
☒ Sex (Give Sex) ☒ Male ☐ Female
☐ Sexual Harassment
☒ Age (Give age) 51
☐ National Origin (Give National Origin)
☐ Disability   ☐ Physical   ☐ Mental
☐ Sexual Orientation
☒ Reprisal
☐ Parental Status
☐ Class Complaint

7. Explain How You Believe You Were Discriminated Against (treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor. (You may continue your answer on another sheet of paper if you need more space.)

See Attached Document

8. What Corrective Action Do You Want Taken on Your Complaint?

See Attached Document

9. A) I have discussed my complaint with an Equal Employment Opportunity Counselor and/or other EEO Official.
DATE OF FIRST CONTACT WITH EEO OFFICE: 01 / 23 / 2002
DATE OF RECEIPT OF NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR: 05 / 08 / 2003
B) Name of Counselor: Michelle Hoppe
☐ I Have Not Contacted an EEO Counselor

10. Date of This Complaint:
Month 05  Day 14  Year 2003

(b)(6), (b)(7)c

(b)(6), (b)(7)c

EEO OFFICER
FEDERAL BUREAU OF PRISONS
320 FIRST ST. N.W.
ROOM 700
WASHINGTON, D.C. 20534

DEAR SIR/MS:

On May 12, 2003 I received a Notice of Right to File a Discrimination Complaint from my EEO Counselor. As of today's date, May 14, 2003, this document and the attachments serve as my formal filing of a discrimination complaint.

As per the Notice of Right to File a Discrimination Complaint, the complaint is specific and contains only those issues that are like or related to the issues discussed with the EEO Counselor. Additionally, please be advised that I have not filed a grievance under a negotiated grievance procedure and that I have not filed an appeal to the Merits Systems Protection on the same matters. Thank you.

(b)(6), (b)(7)c

## Notice of Right to File a Discrimination Complaint

**Complainant:** [(b)(6), (b)(7)c]

### EEO Counselor: Michelle S. Hoppe

### Institution: FCI, Tucson, Arizona

This is to inform you that since counseling on the matter you brought to my attention has not been resolved to your satisfaction, you are now entitled to file a formal discrimination complaint based on race, color, religion, sex, sexual orientation, sexual harassment, national origin, physical or mental disability, age, and/or reprisal. If you file a complaint, it must be in writing, signed, and filed, in person or by mail within 15 days after receipt of this notice to:

>   EEO Officer
>   Federal Bureau of Prisons
>   320 First St., N.W.
>   Room 700
>   Washington, D.C. 20534

A complaint shall be deemed timely if it is received or postmarked before the expiration of the 15-day filing period, or, in the absence of a legible postmark, if it is received by mail within five days of the expiration of the filing period.

The complaint must be specific and contain only those issues discussed with me or issues that are like or related to the issues that you discussed with me. It must also state whether you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board on the same matters.

Should you retain an attorney or any other person as a representative, you or your representative must immediately notify the EEO Officer in writing. You and/or your representative will receive a written acknowledgment of your discrimination complaint from the appropriate agency official.

Signature of EEO Counselor: _Michelle Hoppe_ Date: 05/09/03

Signature of Complainant: [(b)(6), (b)(7)c] Date: 5/14/03

# COMPLAINT OF DISCRIMINATION

(b)(6), (b)(7)c

#7. Explain How You Believe You Were Discriminated Against (treated differently from other employees) Because of Race, Color, Sex, Religion, National Origin, Age, Disability, Sexual Orientation, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor.

(b)(6), (b)(7)c

(b)(6), (b)(7)c

**HARASSMENT/RETALIATION/REPRISAL INCIDENT** (b)(6), (b)(7)c

(b)(6), (b)(7)c

**HARASSMENT/RETALIATION/REPRISAL INCIDENT** (b)(6), (b)(7)c

(b)(6), (b)(7)c

# **COMPLAINT OF DISCRIMINATION**

(b)(6), (b)(7)c

## HARASSMENT/RETALIATION/REPRISAL INCIDENT (b)(6), (b)(7)c

(b)(6), (b)(7)c

## HARASSMENT/RETALIATION/REPRISAL INCIDENT (b)(6), (b)(7)c

(b)(6), (b)(7)c

## HARASSMENT/RETALIATION/REPRISAL INCIDENT (b)(6), (b)(7)c

(b)(6), (b)(7)c

# COMPLAINT OF DISCRIMINATION

(b)(6), (b)(7)c

## HARASSMENT/RETALIATION/REPRISAL INCIDENT (b)(6), (b)(7)c

(b)(6), (b)(7)c

## HARASSMENT/RETALIATION/REPRISAL INCIDENT (b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

# COMPLAINT OF DISCRIMINATION

(b)(6), (b)(7)c

## HARASSMENT/RETALIATION/REPRISAL INCIDENT (b)(6), (b)(7)c

(b)(6), (b)(7)c

## HARASSMENT/RETALIATION/REPRISAL INCIDENT (b)(6), (b)(7)c

(b)(6), (b)(7)c

## CONCLUSION:

(b)(6), (b)(7)c

# REQUESTED CORRECTIVE ACTION REGARDING FORMAL COMPLAINT OF DISCRIMINATION:

(b)(6), (b)(7)c

8. What Corrective Action Do You Want Taken on Your Complaint?

(b)(6), (b)(7)c

1. (b)(6), (b)(7)c
2. (b)(6), (b)(7)c
3. (b)(6), (b)(7)c
4. (b)(6), (b)(7)c
5. (b)(6), (b)(7)c
6. (b)(6), (b)(7)c
7. (b)(6), (b)(7)c
8. (b)(6), (b)(7)c
9. (b)(6), (b)(7)c
10. (b)(6), (b)(7)c
11. (b)(6), (b)(7)c
12. (b)(6), (b)(7)c

# REQUESTED CORRECTIVE ACTION REGARDING FORMAL COMPLAINT OF DISCRIMINATION:

(b)(6), (b)(7)c

8. What Corrective Action Do You Want Taken on Your Complaint (CONTINUED)?

13. (b)(6), (b)(7)c

14. (b)(6), (b)(7)c

15. (b)(6), (b)(7)c

16. (b)(6), (b)(7)c

17. (b)(6), (b)(7)c