FEB-21-03 13:54       2023076912                                    P.02    R-599   Job-337
02/21/03 14:58 FAX 2023076911       LABOR LAW BRANCH                              ☒002
FEB 21 2003 13:58 FR FCI PERSONEL    9124271242 TO  2023076912      P.02/03

## BEFORE THE UNITED STATES
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## BALTIMORE DISTRICT OFFICE

| | |
|---|---|
| (b)(6), (b)(7)c | EEOC Case No. (b)(2)Low |
| **Complainant** | |
| vs. | Agency Case No. (b)(2)Low |
| John Ashcroft<br>United States Attorney General, | |
| **Agency** | |

### SETTLEMENT AGREEMENT

COMES NOW, the parties, having both desired to amicably settle the issues which gave rise to the above-cited complaints, and enter into this settlement agreement. Both parties agree to the following terms:

1. Complainant and the Agency agree to settle all claims, issues, complaints, and actions arising out of the above-cited complaints.

2. Complainant agrees to withdraw the EEO administrative complaints listed above: P-(b)(2)Low. Complainant further agrees to withdraw her claim before the Merit Systems Protection Board, her pending complaint with the Office of Special Counsel, and any other pending complaints, grievances, appeals, or actions arising from the issues and facts giving rise to the above-cited complaint. In addition, Complainant agrees not to assert a claim, issue, complaint, grievance, action, or appeal with respect to any matter occurring on or before February 21, 2003.

3. Complainant agrees to relinquish claims against the Agency for any future claims, complaints, appeals, grievances, or actions arising from the facts, circumstances, or issues in the above-cited complaints.

4. The parties agree that the terms of this agreement will not affect Complainant's claim for worker's compensation.

5. The parties agree that as of Monday, February 24, 2003, (b)(6), (b)(7)c will assume direct supervision of Complainant. This agreement shall not limit or otherwise affect management rights set forth under 5 U.S.C. sec. 7106, or any other policy, rule, or regulation.

FEB-21-03 13:54    2023076912                          P.03        R-599       Job-337
02/21/03  14:59 FAX 202307691      LABOR LAW BRANCH                              ☒003
FEB 21 2003 13:58 FR FCI PERSONEL    9124271242 TO   2023076912        P.03/03

6. The Agency agrees to restore 50 hours of sick leave to Complainant.

7. The Agency agrees to compensate Complainant with a lump sum of $5,000, without any deductions, in full compromise of any and all claims for compensatory damages, as defined by the Civil Rights Act of 1991, 42 USC Sec. 1981a.. This payment is not in lieu of wages. The Agency will not withhold any taxes of any kind. However, the Agency will file a Form 1099 with the Internal Revenue Service ("IRS") and the determination of Complainant's tax liability, if any, is a matter solely between Complainant and the IRS and/or state and local tax authorities. The lump sum payment will be provided to Complainant within 30 calendar days.

8. The parties acknowledge that this Settlement Agreement will not constitute an admission of liability, fault, wrong-doing, or violation of law, rules or regulations by either party.

9. This Agreement represents the final and complete agreement between the parties, and there are no other agreements, expressed or implied, to which the parties have or are willing to stipulate.

10. The parties agree that the terms of this Settlement Agreement are confidential. The Agency may share the terms of this agreement with Agency personnel who will be responsible for the implementation of this Agreement. The parties may also share this agreement with the EEOC for case closure and enforcement purposes.

11. Complainant declares that she has read and reviewed this Settlement Agreement and that her representative has read and reviewed this Settlement Agreement. Complainant declares that she fully understands the terms of the agreement and that she voluntarily accepts it for purposes of making a full and final compromise of all claims of any nature that she may have in connection with the acts and statements described in her complaints.

(b)(6), (b)(7)c

_2/21/03_
Date

_[signature]_
Agency
Warden Dan L. Hobbs

_2/21/03_
Date

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Baltimore District Office
10 S. Howard Street, 3rd Floor
Baltimore, MD 21201

| | | |
|---|---|---|
| (b)(6), (b)(7)c <br> Complainant, | ) EEOC No. | (b)(2)Low |
| v. | ) | |
| JOHN ASHCROFT, <br> ATTORNEY GENERAL, <br> U.S. DEPARTMENT OF JUSTICE <br> BUREAU OF PRISONS <br> Agency. | ) Agency No. | (b)(2)Low |
| | ) Date:  March 5, 2003 | |

### ORDER OF DISMISSAL

The Complainant and Agency have entered into a settlement agreement on the above captioned EEO complaint of discrimination. Therefore, the case is hereby **DISMISSED**.

It is so ORDERED.

