## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **PRISON LEGAL NEWS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1812 (RBW)** |
| | ) | |
| **HARLEY G. LAPPIN, DIRECTOR, FEDERAL** | ) | |
| **BUREAU OF PRISONS** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S LATEST MOTION FOR FURTHER ENLARGEMENT OF TIME

Defendant has moved for a further enlargement of time to continue the FOIA processing of approximately 2500 pages of documents from the Western Regional Office and approximately 4000 pages of documents from the Labor Management Relations Branch/Labor Law Branch. Prior to the processing of plaintiff's request, defendant performed an extensive agency wide request for responsive documents.

As the attached Declaration of Wilson Moorer indicates, defendant has released 4, 485 pages of documents to plaintiff on May 4, 2007, May 25, 2007, July 30, 2007 and August 17, 2007. The documents were obtained from discrimination civil actions, EEO actions, general civil actions and Federal Tort Claims Act filings. In this production, 2,369 pages of information were released in their entirety. Declaration, 3.[1]

The remaining 2116 pages of information have been redacted pursuant to 5 U.S.C. § 552 (b)(2), (b)(5) and (b)(7)(C). Id. At 4. The redactions on the 2116 pages largely consist of names,

---

[1]The unsigned Declaration of Mr. Moorer is attached. Defendant will submit the signed Declaration on September 25, 2007.

addresses, social security numbers and personal information on Bureau of Prison staff members

and non Bureau of Prison staff members.  Defendant submits that these exemptions are correct

and that any challenges to the asserted exemptions be made in response to Defendant's Motion

for Summary Judgment after completion of the processing of all the documents.  Accordingly,

defendant submits that plaintiff's request for hearing, sanctions and fees be denied in view of the

defendant's prolonged, exhaustive agency wide collection of documents and continued thorough

review of responsive documents pursuant to  plaintiff's voluminous FOIA request.


Respectfully submitted,


_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


____/s/_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4106
Washington, D.C. 20530