# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No.: 05-1812 (RBW) |
| | ) |
| **HARLEY G. LAPPIN, DIRECTOR,** | ) |
| **FEDERAL BUREAU OF PRISONS.** | ) |
| Defendant. | ) |

## DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1. I am currently a Paralegal Specialist at the Federal Bureau of Prisons, Office of General Counsel, Freedom of Information Act Section, Washington, D.C. I have been employed in this position since April 2003; however, I have been employed with the Bureau of Prisons since July of 1988. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and possible release of information requested from the Bureau of Prisons via the Freedom of Information Act.

2. This declaration is being provided in response to Plaintiff's Opposition To Defendant's Latest Motion For A Further Enlargement of Time regarding the redaction of information from the documents that have been released in response plaintiff's FOIA Request.

3. A review of the material that has been compiled to respond to this civil action and FOIA Request reveals, the BOP FOIA Office has released 4485 pages of information to

James Klimaski, Klimaski & Associates, PC on May 4, 2007, May 25, 2007, July 30, 2007, and August 17, 2007. See Letters from the Federal Bureau of Prisons to James Klimaski, a true and correct copy of which is attached here to as Exhibit A. The BOP FOIA Office has released 2369 pages of information in their entirety.

  4. The remaining 2116 pages of information have been redacted pursuant to 5 U.S.C. §552 (b)(2)Low; (b)(5); (b)(6); and (b)(7)©. The portions of the 2116 pages of information that have been redacted consist largely of the names, address, social security numbers, and in some cases personal information of the BOP staff members and non-BOP staff members. The documents reviewed range from discrimination civil actions, EEO actions, general civil actions, and Federal Tort Claims Act filings.

  5. I have reviewed two of the documents that Plaintiff has attached to this motion. The documents that Plaintiff attached are a small sample of the numerous documents that have been redacted in response to this FOIA request. The redactions that were taken in the document titled "Before The United States Equal Employment Opportunity Commission, Baltimore District Office" were redactions of the name of the complainant, the complainant's address, the EEOC case number and agency case number. Other redactions were of information relating to the core of the EEO complaint and the corrective action requested.

  6. The redactions taken in the next documents that were attached to this motion were a letter that had the name and address of the complainant and the BOP staff member; a Settlement Agreement which contained the name of the complainant and the EEOC case number; a Complaint of Discrimination form which contained the name and address of the complainant and

the bases for his EEO complaint and requested relief; two letters containing the complainant's name and address; and one document titled Complaint of Discrimination which outlines the complainant's entire EEO complaint and request for relief.  See documents attached as Exhibit B.

    7.  To go back to review again the 4485 that have already been reviewed would create a great hardship to the BOP FOIA office and would cause further delay in reviewing, redacting, and releasing of the remaining documents that have been found to be responsive to this FOIA Request.

    I declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct to the best of my information, knowledge and belief.

    Executed this   24   day of September 2007, at Washington, D.C.

    _____/S/_____
    Wilson J. Moorer
    Paralegal Specialist
    Federal Bureau of Prisons
    Washington, D.C.

```
James Klimaski                          For Further Inquiry Contact:
Klimaski & Associates, PC               Federal Bureau of Prisons
1819 L Street NW                        320 First Street. N.W.
Suite 700                               Room 841, HOLC Building
Washington, DC 20036                    Washington, D.C. 20534
                                        Attn: FOI/Privacy Office
```

RE:  Request for Information, FOIA Request No. 2003-08557

**Prison Legal News v. Harley G. Lappin, Director, Federal Bureau of Prisons,** Civil Action No.: 05-1812(RBW)

Dear Mr. Klimaski:

This is in response to the Freedom of Information Act request and Civil Action filed for a copy of the following information:

"a copy of all documents showing all money paid by the BOP for lawsuits and claims against it.  This is all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003.  I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award.  I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim."

Pursuant to the Civil Action, we are providing a partial release of the documents that have been determined to be responsive to this request and are being provided in electronic format (via e-mail).  This partial release contains responsive documents from the Bureau of Prisons Litigation Branch; Real Estate and Environmental Branch; Commercial Law Branch; Legal Administrative Branch; Discrimination Complaints and Ethics Branch/Equal Employment Opportunity Section; and Legislative and Correctional Issues Branch.

The total amount of pages of information being released at this time are 594 pages.  After a careful review, it has been determined the 594 pages of information will be released and redacted in the following manner:

Page 2
Prison Legal News
FOIA Request Number 2003-08557

1. Litigation Branch: 27 pages of documents were found in response to this request of which 10 pages will be released to you in their entirety; however, portions of the remaining 17 pages are being redacted pursuant to 5 U.S.C. §552(b)(6) and (b)(7)(C).

