# Exhibit B

**BEFORE THE UNITED STATES
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
BALTIMORE DISTRICT OFFICE**

(b)(6), (b)(7)c

**Complainant**

**vs.**

**John Ashcroft
United States Attorney General,**

**Agency**

**EEOC Case No.** (b)(2)Low

**Agency Case No.** (b)(2)Low

**SETTLEMENT AGREEMENT**

COMES NOW, the parties, having both desired to amicably settle the issues which gave rise to the above-cited complaints, and enter into this settlement agreement. Both parties agree to the following terms:

1. Complainant and the Agency agree to settle all claims, issues, complaints, and actions arising out of the above-cited complaints.

2. Complainant agrees to withdraw the EEO administrative complaints listed above: P- (b)(2)Low Complainant further agrees to withdraw her claim before the Merit Systems Protection Board, her pending complaint with the Office of Special Counsel, and any other pending complaints, grievances, appeals, or actions arising from the issues and facts giving rise to the above-cited complaint. In addition, Complainant agrees not to assert a claim, issue, complaint, grievance, action, or appeal with respect to any matter occurring on or before February 21, 2003.

3. Complainant agrees to relinquish claims against the Agency for any future claims, complaints, appeals, grievances, or actions arising from the facts, circumstances, or issues in the above-cited complaints.

4. The parties agree that the terms of this agreement will not affect Complainant's claim for worker's compensation.

5. The parties agree that as of Monday, February 24, 2003, (b)(6), (b)(7)c (b)(6), (b)(7)c will assume direct supervision of Complainant. This agreement shall not limit or otherwise affect management rights set forth under 5 U.S.C. sec. 7106, or any other policy, rule, or regulation.

6. The Agency agrees to restore 50 hours of sick leave to Complainant.

7. The Agency agrees to compensate Complainant with a lump sum of $5,000, without any deductions, in full compromise of any and all claims for compensatory damages, as defined by the Civil Rights Act of 1991, 42 USC Sec. 1981a.. This payment is not in lieu of wages. The Agency will not withhold any taxes of any kind. However, the Agency will file a Form 1099 with the Internal Revenue Service ("IRS") and the determination of Complainant's tax liability, if any, is a matter solely between Complainant and the IRS and/or state and local tax authorities. The lump sum payment will be provided to Complainant within 30 calendar days.

8. The parties acknowledge that this Settlement Agreement will not constitute an admission of liability, fault, wrong-doing, or violation of law, rules or regulations by either party.

9. This Agreement represents the final and complete agreement between the parties, and there are no other agreements, expressed or implied, to which the parties have or are willing to stipulate.

10. The parties agree that the terms of this Settlement Agreement are confidential. The Agency may share the terms of this agreement with Agency personnel who will be responsible for the implementation of this Agreement. The parties may also share this agreement with the EEOC for case closure and enforcement purposes.

11. Complainant declares that she has read and reviewed this Settlement Agreement and that her representative has read and reviewed this Settlement Agreement. Complainant declares that she fully understands the terms of the agreement and that she voluntarily accepts it for purposes of making a full and final compromise of all claims of any nature that she may have in connection with the acts and statements described in her complaints.

(b)(6), (b)(7)c

(b)(6), (b)(7)c

2/21/03
Date

2/21/03
Date

Agency
Warden Dan L. Hobbs

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore District Office**
**10 S. Howard Street, 3rd Floor**
**Baltimore, MD 21201**

| | | |
|---|---|---|
| (b)(6), (b)(7)c<br>Complainant,<br><br>v.<br><br>JOHN ASHCROFT,<br>ATTORNEY GENERAL,<br>U.S. DEPARTMENT OF JUSTICE<br>BUREAU OF PRISONS<br>Agency. | ) | EEOC No. (b)(2)Low<br><br>Agency No. (b)(2)Low<br><br>Date: March 5, 2003 |

**ORDER OF DISMISSAL**

The Complainant and Agency have entered into a settlement agreement on the above captioned EEO complaint of discrimination. Therefore, the case is hereby **DISMISSED**.

It is so ORDERED.

