**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **PRISON LEGAL NEWS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1812 (RBW)** |
| | ) | |
| **HARLEY G. LAPPIN, DIRECTOR, FEDERAL** | ) | |
| **BUREAU OF PRISONS** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING OF SIGNED DECLARATION OF**
**WILSON J. MOORER AND SUBSTITUTION OF EXHIBIT A**

Defendant hereby files the signed Declaration of Wilson J. Moorer and a new Exhibit A

to be filed with Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Further

Enlargement of Time (Docket # 42).

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


____/s/_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4106
Washington, D.C. 20530