UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Prison Legal News, <br><br> Plaintiff, <br><br> v. <br><br> Harley G. Lappin, Director, <br> FEDERAL BUREAU OF PRISONS, <br><br> Defendant. | Civil Action No. 05-1812 (RBW) |

## NOTICE OF APPEARANCE OF EDWARD J. ELDER
## FOR THE PLAINTIFF

The Clerk will please enter the appearance of Edward J. Elder on behalf of the Plaintiff, Prison Legal News.

Respectfully submitted,

Date: October 3, 2007

_____/s/_____
Edward J. Elder, Esq.
Assistant Regional Counsel
NAGE/SEIU
601 N. Fairfax Street, Suite 125
Alexandria, Virginia 22314
Office: (703) 519-0300
Fax: (703) 519-0311
eelder@nage.org

Counsel for Plaintiff