UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

       v.                                            Civil Action No. 05-1812 (RBW)

Harley G. Lappin, Director,
FEDERAL BUREAU OF PRISONS,

    Defendant.

## PARTIES JOINT BRIEFING SCHEDULE

The Parties respectfully submit the following briefing schedule pursuant to the Court's October 1, 2007, Minute Order.

| | |
|---|---|
| Plaintiff's Summary Judgment Motion Submitted: | January 18, 2008 |
| Defendant's Opposition and Cross Motion: | February 26, 2008 |
| Plaintiff's Reply and Opposition: | March 12, 2008 |

Jointly submitted this November 9, 2007:

_____/s/_____       _____/s/_____
Edward J. Elder, Esq.      Wyneva Johnson (by Edward Elder)
1335 Taylor Street, NW      U.S. Attorney's Office for D.C.
Washington, DC 20011      555 4th Street, NW
Phone: (202) 213-7240      Civil Division
Fax: (703) 519-0311      Washington, DC 20530
eelder@nage.org

Counsel for Plaintiff