UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Prison Legal News,<br><br>    Plaintiff,<br><br>        v.<br><br>Harley G. Lappin, Director,<br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No. 05-1812 (RBW) |

## CONSENT MOTION TO AMEND BREIFING SCHEDULE

Plaintiff Prison Legal News (PLN), through counsel, respectfully submits this consent motion to extend the briefing schedule in this case. An extension is justified because Plaintiff's counsel's office has unexpectedly increased his work load over the last two weeks. These changes have prevented him from completing his brief on the previously agreed-upon schedule. Defendant's counsel has been consulted. The parties have agreed to a amended briefing schedule.

In support of this motion PLN states:

1. On November 9, 2007, the parties submitted a briefing schedule in compliance with this Court's October 1, 2007, order.

2. The briefing schedule required PLN to submit a summary judgment motion by January 18, 2008. The briefing schedule also set dates for oppositions, replies and cross motions.

3. On January 1, 2008, Plaintiff's counsel's law office lost an attorney due to reorganization. Plaintiff's counsel has incurred an increased work load due to this loss. Plaintiff's counsel expects the office will replace this attorney within two months.

4.  Plaintiff's supervising attorney was unexpectedly called out of town during the last two weeks. Her absence has left Plaintiff's counsel as the only attorney in the Washington

regional office. This has further increased Plaintiff's counsel's work load. Plaintiff's counsel's supervising attorney will return to the office on January 22, 2008.

5. The parties have consulted and agreed to the following briefing schedule:

| | |
|---|---|
| Plaintiff's Summary Judgment Motion Submitted: | February 8, 2008 |
| Defendant's Opposition and Cross Motion: | March 21, 2008 |
| Plaintiff's Reply and Opposition: | April 11, 2008 |
| Defendant's Reply Brief | May 2, 2008 |

6. Granting this motion will allow PLN the time to completely and competently present its case.

7. No party will be prejudiced by this extension.

8. Counsel for the Agency has consented to this extension.

## CONCLUSION

For the above-stated reasons, this motion should be granted.

Date: January 18, 2008            _____/s/_____
Edward J. Elder, Esq.
Bar No. 460588
1335 Taylor Street, NW
Washington, DC 20011
Phone: (202) 213-7240
Fax: (703) 519-0311
eelder@nage.org

Counsel for Plaintiff