UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

        v.                              Civil Action No. 05-1812 (RBW)

Harley G. Lappin, Director,
FEDERAL BUREAU OF PRISONS,

    Defendant.

## CONSENT MOTION TO AMEND BREIFING SCHEDULE

Plaintiff Prison Legal News (PLN), through counsel, respectfully submits this consent motion to extend the briefing schedule in this case by three weeks. An extension is justified because Plaintiff's counsel has continued to experience a temporarily increased work load due to reorganization of his office and the absence of other staff attorneys. These changes have prevented him from completing his brief on the previously agreed-upon schedule. Defendant's counsel has been consulted. The parties have agreed to an amended briefing schedule.

In support of this motion PLN states:

1. The current briefing schedule requires PLN to submit a summary judgment motion by February 8, 2008. The briefing schedule also sets dates for oppositions, replies and cross motions.

2. On January 1, 2008, Plaintiff's counsel's law office lost an attorney due to reorganization. Plaintiff's counsel has incurred an increased work load due to this loss.

3. Plaintiff's counsel was also assigned responsibility for interviewing candidates for his office's attorney vacancy. This process should conclude within two weeks.

4. On February 6, 2008, Plaintiff's counsel was unexpectedly assigned the task of training members of a union local in conducting grievances and arbitrations. Plaintiff's counsel's

supervising attorney had suffered an illness in her family and could not conduct the training.

5. The parties have consulted and agreed to the following briefing schedule:

| | |
|---|---|
| Plaintiff's Summary Judgment Motion Submitted: | February 29, 2008 |
| Defendant's Opposition and Cross Motion: | April 11, 2008 |
| Plaintiff's Reply and Opposition: | May 2, 2008 |
| Defendant's Reply Brief | May 23, 2008 |

6. Granting this motion will allow PLN the time to completely and competently present its case.

7. No party will be prejudiced by this extension.

8. On February 8, 2008, counsel for the Plaintiff contacted counsel for the Agency to discuss this matter. Counsel for the Agency has consented to this motion.

## CONCLUSION

For the above-stated reasons, this motion should be granted.

Date: February 8, 2008         _____/s/_____
                               Edward J. Elder, Esq.
                               Bar No. 460588
                               1335 Taylor Street, NW
                               Washington, DC 20011
                               Phone: (202) 213-7240
                               Fax: (703) 519-0311
                               eelder@nage.org

                               Counsel for Plaintiff