UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Prison Legal News,<br><br>    Plaintiff,<br><br>        v.<br><br>Harley G. Lappin, Director,<br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No. 05-1812 (RBW) |

## CONSENT MOTION TO AMEND BREIFING SCHEDULE

Plaintiff Prison Legal News (PLN), through counsel, respectfully submits this consent motion to extend the briefing schedule in this case by four weeks. An extension is justified because Plaintiff's counsel has continued to experience a temporarily increased work load due to reorganization of his office and the absence of other staff attorneys. These changes prevented him from completing his brief on the previously agreed-upon schedule. Defendant's counsel has been consulted. The parties have agreed to an amended briefing schedule.

In support of this motion PLN states:

1. The current briefing schedule requires PLN to submit a summary judgment motion by February 29, 2008. The briefing schedule also sets dates for oppositions, replies and cross motions.

2. On January 1, 2008, Plaintiff's counsel's law office lost an attorney due to reorganization. Plaintiff's counsel has incurred an increased work load due to this loss. This has included filing an appellate brief with the Equal Employment Opportunity Commission, a security clearance appeal, and an arbitration requiring travel in addition to his normal case load.

3. Plaintiff's counsel was also assigned responsibility for interviewing candidates for his office's attorney vacancy. Final interviews are scheduled for the first week of March.

4. The parties have consulted and agreed to the following briefing schedule:

   | | |
   |---|---|
   | Plaintiff's Summary Judgment Motion Submitted: | March 28, 2008 |
   | Defendant's Opposition and Cross Motion: | May 9, 2008 |
   | Plaintiff's Reply and Opposition: | May 30, 2008 |
   | Defendant's Reply Brief | June 20, 2008 |

5. Granting this motion will allow PLN the time to completely and competently present its case.

6. No party will be prejudiced by this extension.

7. On February 28, 2008, counsel for the Plaintiff contacted counsel for the Agency to discuss this matter. Counsel for the Agency has consented to this motion.

## CONCLUSION

For the above-stated reasons, this motion should be granted.

Date: February 29, 2008              _____/s/_____
                                     Edward J. Elder, Esq.
                                     Bar No. 460588
                                     1335 Taylor Street, NW
                                     Washington, DC 20011
                                     Phone: (202) 213-7240
                                     Fax: (703) 519-0311
                                     eelder@nage.org

                                     Counsel for Plaintiff

Case 1:05-cv-01812-RBW    Document 48    Filed 02/29/2008    Page 3 of 3