UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Prison Legal News,<br><br>    Plaintiff,<br><br>        v.<br><br>Harley G. Lappin, Director,<br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No. 05-1812 (RBW) |

## ORDER

After consideration of Plaintiff's Consent Motion to Amend Briefing Schedule, it is hereby ORDERED:

That the Motion is GRANTED, and

The following briefing schedule is entered:

| | |
|---|---|
| Plaintiff's Summary Judgment Motion Submitted: | March 28, 2008 |
| Defendant's Opposition and Cross Motion: | May 9, 2008 |
| Plaintiff's Reply and Opposition: | May 30, 2008 |
| Defendant's Reply Brief | June 20, 2008 |

_____        _____
Date                                                                 Honorable Reggie B. Walton
                                                                                     United States District Judge