UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

        v.                          Civil Action No. 05-1812 (RBW)

Harley G. Lappin, Director,
FEDERAL BUREAU OF PRISONS,

    Defendant.

## MOTION FOR JUDGMENT

      Plaintiff, Prison Legal News (PLN), by and through counsel, respectfully moves this Court enter a judgment finding that the BOP has made improper redactions to documents released under the Freedom of Information Act (FOIA), and failed to comply with this Court's June 26, 2006 and October 1, 2007 Orders. PLN further moves the Court enter an order 1) requiring the BOP provide the records containing the requested identifying and other information within 30 days, and 2) requiring the BOP find and produce complete copies of all records it has thus far failed to provide in response to PLN's request and this Court's orders.

                                                                                     Respectfully submitted,

Date: March 28, 2008                                    _____/s/_____
                                                                      Edward J. Elder, Esq.
                                                                        1335 Taylor Street, NW
                                                                        Washington, DC 20011
                                                                        Phone: (202) 213-7240
                                                                        Fax: (703) 519-0311
                                                                        eelder@nage.org

                                                                        Counsel for Plaintiff