UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

        v.                            Civil Action No. 05-1812 (RBW)

Harley G. Lappin, Director,
FEDERAL BUREAU OF PRISONS,

    Defendant.

## ORDER

After consideration of Plaintiff's Motion for Judgement, it is hereby ORDERED:

That the Motion is GRANTED,

1. The Defendants must provide complete and unredacted copies of all previously disclosed documents within 30 days of the date of this order, and

2. The Defendants must search for and produce copies of all records identified by the Plaintiffs as incomplete within 30 days of the date any incomplete records are identified.

_____           _____
Date                                                     Honorable Reggie B. Walton
                                                         United States District Judge