MAR 14 2002 14:46 FR    PERSONEL    9124271242 TO    23793793    P.02/06

# UNITED STATES OF AMERICA
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### ATLANTA DISTRICT OFFICE

(b)(6), (b)(7)c

Complainant,

v.

JOHN ASHCROFT,
U.S. ATTORNEY GENERAL,
U.S. DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
        Agency.

Agency Case Nos.

(b)(2)Low

## SETTLEMENT AGREEMENT

In consideration of the mutual acts, covenants and promises stated herein, it is agreed as follows:

1.   The parties agree to settle all claims, issues, complaints, and actions arising out of the above-cited complaints and any complains or issues which are currently pending resolution in the EEO process with the agency.

2.   The Complainant still maintains that his complaints were valid; however, it is the agency's position that entering into this Settlement Agreement will not constitute an admission of liability, fault, wrong-doing, or violation of law, rules or regulations by the agency and the Complainant agrees.

3.   The Federal Correctional Institution located in Jesup, Georgia agrees to change, within 30 days from the date of the Warden's signature, Complainant's Performance Appraisal for the rating period beginning April 1, 2000 through March 31, 2001 to reflect the following:

   A.   Complainant's annual rating for Job Element 3: Controls Contraband will be changed from "Exceeds" to "Outstanding".

   B.   Complainant's Overall Performance Rating will be changed from "Exceeds" to "Outstanding".

   C.   Complainant will receive a Quality Step Increase backdated to June 3,

(b)(6), (b)(7)   v. Ashcroft                Page 1 of 3

2001 in recognition of his overall Outstanding performance evaluation for the rating period. June 3, 2001 is the earliest date on which the Complainant will be eligible for a Quality Step Increase (QSI) since he received a QSI in 2000.

4.  The award of the QSI effective June 3, 2001 will not have an impact on the Complainant's eligibility for a within grade increase on June 2, 2002.

5.  (b)(2)Low

    (b)(2)Low                          (b)(2)Low

    (b)(2)Low

6.  The Complainant agrees that his signature on this document is a request of the EEOC to immediately withdraw any pending actions, charges or grievances, EEO or otherwise, brought on his behalf against the agency or its employees. Further, the Complainant will immediately request of the EEOC or any other entity, the dismissal of any complaints or other actions brought against the agency which are related, in part or in whole, to any of the issues raised in these cases or any other pending action filed on behalf of the Complainant. No part of this agreement shall be construed as a waiver by the Complainant to seek an enforcement proceeding regarding the terms and provisions of this settlement agreement.

7.  The parties agree that this agreement shall not serve as precedent in any further judicial or administrative proceedings between the Federal Bureau of Prisons and any third party.

8.  The parties agree that if a dispute should arise regarding the implementation of this settlement agreement, the parties will engage in discussions and/or mediation to resolve any difference in interpretation of the terms of the settlement or to have the Federal Bureau of Prisons cure an asserted failure of performance of the terms of the settlement. If mediation efforts do not resolve the dispute, then either party may seek enforcement of the settlement terms through the Equal Employment Opportunity Commission.

9.  Complainant declares that he has read, carefully reviewed and that he fully understands the terms of this settlement agreement. Complainant further declares that he voluntarily accepts this agreement for the purpose of making full and final settlement of any and all claims which were made or could have been made in connection with the causes of action and underlying facts now pending in the above-styled and numbered cases or EEO process.

(b)(6), (b)(7)v. Ashcroft                        Page 2 of 3

MAR 14 2002 14:47 FR    PERSONEL                9124271242 TO ##237 93783    P.04/04

10. If any provision of this Settlement Agreement is determined to be unlawful, or otherwise unenforceable, it shall not necessarily affect the enforceability of the remaining provisions of the Settlement Agreement.

11. Nothing in this Settlement Agreement shall affect Management's Rights under the Master Agreement, Federal Regulations or Statutes.

12. The parties agree that the terms of this Settlement Agreement are confidential. The Agency may share the terms of this agreement with Agency personnel who will be responsible for the implementation of this Agreement. The parties may also share this agreement with the EEOC for case closure and enforcement purposes.

13. There are no other terms to this agreement other than those expressly written here. The agreement binds (b)(6), (b)(7)c and the Federal Bureau of Prisons and their heirs, assigns, agents, and successors. This agreement may not be modified or rescinded except by a writing signed by each party or that party's agent.

Danny L. Hobbs, Warden
for the Federal Bureau of Prisons

3/14/2002
Date

(b)(6), (b)(7)c

(b)(6), (b)(7)c

3/14/2002
Date

(b)(6),
(b)(6), (b)(7)c v. Ashcroft                Page 3 of 3

** TOTAL PAGE.04 **

U.S. Department of Justice

# Complaint of Discrimination

*(See instructions on reverse)*

(b)(2)Low
(b)(2)Low

PRIVACY ACT STATEMENT 1. AUTHORITY: The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. 2. PURPOSE AND USE: This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and to become part of the complaint file during the investigation, hearing, if any, adjudication and appeal, if one, to the Equal Employment Opportunity Commission. 3. EFFECTS OF NON-DISCLOSURE: Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

**1.** Complainant's Full Name
(b)(6), (b)(7)c

**2.** Your Telephone Number
(b)(2)Low

Street Address, RD Number or Post Office Box Number
(b)(6)

Home

City, State and Zip Code
(b)(6)

Work ( 912 )  427  0870

**3.** Which Department of Justice Office Do You Believe Discriminated Against You?

BOP

**4.** Current Work Address

JESUP  GA

**A.** Name of Agency Where You Work

BOP  FCI  JESUP

**B.** Street Address of Office

HWY 301  S.

