**U.S. Department of Justice**

Federal Bureau of Prisons

MAY 25 2007

*Washington, DC 20534*

James Klimaski
Klimaski & Associates, PC
1819 L Street NW
Suite 700
Washington, DC 20036

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOI/Privacy Office

RE:  Request for Information, FOIA Request No. 2003-08557

   **Prison Legal News v. Harley G. Lappin, Director, Federal Bureau of Prisons,** Civil Action No.: 05-1812(RBW)

Dear Mr. Klimaski:

   This is in further response to the Freedom of Information Act request and Civil Action filed for a copy of the following information:

"a copy of all documents showing all money paid by the BOP for lawsuits and claims against it.  This is all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003.  I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award.  I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim."

   This is the second partial release of the documents that have been determined to be responsive to this request.  The first release was made on May 4, 2007 and was provided in electronic format (via e-mail).  This partial release will also be made via electronic format (e-mail).  This partial release contains responsive documents from the Bureau of Prisons Mid-Atlantic Regional Office; Southeast Regional Office; and North Central Regional Office.

   The total amount of pages of information being released at this time are **1965** pages.  After a careful review, it has been determined the **1965** pages of information will be released and redacted in the following manner:

Page 2
Prison Legal News
FOIA Request Number 2003-08557

1. Mid-Atlantic Regional Office: **388** pages of documents were found in response to this request of which **202** pages will be released to you in their entirety; however, portions of the remaining **186** pages are being redacted pursuant to 5 U.S.C. §552(b)(2)Low; (b)(5); (b)(6); and (b)(7)(C).

2. Southeast Regional Office: **309** pages of documents were found in response to this request of which **234** pages will be released to you in their entirety; however, portions of the remaining **75** pages are being redacted pursuant to 5 U.S.C. §552(b)(2)Low; (b)(6); and (b)(7)(C).

3. North Central Regional Office: **1268** pages of documents were found in response to this request of which **960** pages will be released to you in their entirety; however, portions of the remaining **308** pages are being redacted pursuant to 5 U.S.C. §552(b)(2)Low; (b)(5); (b)(6); and (b)(7)(C).

   Exemption (b)(2)Low exempts from mandatory disclosure records relating solely to the internal personnel rules and practices of an agency.

   Exemption (b)(5) allows exemption of information intended for staff use only the disclosure of which would tend to inhibit frank communication between prison officials or correspondence that is speculative or deliberative in nature.

   Exemption (b)(6) exempts personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

   Exemption (b)(7)(C) provide for the withholding of records or information compiled for law enforcement purposes which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

   Pursuant to 28 C.F.R. §16.9, this partial denial may be appealed to the Attorney General by filing a written appeal within sixty days of the date of the letter denying this request. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530.** Both the envelope and the letter of appeal itself must be clearly marked: **"Freedom of Information Act Appeal.**

Page 3
Prison Legal News
FOIA Request Number 2003-08557

    With this response, you have received a total of **2559** pages of documents in response this request/civil action. We trust this information is of assistance to you. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal at 202-353-4879.

                                       Sincerely,

                                       Wilson J. Moorer, Paralegal
                                       Wanda M. Hunt
                                       Chief, FOIA/PA Section


Enclosures: **1965** pages
via e-mail/cd

cc:   File