

U.S. Departme  of Justice

Federal Bureau of Prisons

---

CERTIFIED MAIL
Return Receipt Requested

*Mid-Atlantic Regional Office*
*Annapolis Junction, MD  20701*

**October 18, 1999**

(b)(6), (b)(7)c

(b)(6), (b)(7)c

Re: Your Tort Claim Number T-MXR-99-444

Dear (b)(6), (b)(7)c

Thank you for your telephone message received October 18, 1999. You verified the amount of your claim as listed in our letter to you dated September 30, 1999, as $1278.79.

(b)(7)c

Our investigation reveals that settlement of this claim may be appropriate. Therefore settlement in the amount of $1278.79 is offered. This figure represents the total amounts you have submitted, as noted in our letter to you of September 30, 1999, including $734.79 for vehicle repair; $121.00 for car rental; $395.00 for medical expenses, and $28.00 for lost wages, for a total of $1278.79. A voucher is enclosed for your signature. Should you wish to accept this offer, please sign the enclosed voucher and return the form by mail directly to this office. Payment will then be processed.

Should you not wish to accept this offer, you should consider this letter as denial of the claim. You may then file suit in an appropriate United States District Court, should you wish to do so. Please write or call at 303 317 3121 should you have any questions or concerns.

Sincerely,

Bill Callahan Jr

Bill Burlington
Regional Counsel

enc.

FMS Form 197  
Department of the Treasury

AUTHORIZED FOR LOCAL REPRODUCTION

# VOUCHER FOR PAYMENT
WHERE A SETTLEMENT AGREEMENT HAS *NOT* BEEN EXECUTED  
AND ATTACHED OR WHERE A FINAL JUDGMENT IS *NOT* ATTACHED

Voucher No. _____  
Schedule No. _____  
Claim No. __T-MXR-99-444__

**A. PAYMENT DATA:** *(PLEASE TYPE OR PRINT CLEARLY)*

(1) Submitting Agency/Office: Federal Bureau of Prisons, Mid-Atlantic Regional Office  
(Attorneys use your name and institution)  
(2) Agency/Office Mailing Address: 10010 Junction Drive, Suite 100-N, Annapolis Junction, MD 20701

PAID BY  
(For use by Treasury only.)

(3) Agency/Office Contact Person and Telephone No.: Marian Callahan, Assistant Regional Counsel (301) 317-3121

(4) Payee(s): (b)(6), (b)(7)c

(5) Taxpayer Identification No., SSN, or EIN of **each Payee**: (a) _____  
(b) _____

(6) Total Amount: One thousand two hundred seventy eight dollars and —————79/100  
(7) Electronic Funds Transfer (EFT) Information:

(a) Payee Account Name: _____   (d) Bank Name and Address: _____  
(b) ABA Bank # (9 digits): _____  
(c) Payee Account #: _____  
(d) Checking: _____ Savings: _____

(8) Briefly Identify Claim: Damage to personal property.

---

**B. ACCEPTANCE BY CLAIMANT(S).** *(NOTE: For use ONLY where final judgment has NOT been entered or where claimant has NOT signed another agreement. Use FMS Form 197A where final judgment has been entered or another agreement has been signed by the claimant(s).)*

I, (We), the claimant(s) and beneficiaries, do hereby accept the within-stated award, compromise, or settlement as final and conclusive on me (us), on my (our) heirs, executors, administrators or assigns, and agree that said acceptance constitutes a complete release by me (us), my (our) heirs, executors, administrators or assigns of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising now or in the future from, and by reason of any and all known and unknown, foreseen and unforeseen, bodily and personal injuries (including wrongful death), damages to property, breaches of contract or law, and any other acts or omissions, and the consequences thereof resulting, and to result, from the same subject matter that gave rise to the claim for which I (we) or my (our) heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States and against the employee(s) of the Government whose acts or omissions gave rise to the claim by reason of the same subject matter. I (We) further agree to reimburse, indemnify and hold harmless the United States, its agents, servants and employees from any and all claims or causes of action, including wrongful deaths, that arise or may arise from the acts or omissions that gave rise to the claim by reason of the same subject matter.

