A/R, CLOSED, STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:96-cv-04240-RG

CURTIS v. UNITED STATES OF AM
Assigned to: HONORABLE ROBERT S. GAWTHROP
Demand: $250,000
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 06/07/1996
Date Terminated: 06/16/1997
Jury Demand: Plaintiff
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: U.S. Government Defendant

**Plaintiff**

GLENN D. CURTIS     represented by    GEORGE E. GOLDSTEIN
225 S. 15TH STREET
31ST FLOOR, LEWIS TOWER BLDG.
PHILA, PA 19102
FAX 215-735-4649
Fax: FAX 215-735-4649
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

UNITED STATES OF AMERICA     represented by    SUSAN DEIN BRICKLIN
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST.
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8318
Fax: 215-861-8349
Email: susan.bricklin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/1996 | 1 | Complaint. filing fee $ 120 receipt # 591419 (lal) (Entered: 06/07/1996) |
| 06/07/1996 | | Summons(es) issued Given to: Counsel 6/7/96 (lal) (Entered: 06/07/1996) |
| 06/07/1996 | | Demand for jury trial by PLAINTIFF GLENN D. CURTIS . (lal) (Entered: 06/07/1996) |

| | | |
|---|---|---|
| 06/07/1996 | | Standard Case Management Track. (lal) (Entered: 06/07/1996) |
| 06/18/1996 | 2 | Summons returned with Affidavit of: Stephen Goldstein re: served summons and complaint upon U.S. Attorney's Office on behalf of DEFENDANT UNITED STATES OF AMERICA. Served by: personal service on 6/7/96. (td) (Entered: 06/18/1996) |
| 07/11/1996 | 3 | Appearance of SUSAN DEIN BRICKLIN for DEFENDANT UNITED STATES OF AMERICA. (td) (Entered: 07/12/1996) |
| 08/07/1996 | 4 | MOTION BY DEFENDANT UNITED STATES OF AMERICA FOR A THIRTY DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT , CERTIFICATE OF SERVICE. (sj) (Entered: 08/08/1996) |
| 08/21/1996 | 5 | ORDER THAT THE TIME FEDERAL DEFT TO ANSWER OR OTHERWISE RESPOND IS EXTENDED UNTIL 9/6/96 ( SIGNED BY JUDGE ROBERT S. GAWTHROP III ) 8/21/96 ENTERED AND COPIES FAXED BY CHAMBERS. (td) (Entered: 08/21/1996) |
| 09/06/1996 | 6 | Answer to Complaint by DEFENDANT UNITED STATES OF AMERICA, certificate of service. (td) (Entered: 09/09/1996) |
| 09/06/1996 | | ISSUE JOINED. (td) (Entered: 09/09/1996) |
| 09/20/1996 | 7 | ORDER THAT DISCOVERY SHALL BE COMPLETED BY 4/11/97; THIS CASE SHALL BE PLACED IN THE TRIAL POOL ON 6/2/97 , ETC. (SIGNED BY JUDGE ROBERT S. GAWTHROP III) 9/20/96 ENTERED AND COPIES FAXED BY CHAMBERS. (td) (Entered: 09/20/1996) |
| 02/28/1997 | 8 | MOTION by DEFENDANT UNITED STATES OF AM TO COMPEL DISCOVERY , CERTIFICATE OF SERVICE. (mb) (Entered: 03/03/1997) |
| 03/17/1997 | 9 | ORDER THAT DEFENDANT'S MOTION TO COMPEL DISCOVERY IS GRANTED; PLAINTIFF IS HEREBY ORDERED TO PRODUCE ALL EXPERT REPORTS AND ANSWERS TO INTERROGATORIES NUMBERED 21,22,23,24, AND 25 WITHIN 10 DAYS OF RECEIPT OF THIS ORDER; THE GOVERNMENT IS GIVEN A EXTENSION TILL 4/21/97 TO FILE A RESPONSE TO EXPERT REPORTS ( SIGNED BY JUDGE ROBERT S. GAWTHROP III ) 3/17/97 ENTERED AND COPIES FAXED BY CHAMBERS. (mb) (Entered: 03/17/1997) |
| 03/26/1997 | 10 | MOTION by DEFENDANT UNITED STATES OF AM TO DISMISS PLAINTIFF'S COMPLAINT , MEMORANDUM, CERTIFICATE OF SERVICE. (mb) (Entered: 03/27/1997) |
| 04/09/1997 | 11 | Response by PLAINTIFF GLENN D. CURTIS to DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, CERTIFICATE OF SERVICE. (mb) (Entered: 04/09/1997) |
| 04/15/1997 | 12 | MOTION by DEFENDANT UNITED STATES OF AM FOR |

| | | |
|---|---|---|
| | | SUMMARY JUDGMENT FOR FAILURE TO FILE COMPLAINT WITHIN THE APPLICABLE STATUTE OF LIMITATIONS , MEMORANDUM, CERTIFICATE OF SERVICE. (mb) (Entered: 04/15/1997) |
| 05/15/1997 | 13 | Response by PLAINTIFF GLENN D. CURTIS to DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO FILE COMPLAINT WITHIN THE APPLICABLE STATUTE OF LIMITATIONS, MEMORANDUM, CERTIFICATE OF SERVICE. (mb) (Entered: 05/16/1997) |
| 05/29/1997 | 14 | Supplemental Brief by DEFENDANT UNITED STATES OF AM in support of MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO FILE COMPLAINT WITHIN THE APPLICABLE STATUTE OF LIMITATIONS, CERTIFICATE OF SERVICE. (mb) (Entered: 05/30/1997) |
| 05/30/1997 | 15 | ORDER THAT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT IS DENIED AS MOOT ( SIGNED BY JUDGE ROBERT S. GAWTHROP III ) ENTERED AND COPIES FAXED BY CHAMBERS. (mb) (Entered: 05/30/1997) |
| 06/04/1997 | | Jury trial SET at 10:00 on 6/23/97. (fe) (Entered: 06/05/1997) |
| 06/16/1997 | 16 | ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO LOCAL RULE 41.1(b). SIGNED BY JUDGE ROBERT S. GAWTHROP III 6/17/97 ENTERED AND COPIES FAXED BY CHAMBERS ON 6/16/97. (mb) (Entered: 06/17/1997) |
| 06/16/1997 | | Case closed (kv) (Entered: 06/18/1997) |
| 06/30/1997 | 17 | Stipulation of dismissal by PLAINTIFF GLENN D. CURTIS as to DEFENDANT UNITED STATES OF AM (mb) (Entered: 07/01/1997) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/27/2007 09:32:41 | | | |
| PACER Login: | bp0179 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:96-cv-04240-RG |
| Billable Pages: | 2 | Cost: | 0.16 |