UNITED STATES GOVERNMENT

# Memorandum
Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| **DATE:** | February 26, 2003 |
| **REPLY TO ATTN OF:** | Henry J. Sadowski, Regional Counsel |
| **SUBJECT:** | Administrative Tort Claim No. TRT-NER-2003-00992 (b)(7)c, (b)(6) |
| **TO:** | D. Scott Dodrill, Warden<br>USP Lewisburg |

After review of all the circumstances surrounding this matter, I have decided to settle the above-referenced administrative tort claim under 28 C.F.R. 543.30, <u>et seq</u>.

Please have a member of your staff process the enclosed voucher for payment. After payment, please advise me of the check number, schedule number, date of payment and disbursing officer.

Your attention to this matter is appreciated. If you have any questions do not hesitate to call me.

Enclosure: Voucher