**VOUCHER FOR PAYMENT UNDER FEDERAL TORT CLAIMS ACT**

Voucher No. _____
Schedule No. _____
Claim No. T-SCR-96-0006

PAID BY

U.S. Department of Justice-Bureau of Prisons
(Department, bureau, or establishment)

Voucher prepared at South Central Regional Office, Dallas, TX
(Give place and date)

THE UNITED STATES, Dr.

To __(b)(7)c__ (b)(7)c
(Payee(s))

Address __(b)(6)__ (b)(6)

Amount claimed $ 1,171.00    Date claim accrued September 16, 19__

Amount of award, compromise, or settlement NINE HUNDRED THIRTY TWO and 52/100*****  $ 932.52

BRIEF DESCRIPTION OF CLAIM: (See attachments for further explanation in detail.)

Damage to personal property caused by firetruck from FCI Bastrop, Texas

---

**ACCEPTANCE BY CLAIMANT(S)**

1. (We), the claimant(s) and beneficiaries, do hereby accept the within-stated award, compromise, or settlement as final and conclusive on me (us), on my (our) heirs, executors, administrators or assigns, and agree that said acceptance constitutes a complete release by me (us), my (our) heirs, executors, administrators or assigns of any and all claims, demands, rights, and causes of action of whatever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen and bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the claim, and which I (we) or my (our) heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States and against the employee(s) of the Government whose act or omission gave rise to the claim by reason of the same subject matter, including any future claim for the wrongful death of me (us). I (We) further agree to reimburse, indemnify and hold harmless the United States, its agents, servants and employees from any and all claims or causes of action, including wrongful deaths, that arise or may arise from the acts or omissions that gave rise to the claim by reason of the (b)(7)c

Date 9-16, 19 96    SIGN ORIGINAL ONLY    (b)(7)c
(Claimant)

---

This claim has been fully examined in accordance with the provisions of the Federal Tort Claims Act (28 U.S.C. 2672), and is approved in the amount of $ 932.52

/s/ MICHAEL D. HOOD
(Head of Federal agency, or authorized designee)

Date September 13, 19 96
SIGN ORIGINAL ONLY    Title Regional Counsel

Pursuant to the authority vested in me, I certify this voucher is correct and proper for payment in the amount of $ ~~77.00~~ 932.52

/s/ Emily Dilla
(Authorized certifying officer)

Date 9-17-96, 19 96
SIGN ORIGINAL ONLY    Title B+A Off__

**ACCOUNTING CLASSIFICATION**

62-P-351-0711-000/4201    ~~77.00~~
932.52

Paid by Check No. _____

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008
EXPIRES 4-30-94

**1. Submit To Appropriate Federal Agency:**

**2. Name, Address of claimant and claimant's personal representative, if any.**
(b)(7)c, (b)(6)

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>3-19-59 | 5. MARITAL STATUS<br>single | 6. DATE AND DAY OF ACCIDENT<br>Saturday Sept 16, 1995 | 7. TIME (A.M. OR P.M.)<br>4:00pm |

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

I was driving north on Hwy 95 with my (b)(6) my (b)(6) (1 yr) and my nephew's girlfriend Maria Bueno when my car was hit by a rake that had fallen off a fire truck from FCI Bastrop.

## 9. PROPERTY DAMAGE

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, street, city, State, and Zip Code)

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side.)

91 Cadillac Sedan Deville (b)(6)

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

RECEIVED MAR 18 1996

## 11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| (b)(6) | (b)(6) |
| (b)(7)c | (b)(6) |

**12.** (See instructions on reverse) **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| 171 | | | 171 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| (b)(7)c | 13b. Phone number of signatory<br>(512)303-2717 | 14. DATE OF CLAIM<br>9-16-95 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109    NSN 7540-00-634-4046    STANDARD FORM 95 (Rev. 7-85)
Previous editions not usable.    PRESCRIBED BY DEPT. OF JUSTICE

and concerns the information requested in the letter to which this Notice is attached.

A *Authority:* The requested information is solicited pursuant to one or more of the following 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14

C. *Routine Use:* See Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

**Complete all items - Insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to   Director, Torts Branch
     Civil Division
     U.S. Department of Justice
     Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☒ Yes. If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. ☐ No

American Southwest Insurance MGR
1301 W. Ben White
Austin, Texas 78704           Policy no. AT010067444

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? No

no claim has been filed

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts)

19. Do you carry public liability and property damage insurance? ☒ Yes. If yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code) ☐ No

American Southwest Insurance MGR
1301 W. Ben White
Austin, Texas 78704

U.S. Government Printing Office 1991 — 281-782/40185

SF 95 (Rev. 7-85) BACK