# SUITTER AXLAND & HANSON
A UTAH PROFESSIONAL LAW CORPORATION

175 SOUTH WEST TEMPLE
SEVENTH FLOOR
SALT LAKE CITY, UTAH 84101-1480
TELEPHONE (801) 532-7300

JESSE C. TRENTADUE

CABLE ADDRESS: SAXLAW
FACSIMILE: (801) 532-7355



April 15, 1996

Scott Bomson, Deputy Regional Counsel
Federal Bureau of Prisons
South Central Regional Office
4211 Cedar Springs Road
Dallas, Texas  75219

Re: (b)(6)

Mr. Bomson:

(b)(6)

SUITTER AXLAND & HANSON

(b)(6)

dp
cc:  Honorable Janet Reno
     Wallace H. Cheney

T-SCR-96-155

```
 dBASE file: TEMP      New Rec# : 1     Mem: 100     F2: Help     <Esc>: Abandon

        Federal Tort Claims Fact Sheet                          Rec# 1

        Flag record..:                       Decision.........:
        Claim #......: T-SCR-96-155          Investg. due date: 07/17/96
        Date Rec'd...: 04/17/96              Investg. Rec'd...:   /  /
        Date Accepted: 04/17/96              Decision Date....:   /  /
        Last Name....: (b)(6)                Amount Claimed...:        60.00
        First Name...: (b)(6)                Amount Offered...:         0.00
        Claimant.....: C                     Amount Awarded...:         0.00
        Register #...: 00000-000             Date Closed......:   /  /
        Region.......: SCR                   Date Recons'd....:   /  /
        Institution..: ERE                   Civil Action.....:
        Resp Dept....: OTHER                 Civil Action Date:   /  /
        Type.........: PP                    Six Month Date...: 10/14/96
        Incident Date: 08/21/95
        Status.......: OPEN                  Comments.........: memo
 ► Note: Entry is REQUIRED in BOTH fields "Date Accepted" & "Register #".
    F1: Repeat                    F4: QUIT              <Ctrl>-End: Append
```