

**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Western Regional Office*
*7950 Dublin Boulevard, Third Floor*
*Dublin, California 94568*

**VIA CERTIFIED MAIL**

AUG 3 0 2000

Cheryl Binkley
Subrogation Specialist
Progressive Insurance Companies
Post Office Box 2030
Rancho Cordova, California 95741-2030

Re:    Administrative Tort Claim No. TRT-WXR-2000-01308

Dear Ms. Binkley:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq. Specifically, you seek compensation in the amount of $1,191.72 for damage to a vehicle owned by your insured, Wallace Shimabukuro, as a result of a collision with a vehicle operated by an employee of the Federal Bureau of Prisons, Federal Prison Camp, North Las Vegas, Nevada, on November 11, 1999.

Based upon our investigation, we are prepared to offer you a settlement in the amount of $1,191.72, which represents monies expended from Progressive Insurance Company as a result of the collision. This amount includes the $500.00 deductible which will be paid to Mr. Wallace Shimabukuro upon receipt of this settlement.

If you are willing to accept this offer, please sign the attachment voucher for payment in Block B and if you wish to have the funds deposited directly into a banking account, please complete A(7) in its entirety. In addition, please include your Taxpayer Identification Number in section 5 of A.

If you decline this offer, you should deem this letter as a denial of your claim. In that case, you are afforded six (6) months from the date of this mailing, via certified mail, within which to file suit in the appropriate United States District Court.

Sincerely,

*Harlan W. Penn*

Harlan W. Penn
Regional Counsel

HWP/sab

cc:    Glenn E. Trammell, Warden
       FPC Nellis

SF 95 (Face)

995.821.874

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and ZIP Code) |
|---|---|
| *Federal Bureau of Prisons* | *Walter Shimabukuro 1242 Borderwood Lane Las Vegas NV 89031* |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☑ CIVILIAN | 11/29/76 | S | 11/11/99 | 10:00 AM |

8. Basis of Claim (State in detail the known the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

*Mr. Shimabukuro was stopped in a line of cars waiting to enter - over*

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and ZIP Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on the reverse side.) *99 Acqura Plate # 996JUF Damage to left door & fender. See attached est.*

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

*N/A*

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and ZIP Code) |
|---|---|
| *See incident Report* | |

RECEIVED
MAY 1 1 2000

12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| 1,191.72 | N/A | N/A | 1191.72 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone Number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| *Cheryl Pinto Subrogation representative* | 877.818.0139 46220 | 5/8/00 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

(This form may be replicated via WP)

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. **Authority:** The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. **Principal Purpose:** The information requested is to be used in evaluating claims.

C. **Routine Use:** See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. **Effect of Failure to Respond:** Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## INSTRUCTIONS

Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid." A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15. Do you carry accident insurance?** ☒ Yes. If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. ☐ No.

PROGRESSIVE INSURANCE
PO BOX 2030
RANCHO CORDOVA, CA 95741-9700

**16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?**

YES 500.00 DED

**17. If deductible, state amount**

DED 500.00

**18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts)**

PROGRESSIVE has paid for Damage less DED of 500.₀₀ Subrogating for Damage and DED which we will Return to insured.

**19. Do you carry public liability and property damage insurance?** ☐ Yes. If yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code) ☐ No.



RECEIVED

MAY 1 1 2000

**PROGRESSIVE**

Attn: Subrogation
P.O. Box 2030
Rancho Cordova, CA 95741-2030
Facsimile: 916 638-8225
progressive.com

May 5, 2000

US Department of Justice
Federal Bureau of Prisons
Western Regional Office
7950 Dublin Boulevard, Third Floor
Dublin, California 94568

| | |
|---|---|
| Our Insured | : SHIMABUKURO, WALLACE |
| Our Claim No. | : 993827876 |
| Date of Loss | : NOV 11 99 |
| Deductible | :    500.00 |
| **Total Due** | : 1,191.72 |

Please take this letter as formal notice of our subrogation rights in the above-captioned claim. Enclosed are copies of our supporting documentation.

Our investigation indicates that your employee was responsible for this accident. This accident occurred at the prison gates, our insureds vehicle was stopped, your employee turned into our vehicle. This accident occurred on NOV 11 99 at 10:00 am.

Please make your draft payable to "PROGRESSIVE INSURANCE" as Subrogee for our insured, and mail it to my attention at the address below. Please also include our claim number on the draft for ready identification.

