Tom Slutes, Esq.
SLUTES, SAKRISON, GRANT & PELANDER, P.C.
33 North Stone Avenue, Suite 1100
Tucson, Arizona 85701
Telephone: (520) 624-6691
Pima County Computer No.: 53540
State Bar No.: 001212

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES A. MORACCO,<br><br>Reg No. 07363-051<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CV 95-282 TUC WDB<br><br>NO.<br><br>COMPLAINT |

Plaintiff for his Complaint against the United States of America, alleges as follows:

## COUNT ONE

### I.

This action arises under the Federal Tort Claims Act, 28 U.S.C. §1346(b), 2671 et seq. Plaintiff is a citizen of the United States and particularly the City of Tucson, County of Pima, State of Arizona. Plaintiff James A. Moracco was injured on December 10, 1992. Plaintiff presented a claim to the United States Department of Justice Bureau of Prisons, Western Division on 9/26/94. The episode occurred in Graham County, Arizona arising out of the use of property owned and controlled by the Department of

Prisons, United States of America. Said claim was deemed denied on 11/23/94. The tort claim number is T-WXR-94-987.

## II.

In July 17, 1992, Plaintiff James Moracco was incarcerated as a prisoner in the Federal Correctional Institution at Safford, Arizona. Plaintiff's efforts and activities were controlled and/or directed by Defendant's employees and/or agents acting within the course and scope of their employment, office or agency. On or about December 10, 1992, the Defendant, acting by or through its employees, officers and/or agents, undertook and had the responsibility and duty to organize, plan, control, and supervise the transport of the Plaintiff James Moracco to a cardiologist in the town of Safford, Arizona for the purpose of examination and possible treatment of a minor cardiac condition. The Plaintiff was secured with handcuffs that were attached to a belly chain. In addition the Plaintiff was equipped with double ankle shackles. A van was used for transportation and 3 prison guards accompanied the Plaintiff and one other prisoner. At the parking lot the other prisoner was helped to dismount by two prison guards. A metal box was placed under the van door to aid the dismounting process. The Plaintiff was ordered to dismount without the aid afforded the other inmate and contrary to the customary dismounting procedure. Without this attention the leg chains became entangled in the doorway sill as the Plaintiff attempted to step down to the portable metal step. With no one to support him or advise him of the trapped leg chain and with no one to catch him and unable to help himself as a result of the handcuffs hooked to a belly chain and his ankle trapped by a chain that was now too short to reach the portable step

-2-

the Plaintiff fell heavily, approximately 3 or 4 feet onto the blacktop surface of the parking lot, impacting with his right shoulder and back and twisting his left ankle.

III.

As a direct and proximate result of defendant's negligence, Plaintiff James Moracco sustained severe and painful personal injuries which are permanent in nature. He has suffered pain and discomfort of a serious nature since the accident and will reasonably suffer the same into the indefinite future. The Plaintiff James Moracco has serious limitation of motion of his right shoulder as a proximate result of the fall and will require surgery. In addition, the Plaintiff suffered injury to his left ankle from the ankle shackle in the fall as well as a painful and debilitating back injury. The aforementioned injuries were caused solely by the Defendant, its agents, servants or employees and without any negligence on the part of the Plaintiff.

IV.

WHEREFORE, James Moracco prays that he be granted judgment against the Defendant United States of America for a sum which is reasonable and just to compensate him for all injuries and damages by him as a result of the liability of the Defendant as set forth herein above, but in no event less than $250,000.00 plus their costs herein expended and such other relief as the Court may deem proper.

RESPECTFULLY SUBMITTED this _____ day of May, 1995.

SLUTES, SAKRISON,
GRANT & PELANDER, P.C.

By: _____
Tom Slutes
Attorney for Plaintiff

- 3 -

1 JANET NAPOLITANO
  United States Attorney
2 District of Arizona
  HENRY Z. BROWN
3 Assistant United States Attorney
  Arizona State Bar No. 013169
4 Acapulco Building, Suite 8310
  110 South Church Avenue
5 Tucson, Arizona  85701
  Telephone: (520) 620-7300
6 Attorneys for Defendant

7                    UNITED STATES DISTRICT COURT
8                         DISTRICT OF ARIZONA

9  JAMES A. MORACCO,              )
10                                )
           Plaintiff,              )     CV 95-282 TUC JMR
11                                )
        v.                         )     NOTICE OF SETTLEMENT
12 UNITED STATES OF AMERICA,      )
                                   )
13         Defendant.              )
   _____)
14
        Pursuant to Local Rule 2.13(d), parties, through counsel
15
   undersigned, inform the Court that a settlement agreement has been
16
   reached regarding this civil action. Defendant United States of
17
   America requests ninety (90) days to file the final dismissal
18
   documents in this case.
19
        Respectfully submitted this 29th of May, 1997.
20
                                         JANET NAPOLITANO
21                                       United States Attorney
                                         District of Arizona
22

23  _____        _____
24  NEIL ASHLEY, ESQ.                HENRY Z. BROWN
    Attorney for Plaintiff           Assistant U.S. Attorney
25

26

```
 1 | Copy of the foregoing mailed
   | this 21st day of May, 1997:
 2 |
   | Neil Ashley, Esq.
 3 | SLUTES SAKRISON, GRANT
   | HILL & RUBIN, P.C.
 4 | 33 North Stone Avenue, Suite 1100
   | Tucson, Arizona 85701
 5 |
 6 |
 7 |
 8 |
 9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
```



U.S. Department of Justice

United States Attorney
District of Arizona



Acapulco Bldg., Suite 8310     (520) 620-7300
110 S. Church Avenue     FAX (520) 620-7320
Tucson, Arizona 85701

# FACSIMILE TRANSMISSION
# COVER SHEET

**TO:**     Valerie Stewart
(510) 803-4818/4802

**FROM:**     Barbara Cox

**ORGANIZATION:**     United States Attorneys Office- Tucson

**TELEPHONE:**     520 620-7380

**DATE:**     June 9, 1997

**NO. PAGES (EXCLUDING COVER SHEET):**     23

**CONTENTS:** Documents you requested in the Moracco case. Please let me know if you need anything else.

**NOTE:** If you do not receive the total number of pages indicated, please call the sending individual listed above.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS. THANK YOU.