For the Commission:

*G. Owens* for
ENECHI A. MODU
Administrative Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **ORDER OF DISMISSAL** was served by regular U.S. Mail on March 5, 2003 to the following:

(b)(6), (b)(7)c

(b)(6), (b)(7)c

Tamara E. Chrisler, Esquire
AGC/JUSTICE/FBP
Labor Law Branch
320 First St., NW, Rm. 818
Washington, DC 20534

Carolyn V. Sapla
Assistant General Counsel
JUSTICE/Federal Bureau of Prisons
Washington, DC 20534

*A. Owens*
A. V. Owens
Legal Technician

See instructions on reverse

(b) (2) Low
(b)(2)Low

**PRIVACY ACT STATEMENT** 1 AUTHORITY: The authority to collect this information is derived from 42 U.S.C. Section 2000e-16, 29 CFR Sections 1614.106 and 1614.106 2. PURPOSE AND USE: This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and become part of the complaint file during the investigation, hearing, if any, adjudication and appeal, if one, to the Equal Employment Opportunity Commission 3. EFFECTS OF NON-DISCLOSURE: Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

1. Co— Full—
(b)(6), (b)(7)c

Street— PO Number or Post Office Box Number
(b)(6)

City, S— (b)(6)

2. Your Telephone Numbers (including area code)
Home (b)(2)Low
Work (912) 437-1248

3. Which Department of Justice Office Do You Believe Discriminated Against You?
UNICOR, Federal Prison Indush

B. Street Address of Office
2600 U.S. Highway 301 S.

C. City, State and Zip Code
Jesup, GA 31599

4. Current Work Address
2600, U.S. Hwy, 301 South, Jesup GA 315

A. Name of Agency Where You Work
UNICOR FCI Jesup, GA

B. Street Address of Your Agency
2600 U.S. Hwy 301 S.

C. City, State and Zip Code
Jesup, GA 31599

D. Title and Grade of Your Job
Customer Service Assistant, G-6

5. Date on Which Most Recent Alleged Discrimination Took Place

Month Day Year
(overtime) 04/17/01
(eval) 05/02/01

6. Check Below Why You Believe You Were Discriminated Against:
☒ Race or Color (Give Race or Color): Black
☐ Religion (Give Religion):
☐ Sex (Give Sex)  ☐ Male  ☐ Female
☐ Sexual Harassment
☐ Age (Give age):
☐ National Origin (Give National Origin):
☐ Disability  ☐ Physical  ☐ Mental
☐ Sexual Orientation
☒ Reprisal

7. Explain How You Believe You Were Discriminated Against (Treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation or Reprisal. (You may continue your answer on another sheet of paper if you need more space.)

(b)(6)

8. What Corrective Action Do You Want Taken on Your Complaint?

(b)(6)

9. A) I Have Discussed My Complaint With an Equal Employment Opportunity Counselor
DATE OF FIRST CONTACT: 05/24/01
DATE OF LAST INTERVIEW: 8/24/01

B) Name of Counselor: Dee Hinton
☐ I Have Not Contacted an EEO Counsel

10. Date of This Complaint
Month Day Year
08/30/01

(b)(6), (b)(7)c

1. Xmination event (overtime) - 4/17/01

FORM DOJ-20
SEPT

SEP - 3 2001

(b)(2)Low

**PRIVACY ACT STATEMENT / AUTHORITY:** The authority to collect this information is derived from 42 U.S.C. Section 2000e-16, 29 CFR Sections 1614.106 and 1614.106. **PURPOSE AND USE:** The information will be used to document the issues and allegations of complaint of discrimination based on race, color, sex (including sexual harassment), national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and become part of the complaint file during the investigation, hearing, if any, and appeal, if one, to the Equal Employment Opportunity Commission. **EFFECTS OF NON-DISCLOSURE:** Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

1. Complainant's Full Name: (b)(6), (b)(7)c

2. Your Telephone Number:
   Home: (b)(2)Low
   Work: (912) 427-1248

3. Which Department of Justice Office Do You Believe Discriminated Against You?
   Federal Bureau of Prisons
   B. Street Address of Office: 2600 U.S. Highway 301 South
   C. City, State and Zip Code: Jesup, GA 31599

4. Current Work Address: 2600 U.S. Hwy 301 S, Jesup, GA 31599
   A. Name of Agency Where You Work: FCI Jesup
   B. Street Address of Your Agency: 2600 U.S. Hwy 301 South
   C. City, State and Zip Code: Jesup, GA 31599
   D. Title and Grade of Your Job: Customer Service Asst, GS-6

5. Date on Which Most Recent Alleged Discrimination Took Place:
   Month 11 / Day 27 / Year 2001

6. Check Below Why You Believe You Were Discriminated Against:
   - [ ] Race or Color
   - [ ] Religion
   - [x] Sex (Female)
   - [ ] Sexual Harassment
   - [x] Age: 38
   - [ ] National Origin
   - [ ] Disability
   - [ ] Sexual Orientation
   - [x] Reprisal

7. Explain How You Believe You Were Discriminated Against: (b)(6)

[large redacted section (b)(6)]

A) I Have Discussed My Complaint With an Equal Employment Opportunity Counselor
   DATE OF FIRST CONTACT: 01/03/02
   DATE OF LAST INTERVIEW: 02/15/02
   B) Name of Counselor: Dee Hinton
   [ ] I Have Not Contacted an EEO Counselor

10. Date of This Complaint:
    Month 02 / Day 24 / Year 02

2002 FEB 28
RECEIVED
FEDERAL BUREAU
EEO OFFICE

FORM DOJ-201
SEPT 4

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c