2. Real Estate and Environmental Branch: 99 pages of documents were found in response to this request and are being released to you in their entirety.

3. Commercial Law Branch; Legal Administrative Branch; and Legislative and Correctional Issues Branch: no documents were found to be responsive to this request for information.

4. Discrimination Complaints and Ethics Branch/Equal Employment Opportunity Section: 468 pages of documents were found in response to this request of which 79 pages will be released to you in their entirety; however, portions of the remaining 389 pages are being redacted pursuant to 5 U.S.C. §552(b)(2)Low; (b)(6); and (b)(7)(C).

    Exemption (b)(2)Low exempts from mandatory disclosure records relating solely to the internal personnel rules and practices of an agency.

    Exemption (b)(6) exempts personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

    Exemption (b)(7)(C) provide for the withholding of records or information compiled for law enforcement purposes which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

    Pursuant to 28 C.F.R. §16.9, this partial denial may be appealed to the Attorney General by filing a written appeal within sixty days of the date of the letter denying this request. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530.** Both the envelope and the letter of appeal itself must be clearly marked: **"Freedom of Information Act Appeal**.

Page 3
Prison Legal News
FOIA Request Number 2003-08557

    We trust this information is of assistance to you.  If you have any questions or concerns please contact Wilson J. Moorer, Paralegal at 202-353-4879.

                              Sincerely,


                              Wilson J. Moorer, Paralegal
                              Wanda M. Hunt
                              Chief, FOIA/PA Section


Enclosures: 594 pages
via e-mail/cd

cc:   File

James Klimaski                      For Further Inquiry Contact:
Klimaski & Associates, PC           Federal Bureau of Prisons
1819 L Street NW                    320 First Street. N.W.
Suite 700                           Room 841, HOLC Building
Washington, DC 20036                Washington, D.C. 20534
                                    Attn: FOI/Privacy Office


RE:  Request for Information, FOIA Request No. 2003-08557

     **Prison Legal News v. Harley G. Lappin, Director, Federal Bureau of Prisons,** Civil Action No.: 05-1812(RBW)

Dear Mr. Klimaski:

     This is in further response to the Freedom of Information Act request and Civil Action filed for a copy of the following information:

"a copy of all documents showing all money paid by the BOP for lawsuits and claims against it.  This is all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003.  I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award.  I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim."

     This is the second partial release of the documents that have been determined to be responsive to this request.  The first release was made on May 4, 2007 and was provided in electronic format (via e-mail).  This partial release will also be made via electronic format (e-mail).  This partial release contains responsive documents from the Bureau of Prisons Mid-Atlantic Regional Office; Southeast Regional Office; and North Central Regional Office.

     The total amount of pages of information being released at this time are **1965** pages.  After a careful review, it has been determined the **1965** pages of information will be released and redacted in the following manner:

Page 2
Prison Legal News
FOIA Request Number 2003-08557

1. Mid-Atlantic Regional Office: **388** pages of documents were found in response to this request of which **202** pages will be released to you in their entirety; however, portions of the remaining **186** pages are being redacted pursuant to 5 U.S.C. §552(b)(2)Low; (b)(5); (b)(6); and (b)(7)(C).

2. Southeast Regional Office: **309** pages of documents were found in response to this request of which **234** pages will be released to you in their entirety; however, portions of the remaining **75** pages are being redacted pursuant to 5 U.S.C. §552(b)(2)Low; (b)(6); and (b)(7)(C).

3. North Central Regional Office: **1268** pages of documents were found in response to this request of which **960** pages will be released to you in their entirety; however, portions of the remaining **308** pages are being redacted pursuant to 5 U.S.C. §552(b)(2)Low; (b)(5); (b)(6); and (b)(7)(C).

   Exemption (b)(2)Low exempts from mandatory disclosure records relating solely to the internal personnel rules and practices of an agency.

   Exemption (b)(5) allows exemption of information intended for staff use only the disclosure of which would tend to inhibit frank communication between prison officials or correspondence that is speculative or deliberative in nature.

   Exemption (b)(6) exempts personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

   Exemption (b)(7)(C) provide for the withholding of records or information compiled for law enforcement purposes which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

   Pursuant to 28 C.F.R. §16.9, this partial denial may be appealed to the Attorney General by filing a written appeal within sixty days of the date of the letter denying this request. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530.** Both the envelope and the letter of appeal itself must be clearly marked: **"Freedom of Information Act Appeal**.

```
Page 3
Prison Legal News
FOIA Request Number 2003-08557
```

With this response, you have received a total of **2559** pages of documents in response this request/civil action. We trust this information is of assistance to you. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal at 202-353-4879.