For the Commission:

for G. Owens
ENECHI A. MODU
Administrative Judge

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the **ORDER OF DISMISSAL** was served by regular U.S. Mail on March 5, 2003 to the following:

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

Tamara E. Chrisler, Esquire
AGC/JUSTICE/FBP
Labor Law Branch
320 First St., NW, Rm. 818
Washington, DC 20534

Carolyn V. Sapla
Assistant General Counsel
JUSTICE/Federal Bureau of Prisons
Washington, DC 20534

A. Owens

A. V. Owens
Legal Technician

See instructions on reverse   (b)(2) Low   (b)(2)Low

**PRIVACY ACT STATEMENT** ‡ AUTHORITY: The authority to collect this information is derived from 42 U.S.C. Section 2000e-16, 29 CFR Sections 1614.106 and 1614.106. 2. PURPOSE AND USE: This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and become part of the complaint file during the investigation, hearing, if any, adjudication, and appeal, if any, to the Equal Employment Opportunity Commission. 3. EFFECTS OF NON-DISCLOSURE: Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

1. Co... (b)(6); (b)(7)c    (b)(6), (b)(7)c
   2. Your [Telephone Number]
   Home (b)(2) Low   (b)(2)Low
   Street (b)(6) [PO number or Post Office Box number]   (b)(6)
   Work: (912) 427-1248
   City, S... (b)(6)   (b)(6)

3. Which Department of Justice Office Do You Believe Discriminated Against You?
   UNICOR, Federal Prison Industr...
   B. Street Address of Office
   2600 U.S. Highway 301 S.
   C. City, State and Zip Code
   Jesup, GA 31599

4. Current Work Address
   2600 U.S. Hwy 301 South, Jesup GA 31599
   A. Name of Agency Where You Work
   UNICOR FCI Jesup, GA
   B. Street Address of Your Agency
   2600 U.S. Hwy 301 S.
   C. City, State and Zip Code
   Jesup, GA 31599
   D. Title and Grade of Your Job
   Customer Service Assistant, GS-6

5. Date on Which Most Recent Alleged Discrimination Took Place

   Month   Day   Year
   (overtime) 04/17/01
   (eval) 05/02/01

6. Check Below Why You Believe You Were Discriminated Against?
   ☒ Race or Color (Give Race or Color): Black
   ☐ Religion (Give Religion): _____
   ☐ Sex (Give Sex):  ☐ Male  ☐ Female
   ☐ Sexual Harassment
   ☐ Age (Give age): _____
   ☐ National Origin (Give National Origin): _____
   ☐ Disability   ☐ Physical   ☐ Mental
   ☐ Sexual Orientation
   ☒ Reprisal

7. Explain How You Believe You Were Discriminated Against (Treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation or Reprisal. (You may continue your answer on another sheet of paper if necessary.)

   (b)(6)

8. What Corrective Action Do You Want Taken on Your Complaint?

   (b)(6)

9. A. I Have Discussed My Complaint With an Equal Employment Opportunity Counselor.
   DATE OF FIRST CONTACT: 05/24/01
   DATE OF LAST INTERVIEW: 8/24/01
   B. Name of Counselor: Dee Hinton
   ☐ I Have Not Contacted an EEO Counselor

10. Date of This Complaint.
    Month Day Year
    08/30/01
    (b)(6), (b)(7)c

    1. discrimination event - (overtime) 4/17/01

FORM DOJ-20 SEPT

SEP - 3 2001

PRIVACY ACT STATEMENT / AUTHORITY: The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.105. PURPOSE AND USE: Information will be used to document the issues and allegations of discrimination based on race, color, sex (including sexual harassment), national origin, age, disability (physical or mental), sexual orientation or reprisal. The signed statement will serve as the record necessary to initiate an inquiry and become part of the complaint file during the investigation, hearing, if any, and appeal, if one, to the Equal Employment Opportunity Commission. EFFECTS OF NON-DISCLOSURE: Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