**B.** Street Address of Your Agency

HWY 301 S,

**C.** City, State and Zip Code

JESUP  GA  31599

**C.** City, State and Zip Code

JESUP GA  31599

**D.** Title and Grade of Your Job

INMATE SYSTEMS OFFICER  GS - 8

**5.** Date on Which Most Recent Alleged Discrimination Took Place

| Month | Day | Year |
|-------|-----|------|
| 09 | 21 | 2000 |

**6.** Check Below Why You Believe You Were Discriminated Against?

- Race or Color *(Give Race or Color)* _____
- Religion *(Give Religion)* _____
- Sex *(Give Sex)*  ☐ Male  ☐ Female
  - ☐ Sexual Harassment
- Age *(Give age)* _____
- National Origin *(Give National Origin)* _____
- Disability  ☐ Physical  ☐ Mental

- ☐ Sexual Orientation

- X Reprisal

**7.** Explain How You Believe You Were Discriminated Against *(Treated differently from other employees or applicants)* Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation or Reprisal. *(You may continue your answer on another sheet of paper if you need more space.)*

SEE  ATTACHMENT

**8.** What Corrective Action Do You Want Taken On Your Complaint?

SEE  ATTACHMENT

RECEIVED EEO OFFICE FEDERAL BUREAU OF PRISONS
2000 NOV 14 PM 3: 07

**9.** A) I Have Discussed My Complaint With an Equal Employment Opportunity Counselor

DATE OF FIRST CONTACT:

| | | |
|---|---|---|
| 10 | 2 | 2000 |

DATE OF LAST INTERVIEW:

| | | |
|---|---|---|
| 11 | 2 | 2000 |

**B)** Name of Counselor

ANNIE PRICE

☐ I Have Not Contacted an EEO Counselor

**10.** Date of This Complaint:

| Month | Day | Year |
|-------|-----|------|
| 11 | 9 | 2000 |

**11.** Sign Your Name Here:
(b)(6), (b)(7)c

FORM DOJ-201A
SEPT 96



RECEIVED
EEO
FEDERAL BUREAU OF PRISONS

2000 NOV 14 PM 12:25

**U.S. Department of Justice**

Federal Bureau of Prisons

---

## Notice of Right to File a Discrimination Complaint

**Complainant:**

**EEO Counselor:**

**Institution:**

This is to inform you that counseling on the matter you brought to my attention has not been resolved to your satisfaction, you are now entitled to file a discrimination complaint based on race, color, religion, sex, sexual orientation, sexual harassment, national origin, physical or mental disability, age, and/or reprisal. If you file a complaint, it must be in writing, signed, and filed, in person or by mail within 15 days after receipt of this notice, with any of the following officials authorized to receive a discrimination complaints:

> Director, Federal Bureau of Prisons
> Chief Executive Officer
> EEO Officer
> Federal Women's Program Manager

If you file your complaint with one of the officials listed above (other than the EEO Officer), it will be sent to the EEO Office for processing. Therefore, if you choose to file your complaint with any of the other officials listed above, be sure to provide a copy of your complaint to the EEO Officer to ensure prompt processing of your complaint.

The complaint must be specific and contain only those issues discussed with me. It must also state whether you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board on the same matters.

Should you retain an attorney or any other person as a representative, you or your representative must immediately notify the EEO Officer in writing. You and /or your representative will receive a written acknowledgment of your discrimination complaint from the appropriate agency official.

Signature of EEO Counselor: _Annie A. Price_    Date: _11/2/00_

Signature of Complainant: (b)(6), (b)(7)c    Date: _11/2/00_

(b)(6), (b)(7)c

(b)(6), (b)(7)c

November 9, 2000

Ms. Hunt, EEO Officer
Federal Bureau of Prisons
320 First Street, NW
Washington, D.C. 20534

Dear Ms. Hunt:

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

Sincerely,

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6)

(b)(6)

MEMO

# ATTACHMENT Q



UNITED STATES GOVERNMENT

# MEMORANDUM

FEDERAL CORRECTIONAL
INSTITUTION
JESUP, GEORGIA 31545

**DATE:** September 21, 2000

**REPLY TO
ATTN OF:** (b)(6), (b)(7)c
(b)(6), (b)(7)c

**TO:** All Senior Inmate Systems Officers (GS-8)

**SUBJECT:** Specific Duty Assignments
Amended to reflect correct effective date

The following duties are assigned to the below listed officers and are effective
October 2, 2000. These are specific responsibilities, it does not preclude anyone from other
general duties required by all Inmate Systems Officers.

## Mail Room:

(b)(6), (b)(7)c
(b)(6), (b)(7)c

Inmate to Inmate Correspondence
Writ Mail
Return to Sender

(b)(6), (b)(7)
(b)(6), (b)(7)c

Rejected Publications
In-Transit Mail
Legal Mail

**R & D**:



Accountability of Release Clothing
Supplies (Weekly update to AISM)
Safety Talks



Sanitation
Accountability of Stored property
Active/In-Active Files

Inmate/Inmate Correspondence:
Sentry waiting list to be updated as forms are received from the unit or when inmates transfer or release.

Approval Forms need to be maintained in the log book when received, If Inmates transfer or release the forms need to be pulled.

Need to ensure Inmate to Inmate Correspondence not approved is processed correctly and in a timely manner.

Writ Mail:
Needs to ensure a form BP-S398 is on hand for all inmates on writ.

Make sure when inmates return mail is forwarded to the inmate.

Make sure no mail is held longer than the 30 day time period.

Make sure we processes mail according to selection made by the inmate on the form BP-S398.

Return to Sender:
ALL Return to Sender mail is to be stamped by the officer assigned this duty.  Ensure only items requiring this stamp are stamped.  Make sure no incoming mail is incorrectly stamped to be returned to sender in lue of filling out the proper rejection form or letter.

Rejected Publication:
Ensure all possible rejected publications are routed through the appropriate departments.(Supervisor 1st)

Ensure proper method of rejection is used. (Nude Publications or computer books) Also ensure proper forms are utilized for the situation.  When in doubt ask supervisor before taking incorrect action.

In-Transit Mail:
Ensure mail being held for In-Transit inmates is forwarded to the inmate upon arrival.

If inmates are re-designated ensure mail is forwarded appropriately or returned to sender.

Legal Mail
Ensure all Legal Mail is Date and Time stamped accordingly (even
if it has to be hand written on the envelope)

Ensure proper procedures for forwarding Legal Mail are followed.

Check all unit log books(in Third month of the quarter) and bring
completed pages to records to be dead filed.

R&D

Accountability of Release Clothing:
Ensure all forms are accurate.

Ensure all supplies are maintained and replaced when shortages
occur.

Ensure proper documentation is maintained when clothing issued.
(Old AF-1)

Supplies:
Ensure all needed supplies are on hand.

Inform Supervisor of shortages to ensure supplies are not
depleted completely. (Weekly)

Safety Talks:
Ensure a monthly safety talk is conducted with inmate orderly and
proper form filled out and forwarded to Safety.  This should be
done prior to the 10th of each month.

Sanitation:
Monitor sanitation in R&D to ensure standards are met. Ensure
work orders are done, when areas need correction.

Accountability of stored property:
Ensure property log book is maintained and accurate for all
stored inmate property.  Ensure all property is mailed in a
timely manner.

Active/In-Active R&D files:
Ensure files are maintained for active and pulled for in-active.
Ensure out dated files are destroyed.
Ensure paper work in stored in order and fastened in folder.