Date: 10-22 , 19 99    (b)(6), (b)(7)c

(Claimant(s) sign above)

**C. AGENCY APPROVING OFFICIAL:** This claim has been fully examined in accordance with Statutory Cite 28 U.S.C. §2671 et seq and approved in the amount of $1,278.79  
Signed: Marian Callahan    Title: _____  
Bill Burlington, Regional Counsel    Date: 10/26/99

**D. OTHER ACCOUNTING INFORMATION AND CERTIFICATIONS:** (For use by Treasury only.)

FMS Form 197  
12-96 (PREVIOUS EDITIONS ARE OBSOLETE)

DEPARTMENT OF THE TREASURY  
FINANCIAL MANAGEMENT SERVICE

AUG-24-99 TUE 1:48 PM W/ 'NS OFC FCI BECKLEY    FAX NO. 3042554956



**U.S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Institution, Beckley
P. O. Box 1280
Beaver, West Virginia 25813
Telephone: (304) 252-9758

BY FAX AND MAIL

June 30, 1999

(b)(6), (b)(7)c

(b)(6), (b)(7)c

RECEIVED
SEP 1 4 1999
BUREAU OF PRISONS
MARO REGIONAL COUNSEL

Re: (b)(6), (b)(7)c
    (b)(6), (b)(7)c

Dear (b)(6), (b)(7)c

Enclosed you will find a Claim for Damage, Injury, or Death, Standard Form 95. The form must be completed in its entirety and mailed directly to the Regional Counsel's Office, Bureau of Prisons Mid-Atlantic Regional Office, 10010 Junction Drive, Suite 100-N, Annapolis Junction, Maryland 20701.

If you have any questions, please do not hesitate to call.

Sincerely,

D. Stevens
Debbie Stevens
Attorney Advisor

Enclosure

AUG-24-99 TUE 1:25 PM         3042554956

# WEST VIRGINIA UNIFORM TRAFFIC CRASH REPORT

DMV-17-F REV. 6-95    PAGE 1 OF 7

**Date of Crash:** 06/23/99  **Day:** W  **Time of Crash:** 1205 HRS
**Crash Reported By:** 2 City Police
**Time of Notification:** 1208 HRS  **Time of Arrival:** 1215 HRS
Report #: 19957-15600

## LOCATION
- **County:** KANAWHA
- **City or Town:** IN CHARLESTON
- **Highway Classification:** 5 City
- **Crash Occurred On Street 1:** 36th ST SE
- **At Intersection With Street 2:** NOYES AVE

COPY

## DRIVER 1
- **Driver's Full Name:** DEECHANDIA-FRANCO, KEYNBO (M)
- **Address:** 113 GARFIELD ST, BECKLEY, WV
- **Date of Birth:** 04/23/73
- **SSN:** 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
- **Driver License Number:** 97-195-0375
- **State:** CO
- **Driver Condition:** 1 Normal
- **Sobriety Test Given:** Not Offered
- **Test Type:** N/A (URINE checked)
- **Driver Action:** 3 Turning Left

## VEHICLE 1
- **Owner's Full Name:** US GOVERNMENT
- **Address:** FCI BECKLEY, WV 13601
- **Year:** 95  **Make:** CHRY-DODGE  **Model:** RAM  **Style:** VAN  **Color:** WHITE
- **License Plate:** I 2701
- **VIN:** 2B5WB35Z25K564112
- **Direction of Travel:** E on Route 1
- **Total Occupants:** 01
- **Driveable:** Yes
- **Auto Liability Insurance:** Yes  **Company:** US GOV'T
- **Contributing Circumstances:** 7 Did Not Have Right of Way

## DRIVER 2
- **Driver's Full Name:** BELCHER, ANDREA DAWN (F)
- **Address:** RT 6 BOX 273C, CHARLESTON, WV 25311
- **Date of Birth:** 11/19/80
- **SSN:** 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
- **Driver License Number:** E682877
- **State:** WV
- **Driver Condition:** 1 Normal
- **Sobriety Test Given:** Not Offered
- **Driver Action:** 1 Going Straight Ahead

## VEHICLE 2
- **Owner's Full Name:** BELCHER, RAYMOND L II
- **Year:** 91  **Make:** DAIH  **Model:** ROCKY  **Color:** WHITE
- **License Plate:** 75  **State:** WV  **Year:** 99
- **VIN:** JDZFF3106M6209009
- **Direction of Travel:** E on Route 1
- **Total Occupants:** 01
- **Driveable:** Yes
- **Auto Liability Insurance:** Yes  **Company:** NATIONWIDE
- **Policy No.:** 92-47E236073
- **Agent:** (304) 343-0344 B HUNTER
- **Contributing Circumstances:** 1 No Improper Driving

[Police accident report form — West Virginia / Charleston P.D.]