Sincerely,

*Cheryl Binkley*

Cheryl Binkley
Subrogation Specialist
PROGRESSIVE INSURANCE COMPANIES
800.734.0029 x 46220

Enclosures

Page: 1 Document Name: untitled

```
CMSD2340 /CMSM2340              P A C M A N              MAY 05 00 - 18:38
OPID: CXB0095               CLAIM PAYMENT INQUIRY        TERMID: VT640236
INSD: SHIMABUKURO, WALLACE I                            POL: 65570693-0
DOL : NOV 11 99  NV-31328 -GRP-   CLM:  993827876  ACTIVE  REP: M  PEDERSEN


  PAY TO THE ORDER OF:              TOTAL DRAFT AMOUNT:              691.72


  LINE 1:  WALLACE I SHIMABUKURO AND FALCONI'S (ONLY)*****************
  LINE 2:  REPAIRS 99 ACURA INTEGRA**********************************
  LINE 3:


  ADDRESS: 1242 BORDERWOOD LANE


  CITY: LAS VEGAS                 ST/PR* NV  ZIP/CPC: 89031        CNTRY* USA


  IN PAYMENT OF:  IV COLL


  1099     ? N    FEDERAL TAX ID:         LAST UPDT REP: LTB0002
  CDS CODE * 16 PCL  EFT TRACE #:         ISSUING REP:  L BUNCH
  BANK CODE* CON     ISSUE DATE : NOV 28 99  APPROVED BY:
  STATE    * NV      AREA       * 861     REVIEW DATE:      00 00
  STOP RSN *         DRAFT #    : 490357192  REVIEWED BY:


  COMMAND:
```

Date: 5/5/00 Time: 3:51:06 PM

PROGRESSIVE SPECIALTY INSURANCE C( )NY
P.O. BOX 31686
TAMPA, FL 33631-3686

** JS DECLARATION DOES NOT SUPERSEDE ANY CANCEL  )TICES **
** THIS DECLARATION REPLACES DECLARATION EFFECTIVE 06/17/99 **

**PROGRESSIVE®**

AMERICAN BEST INS
1978 N RAINBOW
LAS VEGAS        NV 89130

24 Hour Policy Service    1-800-888-7764
24 Hour Claims Service    1-800-274-4499
Automated Billing Inquiry 1-800-999-8781

**PERSONAL AUTO POLICY DECLARATIONS PAGE
FOR NAMED INSURED:**

WALLACE I SHIMABUKURO
1242 BORDERWOOD LANE
LAS VEGAS        NV 89031
**POLICY NUMBER:** 65570693 - 0
**POLICY PERIOD:** 06/17/99 **TO** 06/17/00

00000

‖‖ldlilılﻠﻠﻠﻠﻠılı ﻠﻠﻠﻠﻠﻠﻠﻠﻠﻠﻠﻠﻠﻠ‖

WALLACE I SHIMABUKURO
1242 BORDERWOOD LANE
LAS VEGAS        NV 89031

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.

The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

CONFIRMATION NUMBER # 2635XS693
REASON FOR ISSUANCE: POLICY CHANGE, NO CHANGE IN PREMIUM
THE FOLLOWING CHANGES WERE REQUESTED BY WALLACE I SHIMABUKURO ON 09/20/99 AT 03:54 PM EST
EFFECTIVE ON 06/17/99: CHANGED INFO - VEH 1,99 ACURA ;     LOSS PAYEE CHANGED ;
CHANGED INFO - VEH 2,99 ACURA ;     LOSS PAYEE CHANGED .

| VEH# | YR | MAKE - MODEL | SERIAL NUMBER | STATED AMT | DRV# | LISTED DRIVERS | EXCLUDED | SR22 | RATED |
|------|------|-------|------|------|------|------|------|------|------|
| 1 | 1999 | ACURA  INTEGRA GS 2H | JH4DC4363XS005206 | | 1 | WALLACE I SHIMABUKURO | NO | NO | YES |
| 2 | 1999 | ACURA  INTEGRA GS-4D | JH4DB8598XS000231 | | 2 | MICHELLE J MUENCH | NO | NO | YES |
| 3 | | | | | 3 | | | | |
| 4 | | | | | 4 | | | | |
| | | | | | 5 | | | | |

| COVERAGES AND LIMITS OF LIABILITY | PREMIUMS | | | | |
|------|------|------|------|------|------|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | VEH #1 | VEH #2 | VEH #3 | VEH #4 | TOTAL |
| BODILY INJURY LIABILITY | $820 | $820 | | | $1,640 |
| $25,000 EACH PERSON -  $50,000 EACH ACCIDENT | | | | | |
| PROPERTY DAMAGE LIABILITY | | | | | |
| $25,000 NO DEDUCTIBLE | | | | | |
| UNINSURED/UNDERINSURED MOTORIST | $74 | $51 | | | $125 |
| $15,000 EACH PERSON - $30,000 EACH ACCIDENT | | | | | |
| COMPREHENSIVE ACV LESS $500 DEDUCTIBLE | $370 | $306 | | | $676 |
| COLLISION OR UPSET ACV LESS $500 DEDUCTIBLE | $1,371 | $1,371 | | | $2,742 |
| | | | | | |
| **SEE REVERSE**          PREMIUM BY VEHICLE | $2,635 | $2,548 | | | |
| | | | | | |
| TOTAL POLICY PREMIUM | | | | | $5,183 |