            Sincerely,

            Wilson J. Moorer, Paralegal
            Wanda M. Hunt
            Chief, FOIA/PA Section

Enclosures: **1965** pages
via e-mail/cd

cc:  File

| | |
|---|---|
| James Klimaski | For Further Inquiry Contact: |
| Klimaski & Associates, PC | Federal Bureau of Prisons |
| 1819 L Street NW | 320 First Street. N.W. |
| Suite 700 | Room 841, HOLC Building |
| Washington, DC 20036 | Washington, D.C. 20534 |
| | Attn: FOI/Privacy Office |

RE:  Request for Information, FOIA Request No. 2003-08557

**Prison Legal News v. Harley G. Lappin, Director, Federal Bureau of Prisons,** Civil Action No.: 05-1812(RBW)

Dear Mr. Klimaski:

This is in further response to the Freedom of Information Act request and Civil Action filed for a copy of the following information:

"a copy of all documents showing all money paid by the BOP for lawsuits and claims against it.  This is all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003.  I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award.  I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim."

This is the third partial release of the documents that have been determined to be responsive to this request.  The first and second releases were made on May 4, 2007 and May 25, 2007 and were provided in electronic format (via e-mail).  This partial release will also be made via electronic format (e-mail).  This partial release contains responsive documents from the Bureau of Prisons North East Regional Office.

The total amount of pages of information being released at this time are **900** pages.  After a careful review, it has been determined **392** pages will be released to you in their entirety; however, portions of the remaining **508** pages are being redacted pursuant to 5 U.S.C. §552(b)(6) and (b)(7)(C).

Page 2
Prison Legal News
FOIA Request Number 2003-08557


    Exemption (b)(6) exempts personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

    Exemption (b)(7)(C) provide for the withholding of records or information compiled for law enforcement purposes which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

    Pursuant to 28 C.F.R. §16.9, this partial denial may be appealed to the Attorney General by filing a written appeal within sixty days of the date of the letter denying this request. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530.** Both the envelope and the letter of appeal itself must be clearly marked: **"Freedom of Information Act Appeal**.

    With this response, you have received a total of **3459** pages of documents in response to this request/civil action. We trust this information is of assistance to you. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal at 202-353-4879.

                                        Sincerely,


                                        Wilson J. Moorer, Paralegal
                                        Wanda M. Hunt
                                        Chief, FOIA/PA Section


Enclosures: **900** pages
via e-mail/cd

cc:  File

| | |
|---|---|
| James Klimaski | For Further Inquiry Contact: |
| Klimaski & Associates, PC | Federal Bureau of Prisons |
| 1819 L Street NW | 320 First Street. N.W. |
| Suite 700 | Room 841, HOLC Building |
| Washington, DC 20036 | Washington, D.C. 20534 |
| | Attn: FOI/Privacy Office |

RE:  Request for Information, FOIA Request No. 2003-08557

**Prison Legal News v. Harley G. Lappin, Director, Federal Bureau of Prisons,** Civil Action No.: 05-1812(RBW)

Dear Mr. Klimaski:

This is in further response to the Freedom of Information Act request and Civil Action filed for a copy of the following information:

"a copy of all documents showing all money paid by the BOP for lawsuits and claims against it.  This is all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003.  I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award.  I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim."

This is the fourth partial release of the documents that have been determined to be responsive to this request.  The three previous releases were made on May 4, 2007, May 25, 2007, and July 30, 2007, and were provided in electronic format (via e-mail).  This partial release will also be made via electronic format (e-mail).  This partial release contains responsive documents from the Bureau of Prisons South Central Regional Office.

The total amount of pages of information being released at this time are **1026** pages.  After a careful review, it has been determined **393** pages will be released to you in their entirety; however, portions of the remaining **633** pages are being redacted pursuant to 5 U.S.C. §552(b)(6) and (b)(7)(C).

Page 2
Prison Legal News
FOIA Request Number 2003-08557

    Exemption (b)(6) exempts personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

    Exemption (b)(7)(C) provide for the withholding of records or information compiled for law enforcement purposes which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

    Pursuant to 28 C.F.R. §16.9, this partial denial may be appealed to the Attorney General by filing a written appeal within sixty days of the date of the letter denying this request. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530.** Both the envelope and the letter of appeal itself must be clearly marked: **"Freedom of Information Act Appeal**.

    With this response, you have received a total of **4485** pages of documents in response to this request/civil action. We trust this information is of assistance to you. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal at 202-353-4879.

                                Sincerely,

                                Wilson J. Moorer, Paralegal
                                Wanda M. Hunt
                                Chief, FOIA/PA Section

Enclosures: **1026** pages
via e-mail/cd

cc:  File