1. Complainant's Full Name: (b)(6), (b)(7)c
   (b)(6)
   (b)(6)

2. Your Telephone Number:
   Home: (b)(2)Low
   Work: (912) 427-1248

3. Which Department of Justice Office Do You Believe Discriminated Against You?
   Federal Bureau of Prisons
   B. Street Address of Office: 2600 U.S. Highway 301 South
   C. City, State and Zip Code: Jesup, GA 31599

4. Current Work Address: 2600 U.S. Hwy 301 S, Jesup, GA 31599
   A. Name of Agency Where You Work: FCI Jesup
   B. Street Address of Your Agency: 2600 U.S. Hwy 301 South
   C. City, State and Zip Code: Jesup, GA 31599
   D. Title and Grade of Your Job: Customer Service Asst, GS-6

5. Date on Which Most Recent Alleged Discrimination Took Place:
   Month: 11  Day: 21  Year: 2001

6. Check Below Why You Believe You Were Discriminated Against:
   ☐ Race or Color (Give Race or Color) (b)(6)
   ☐ Religion (Give Religion) (b)(6)
   ☐ Sex (Give Sex) ☐ Male ☑ Female
   ☐ Sexual Harassment
   ☐ Age (Give age) 38
   ☐ National Origin (Give National Origin)
   ☐ Disability  ☐ Physical  ☐ Mental
   ☐ Sexual Orientation
   ☑ Reprisal

7. Explain How You Believe You Were Discriminated Against (Treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation or Reprisal. (You may continue your answer on another sheet of paper if you need more space.)
   (b)(6)

[large redacted block (b)(6)]

8. What Action Do You Want Taken on Your Complaint:
   (b)(6)

9. I Have Discussed My Complaint With an Equal Employment Opportunity Counselor
   DATE OF FIRST CONTACT: 01/08/02
   DATE OF LAST INTERVIEW: 02/15/02
   B1. Name of Counselor: Dee Hinton
   ☐ I Have No Contacted an EEO Counselor

10. Date of This Complaint:
    Month: 02  Day: 24  Year: 02

11. Signature: (b)(6), (b)(7)c

[Stamp: 2002 FEB 28 RECEIVED FEDERAL BUREAU EEO OFFICE]

FORM DOJ-201
SEPT 9

(b)(6), (b)(7)c

(b)(6), (b)(7)c


U.S. Department of Justice

Federal Bureau of Prisons

*Washington, DC 20534*

June 5, 2003

(b)(6), (b)(7)c

Dear (b)(6), (b)(7)c

Enclosed is a copy of the settlement agreement in reference to your EEO case (b)(2)Low Please review, sign and forward back to this office in the enclosed envelope.

If you have any question, please contact me at 202-514-6165. Thank you.

Sincerely,

(b)(6), (b)(7)c

EEO Specialist

Settlement Agreement

1. This agreement is entered into by (b)(6); (b)(7)c and the Federal Bureau of Prisons (Bureau).

2. In settlement of the issues encompassed in (b)(6); (b)(7)c Equal Employment Opportunity (EEO) complaint, (b)(2)Low the parties agree to the following terms:

a. The Bureau will officially restore and pay mcc 98 hours of annual leave that was charged during the delay of processing (b)(6); (b)(7)c retirement application no later than 60 days of this agreement.

b. By signing this agreement, (b)(6), (b)(7)c agrees that he is hereby withdrawing his EEO Complaint, thus closing out the EEO process for the issues encompassed in the complaint of discrimination. (b)(6), (b)(7)c further agrees to bring no further administrative or judicial action against the Bureau or any of its employees in either their official or individual capacities, arising from any events or actions that occurred.

3. The parties agree that the terms of this agreement constitute the entire agreement between the parties, **will be confidential, will not be released to other parties** and that no other promises or representations, either express or implied have been made or sought to induce acceptance of this agreement.

4. The parties agree that this agreement constitutes a full and final resolution of all matters initiated in the EEO complaint process without an admission of fault or discrimination.