## STANDARD SET NUMBER 3
## FOR NON-SUPERVISORY CORRECTIONAL OFFICERS

ELEMENT 1:  SUPERVISES INMATES
Definition: Supervises inmates in living quarters, dining area, visiting room, during recreational activities and while in transit.  Counts inmates at designated and random times.  Supervises and maintains accountability for inmates assigned to his/her work detail.  Escorts inmates.  Directs inmates to comply with safety and sanitation regulations in living and work areas.  Watches for signs of disorder, abnormal behavior, tension, unrest, etc.  Enforces rules and regulations in a fair and impartial manner.

UNACCEPTABLE
- Fails to maintain accountability of the inmates that he/she is responsible for.
- Allows sexually intimate contact between visitors and inmates.
- Shows bias or prejudice toward a group of inmates when enforcing rules and regulations.
- Allows inmates to operate equipment in an unsafe manner.
- Fails to direct inmates to start work detail on time.
- Fails to take action when unrest or abnormal behavior occurs in his/her area.
- Fails to use proper counting techniques during institution counts or submits an erroneous count.
- Fails to enforce the rules and regulations of the institution.

MINIMALLY SATISFACTORY

FULLY SUCCESSFUL
- Enforces rules consistently in the unit.
- Provides instructions on how tasks are to be performed so that safety and sanitation regulations are followed.
- Sends inmates back to unit for proper attire in order to safely operate machinery.
- Notes that an inmate from another unit is in his/her area during a count.
- Identifies problems in completing work details, and counsels inmates on how to overcome the problems.
- Monitors medical call-outs and other activities which take inmates away from their duties.
- Reports abnormal activities in a clear, concise and timely manner.
- Counts inmates at designated and random times after being directed to do so by supervisor.

EXCEEDS

OUTSTANDING
- Reports signs of disorder and suggests to supervisor ways of maintaining control which are used successfully.
- Provides instruction and supervision for cleaning crew, and when completed, instructs inmates on how to improve and expedite the cleaning process.
- Recognizes potential security violations and accountability problems and suggests solutions or assists in developing procedures that improve the security or accountability of inmates.
- Notifies medical staff, supervisory staff, unit staff and co-workers of any signs of suicidal tendencies and then documents it in a memo.

ELEMENT 2:  INSPECTS, OPERATES, CONTROLS EQUIPMENT
Definition: Inspects security devices (e.g. keys, radio, alarms, locks, restraints, etc.) and reports deficiencies.  Operates security devices.  Controls security equipment, hazardous tools, etc.  Operates bus to transport inmates to and from various facilities.  Carries and uses firearms.  Operates SENTRY to record inmate movement.

UNACCEPTABLE
- Fails to check bus for hazards and contraband, or fails to properly restrain inmates before transporting them.
- Fails to turn in weapon before leaving the institution.
- Fails to follow safety procedures when assigned a firearm.
- Fails to report lost security equipment.
- Fails to properly operate and secure locking devices.
- Fails to inspect assigned equipment upon reporting for duty.
- Fails to follow policy on proper handling of keys.
- Fails to report inoperative security devices.

MINIMALLY SATISFACTORY

FULLY SUCCESSFUL
- Records all inmate movement, such as changes in work assignment, program participation or living quarters on
  SENTRY.

- Fails to inform relieving officer of potential problem situations that might arise during his/her shift.
- Responds to emergencies and distress signals only after being told to do so.
- Uses excessive physical force when controlling inmates.
- Fails to follow policy procedures when an emergency situation arises.

## MINIMALLY SATISFACTORY

## FULLY SUCCESSFUL
- Checks the crew kit cards for inmates assigned to the detail.
- Prevents escapes, suicides, riots and other disturbances by patrolling post continuously.
- Notifies supervisor of outdated policies, rules, regulations and post orders.
- Utilizes Bureau-taught methods of physical control to control difficult, physically aggressive inmates.
- Successfully completes and actively participates in annual training.
- Notifies duty Lieutenant immediately of any breaches in security.
- Provides a clear and concise report to the relieving officer with information concerning his/her area of responsibility that could affect his/her shift.

## EXCEEDS

## OUTSTANDING
- Carries out all duties at any assigned emergency post without instruction.
- Takes charge of emergency situations until supervisor arrives by assigning other staff members to emergency duties and calling for assistance if needed.
- Recognizes potential security hazards and suggests solutions or assists in developing or improving security procedures that are adopted by the institution.

---

ELEMENT 5:  COMMUNICATES
Definition: Communicates effectively with inmates.  Instructs inmates on institution rules and regulations. Counsels inmates and resolves disputes.  Writes or completes incident reports, memos, log entries, progress reports, forms, etc.  Communicates with public and staff.  Provides oral guidance to new staff.  Trains officers of lower grade levels by leading, guiding and advising them on procedures for job accomplishment.  Deals effectively with other departments.  Identifies callers and visitors to assure security.

## UNACCEPTABLE
- Fails to instruct inmates on rules and regulations.
- Uses abusive, threatening or insulting language toward inmates.
- Fails to submit completed reports within the required time frame or submits inaccurate or incomplete reports.
- Argues with other employees or complains about the institution in front of inmates.
- Communicates inaccurate information concerning rules and regulations to inmates, staff or visitors.
- Fails to screen and route visitors or telephone calls in accordance with Bureau policies or procedures on safeguarding information.

## MINIMALLY SATISFACTORY

## FULLY SUCCESSFUL
- Completes Notification to Visitor form in regards to possession of contraband, and ensures visitors sign the form.
- Reports any discontent among the inmates to the unit manager and supervisor.
- Informs new inmates upon arrival of the rules and regulations of the institution.
- Records all necessary information legibly when making a log entry.
- Informs visitors of visiting room procedures and regulations.
- Writes clear and concise incident reports by the deadline.

## EXCEEDS

## OUTSTANDING
- Suggests or assists in developing new training aids or materials to improve staff training.
- Controls a potentially violent situation by effectively communicating or negotiating with the inmates involved.
- Guides and instructs less experienced staff during an emergency situation.
- Writes institution post orders, emergency plans or local supplements or suggests post changes that are accurate and clear and are implemented by the institution.

# ARTICLE 16

## ARTICLE 16 - POSITION DESCRIPTION AND REVIEW

Section a.  When an employee alleges inequities in his/her position classification, the Employer will provide information on statutory appeal rights and procedures set forth in applicable regulations.  The employee may elect to be represented or assisted by a Union representative in discussing the matter with supervisory or Management officials.

Section b.  The Union at the local level shall be notified in advance when a position action is to be taken that will have an adverse effect on the unit employee's pay or status.