**DAMAGED PROPERTY OTHER THAN VEH.** (Describe as completely as possible)
ON PAVEMENT OR ____ FEET  N S E W  OF PAVEMENT EDGE

OWNER'S NAME: ☐ Other (Please List)  ☐ DOH  ☐ City
ADDRESS / CITY / STATE / ZIP

**CODES**

Seating:
- B - Bicyclist
- P - Pedestrian
- E - Engineer (RR/Train)
- Motorcycles, Snowmobiles, etc. (In-line Seating):
  1 - Driver
  4 - Passenger One
  7 - Passenger Two
- 10 - Sleeper Section
- 11 - Other Enclosed Passenger Area/Cargo Area
- 12 - Other Unenclosed Passenger Area/Cargo Area
- 13 - Riding In/On Trailing Unit
- 14 - Riding On Vehicle Exterior
- 15 - Unknown
- 16 - Other (SEE NARRATIVE)

Occupant Protection:
1 - None Installed
2 - None Used
3 - Lap Belt Only Used
4 - Shoulder Belt Only
5 - Lap and Shoulder Belt Used
6 - Child Safety Seat
7 - Helmet, Glasses/Shield
8 - Unknown

Injury Classification:
K - Killed
A - Bleeding Wound, Distorted Member, or Had to Be Carried from Scene
B - Bruises, Abrasions, Swelling, Limping, Etc.
C - No Visible Injury But Complaint of Pain or Momentary Unconsciousness
O - Not Injured

First Aid By:
1 - None
2 - Police
3 - Emergency Medical Technician
4 - Doctor
5 - Rescue Squad
6 - Helicopter Crew
7 - Paramedic
8 - Unknown

Medically Transported: 1-No 2-Yes 3-Refused 4-Unknown

Airbag Deployed: 1-Yes 2-No 3-Not equipped
Ejected: 1-No 2-Yes 3-Partially 4-Unknown
Trapped/Extricated: 1-Not Trapped 2-Trapped/Extricated 3-Trapped/Not Extricated 4-Unknown

| | VEH. NO. | SEATING | OCC. PROT. | AIR BAG | EJECTED | TRAP/EXTRI | INJURY | FIRST AID | MED TRAN |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER → | 1 | 1 | 8 | 2 | 1 | 1 | 0 | 1 | 1 |
| DRIVER → | 2 | 1 | 8 | 2 | 1 | 1 | 0 | 1 | 1 |

**VEHICLE FIRE OCCURRENCE**
Veh. #01 ☒ No Fire Occurrence  ☐ 1 Fire Occurred
Veh. #02 ☒ No Fire Occurrence  ☐ 1 Fire Occurred

**HAZARDOUS CARGO**
Veh. #01 ☒ No  ☐ Yes  ☐ Unknown
Veh. #02 ☒ No  ☐ Yes  ☐ Unknown

**PERSONS INVOLVED / BY WHOM**
NAME / ADDRESS (blank)

INJURED TAKEN TO: / INJURED TAKEN BY: / EMS UNIT NUMBER:

**PEDESTRIAN ACTION**
1-Crossing at Intersection  3-Walking on Pavement With Traffic  5-Standing on Pavement  7-Working on Pavement  9-Not on Pavement
Clothing ☐ Light ☐ Dark  2-Crossing Not at Intersection  4-Walking on Pavement Facing Traffic  6-Playing on Pavement  8-Other on Pavement

**WITNESS**
NAME: PERRY, MARTIN
ADDRESS: 700 NOYES AVE B  CITY: CHAS  STATE: WV  ZIP: 25304
PHONE: H (304) 925-5105  W (304) ___