Form No. 1113 (6-97)                    HOME OFFICE COPY                    PMWE1014987205L1113H

ANY LOSS UNDER PART IV IS PAYABLE TO NAMED INSURED AND LIENHOLDER:

LIENHOLDER

VEH #1

AHF C/O PDP SERVICES
PO BOX 988
HUNT VALLEY    MD 21030

VEH #2

WFS FINANCIAL INC
PO BOX 94678
CLEVELAND    OH 44101

VEH #3

VEH #4

ADDITIONAL INTEREST

## FOR COMPANY USE ONLY

| DISCOUNTS: | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
|---|---|---|---|---|
| MULTIPLE CARS ON POLICY | X | X | | |
| PRIOR INSURANCE | | | | |
| PREMIUM PAID IN FULL | | | | |
| INSURED OWNS RESIDENCE | | | | |
| ON-LINE PURCHASE | | | | |
| WEB QUOTED DISCOUNT | | | | |
| HOMING DEVICE/TRACKING SYSTEMS | | | | |
| MATURE DRIVER COURSE | | | | |
| DRIVERS SIDE AIRBAG-UMBI & MEDPAY ONLY | | | | |
| DUAL AIRBAGS - UMBI & MEDPAY ONLY | X | X | | |
| | | | | |
| | | | | |
| SURCHARGES: | | | | |
| VEHICLE USED FOR BUSINESS | | | | |
| | | | | |
| | | | | |
| | | | | |

| VEH | DR# | DR CL. | PT. CL. | GARAGE ZIP | LIAB | SYMBOL COMP | COLL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 22SM | 00 | 89031 | 02 | 19 | 16 |
| 2 | 2 | 22SF | 00 | 89031 | 02 | 18 | 16 |
| 3 | | | | | | | |
| 4 | | | | | | | |

| VEH | DR# | DRIVER AGE | SEX | M/S |
|---|---|---|---|---|
| 1 | 1 | 22 | M | S |
| 2 | 2 | 22 | F | S |
| 3 | | | | |
| 4 | | | | |

COMPANY        03
MARKET         MIDDLE MARKET
LEVEL          SUPER-SAVER
PAY PLAN       H3
R/R            9903
FACTOR %       1.000
FORM           9606
ED.            0896
AGENT CODE     DA 24322
PREV POL #

PRORATER

E7 160446 5XS 99263    080



# CBA Appraisals, Inc.

P.O. Box 95212
Las Vegas, Nevada 89193
(702) 221-7125 fax (702) 221-7126

**INVOICE**

TAX ID #: 86-0857168

**Customer**

| | |
|---|---|
| Name | **PROGRESSIVE INSURANCE COMPANY** |
| Address | 3595 EAST PATRICK LANE, STE. 1200 |
| City | LAS VEGAS          State NV      ZIP 89120 |
| Owner | INSD: WALLACE SHIMABUKURO |

| | |
|---|---|
| Date | 11/19/99 |
| Invoice #: | 3335-1199 |
| Claim #: | 993824746 |
| Attn: | Melissa Pedersen |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | FIELD APPRAISAL FLAT RATE | $74.00 | $74.00 |
| | DRIVE IN APPRIASAL | $65.00 | |
| | ACTUAL CASH VALUE REPORT | $20.00 | |
| | MOVE SALVAGE | $10.00 | |
| | PHOTOS ONLY ASSIGNMENT | $40.00 | |
| | HOURLY ASSIGNMENTS | $40.00 | |
| | MILEAGE | $0.40 | |
| | ADDITIONAL PHOTOS | $1.75 | |
| | ALL ASSIGNMENTS INC 4-PHOTOS, PHONE, FAX, & POSTAL | | |
| | | **Total** | $74.00 |

Office Use Only

*Due Upon Receipt*

*Please Remit One Copy With Payment*

**PROGRESSIVE INSURANCE**
LAS VEGAS CLAIMS BRANCH
3595 EAST PATRICK LN., SUITE # 1200
LAS VEGAS, NV 89120
(800) 274-4499
(702) 898-0105 MARKETING/SALES FAX

TO: GARY

CO: Falconi's

FAX: 597-0372

FROM: Jaime

RE: CLM# 993827876 (WALLACE SHIMABUKURO)

PAGES: 6 INCLUDING COVER PAGE

DATE: 11-22-99

TIME: 11:00 AM

MESSAGE:

35 pages total

Melissa

# **CBA** Appraisals, Inc.

P.O. Box 95212
Las Vegas, NV 89103
E-Mail: cba@lvcm.com

Phone: (702) 221-7125
Fax: (702) 221-7126

## HERE'S THE FAX

Date: 11/19

Pages: 6

To: Progressive

Attn: Karen/Dispatch

Clm # 9938278716
Insd. Walbee Shimabukuro
est/report.