(b)(6), (b)(7)c

06/11/2003
Date

**For the Bureau of Prisons:**

Berta Lockhart, Warden
FCI, Tucson

Date

```
RECEIVED
EEO OFFICE
FEDERAL BUREAU
2003 MAY 21 AM 11: 44
```

**U.S. Department of Justice**                          **Complaint of Discrimination**
*(See instructions on reverse)*          (b)(2)Low

**PRIVACY ACT STATEMENT** 1. AUTHORITY: ... 2. PURPOSE AND USE: ... 3. EFFECTS OF NON-DISCLOSURE: ...

1. Complainant's Full Name: (b)(6), (b)(7)c
2. Your Telephone Number (including area code)
   Home: (b)(2)Low
   Work: N/A

Street Address: (b)(6)
City, State and Zip Code: (b)(6)

3. Name of Agency Which Allegedly Discriminated Against You?
**Federal Bureau of Prisons**

4. Current Work Address: N/A
   A. Name of Agency Where You Work(ed): **Federal Correctional Institution, Tucson**
   B. Street Address of Your Agency: **8901 S. Wilmot**
   C. City, State and Zip Code: **Tucson, AZ. 85706**
   D. Title and Grade of Your Job: **Senior Officer Specialist**

B. Street Address of Office: **320 First St. NW**
C. City, State and Zip Code: **Washington, DC 20534**

5. Date on Which Most Recent Alleged Discrimination Took Place:
   Month **05** Day **08** Year **03**

6. Check Below Why You Believe You Were Discriminated Against?
   - [X] Race or Color: (b)(6)
   - [ ] Religion
   - [X] Sex (Give Sex): [X] Male [ ] Female
   - [ ] Sexual Harassment
   - [X] Age (Give age): **51**
   - [ ] National Origin
   - [ ] Disability  [ ] Physical  [ ] Mental
   - [ ] Sexual Orientation
   - [X] Reprisal
   - [ ] Parental Status
   - [ ] Class Complaint

7. Explain How You Believe You Were Discriminated Against...

**See Attached Document**

8. What Corrective Action Do You Want Taken on Your Complaint?

**See Attached Document**

9. A) I have discussed my complaint with an Equal Employment Opportunity Counselor and/or other EEO Official.
   DATE OF FIRST CONTACT WITH EEO OFFICE: **01 / 23 / 2002**
   DATE OF RECEIPT OF NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR: **05 / 08 / 2003**
   B) Name of Counselor: **Michelle Hoppe**
   [ ] I Have Not Contacted an EEO Counselor

10. Date of This Complaint:
    Month **05** Day **14** Year **2003**
    (b)(6), (b)(7)c

(b)(6), (b)(7)c

EEO OFFICER
FEDERAL BUREAU OF PRISONS
320 FIRST ST. N.W.
ROOM 700
WASHINGTON, D.C. 20534

DEAR SIR/MS:

On May 12, 2003 I received a Notice of Right to File a Discrimination Complaint from my EEO Counselor. As of today's date, May 14, 2003, this document and the attachments serve as my formal filing of a discrimination complaint.

As per the Notice of Right to File a Discrimination Complaint, the complaint is specific and contains only those issues that are like or related to the issues discussed with the EEO Counselor. Additionally, please be advised that I have not filed a grievance under a negotiated grievance procedure and that I have not filed an appeal to the Merits Systems Protection on the same matters. Thank you.

(b)(6), (b)(7)c

# Notice of Right to File a Discrimination Complaint

**Complainant:** (b)(6), (b)(7)c

**EEO Counselor: Michelle S. Hoppe**

**Institution: FCI, Tucson, Arizona**

This is to inform you that since counseling on the matter you brought to my attention has not been resolved to your satisfaction, you are now entitled to file a formal discrimination complaint based on race, color, religion, sex, sexual orientation, sexual harassment, national origin, physical or mental disability, age, and/or reprisal. If you file a complaint, it must be in writing, signed, and filed, in person or by mail within 15 days after receipt of this notice to:

EEO Officer
Federal Bureau of Prisons
320 First St., N.W.
Room 700
Washington, D.C. 20534

A complaint shall be deemed timely if it is received or postmarked before the expiration of the 15-day filing period, or, in the absence of a legible postmark, if it is received by mail within five days of the expiration of the filing period.