Section c.  In regard to the phrase "other duties as assigned," or its equivalent, as used in position descriptions, it is understood that it will not be used to regularly assign work to an employee that is not reasonably related to the employee's basic job description. This does not preclude the Employer from detailing employees to other assignments in accordance with applicable laws.  In the assignment of any work, the Employer will comply with applicable laws, including 5 USC and the decisions of the Federal Labor Relations Authority.

# WARDEN MEMO



**UNITED STATES GOVERNMENT**

# MEMORANDUM

**FEDERAL CORRECTIONAL INSTITUTION
JESUP, GEORGIA 31599**

**DATE:** August 9, 2000

**REPLY TO
ATTN OF:** D. L. Hobbs, Warden

**TO:** (b)(6), (b)(7)c

**SUBJECT:** Meeting of August 3, 2000

The purpose of this memorandum is to document a meeting with (b)(6), (b)(7)c ISO; (b)(6), (b)(7)c (b)(6), (b)(7)c Pres, Local 3981; and Edith Gaskin, HRM; and myself on Thursday, August 3, 2000.

Management committed to several actions during this meeting in response to issues and concerns brought by (b)(6), (b)(7)c and represented by (b)(6), (b)(7)c

The following are concerns presented by (b)(6), (b)(7)c and managements response:

1) (b)(6), (b)(7)c feels his evaluation and log entries are not at the same level as last year and wants an explanation as to why some of the entries are lower. The last eight entries are as follows: 3 fully successful, 2 exceed, and 3 outstanding.

Response: (b)(6), (b)(7)c

(b)(6), (b)(7)c

2) (b)(6), (b)(7)c Mansukhani, his immediate supervisor, which delegates specific duties for Inmate Systems Officers.  This memorandum was issued by management in the department to balance workloads, to assign responsibility for certain tasks, and to improve efficiency.  Mr. Crawford feels his assigned duties detailed in this memorandum is a heavier workload than those assigned to his co-workers and that this memorandum assigns him supervisory responsibilities.

Response: (b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

3) Mr. Crawford stated there were instances of unprofessional conduct by his supervisors in the ISM department and that he has documentation of violations of misconduct.

Response: Management will evaluate the alleged unprofessional conduct reported by Mr. Crawford and if.warranted, will refer the allegations to the Office of Internal Affairs for formal investigation. Please present your complaint/complaints to me in writing by August 18, 2000.

4) Due to these issues and Mr. Crawford's conception that his supervisors are treating him unfairly he requested reassignment to another Department which will afford him save pay and week-ends off.

Response: Management will agree to move Mr. Crawford to the Correctional Services Department with the same pay.

I hope our meeting will resolve the concerns you are having in the department and clear up any misunderstanding which has developed over the specific Duty Assignments. We will continue to make every effort to ensure you, and all other staff in the department are treated fairly and with respect. If you encounter instances of unfair treatment or unprofessional conduct please report those to the Associate Warden (Programs), Ms. Gaskin, or Myself immediately.

cc: Mr. Williams, Union President
    Steward for ISM Department
    Associate Warden Programs

# RESPONSE TO WARDEN
# AUGUST 18, 2000

(b)(6), (b)(7)c

(b)(6), (b)(7)c

August 18, 2000

D. L. Hobbs, Warden
Federal Bureau of Prisons
FCI Jesup, GA

Dear Warden Hobbs:

(b)(6), (b)(7)c

(b)(6), (b)(7)c

1. (b)(6), (b)(7)c     (b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

2. (b)(6), (b)(7)c     (b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c     (b)(6), (b)(7)c



3. (b)(6), (b)(7)c

Sincerely,

cc: G. Williams
    E. Gaskin
    A. Price

# HRM AUDIT

## Audit of duty assignments for ISO within ISM

I reviewed ISO position descriptions which outline the duties required of the position within the ISM Department.  I also talked with Jerry Bunn, ISM and Andy Mansukhani, Asst ISM regarding duties of the ISO's.    Both supervisors provided input regarding the actual duties assigned to ISO's and all the duties required to perform the mission of ISM.    Based upon this review, the following is provided:

    -The workload appears to be distributed equally among the GS-8, ISO's, with the exception of duties assigned to (b)(6), (b)(7)c  He was recently assigned to the department.  His workload will be reevaluated once he becomes more familiar with all duties inherent to ISM.

  -I did not find that any ISO had been assigned to perform supervisory duties.

Based upon this review, it is determined no new duties have been assigned to bargaining unit employees within ISM.    The memorandum issued to ISO's  is an assignment of responsibility.

Edith L. Gaskin
HRM        17 Aug 00

# RESPONSE TO AISM/HRM
# AUGUST 25, 2000

(b)(6), (b)(7)c

(b)(6), (b)(7)c

August 25, 2000

Annie Price, EEO Counselor
Federal Bureau of Prisons
FCI Jesup, GA

Dear Ms. Price:

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

(b)(6), (b)(7)c

Sincerely,

(b)(6), (b)(7)c

(b)(6), (b)(7)c

# POSITION DESCRIPTION
## GS-07

POSITION DESCRIPTION

CORRECTIONAL OFFICER
(Inmate Systems Officer)

Introduction

This position is located in the Inmate Systems Department at the
Federal Correctional Institution Jesup, Georgia.  The Inmate
Systems Department is a multi-faceted operation, consisting of
mail room, receiving and discharge, data coordination and inmate
records office.  Position involves a wide range of duties that
require expertise in the areas of Mail Room and Receiving and
Discharge.  This position also requires expertise in:  postal
regulations, court processes, interpretation of legal
instruments, compliance of court directives, correctional
security procedures and contact with a variety of law enforcement
agencies.

This is a progressively responsible position in which the
incumbent performs a full range of duties for detention,
correctional supervision, protection, control and accountability
of inmates being processed through receiving and discharge.  The
incumbent is concerned with the maintenance of institution
security contributing to the health and welfare of the inmates
and the promotion of good public relations.

Major Duties

Along with all other correctional institution employees,
incumbent is charged with responsibility for maintaining security
of the institution.  The staff correctional activities are
paramount and precede other duties and responsibilities required
by this position.  Incumbent regularly performs as a law
enforcement officer during required training, emergency
situations, staff shortages and under any other type of
correctional operating crisis.

Specific correctional responsibilities include custody and
supervision of inmates, responding to emergencies and institution
disturbances, participating in fog and escape patrols, and
assuming correctional officer posts when necessary.  Incumbent
may be required to shakedown inmates and conduct visual searches
in their work or living area for contraband.  Incumbent must be
prepared and trained to use physical control in situations where
necessary, such as in fights among inmates, assaults on staff,
and riots or escape attempts.