**ENVIRONMENT**
Light: ☒ Daylight
Weather: ☒ Clear
Roadway Surface: ☒ Dry
Roadway Characteristics: ☒ Straight and Level
Road Type: ☒ Blacktop / ☒ Concrete
Traffic Control: Veh #01/02 — Other
Vision Obscured By: ☒ Not Obscured (both)
Were Lanes Clearly Marked: ☒ Yes
Functioning? ☐ Yes ☐ No

**CRASH TYPE**
Manner of Collision: ☒ Same Direction

**VEH. SEQUENCE OF EVENTS**
Veh. 01: 14, 15
Veh. 02: 15

**MOST HARMFUL EVENT**
Veh. #01: 15
Veh. #02: 15

Event codes (reference):
01-Loss of Control
02-Cross centerline/median
03-Ran off roadway-left
04-Ran off roadway-right
05-Re-enter roadway
06-Overturn
07-Separation of units
08-Fire/explosion
09-Immersion
10-Jackknife
11-Downhill runaway
12-Cargo loss/shift
13-Individual fall from veh.
14-Other noncollision
15-Moving motor vehicle
16-Pedestrian
17-Bicycle
18-Motor veh. in transport
19-Parked motor vehicle
20-Railroad/Train
21-Animal
22-Other non-fixed object
23-Bridge/pier/abutment
24-Bridge parapet end
25-Bridge rail
26-Guardrail
27-Guardrail end
28-Median barrier
29-Highway traffic sign post
30-Highway signal post
31-Luminaire/light support
32-Utility pole
33-Other pole
34-Culvert
35-Curb
36-Ditch
37-Embankment
38-Fence
39-Mailbox
40-Tree
41-RR crossing signal
42-Building
43-Traffic island
44-Fire hydrant
45-Impact attenuator
46-Other fixed object

**COMMERCIAL CARRIER**
Screening Information / Number of Qualifying Vehicles Involved:
Vehicle Number: (1-6 circles)
Information Source: ☐ Shipping Papers ☐ Log Book ☐ Driver ☐ Vehicle Side ☐ Other

Carrier Name: F B F I V E D
Address: ___  City: 1 4 1 9 9  State/Zip: ___
USDOT / ICCMC / State #: MARO REGION   GVWR: ___

Number of Axles Per Unit: (Tractor / Trailer 1 / Trailer 2 / Trailer 3)

Vehicle Configuration:
1-Any 4-tire vehicle
2-Bus
3-Single unit truck (2 axles/6 or more tires)
4-Single unit truck (3 or more axles)
5-Truck with trailer
6-Truck tractor only (Bobtail)
7-Tractor with semi-trailer
8-Tractor with double trailers
9-Tractor with triple trailers
10-Other - Unable to classify

CDL TYPE: ☐A ☐B ☐C ☐None
ENDORS: ☐H ☐N ☐P ☐T ☐X
CDL Restrictions: ☐K ☐L ☐M ☐N ☐None

Cargo Body Type:
1-Bus
2-Van/enclosed box
3-Cargo tank
4-Flatbed
5-Dump
6-Concrete Mixer
7-Auto Transport
8-Garbage or Refuse
9-Other (List Below)

Hazardous Material: Placard ☐Yes ☒No  Spill ☐Yes ☒No
Name or 4 Digit Number from Diamond or Box / 1 Digit Number from Bottom

**INVESTIGATING OFFICER**
Name: B. M. CEEL (?)
Unit Number: 1535
Name of Police Agency: CHARLESTON P.D.
O.R.I. Number: WV0020200
Officer's Signature: B. CRUM (?)
Date of Completion: 062399

PAGE 3 of 1

**COLLISION DIAGRAM**

DRAW SCENE AS OBSERVED, INCLUDING ROADWAY LAYOUT, VEHICLE, PEDESTRIAN OR OBJECT STRUCK, TRAFFIC CONTROLS, SKIDMARKS, ETC.

IMPORTANT: NUMBER THE VEHICLES ACCORDING TO THE VEHICLE NUMBERS ON THE FRONT PAGE.