Tyc
gina

11/19/1999 at 07:55 AM          CLAIM SUMMARY                              1981

|                                          |                                    |
|------------------------------------------|------------------------------------|
| **INSURANCE COMPANY**                    | **APPRAISAL COMPANY**              |

Adjuster:                                    Appraiser: Bill Vestal
 Company: OTHER                               Company: CBA APPRAISALS, INC.
  Office: CBA APPRAISALS, INC.                 Office: Las Vegas
 Address: P.O. BOX 95212 LAS VEGAS, NV        Address: P.O. BOX 95212
          6620 W. FLAMINGO RD.                         Las Vegas, NV 89193
          LAS VEGAS,, NV 89103                  Phone: (702)221-7125
   Phone: (702)221-7125                        File #: 1981
   Claim #: 993827876
  Policy #: 3335-1199

Insured: SHIMABUKURO, WALLACE                  Loss Type:Collision
  Owner: SHIMABUKURO, WALLACE                       Day:(702)894-9149x
Address: 1242 BORDERWOOD LN.                       Other:(702)349-5906x
         LAS VEGAS, NV 89031

Vehicle: 99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED
VIN: JH4DB8598XS000231 Odometer: 11,912  Color: WTE      License: 996JUF NV
Driveable: Yes     Primary Impact Point: 11. Left Front
              Secondary Impact Point: 10. Left Front Pillar (Left Side)



Place of Inspection:
SHIMABUKURO, WALLACE
1242 BORDERWOOD LN.
LAS VEGAS, NV 89031

| ESTIMATE TO REPAIR | | | TOTAL LOSS VALUATION | |
|---|---|---|---|---|
| Estimate | $ | 1,191.72 | Vehicle Valuation | $ 0.00 |
| Pre-Tax Subtotal | $ | 1,191.72 | Pre-Tax Subtotal | $ 0.00 |
| Tax | | 0.00 | Tax | 0.00 |
| After-Tax Subtotal | $ | 1,191.72 | After-Tax Subtotal | $ 0.00 |
| Betterment | | 0.00 | | |
| Deductible | | 500.00 | Deductible | 500.00 |
| Appearance Allowance | | 0.00 | | |
| 0% Negligence | | 0.00 | 0% Negligence | 0.00 |
| Calculated Net Loss | $ | 691.72 | Calculated Net Loss | $ -500.00 |
| | | | | |
| LKQ Parts Not Included | | | Valuation Request # | |
| A/M Parts Not Included | | | | |

1

11/19/1999 at 07:55 AM          **CLAIM SUMMARY**                          1981

Owner: SHIMABUKURO, WALLACE                    Claim #: 993827876
99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED

==================================================================

**SETTLEMENT**
Settlement Type: REPAIRABLE
Negotiated Settlement: $691.72 on  with
Settlement Outstanding: $691.72

==================================================================

**SALVAGE**

==================================================================

**COMMENTS**
  INSPECTED INSD'S 1999 ACURA INTEGRA @ HIS RESIDENCE ON 11/18/99.
  RELATIVELY MINOR DAMAGE ON LFT SD AFFECTING THE FENDER & DOOR.
  NO A/MKT PARTS AVAIL @ THIS TIME. INSD REQUESTS FALCONI A/B FOR
  REPAIRS, PRICE IS AGREED WITH THEM. VEH WAS IN "AVERAGE PRIVATE"
  COND PRIOR TO THIS LOSS, NO UPD NOTED. INSD WAS PRESENT @ INSP.
  POINT OF IMPACT= APPROX 23" FROM GROUND, ON LFT FRT. EST & PHOTOS
  INCLUDED..............
THANKS,.....BILL V.

==================================================================

**EVENTS**
11/11/1999              Loss occurred
11/17/1999              Loss reported
11/17/1999   05:16 PM   Vehicle Workfile was created.
11/18/1999   04:37 PM   First preliminary estimate line written.
11/19/1999   07:55 AM   Estimate of Record created.
11/19/1999   07:55 AM   Vehicle workfile state changed from assigned to inspected
11/19/1999   07:55 AM   Estimate of Record was first printed.