The complaint must be specific and contain only those issues discussed with me or issues that are like or related to the issues that you discussed with me. It must also state whether you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board on the same matters.

Should you retain an attorney or any other person as a representative, you or your representative must immediately notify the EEO Officer in writing. You and/or your representative will receive a written acknowledgment of your discrimination complaint from the appropriate agency official.

Signature of EEO Counselor: Michelle S. Hoppe Date: 05/09/03

Signature of Complainant: (b)(6), (b)(7)c Date: 5/14/03

# COMPLAINT OF DISCRIMINATION

(b)(6), (b)(7)c

#7. Explain How You Believe You Were Discriminated Against (treated differently from other employees) Because of Race, Color, Sex, Religion, National Origin, Age, Disability, Sexual Orientation, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor.

(b)(6), (b)(7)c

(b)(6), (b)(7)c

**HARASSMENT/RETALIATION/REPRISAL INCIDENT** (b)(6), (b)(7)c

(b)(6), (b)(7)c

**HARASSMENT/RETALIATION/REPRISAL INCIDENT** (b)(6), (b)(7)c

(b)(6), (b)(7)c

# COMPLAINT OF DISCRIMINATION

(b)(6), (b)(7)c

**HARASSMENT/RETALIATION/REPRISAL INCIDENT** (b)(6), (b)(7)c

(b)(6), (b)(7)c

**HARASSMENT/RETALIATION/REPRISAL INCIDENT** (b)(6), (b)(7)c

(b)(6), (b)(7)c

**HARASSMENT/RETALIATION/REPRISAL INCIDENT** (b)(6), (b)(7)c

(b)(6), (b)(7)c

# COMPLAINT OF DISCRIMINATION

(b)(6), (b)(7)c

**HARASSMENT/RETALIATION/REPRISAL INCIDENT** (b)(6), (b)(7)c

(b)(6), (b)(7)c

**HARASSMENT/RETALIATION/REPRISAL INCIDENT** (b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

# COMPLAINT OF DISCRIMINATION

(b)(6), (b)(7)c

## HARASSMENT/RETALIATION/REPRISAL INCIDENT (b)(6), (b)(7)c

(b)(6), (b)(7)c

## HARASSMENT/RETALIATION/REPRISAL INCIDENT (b)(6), (b)(7)c

(b)(6), (b)(7)c

## CONCLUSION:

(b)(6), (b)(7)c

# REQUESTED CORRECTIVE ACTION REGARDING FORMAL COMPLAINT OF DISCRIMINATION:

(b)(6), (b)(7)c

(b)(6), (b)(7)c

8. What Corrective Action Do You Want Taken on Your Complaint?

(b)(6), (b)(7)c

(b)(6), (b)(7)c

1. (b)(6), (b)(7)c

(b)(6), (b)(7)c

2. (b)(6), (b)(7)c

(b)(6), (b)(7)c

3. (b)(6), (b)(7)c

(b)(6), (b)(7)c

4. (b)(6), (b)(7)c

(b)(6), (b)(7)c

5. (b)(6), (b)(7)c

(b)(6), (b)(7)c

6. (b)(6), (b)(7)c

(b)(6), (b)(7)c

7. (b)(6), (b)(7)c

(b)(6), (b)(7)c

8. (b)(6), (b)(7)c

(b)(6), (b)(7)c

9. (b)(6), (b)(7)c

(b)(6), (b)(7)c

10. (b)(6), (b)(7)c

(b)(6), (b)(7)c

11. (b)(6), (b)(7)c

(b)(6), (b)(7)c

12. (b)(6), (b)(7)c

(b)(6), (b)(7)c

**REQUESTED CORRECTIVE ACTION REGARDING FORMAL COMPLAINT OF DISCRIMINATION:**

(b)(6), (b)(7)c

8. What Corrective Action Do You Want Taken on Your Complaint (CONTINUED)?

13. (b)(6), (b)(7)c

14. (b)(6), (b)(7)c

15. (b)(6), (b)(7)c

16. (b)(6), (b)(7)c

17. (b)(6), (b)(7)c