Incumbent has the authority to enforce criminal statutes and/or
judicial sanctions, including investigative, arrest and/or

detention authority.  When necessary, incumbent also has the
authority to carry firearms and exercise appropriate force to
establish and/or maintain control over individuals.  When
conditions warrant, the employee may enter into hostile or life
threatening situations and may be required to make decisions
affecting the life, well-being, civil liberties, and/or property
of others.  The actions of the incumbent could result in personal
sanctions and legal liability.

Incumbent must successfully complete specialized and continuing
training in firearms proficiency, self defense, management of
medical emergencies, stress management and interpersonal
communication skills.

Under the general supervision of the Inmate Systems Supervisor,
the employee is fully accountable for all functions of the
department,which include the admission and releasing system,
physical processing, prevention of contraband introduction,
identification, safeguarding and disbursing of personal property
along with cash monies and negotiable instruments, records
maintenance,security and control of records, delivery and
processing of mail and packages, coordination of prisoner
transfers, management of trust fund data systems, detection and
deterrence of contraband.

In many instances the incumbent will be the inmate's initial
contact with the Federal Prison System.  The incumbent will be
processing inmates in which he/she has little or no knowledge
about the inmate's health, emotional stability, criminal record,
behavior patterns, etc.  The incumbent must be able to work with
these inmates in an effective, firm but fair manner.

As the technical expert in the areas of Mail Room and Receiving
and Discharge operations the employee's duties include the
following,proper identification of inmates and law enforcement
agents upon entering and departing the institution, prevents
contraband from entering the institution by pat/strip searches of
all incoming and outgoing inmates, processes all new commitments
(fingerprints, photos, property inventory, commissary cards,
completion of all unit cards etc.), prepares all
incoming/outgoing Marshals' receipts and property manifests,
disposal/distribution of property for inmates out to court,
writs, escapes, utilizes post mortem kit, completes pass book
information, utilizes transfrisker device, maintains security of
holding cells, participates in emergency situations as needed,
conducts Sentry transactions according to inmate
admission/release, conducts clothing exchanges for court
appearances, and processes inmate funds. Ensures proper paperwork
is given to the inmate upon his or her release from the
institution.

The employee sorts, screens, opens and inspects all incoming
inmate mail, identifies and separates staff mail and must be
knowledgeable in the area of letter bomb detection. Other Mail

Room duties include, contraband detection, verification of Negotiable instruments, maintains package authorization file, maintains change of address card files, processes/identifies Legal and special mail, and maintains logs, forwards mail for inmates and staff who may have transferred from the institution.

~~Monitors inmate-to-inmate correspondence, completes rejection notices, assists the Special Investigative matters concerning mail, processes foreign currencies, community relations, the Postal Inspectors, assists with inmates' orientation and insuring inmate property concerns, Gym equipment, returned redacted correspondence, i.e. negotiable instruments, books, and photographs in accordance with established procedures, ensures delivered within a 24-hour period~~

The employee must remain abreast of all new procedures affecting writs of habeas corpus, removal or extradition to other jurisdictions and is in continuous contact with inmates, and other governmental representatives concerning the above listed subjects.  Also coordinates legal exchanges of custody with non-federal as well as other federal agencies.

## FACTOR 1.  KNOWLEDGE REQUIRED BY THE POSITION

The employee must possess a complete knowledge of the laws that affect the Bureau of Prisons' mission and that impact upon the freedom of incarcerated individuals.  These laws are primarily contained in the U.S. Codes, and District of Columbia Code.

Employee must possess extensive knowledge of legal resources contained in the Mail Management Manual, Domestic Mail Manual, and Receiving and Discharge Manual, program statements, court decisions and precedents, the Code of Federal Regulations, and the Federal Register.  The employee must possess an ability to understand and interpret the material in these references and to extract those portions that impact upon the Bureau of Prisons. The employee must pass a written test covering the Bureau's policy on the Central Inmate Monitoring System.  Failure to pass the test after three attempts, may result in the employees removal and or reassignment.

Employee must possess knowledge of related programs in other agencies, i.e.  U.S. Marshals Service, FBI, U.S. Immigration Service, Secret Service, U.S. Probation Service, Federal Courts and other federal and state agencies.

The employee must possess and apply an extensive knowledge of acceptable security practices in order to insure safety of staff and prevention and detection of contraband through the U.S. Mail, inmate property and on or within body cavities of committed offenders, through proper strip search procedures including transfrisker.

The employee must possess knowledge in the use of Post-Mortem kit

for the proper identification of deceased inmates.

Employee must also possess knowledge of proper security practices and policies relating to security of ADP equipment.

The employee must possess knowledge of proper purchasing and inventory practices.

The employee must possess knowledge of the Bureau's Trust Fund Manual as it relates to the proper handling, receipt and disposition of currency, both foreign and U.S. and other forms of negotiable instruments.

The employee must possess knowledge of agency policy relating to the proper disposition of abandoned property.

The employee must possess knowledge of acceptable fingerprinting procedures and the proper identification and comparison of prints for insuring the correct release of inmates.

The employee must possess knowledge and capability of using personal computers, transfrisker detection device, fluoroscope, camera equipment and other technological equipment used in the correctional environment for identification, detection of contraband and information hookups with other agencies or headquarters office.

The employee must possess knowledge of various forms of legal instruments that are initiated by the state and federal courts, U.S. Attorney's office, U.S. Marshals Service, U.S. Parole Commission, state correctional agencies and many other government agencies. This also includes the correct interpretation of the legal instrument and the correct application of federal and state laws and agency policies and procedures.

The employee must possess general knowledge of tatoos and insignias specifically related to certain prison gangs or street gangs, as to identify potential security threats to the facility.

The employee must possess knowledge of agencies manuals relating to the movement of prisoners via Bureau of Prisons buses, U.S. Marshals Airlift and other modes of transportation.

Employee must possess knowledge of locator center procedures which include screening calls, recognition of special procedures for dealing with federally protected witness security cases.

The employee must possess knowledge of Freedom of Information and Privacy Act policies and procedures.

Employee must possess knowledge of proper screening procedures when processing inmates for commitment and or discharge.  This requires the employee to be alert to medical or psychological problems, introduction of contraband, escape attempts through

means of falsifying documents or attempting hostage situations to
gain freedom.

Skill in the identification of narcotics and narcotic
paraphanalia.

Knowledge of search procedures of persons and property for
contraband.