DRAW ARROW POINTING NORTH IN CIRCLE

VEH'S MOVED PRIOR TO MY ARRIVAL
ALVIN CECIL
23JUL99

4 1999

**DESCRIBE WHAT HAPPENED** (Refer to Vehicles by Number)

**NARRATIVE**

BOTH DRIVERS WERE TRAVELING N/B ON 36th ST. DRIVER 2 STATED SHE WAS IN THE FAR LEFT LANE WHEN VEH 1 ATTEMPTED TO CHANGE LANES & VEERED INTO HER LANE ATTEMPTING TO TURN LEFT. DR 2 STATED SHE VEERED ONTO THE EMERGENCY LANE & WAS STRUCK ON THE RIGHT REAR PANEL ABOVE THE TIRE. DRIVER 1 STATED HE TURNED RIGHT OFF OF MACCORKLE ONTO 36th ST & WAS ATTEMPTING TO TURN LEFT ON TO 36th ST WHEN DR-1 STATED VEH 2 SWERVED AROUND HIM COMING FROM NOWHERE & HE HIT HER ON THE LEFT. WITNESS STATED VEH 1 TURNED LEFT IN FRONT OF VEH 2 CUTTING

PAGE 4 OF 7

| STATEMENTS OF INVOLVED DRIVERS AND WITNESSES (IF AVAILABLE) |
|---|

HER OFF. WITNESS STATED VEH 2 COULD NOT STOP IN TIME. DRIVER 2 WAS TRANSPORTED TO URGENT CARE BY HER MOTHER DUE TO HITTING HER HEAD ON THE DRIVER'S SIDE WINDOW.

PFC RM [signature]
23JUN00

SEE STATEMENTS ATTACHED

ATTACH ADDITIONAL STATEMENT SHEETS AS NEEDED

# INVESTIGATIVE STATEMENT FORM

PAGE 5 OF 7

| INCIDENT NUMBER: | DATE TAKEN: | TIME STARTED: | TIME COMPLETED: | THIS IS PAGE | OF A STATEMENT CONSISTING OF TOTAL PAGES |
|---|---|---|---|---|---|
| CRASH 34591 NYES | 6-23-00 | 1215 | 1233 | 1 | 1 |

## WITNESS INFORMATION

NAME: Kevin Franco   RACE: W   SEX: M   DATE OF BIRTH: 4-23-73   AGE: 26

SOCIAL SECURITY NO.: 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   HOME PHONE: 304-254-9155   WORK PHONE: 304-252-9756

ADDRESS: 113 Garfield St   APT: ___   CITY: Beckley   STATE: W

I, Kevin Franco, am giving the following voluntary statement to [signature] a police officer. No threats or promises have been made to me, and I understand that this statement can be used as evidence in a Court of Law. My statement is being given as a result of my being a: (#1)

☐ VICTIM  ☐ WITNESS  ☐ SUSPECT  ☑ DRIVER  ☐ PASSENGER  ☐ PEDESTRIAN

I made a right turn off of MaCorkle and yielded. I then made a lane change with my left signal on. I was making a left off of 36th Street on to Noyes Ave. The other vehicle came around me while I was turning on to Noyes Ave. I turned in to the ~~left~~ Right Rear of the other vehicle. I then stopped and called the Charleston Police.

I have read the above statement consisting of 1 pages, written in ☐ pencil ☑ ink, and I certify it to be true and correct to the best of my knowledge.

SIGNED: _____   TIME SIGNED: _____   WITNESS: [signature]

CPD FORM 140   REVISED 7-95   (USE ADDITIONAL STATEMENT FORMS IF NEEDED)

# INVESTIGATIVE STATEMENT FORM

PAGE 6 OF 7

| INCIDENT NUMBER: | DATE TAKEN: | TIME STARTED: | TIME COMPLETED: | THIS IS PAGE 1 | OF A STATEMENT CONSISTING OF 1 TOTAL PAGES |
|---|---|---|---|---|---|
| CRASH 84 of Nov 05 | 6-23-99 | 1215 | 1233 | | |

## WITNESS INFORMATION

NAME: Andrea Belcher   RACE: Caucasian   SEX: Female   DATE OF BIRTH: 11-19-80   AGE: 18
SOCIAL SECURITY NO.: 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   HOME PHONE: 925-9712   WORK PHONE: 348-6648
ADDRESS: Rt. 6 Box 273-C   APT: ___   CITY: Charleston   STATE: WV

I, Andrea Belcher, am giving the following voluntary statement to RCMCool 253, a police officer. No threats or promises have been made to me, and I understand that this statement can be used as evidence in a Court of Law. My statement is being given as a result of my being a:

☐ VICTIM  ☐ WITNESS  ☐ SUSPECT  ☒ DRIVER (#2)  ☐ PASSENGER  ☐ PEDESTRIAN

I was entering 36th street and was in the left lane heading toward the Washington Street exit. I was just passing the turnoff at Hussons Pizza when a white U.S. Government van began turning left failing to use his signal. He was in the right lane and turned left at Hussons as I was passing beside him. I honked my horn but he failed to respond. I then swerved to miss and he was in mid turn and hit my right tail end busting the side of my car. As I was hit it jerked the car and my left side of my head hit the left window. I pulled over and got out. He turned in the street and parked

I have read the above statement consisting of 1 pages, written in ☐ pencil ☒ ink, and I certify it to be true and correct to the best of my knowledge.

SIGNED: Andrea D. Belcher   TIME SIGNED: 12:33   WITNESS: RCMCool

CPD FORM 10   REVISED 7-93   (USE ADDITIONAL STATEMENT FORMS IF NEEDED)

# INVESTIGATIVE STATEMENT FORM

PAGE 1 OF 1

| INCIDENT NUMBER: | DATE TAKEN: | TIME STARTED: | TIME COMPLETED: | THIS IS PAGE | OF A STATEMENT CONSISTING OF TOTAL PAGES |
|---|---|---|---|---|---|
| CRASH 8th & Noyes | 23 JUN 99 | 1215 | 1228 | 1 | 1 |

## WITNESS INFORMATION

NAME: Martin Berry       RACE: W   SEX: M   DATE OF BIRTH: 1/18/64   AGE: 35
SOCIAL SECURITY NO.: 232 15 5733   HOME PHONE: 925 5038   WORK PHONE: SAME
ADDRESS: 3509 Noyes Ave   APT: B   CITY: CHAS   STATE: WV 25304

I, Martin Berry, am giving the following voluntary statement to A. Charleston a police officer. No threats or promises have been made to me, and I understand that this statement can be used as evidence in a Court of Law. My statement is being given as a result of my being a:

☐ VICTIM   ☒ WITNESS   ☐ SUSPECT   ☐ DRIVER   ☐ PASSENGER   ☐ PEDESTRIAN

At 12:00 noon a white Dodge van which was in right hand lane attempted to turn left down Noyes Ave. A Chevy Tracker which was in the left lane was beside the van when the van turned. The Tracker was already in a swerve to avoid the van in the emergency lane when the van struck the Tracker in the right rear quarter of the Tracker.

I have read the above statement consisting of ____ pages, written in ☐ pencil ☒ ink, and I certify it to be true and correct to the best of my knowledge.

SIGNED: 6 23 99       TIME SIGNED: 12:28   WITNESS: Martin Berry

CPD FORM 140   REVISED 7-93   (USE ADDITIONAL STATEMENT FORMS IF NEEDED)

```
              CITY OF CHARLESTON, WV
                  RECORDS DIVISION
                 Phone(304)348-6400
```

Off. Name  R M Creel            Unit# 132
Off. Name  _____      Unit# ____
Date  23JUN99        Time  1215
Owners Name  US GOVERNMENT
Address  FED OFFR
City  BECKLEY          State WV 1360/
License #  J 2701         State ____
Make  DODGE   Style  VAN   Year ____
Serial # 2B5WB35Z25K56412
Drivers Name  DEECHEANDIA-FRANCO, KEVIN B
Address  306  113 GARFIELD ST
City  BECKLEY          State WV
Date of Birth  04-23-73   Sex  M
Operators #  97-199-6375  State  CO
Phone #  H)254-8158  W)252-9758 — 252-9758
Insurance Company  US GOVT
Policy # _____
Agent _____
                    NOTE
Accidents with aggregate damage of $250.00 or
personal injury require a WV State report.
CPD-146



        Raymond L. Belcher
            925-9712


4105 ext
   Debbie Stevens
252-9758 - ext 4105  FAX - 304 256-4956

T-MXR-99-444

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit To Appropriate Federal Agency:

2. Name, Address of claimant and claimant's personal representative, if any.
(b)(6), (b)(7)c

| 3. TYPE OF EMPLOYMENT MILITARY / CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS S | 6. DATE AND DAY OF ACCIDENT 6-23-99 | 7. TIME (A.M. OR P.M.) 12:00 PM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

See Attached police report

The cost of property damage and personal injury include Auto damage, car rental, lost wages and doctor bills.