11/19/99 FRI 09:24  FAX 702 221 7126 CBA APPRAISALS                    @004/035

11/19/1999 at 07:55 AM                                          File ID: 1981
40374

## CBA APPRAISALS, INC.
### Las Vegas
Professional and Courteous Service!
P.O. BOX 95212
Las Vegas, NV 89193
(702)221-7125 Fax: (702)221-7126
Written by: Bill Vestal # 11/19/1999 07:55 AM

For: **OTHER - CBA APPRAISALS, INC.**
    (702)221-7125 Fax: (702)221-7126
Adjuster:

### ESTIMATE OF RECORD

Insured: WALLACE SHIMABUKURO                Claim #993827876
Owner: WALLACE SHIMABUKURO                 Policy #3335-1199
Address: 1242 BORDERWOOD LN.              Date of Loss: 11/11/1999
         LAS VEGAS, NV 89031             Type of Loss: Collision
Day: (702)894-9149                Point of Impact: 11.  Left Front
   : (702)349-5906


Inspect 1242 BORDERWOOD LN.                      Day: (702)894-9149
Location: LAS VEGAS, NV 89031                    HOME


Repair FALCONI'S HONDA BODY SHOP          Business: (702)597-0652
Facility: 5935 S. POLARIS                  5 Days to Repair
         LAS VEGAS, NV 89118              License #


99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED WTE Int:
VIN: JH4DB8598XS000231 Lic:  996JUF    NV Prod Date: 11/1998  Odometer: 11912

| | | |
|---|---|---|
| Air Conditioning | Rear Defogger | Tilt Wheel |
| Cruise Control | Intermittent Wipers | Theft Deterrent/Alarm |
| Body Side Moldings | Dual Mirrors | Electric Glass Sunroof |
| Clear Coat Paint | Power Steering | Power Brakes |
| Power Windows | Power Locks | Power Mirrors |
| AM Radio | FM Radio | Stereo |
| Search/Seek | CD Player | Anti-Lock Brakes (4) |
| Driver Airbag | Passenger Airbag | 4 Wheel Disc Brakes |
| Leather Seats | Bucket Seats | 5 Speed Transmission |
| Overdrive | Aluminum Wheels | |

11/19/1999 at 07:55 AM                                          File ID: 1981
40374

**ESTIMATE OF RECORD**
99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED WTE Int:

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|-----|-----|-------------|-----|-----------|-------|-------|
| 1 | | FRONT BUMPER | | | | |
| 2 | | O/H front bumper | | | 2.8 | |
| 3 | R&I | O/H front bumper | | | Incl. | |
| 4 | | FENDER | | | | |
| 5 | Repl | LT Fender | 1 | 322.40 | 1.5 | 2.0 |
| 6 | | Add for Clear Coat | | | | 0.8 |
| 7 | | Add for Edging | | | | 0.5 |
| 8 | Repl | LT Fender liner | 1 | 40.92 | Incl. | |
| 9 | | FRONT DOOR | | | | |
| N 10* | Rpr | LT Outer panel | | | 4.0 | 2.2 |
| 11 | | Overlap Major Adj. Panel | | | | -0.4 |
| 12 | | Add for Clear Coat | | | | 0.4 |
| 13* | Rpr | LT Door shell | | | 2.0 | Incl. |
| 14 | R&I | LT Belt w'strip | | | 0.3 | |
| 15 | R&I | LT Body side mldg body color t | | | 0.3 | |
| 16 | R&I | LT Mirror assy LS, SE, GS-R | | | 0.6 | |
| 17 | R&I | LT Handle, outside | | | 0.5 | |
| 18 | R&I | LT Cyl & keys | | | 0.3 | |
| 19 | R&I | LT Trim panel assy GS-R w/leat | | | 0.8 | |
| 20# | Refn | COLOR MATCH AND BLEND | | | | 1.5 |
| 21# | | BAG FOR O/SPRAY | 1 | 5.00 | | |

                    Subtotals ==>        368.32    13.1    7.0

Line 10 : TIME INCLUDES TO BLEND WITHIN SAME PANEL

| | | |
|---|---|---|
| Parts | | 368.32 |
| Body Labor | 13.1 hrs @ $ 34.00/hr | 445.40 |
| Paint Labor | 7.0 hrs @ $ 34.00/hr | 238.00 |
| Paint Supplies | 7.0 hrs @ $ 20.00/hr | 140.00 |

SUBTOTAL                                          $ 1191.72

TOTAL COST OF REPAIRS                             $ 1191.72

ADJUSTMENTS:
  Deductible                                         500.00

2

11/19/1999 at 07:55 AM                                    File ID: 1981
40374

**ESTIMATE OF RECORD**
99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED WTE Int:

-------------------------------------------------------------
TOTAL ADJUSTMENTS                              $  500.00
NET COST OF REPAIRS                             $  691.72


THIS IS NOT AN AUTHORIZATION FOR REPAIRS. AUTHORIZATION CAN ONLY BE GIVEN BY
THE VEHICLE/PROPERTY OWNER.