Thorough knowledge of BOP regulations to enforce security
measures and protect life and property. Work within a prison
environment requires a special ability for alertness requiring
keen mental and physical effort. Incumbent must be aware of
group or individual tensions, alert to unpredictable behavior,
and generally sensitive to signs of trouble which could result in
injury.

Incumbent is required to be skilled in the use of self defense,
and in the use of firearms such as the shotgun, assault rifle,
pistol, and revolver. Annual certification is mandatory in order
to maintain employment. This requirement must be met even if
this authority is granted on an intermittent or situational
basis.

FACTOR 2.  SUPERVISORY CONTROLS

Functions under the general supervision of the Inmate Systems
Supervisor and from whom he/she receives oral and written
instructions. He/she may also receive direction and guidance
form a higher graded officer. Incumbent receives specific
training in preparation for increased responsibilities. Work is
reviewed by means of evaluation of written reports, oral reports
and infrequent observation of certain details by supervisors.

FACTOR 3.  GUIDELINES

Guidelines consist of applicable legislation, agency manuals, and
program statements as well as directives from other agencies,
e.g., U.S. Parole Commission and the U.S. Marshals Service,
Agency precedent decisions, court decisions, legal publications,
U.S. Code, and other pertinent regulations are used.

Technical knowledge required for the position is acquired through
continued study and practical application and experience. Guides
used by the employee are not always absolute, and therefore
cannot always be considered the final authority for resolving an
issue.

FACTOR 4.  COMPLEXITY

The employee reviews legal instruments and supporting documents,
obtains additional data or information to reconcile discrepancies
or inconsistencies, and determines whether the instruments
conform with applicable laws, rules, regulations, precedent

decisions, procedures, policies, and other criteria.

The Inmate Systems Specialist initiates action to resolve any discrepancies related to Receiving and Discharge and Mail Room Operations.

The employee is required to apply policies and procedures relating to the security of the institution for detection, deterrence of contraband, prevention of escape, proper identification of inmates and agents who transport them.

Security concerns that are inherent in a correctional environment further increase the extent and nature of complexity. Incumbent has direct and frequent daily contact with inmates. Motivation of inmates to want to learn must be encouraged and developed. In addition to regular duties, the education staff are also responsible for maintaining security of the institution through observation of inmate behavior, maintenance of discipline, accountability of tools, and counseling of inmates on institutional and personal problems. Security concerns are a regular and recurring part of the job.

FACTOR 5. SCOPE AND EFFECT

The work performed by the employee affects the agency by resolving problems associated with Receiving and Discharge and Mail Room Operations and other related areas that are confined to this specialized category.

Employee provides technical support to the ISM and institution management, by insuring that the work is current, accurate and in conformance with current statutes, policies and law. The work affects the reliability and dependability of the department.

The Inmate Systems Specialist serves as the person who evaluates incoming legal instruments. A wrong interpretation or mis-reading of any commitment or release document may result in an unlawful admission or release of an inmate.

The majority of the work performed in this position requires 100% accuracy. There exists, no margin for error.

Through direct contact with the inmate population, the employee notifies inmates of Mail Management procedures, provides explanations concerning inmate property, and other information relating to Mail Room and Receiving and Discharge operations. Provides inmates with the opportunity to resolve their questions and complaints by responding into their concerns during Open House hours.

FACTOR 6. PERSONAL CONTACTS

Serves as liaison with the U.S. Marshals, the courts, committing

agencies, local law enforcement agencies, Federal Bureau of
Investigation, U.S. Postal Service, and many other local, state
and federal law enforcement agencies and foreign governments.
Contacts are made with the general public, such as inmate's
family, representatives of law firms, including attorneys,
federal and state law enforcement agency personnel, U.S. Postal
Service, Federal Courts and a variety of other agencies.

Contacts with inmates are direct and frequent; and through these
contacts, the incumbent may impact their attitudes and behavior.

## FACTOR 7.   PURPOSE OF CONTACTS

Contacts are to obtain and exchange factual information, to
advise on progress achieved in answering inmate appeals or other
problems generated by the contact of others.  The employee
provides advise, information and explanations about the work to
these contacts.

To explain certain provisions of laws, regulations, and program
statements and to answer questions that go into complex
explanations for which the employee must simplify for the
majority of persons to understand.  This of course is caused due
to the nature and complexity of the Mail Room and Receiving and
Discharge areas.

Often the employee deals with parties who attempt to seek
restricted information.  This requires the employee to exercise
extreme precaution when dealing with non-law enforcement persons.

Contacts with inmates are primarily to attempt to change their
undesirable attitudes and behavior patterns towards socially
acceptable behavior and to establish positive correctional
attitudes.  Incumbent has frequent opportunities to influence the
attitudes and behavior of inmates by informal guidance and
counseling.

## FACTOR 8.   PHYSICAL DEMANDS

Walking, standing, bending and lifting up to 75 pounds during
performance of duties is required.  Work will range from routine
to hectic.  Incumbent must be able to withstand pressure in
reacting to a variety of requests for information and services.
Walking is required in order to monitor and visually inspect the
building and grounds as needed.

## FACTOR 9.   WORK ENVIRONMENT

The duties of this position require frequent direct contact with
individuals in detention suspected or convicted of offenses
against the criminal laws of the United States.  Daily stress and
exposure to potentially dangerous situations such as physical
attack are an inherent part of this position; consequently, it
has been designated as a law enforcement position.  Accordingly,

the incumbent is covered under the special retirement provisions
for law enforcement officers contained in Chapters 83 and 84 of
Title 5, United States Code.

# POSITION DESCRIPTION
## GS-08

POSITION DESCRIPTION

Correctional Officer GS-08
(Inmate Systems Officer)

INTRODUCTION

This position is located in the Inmate Systems Department at the
Federal Correctional Institution in Jesup Georgia.  This position
primarily includes the mail operations and Receiving and
Discharge.  The position involves a wide range of duties with
special emphasis on institution security, contraband detection,
intake/release of the inmate population, and identification of
disruptive groups, and prison and street gang members.

The incumbent performs a full range of duties for detention,
correctional supervision, protection, control and accountability
of inmates being processed through receiving and discharge.  The
incumbent is concerned with the maintenance of institution
security contributing to the health and welfare of the inmates
and the promotion of good public relations.

MAJOR DUTIES

Along with all other correctional institution employees,
incumbent is charged with responsibility for maintaining security
of the institution.  The staff correctional activities are
paramount and precede other duties and responsibilities required
by this position.  Incumbent regularly performs as a law
enforcement officer during required training, emergency
situations, staff shortages and under any other type of
correctional operating crisis.