**PROPERTY DAMAGE**

9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
(b)(6), (b)(7)c

10. BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

The Right side (rear) of the vechicle is dented - broken + damaged
(b)(6), (b)(7)c

**PERSONAL INJURY/WRONGFUL DEATH**

11. STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

My daughter was taken to Health Plus - Urgent Care for head injury Check-up. Integrated Health Care Provider - (304)-746-0557

**WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| (b)(6), (b)(7)c | (b)(6), (b)(7)c |

12. AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $983.89 | $450.00 | | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) (b)(6), (b)(7)c | 13b. Phone number of signatory (b)(6) | 14. DATE OF CLAIM 8-4-99 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE

JUN-30-99 WED 1:19 PM   WARDENS OFC FCI BECKLEY   FAX NO. 3042564956   P. 2

This Notice is provided in accordance with the Privacy ... 5 U S C 552a(e)(3). and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U S C 2671 et seq., 28 C F R Part 14.

B. *Principal Purpose:* The ...mation requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do ... of insurance company (Number, street, city, State, and Zip Code) and policy number.  ☐ No

(b)(6)

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

NO - Not my fault

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts)

19. Do you carry public liability and property... 

Nation Wide   (b)(6)   If yes, ... (b)(6), (b)(7)c ... city, State, and Zip Code) ☐ No

Government Printing Office: 1990 — 242-199/60130

SF 95 (Rev. 7-85) BACK

| | |
|---|---|
| Date: | 6/30/99 09:45 AM |
| Estimate ID: | 1086 |
| Estimate Version: | 0 |
| | Preliminary |
| Profile ID: | Mitchell |

# Bert Wolfe Ford, Inc.

Patrick Street Plaza Charleston, WV 25312
(304) 340-7262
Fax: (304) 340-7263

Damage Assessed By:  TREVOR COOPER

Deductible:  UNKNOWN

Insured:  ANDREA BELCHER
Telephone:  Home Phone:(304) 925-9712

Mitchell Service:  914765

Description:  1991 Daihatsu Rocky SE
Body Style:  2D Ut 85" WB
VIN:  JD2FF3106M6309009

Drive Train:  1.6L Inj 4 Cyl

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| 1 | 415960 | BDY | REPAIR | R QUARTER OUTER PANEL | Existing | | 3.0* # |
| 2 | AUTO | REF | REFINISH | R QUARTER PANEL OUTSIDE | | C | 2.5 # |
| 3 | 416170 | BDY | REMOVE/REPLACE | R QUARTER WHEELOPENING FLARE | ORDER FROM DEALER | 170.60 | 0.6 # |
| 4 | 416240 | BDY | REMOVE/REPLACE | R QUARTER FLARE MOULDING | ORDER FROM DEALER | 11.40 | 0.6 # |
| 5 | 416328 | BDY | REMOVE/REPLACE | R QUARTER LINER | 65637-87601-000 | 34.35 | INC # |
| 6 | 421229 | BDY | REMOVE/REPLACE | R REAR BUMPER END CAP | 52152-87606-000 | 29.85 | 0.5 # |
| 7 | AUTO | REF | ADD'L OPR | CLEAR COAT | | | 1.0 |
| 8 | 933012 | REF | ADD'L OPR | STRIPE | | 75.00 * | 0.5* |
| 9 | 933918 | REF | ADD'L OPR | MASK FOR OVERSPRAY | | 10.00 * | 0.3* |
| 10 | AUTO | | ADD'L COST | PAINT/MATERIALS | | 64.80 * | |
| 11 | AUTO | | ADD'L COST | HAZARDOUS WASTE DISPOSAL | | 6.00 * | |

\* - Judgement Item
\# - Labor Note Applies
C - Included in Clear Coat Calc

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | | II. Part Replacement Summary | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Body | 4.7 | 32.00 | 0.00 | 0.00 | 150.40 | T | Taxable Parts | | 246.20 |
| Refinish | 4.4 | 32.00 | 85.00 | 0.00 | 225.80 | T | Sales Tax @ 6.000% | | 14.77 |
| Taxable Labor | | | | | 376.20 | | Total Replacement Parts Amount | | 260.97 |
| Labor Tax | @ | 6.000 % | | | 22.57 | | | | |
| Labor Summary | 9.1 | | | | 398.77 | | | | |