Estimate based on MOTOR CRASH ESTIMATING GUIDE. Non-asterisk(*) items are derived from the Guide
ART4812. Database Date 9/1999. Double asterisk(**) items indicate parts supplied by a supplier
other than the original equipment manufacturer. Pound sign (#) items indicate manual entries.
CAPA items have been certified for fit and finish by the Certified Auto Parts Association. NAGS
Part Numbers, Prices and Labor Times are provided from National Auto Glass Specifications, Inc.

Pathways - A product of CCC Information Services Inc.

3



# CBA Appraisals, Inc.

P.O. Box 95212
Las Vegas, Nevada  89193
(702) 221-7125 fax (702) 221-7126

## *INVOICE*

TAX ID #: 86-0857168

**Customer**

| | |
|---|---|
| Name | **PROGRESSIVE INSURANCE COMPANY** |
| Address | 3595 EAST PATRICK LANE, STE. 1200 |
| City | LAS VEGAS          State NV          ZIP 89120 |
| Owner | INSD: WALLACE SHIMABUKURO |

| | |
|---|---|
| Date | 11/19/99 |
| Invoice #: | 3335-1199 |
| Claim #: | 993824746 |
| Attn: | Melissa Pedersen |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | FIELD APPRAISAL FLAT RATE | $74.00 | $74.00 |
| | DRIVE IN APPRIASAL | $65.00 | |
| | ACTUAL CASH VALUE REPORT | $20.00 | |
| | MOVE SALVAGE | $10.00 | |
| | PHOTOS ONLY ASSIGNMENT | $40.00 | |
| | HOURLY ASSIGNMENTS | $40.00 | |
| | MILEAGE | $0.40 | |
| | ADDITIONAL PHOTOS | $1.75 | |
| | ALL ASSIGNMENTS INC 4-PHOTOS, PHONE, FAX, & POSTAL | | |
| | | **Total** | $74.00 |

Office Use Only

*Due Upon Receipt*

11/19/1999 at 07:55  1                CLAIM SUMMARY                              1981

```
            INSURANCE COMPANY                    APPRAISAL COMPANY
   Adjuster:                          Appraiser: Bill Vestal
    Company: OTHER                      Company: CBA APPRAISALS, INC.
     Office: CBA APPRAISALS, INC.        Office: Las Vegas
    Address: P.O. BOX 95212 LAS VEGAS, NV Address: P.O. BOX 95212
             6620 W. FLAMINGO RD.                 Las Vegas, NV 89193
             LAS VEGAS,, NV 89103         Phone: (702)221-7125
      Phone: (702)221-7125               File #: 1981
    Claim #: 993827876
   Policy #: 3335-1199
```

```
 Insured: SHIMABUKURO, WALLACE              Loss Type:Collision
   Owner: SHIMABUKURO, WALLACE                    Day:(702)894-9149x
 Address: 1242 BORDERWOOD LN.                   Other:(702)349-5906x
          LAS VEGAS, NV 89031
```

Vehicle: 99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED
VIN: JH4DB8598XS000231 Odometer: 11,912  Color: WTE      License: 996JUF NV
Driveable: Yes     Primary Impact Point: 11.  Left Front
               Secondary Impact Point: 10.  Left Front Pillar (Left Side)



```
                                    Place of Inspection:
                                    SHIMABUKURO, WALLACE
                                    1242 BORDERWOOD LN.
                                    LAS VEGAS, NV 89031
```

```
---------------------------------------------------------------------
|    ESTIMATE TO REPAIR       |      TOTAL LOSS VALUATION         |
| Estimate           $ 1,191.72| Vehicle Valuation    $     0.00|
| Pre-Tax Subtotal   $ 1,191.72| Pre-Tax Subtotal     $     0.00|
|  Tax                    0.00| Tax                        0.00|
| After-Tax Subtotal $ 1,191.72| After-Tax Subtotal   $     0.00|
|  Betterment             0.00|                               |
| Deductible            500.00| Deductible               500.00|
| Appearance Allowance    0.00|                               |
|  0% Negligence          0.00|  0% Negligence             0.00|
| Calculated Net Loss $  691.72| Calculated Net Loss  $  -500.00|
|                             |                               |
| LKQ Parts Not Included      | Valuation Request #           |
| A/M Parts Not Included      |                               |
|                             |                               |
---------------------------------------------------------------------
```

**Owner:** SHIMABUKURO, WALLACE              **Claim #:** 993827876
99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED

=======================================================================

## SETTLEMENT
Settlement Type: REPAIRABLE
Negotiated Settlement: $691.72 on  with
Settlement Outstanding: $691.72

=======================================================================

## SALVAGE

=======================================================================

## COMMENTS
 INSPECTED INSD'S 1999 ACURA INTEGRA @ HIS RESIDENCE ON 11/18/99.
 RELATIVELY MINOR DAMAGE ON LFT SD AFFECTING THE FENDER & DOOR.
 NO A/MKT PARTS AVAIL @ THIS TIME. INSD REQUESTS FALCONI A/B FOR
 REPAIRS, PRICE IS AGREED WITH THEM. VEH WAS IN "AVERAGE PRIVATE"
 COND PRIOR TO THIS LOSS, NO UPD NOTED. INSD WAS PRESENT @ INSP.
 POINT OF IMPACT= APPROX 23" FROM GROUND, ON LFT FRT. EST & PHOTOS
 INCLUDED.............
 THANKS,.....BILL V.