Specific correctional responsibilities include custody and
supervision of inmates, responding to emergencies and institution
disturbances, participating in fog and escape patrols, and
assuming correctional officer posts when necessary.  Incumbent
may be required to shakedown inmates and conduct visual searches
in their work or living area for contraband.  Incumbent must be
prepared and trained to use physical control in situations where
necessary, such as in fights among inmates, assaults on staff,
and riots or escape attempts.

Incumbent has the authority to enforce criminal statutes and/or
judicial sanctions, including investigative, arrest and/or
detention authority.  When necessary, incumbent also has the
authority to carry firearms and exercise appropriate force to
establish and/or maintain control over individuals.  When
conditions warrant, the employee may enter into hostile or life
threatening situations and may be required to make decisions
affecting the life, well-being, civil liberties, and/or property
of others.  The actions of the incumbent could result in personal

sanctions and legal liability.

Incumbent must successfully complete specialized and continuing training in firearms proficiency, self defense, management of medical emergencies, stress management and interpersonal communication skills.

Under the general supervision of the Inmate Systems Supervisor, is fully accountable for all functions of the Mail Room and Receiving and Discharge areas.  These functions include the admission and release system, physical processing, prevention of contraband introduction, identification, safeguarding and disbursing of personal property along with cash monies and negotiable instruments, delivery and processing of mail and packages, coordination of prisoner transfers, and deterrence of contraband.

Conducts review, interpretation and classification of court orders relating to commitment.  Ensures proper identification and commitment of offenders delivered to the facility for temporary or permanent confinement.

Responsible for receiving newly committed offenders, to include proper disposition of their personal property and funds.  In most cases, little or no information may be available.  Incumbent must screen inmates to determine potential medical problems, assaultive behavior, psychological well-being, anxieties associated with confinement and separation needs.  The incumbent may be required to solve critical adjustment problems based on his/her knowledge of correctional skills and experience.

Is responsible for supervising large groups of inmates, ranging from 50 to 150, in preparation for bus or airlift operations. Incumbent must process these large groups under extremely stressful circumstances.  This entails coordinating various functions necessary for processing these large groups, e.g., maintaining security and ensuring separation needs are met, issuing hygiene items, providing meals, coordinating medical and social screening, and escorting newly committed offenders to their assigned housing units.  Is responsible for supervising inmate orderlies in the performance of their duties in the mail room and R&D.

Conducts counseling with all inmates in the areas of mail regulations, property receipt, retention, and disposal.  The incumbent must remain abreast of all procedures affecting writs of habeas corpus, removal or extradition to other jurisdictions, and agency policies.  Coordinates legal exchanges of custody with non-federal as well as other federal agencies.

Has the responsibility to mentor and for training lower graded staff assigned to these areas.  Incumbent will receive cross-training in all areas of the department for career development and to provide assistance during staff shortages and in emergency

situations.

Is responsible for presenting information regarding mail room and
R&D operations to the inmate population through presentations at
A&O lectures and pre-release planning sessions.

Verifies tool control logs and is responsible for maintaining
tool inventories. Must ensure that tools are properly secured
and accounted for at all times to prevent inmate access to items
which could be utilized as weapons or to effect an escape.

Is responsible for maintaining logs pertinent to all accountable
mail services and special mail.

Reviews incoming publications to determine acceptability under
Bureau of Prisons policy and initiates rejections for those
publications deemed unacceptable.

Is responsible for maintaining accountability of those inmates
housed in R&D and ensuring security of the area.

Responds to all institution emergencies, including body alarms,
escapes, disturbances, and civil disturbances.

Is responsible for ensuring adequate levels of supplies and forms
are available in R&D so that processing of admissions and
releases may proceed in an efficient manner.

FACTOR 1.  KNOWLEDGE REQUIRED BY THE POSITION

Must possess a complete knowledge of the laws that affect the
Bureau of Prisons mission and that impact upon the freedom of
incarcerated individuals.  These laws are primarily contained in
the U.S. Codes and District of Columbia Codes.

Employee must possess extensive knowledge of legal resources
contained in agency manuals, program statements, court decisions
and precedents, the Code of Federal Regulations, and the Federal
Register.  Must possess an ability to understand and interpret
the material in these references and to extract those portions
that impact upon the Bureau of Prisons.

Must pass a written test covering the Bureau of Prisons policy on
the Central Inmate Monitoring System.  Failure to pass the test
after three attempts may result in the employees removal and/or
reassignment.

Must possess and apply an extensive knowledge of acceptable
security practices in order to ensure safety of staff and
prevention and detection of contraband through the U.S. Mail,
inmate property and on or within body cavities of committed
offenders.  Responsible for performing routine security
inspections, tool control, fire drills, and safety talks for
inmate orderlies.  Provides information to transporting officers

related to security needs for inmates released on writs, hospital trips, IAD's, etc.

Must possess knowledge in the use of the post mortem kit for the proper identification of deceased inmates.

Must possess knowledge of proper purchasing and inventory procedures relating to release clothing.  Special emphasis is placed on the security of civilian clothing so that it is not accessible to the inmate population.

Must possess knowledge of the Bureau's Trust Fund Manual as it relates to the proper handling, receipt, and disposition of currency, both foreign and U.S. and other forms of negotiable instruments.

Must possess knowledge of agency policy relating to the proper disposition of abandoned property.

Must possess knowledge of acceptable fingerprinting procedures and the proper identification and comparison of prints for ensuring the correct release of inmates.  Incumbent must also be knowledgeable of the requirements for verifying identity and signature of transporting agents arriving to assume custody of inmates.  This is essential to ensure the release of inmates to authorized agents only.

Must possess knowledge and capability of use and security of personal computers, transfrisker detection devices, fluoroscope, camera equipment, and other technological equipment used in the correctional environment for identification, detection of contraband and information hookups with other agencies or headquarters office.  The incumbent must be thoroughly familiar with procedures for the identification and detection of package or letter bombs to prevent their introduction into the institution.

Must possess knowledge of various forms of legal documents that are initiated by the state and federal courts, U.S. Attorney's office, U.S. Marshals Service, U.S,. Parole Commission, state correctional agencies and many other government agencies.  This knowledge also includes the correct interpretation of the legal document and the correct application of federal and state laws and agency policies and procedures.

Must possess excellent interpersonal communication skills in order to prevent altercations and resolve disputes successfully without the use of force.

Must possess knowledge of tatoos and insignias specifically related to certain prison or street gangs in order to identify potential security threats to the facility.