ESTIMATE RECALL NUMBER:  6/30/99 09:38:21 1086

Mitchell Data Version:   JUN_99_B

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 1999 Mitchell International
All Rights Reserved

Page 1 of 2

```
                                              Date:            6/30/99 09:45 AM
                                              Estimate ID:     1086
                                              Estimate Version: 0
                                              Preliminary
                                              Profile ID:      Mitchell
```

| III. Additional Costs | | | Amount |
|---|---|---|---|
| Taxable Costs | | | 70.80 |
| Sales Tax | @ | 6.000% | 4.25 |
| **Total Additional Costs** | | | **75.05** |

| IV. Adjustments | Amount |
|---|---|
| Customer Responsibility | 0.00 |

| | | |
|---|---|---|
| I.  | Total Labor: | 398.77 |
| II. | Total Replacement Parts: | 260.97 |
| III.| Total Additional Costs: | 75.05 |
| | Gross Total: | 734.79 |
| IV. | Total Adjustments: | 0.00 |
| | Net Total: | 734.79 |

**This is a preliminary estimate.**
**Additional changes to the estimate may be required for the actual repair.**



ESTIMATE RECALL NUMBER:   6/30/99 09:38:21  1086

Mitchell Data Version:    JUN_99_B

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 1999 Mitchell International
All Rights Reserved

# AUTO BODY REPAIR ORDER

**DJ's AUTO B[OD]Y SHOP**
LOCATED AT:                        BILLING:
1505 Rutledge Rd.                  P.O. Box 12168          **1311**
Charleston, WV 25311   Big Chimney, WV 25302
(304) 344-1137

| QTY. | PART NO. & DESCRIPTION<br>All parts new unless otherwise specified | AMOUNT |
|---|---|---|
| | | |

**NAME:** Andrea Belcher  **DATE:** 7-1-95
**ADDRESS:**
**CITY:**   **STATE:**   **ZIP:**
**HOME PHONE:**   **BUS. PHONE:**   **EXT.:**
**YEAR, MAKE, MODEL:** 91 Daih Rocky   **COLOR:**   **LICENSE NO.:**   **MILEAGE:**
**PAINT CODE:**   **TRIM:**   **BODY TYPE:**   **PROD. DATE:**
**V.I.N.:** JD2FF3106M6309009
**INS. CO.:**   **PHONE NO.:**
**ADJUSTER:**   **CLAIM NO.:**

### DESCRIPTION OF WORK

| Description | HRS. | AMOUNT |
|---|---|---|
| ☐ Repair As Per Estimate | | |
| ☐ Supplementary Repairs | | |
| Quarter Extension | .7 | 170.60 |
| Protector | .3 | 24.50 |
| Repair Quarter | 5.5 | 2.50 |
| Mud Guard | .3 | 24.90 |
| Bumper End | .4 | 29.85 |
| Blend | 2.0 | |
| Clear Coat | 1.0 | |

| QTY. | PAINT & MATERIALS | AMOUNT |
|---|---|---|
| | | |
| | **TOTAL** | |

I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate vehicle for purpose of testing, inspection, or delivery at my risk. An express mechanics lien is acknowledged on above vehicle to secure the amount of repairs thereto. It is understood that you will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control. It is also understood that full payment for repairs is due upon release or delivery of vehicle, including supplemental charges.

Signature _____ Date _____

Ins. Co. Pays $ _____
Customer Pays $ _____
Insurance Check Payable To _____

**DEDUCTIBLE PAID BY**
☐ Cash  ☐ Check  ☐ Credit Card
☐ MC  ☐ AMEX  ☐ VISA
Other _____
CC No. _____

| | |
|---|---|
| TOTAL LABOR | 390.00 |
| TOTAL PARTS | 250.25 |
| PAINT & MATERIALS | 87.00 |
| | |
| SUBLET | |
| TOWING / STORAGE | |
| EPA / WASTE DISPOSAL | |
| SUB-TOTAL | 727.25 |
| TAX | 43.64 |
| **TOTAL** | **770.89** |

**Thank You**