=======================================================================

## EVENTS
11/11/1999              Loss occurred
11/17/1999              Loss reported
11/17/1999  05:16 PM  Vehicle Workfile was created.
11/18/1999  04:37 PM  First preliminary estimate line written.
11/19/1999  07:55 AM  Estimate of Record created.
11/19/1999  07:55 AM  Vehicle workfile state changed from assigned to inspected
11/19/1999  07:55 AM  Estimate of Record was first printed.

11/19/1999 at 07:55 AM                                    File ID: 1981
40374

CBA APPRAISALS, INC.

**Las Vegas**

Professional and Courteous Service!

P.O. BOX 95212

Las Vegas, NV 89193

(702)221-7125 Fax: (702)221-7126

Written by: Bill Vestal # 11/19/1999 07:55 AM

For: **OTHER - CBA APPRAISALS, INC.**

       (702)221-7125 Fax: (702)221-7126

Adjuster:

**ESTIMATE OF RECORD**

|  |  |
|---|---|
| **Insured:** WALLACE SHIMABUKURO | **Claim** #993827876 |
| **Owner:** WALLACE SHIMABUKURO | **Policy** #3335-1199 |
| **Address:** 1242 BORDERWOOD LN. | **Date of Loss:** 11/11/1999 |
| LAS VEGAS, NV 89031 | **Type of Loss:** Collision |
| **Day:** (702)894-9149 | **Point of Impact:** 11.  Left Front |
| **:** (702)349-5906 |  |

|  |  |
|---|---|
| **Inspect** 1242 BORDERWOOD LN. | **Day:** (702)894-9149 |
| **Location:** LAS VEGAS, NV 89031 | HOME |

|  |  |
|---|---|
| **Repair** FALCONI'S HONDA BODY SHOP | **Business:** (702)597-0652 |
| **Facility:** 5935 S. POLARIS | 5 Days to Repair |
| LAS VEGAS, NV 89118 | **License** # |

99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED WTE Int:
**VIN:** JH4DB8598XS000231 **Lic:** 996JUF    **NV Prod Date:** 11/1998  **Odometer:** 11912

| | | |
|---|---|---|
| Air Conditioning | Rear Defogger | Tilt Wheel |
| Cruise Control | Intermittent Wipers | Theft Deterrent/Alarm |
| Body Side Moldings | Dual Mirrors | Electric Glass Sunroof |
| Clear Coat Paint | Power Steering | Power Brakes |
| Power Windows | Power Locks | Power Mirrors |
| AM Radio | FM Radio | Stereo |
| Search/Seek | CD Player | Anti-Lock Brakes (4) |
| Driver Airbag | Passenger Airbag | 4 Wheel Disc Brakes |
| Leather Seats | Bucket Seats | 5 Speed Transmission |
| Overdrive | Aluminum Wheels | |

1

```
11/19/1999 at 07:55 AM                                    File ID: 1981
40374
```

### ESTIMATE OF RECORD
#### 99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED WTE Int:

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 1 | | FRONT BUMPER | | | | |
| 2 | | O/H front bumper | | | 2.8 | |
| 3 | R&I | O/H front bumper | | | Incl. | |
| 4 | | FENDER | | | | |
| 5 | Repl | LT Fender | 1 | 322.40 | 1.5 | 2.0 |
| 6 | | Add for Clear Coat | | | | 0.8 |
| 7 | | Add for Edging | | | | 0.5 |
| 8 | Repl | LT Fender liner | 1 | 40.92 | Incl. | |
| 9 | | FRONT DOOR | | | | |
| N 10* | Rpr | LT Outer panel | | | 4.0 | 2.2 |
| 11 | | Overlap Major Adj. Panel | | | | -0.4 |
| 12 | | Add for Clear Coat | | | | 0.4 |
| 13* | Rpr | LT Door shell | | | 2.0 | Incl. |
| 14 | R&I | LT Belt w'strip | | | 0.3 | |
| 15 | R&I | LT Body side mldg body color t | | | 0.3 | |
| 16 | R&I | LT Mirror assy LS, SE, GS-R | | | 0.6 | |
| 17 | R&I | LT Handle, outside | | | 0.5 | |
| 18 | R&I | LT Cyl & keys | | | 0.3 | |
| 19 | R&I | LT Trim panel assy GS-R w/leat | | | 0.8 | |
| 20# | Refn | COLOR MATCH AND BLEND | | | | 1.5 |
| 21# | | BAG FOR O/SPRAY | 1 | 5.00 | | |

```
                            Subtotals ==>     368.32    13.1    7.0
```