Must possess extensive knowledge of the U.S. Postal Services'

Domestic and Foreign Mail Manuals in order to ensure the proper handling and delivery of inmate mail.

Must possess knowledge of agencies manuals relating to the movement of prisoners via Bureau of Prisons buses, U.S. Marshals airlift, and other modes of transportation.

Must possess knowledge of Freedom of Information and Privacy Act policies and procedures.

Must possess knowledge of proper screening procedures when processing inmates for commitment and/or discharge. This requires the incumbent to be alert to medical or psychological problems, introduction of contraband, escape attempts through means of falsifying documents or attempting hostage situations to gain freedom.

Must possess a complete knowledge of both sets of Federal Sentencing laws, which include those laws in place prior to November 1, 1987, and subsequent to that date.

Must be thoroughly familiar and knowledgeable in procedures utilized in handling mail and property for Witness Security cases.

Must be familiar with investigative procedures and policies relating to tort claims and administrative remedy responses covering a multitude of issues arising from mail room and Receiving and Discharge operations.

Skill in the identification of narcotics and narcotic paraphanalia.
Knowledge of search procedures of persons and property for contraband.

Thorough knowledge of BOP regulations to enforce security measures and protect life and property. Work within a prison environment requires a special ability for alertness requiring keen mental and physical effort. Incumbent must be aware of group or individual tensions, alert to unpredictable behavior, and generally sensitive to signs of trouble which could result in injury.

Incumbent is required to be skilled in the use of self defense, and in the use of firearms such as the shotgun, assault rifle, pistol, and revolver. Annual certification is mandatory in order to maintain employment. This requirement must be met even if this authority is granted on an intermittent or situational basis.

FACTOR 2. SUPERVISORY CONTROLS

Functions under the general supervision of the Inmate Systems Supervisor and operates under general policy guidance with a

minimum of supervision.  Actual accomplishment, methods employed
and priorities are independently established.  Work is reviewed
by means of evaluation of written reports, oral reports, and
infrequent observation by supervisors.  Actions and
accomplishments are considered technically sound and are normally
accepted without significant changes.

## FACTOR 3.  GUIDELINES

Guidelines consist of applicable legislation, agency manuals, and
program statements as well as directives from other agencies,
e.g., U.S. Marshals Service, and the Federal Bureau of
Investigation, agency precedent decisions, court decisions, legal
publications, U.S. Code Postal regulations, and other pertinent
regulations are used.

## FACTOR 4.  COMPLEXITY

The incumbent reviews legal instruments and committing documents
and determines whether the instruments conform with applicable
laws, rules, regulations, precedent decisions, procedures,
policies and other criteria.

Is required to apply policies and procedures relating to the
security of the institution for detection, deterrence of
contraband, prevention of escape, proper identification of
inmates and agents who transport them.

Security concerns that are inherent in a correctional environment
further increase the extent and nature of complexity.  Incumbent
has direct and frequent daily contact with inmates.  Motivation
of inmates to want to learn must be encouraged and developed.  In
addition to regular duties, the education staff are also
responsible for maintaining security of the institution through
observation of inmate behavior, maintenance of discipline,
accountability of tools, and counseling of inmates on
institutional and personal problems.  Security concerns are a
regular and recurring part of the job.

## FACTOR 5.  SCOPE AND EFFECT

The work performed by the incumbent affects the agency by
resolving legal problems associated with mail and property
procedures, movement and transportation of inmates, and temporary
releases.

Provides technical support to the ISM and institution management
by ensuring that work is current, accurate, and in compliance
with current statutes, policies, and law.  The work affects the
reliability and dependability of the department.

Through direct contact with the inmate population, the incumbent
informs inmates of applicable postal regulations, policies
regarding Bureau mail procedures, property, and other information

relative to intake and release processing.

Through the detection and deterrence of contraband ensures the
safety of staff and inmates and contributes to the orderly
running of the institution. ,

FACTOR 6.  PERSONAL CONTACTS

Serves as liaison with the U.S. Marshals, committing agencies,
local law enforcement agencies, Federal Bureau of Investigation,
U.S. Postal Service, and many other local, state and federal law
enforcement agencies.

Is in continuous contact with inmates, members of their families,
and other governmental representatives concerning all activities
related to the R&D and mail room operations.

Contacts are made with the general public, such as inmate's
disgruntled family members, representatives of law firms,
including attorneys, federal and state law enforcement agency
personnel and a variety of other agencies.

Contacts with inmates are direct and frequent; and through these
contacts, the incumbent may impact their attitudes and behavior.

FACTOR 7.  PURPOSE OF CONTACTS

Through "Open Door" and visits to special housing units, provides
inmates with the opportunity to resolve their questions and
complaints by responding to questions concerning Special Mail,
mail rejections, publication rejections, mail forwarding,
retention and forwarding of property, and general correctional
issues.

As the initial contact person for newly committed offenders,
incumbent provides inmates with a positive impression of the
institution and Bureau of Prisons staff.  Incumbent in many cases
will come in contact with newly committed offenders who may be
under the influence of illegal substances or alcohol or who may
be extremely agitated due to anxieties associated with their
incarcerations.

Contacts are to obtain and exchange factual information, to
advise on progress achieved in answering inmate appeals or other
problems generated by the contact of others.  The incumbent
provides advice, information, and explanations about the work to
these contacts.

Often the incumbent deals with parties who attempt to seek
restricted information.  This requires the employee to exercise
extreme caution when dealing with non-law enforcement persons.

The incumbent in many cases must take action to alleviate

anxieties of newly committed offenders, disseminate information pertinent to their incarceration, and act as a calming influence in the R&D area.

Contacts with inmates are primarily to attempt to change their undesirable attitudes and behavior patterns towards socially acceptable behavior and to establish positive correctional attitudes. Incumbent has frequent opportunities to influence the attitudes and behavior of inmates by informal guidance and counseling.

## FACTOR 8. PHYSICAL DEMANDS

Walking, standing, bending and lifting up to 75 pounds during performance of duties is required. Work will range from routine to hectic. Incumbent must be able to withstand pressure in reacting to a variety of requests for information and services. Walking is also required in order to monitor and visually inspect the building and grounds as needed.

## FACTOR 9. WORK ENVIRONMENT

The duties of this position require frequent direct contact with individuals in detention suspected or convicted of offenses against the criminal laws of the United States. Daily stress and exposure to potentially dangerous situations such as physical attack are an inherent part of this position; consequently, it has been designated as a law enforcement position. Accordingly, the incumbent is covered under the special retirement provisions for law enforcement officers contained in Chapters 83 and 84 of Title 5, United States Code.