Line 10 : TIME INCLUDES TO BLEND WITHIN SAME PANEL

```
                    Parts                                  368.32
                    Body Labor     13.1 hrs @ $ 34.00/hr   445.40
                    Paint Labor     7.0 hrs @ $ 34.00/hr   238.00
                    Paint Supplies  7.0 hrs @ $ 20.00/hr   140.00
                    ------------------------------------------------
                    SUBTOTAL                            $ 1191.72
                    ------------------------------------------------
                    TOTAL COST OF REPAIRS               $ 1191.72

                    ADJUSTMENTS:
                      Deductible                           500.00
```

2

11/19/1999 at 07:55 AM                                      File ID: 1981
40374

### ESTIMATE OF RECORD
99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED WTE Int:

```
----------------------------------------------------
TOTAL ADJUSTMENTS                           $  500.00
NET COST OF REPAIRS                          $  691.72
```

THIS IS NOT AN AUTHORIZATION FOR REPAIRS. AUTHORIZATION CAN ONLY BE GIVEN BY
THE VEHICLE/PROPERTY OWNER.

Estimate based on MOTOR CRASH ESTIMATING GUIDE.  Non-asterisk(*) items are derived from  the Guide
ART4812.  Database Date 9/1999.  Double asterisk(**) items indicate parts supplied by a supplier
other than  the original equipment manufacturer.  Pound sign (#) items indicate manual entries.
CAPA items have been certified for fit and  finish by the Certified Auto Parts Association. NAGS
Part Numbers, Prices and Labor Times are provided from National Auto Glass Specifications, Inc.

Pathways - A product of CCC Information Services Inc.

11/19/1999 at 07:55 AM                                          File ID: 1981
40374

**ESTIMATE OF RECORD**
99 ACUR INTEGRA GS-R 4-1.8L-FI 4D SED WTE Int:

ALTERNATE PARTS USAGE


AFTERMARKET PARTS

Aftermarket Selection Method:          Manually List

No. of times user was notified that an Aftermarket part was available:     0

No. of Aftermarket parts that appear in the final estimate:     0



# Photo Sheet



← Left front view of damage and impact measurement

← Rear view of car and id

P.O. Box 95212
Las Vegas, NV 89193
E-Mail: info@cba.lvcm.com

Phone: (702) 221-7125
Fax: (702) 221-7126
Website: http://cba.lvcm.com/

Page: 1 Document Name: u itled

```
CMSD1240 /CMSM1240              P A C M A N              NOV 19 99 - 16:44
OPID: MAP0015               CLAIM SUMMARY               TERMID: VT630368
INSD: SHIMABUKURO, WALLACE I                            POL: 65570693-0
DOL : NOV 11 99 NV-31328 -GRP-    CLM: 993827876 OPEN   REP: M PEDERSEN
TOL : 10 : 00 AM  REPORTED BY* I CAT CODE*    VERIF ORG:
LOC : NELLIS AIRFORCE BASE // AIRFORCE PRISON  SIU LVL: N  ST/PR WORDING*
CITY : LAS VEGAS                 CNTY:                ST/PR* NV CNTRY* USA
FACTS: CV PULLED NEXT TO IV IN PK LOT. CV BACKED UP AND STRUCK PKD IV.
       NV 9606

RPT : NOV 16 99   OPEN: NOV 16 99    REOPEN:   00 00   INACTIVE:   00 00
DRIVE-IN INSPECTION DATE:      00 00    PURGE:   00 0000     LIAB PCT:
INSD VEH: 1  INSD INJ: 0  CLMT VEH: 1  CLMT INJ: 0  PROP DAMAGE: 0
   STAT*    NAME       PROP TYPE* L/COV COL* FEA ORG    S/R/L  RSRV   PAYMENTS
   OPEN 99 ACUR INTEGR 001       COLL          1 NV-31328        3890
   CWP  11 UNK  UNK    002       PD            2 NV-31328
        SHIMABUKU WAL  001 N G
        DARVAL TAT     001 I G
        BEAUPRE TAH    001 I G
        UNK UNK        002 C D


DC912747 ONLY PAGE                                                   *
   COMMAND: REVISE    F4=VERIFICA F5=VENDREF F11=CVQSUM F12=READYASG F14=CLMPOLI
```