LAW OFFICES OF ROBERT M. BALL
ROBERT M. BALL, SBN# 138482
8929 Wilshire Boulevard, Suite 115
Beverly Hills, California 90211
(310) 659-5244

Attorneys for Plaintiff
ISAAC A. ASBERRY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ISAAC A. ASBERRY,

            Plaintiff,

   vs.

ATTORNEY GENERAL OF THE UNITED
STATES DEPARTMENT OF JUSTICE,
JANET RENO,

            Defendant.

CASE NO. CV 95-3020-WDK(BQRx)

FIRST AMENDED
COMPLAINT FOR DAMAGES:

1. Racial Discrimination in
Employment; Unlawful
Retaliation; Creation of a
Hostile Work Environment;
Violation of 42 USC Section
2000e et. seq.

I. JURISDICTION AND VENUE

1.   This is an action for legal and equitable relief from violation of Title VII the Civil Rights Act or 1964, as amended, at 42 U.S.C. Section 2000e et. seq.

2.   The jurisdiction of this court is invoked pursuant to 42 U.S.C. section 2000e -16(c).  The matter in controversy herein exceeds the sum of Two Hundred Thousand Dollars, exclusive of interest and costs, and arises under the Constitution and laws of the United States.

3.    The unlawful employment practices herein alleged have been, and are being, committed in the County of Los Angeles, California, within the Central District of the State of California.

## II. PARTIES

4.    Plaintiff Isaac Asberry ("plaintiff"), is a Black male, residing at all relevant times herein within the Central District of the State of California.

5.    Defendant Janet Reno, Attorney General of the United States Department of Justice and agency head of the Federal Agency Bureau of Prisons, with its principle offices and place of business within the Central District of the State of California. Defendant is an "employer", as the term is defined in Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et. seq.

## III. FACTS

6.    On December 2, 1993, plaintiff Isaac A. Asberry filed an employment discrimination plaintiff against the Bureau of Prisons pursuant to  717 of Title VII of the Civil Rights Act of 1964, as amended, 29, U.S.C. 2000e -16.   Plaintiff alleged that he was discriminated against because of his race, and retaliated against for participating in protected EEO activity, when he was removed from his Correctional Counselor position on November 19, 1993. As relief,  plaintiff  requested  reinstatement  with  backpay  and benefits, and compensatory damages for pain and suffering.

7.    Plaintiff received a proposal to remove him for medical inability to perform the duties of his position on September 20,

1  
2  
3  1993, and contacted an Equal Employment Opportunity "E[  
4  counselor on October 23,1993. Plaintiff filed an EEO complaint  
5  December 2, 1991.   The bureau of Prisons "BOP's" EEO offi  
6  accepted and investigated the compliant. After the investigatio  
7  was completed, my case was sent to this office for a fina  
8  department of Justice decision.  

8. Plaintiff, a black male, was GS-11 Lieutenant at th  
9  Metropolitan Detention Center (MDC) in Los Angeles, California.  
10  Plaintiff served with distinction for over 17 years, and  
11  authorized many of the policies and procedures for the facility.  
12  During plaintiff's tenure at MDC, female employees brought  
13  allegations of sex harassment against MDC Supervisors, resulting  
14  in BOP's office of Internal Affairs (OIA) conducting internal  
15  investigation in 1992. Plaintiff and DMC's Special Investigations  
16  Supervisor (SIS), investigated sex harassment allegations of  
17  female employees on his own during late 1992 and early 1993. BOP  
18  officials determined that plaintiff had conducted an unofficial  
19  investigation and was untruthful about questioning a BOP employee.  
20  On April 17, 1993, plaintiff was demoted to GS-9 Correctional  
21  Counselor after Warden Wayne Seifert determined that charges of  
22  "Providing False Statements During and Official Investigation,  
23  Conducting an Investigation Without Proper Authorization and Failure to Notify the Proper Authorities  
24  of Staff Misconduct" were sustained. Plaintiff appealed this  
25  action to the Merit Systems Protection Board, which reversed BOP's  
26  decision. (See Exhibit A).  
27  
28

9.    On September 20, 1993, Associated Warden Gary Katsel wrote plaintiff a letter proposing to terminate his employment for "Medical Inability to Perform the Duties of Your Position." The letter stated plaintiff had "been medically unable to perform" his duties since November 5, 1992, and had been on home duty status since that date.  Katsel referred to Dr. Yoseloff's June 7, 1993 letter, in which he stated there was "no expectation that your [plaintiff's] condition would improve to the point where you could resume your duties," and that plaintiff's "recurrent episodes of psychotic behavior could put the safety of inmates and staff at risk."  Katsel said that reassignment had been explored, but there were no positions at MDC in which plaintiff "would not present a danger to yourself or others."  Katsel also noted that plaintiff was "informed on July 8, 1993, of your eligibility to apply for disability retirement.  As of this date, you have not submitted your application."

10.   On September 22, 1993, plaintiff applied for disability retirement.  Plaintiff stated on his retirement form that he was "suffering from work related stress."  The records do not indicate the status of the disability retirement application.

11.   Plaintiff responded to the proposed removal on October 29, 1993, stating that several doctors had released him to return to duty, including Dr. Yoseloff, and there was no "adequate justification for my removal."  Plaintiff said he had reviewed Dr. Yoseloff's statement and could not find where Dr. Yoseloff concluded that his condition would not approve and that he could not resume his duties.  Plaintiff stated that:

12. On November 17, 1993, warden Seifert notified Plaintiff that he would be separated from BOP effective Novemb 19, 1993.

13. Plaintiff contended that his race and participation i the sex harassment claims of several female DMC employees cause BOP management to discriminate against him when they removed him from his position. Plaintiff said he was told to apply for a medical retirement, and "[a]fter assessing my options, I decided to do so. However, before this was reviewed, I was removed from my position for medical reasons." Plaintiff said that because he did not ignore the sexual harassment misconduct by several supervisors at DMC, but pursued and reported it, and because of his race, he was not viewed as a "team player" and was separated from BOP. He felt that but for his race, BOP management would not have sought to remove him. Plaintiff said his placement on home duty status for over one year was also discriminatory because he was never provided any justification for it.

FIRST CAUSE OF ACTION

Racial Discrimination in Employment

Unlawful Retaliation

Creation of a Hostile Work Environment

Violation of 42 U.S.C. Section 2000e et. seq.

(Plaintiff against all Defendants)

14. Plaintiff refers to and, by such reference, incorporates herein, as though again fully set forth herein, each and every allegation contained in paragraphs 1 through 13, above.

15. Plaintiff contended that his race and participation in

the sex harassment claims of several female DMC employees caus BOP management to discriminate against him when they removed h from his position. Plaintiff said he was told to apply for medical retirement, and after assessing his options, decided to d so. However, before this was reviewed, he was removed from hi position for alleged medical reasons. Plaintiff said that becaus he did not ignore the sexual harassment misconduct by several supervisors at DMC, but pursued and reported it, and because of his race, he was not viewed as a "team player" and was separated from BOP in retaliation. In addition, plaintiff felt that but for his race, BOP management would not have sought to remove him. Plaintiff said his placement on home duty status for over one year was also discriminatory because he was never provided any justification for it.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court issue and order the following relief with respect to each and every cause of action:

1. Declaring that the acts and practices herein complained of violate rights secured to the plaintiff by 42 U.S.C. Section 2000e et. seq.

2. Awarding plaintiff general and compensatory damages to be determined at trial.

3. Awarding plaintiff his costs and suit herein incurred, including reasonable attorney's fees, according to proof at trial.

1

2

3     4.    Granting plaintiff such other and further relief as th

4   court deems just and proper.

5   September 19, 1995                    LAW OFFICES OF ROBERT M. BALL

6                                         By: _Robert M Ball_____
7                                              ROBERT M. BALL
                                               Attorneys for plaintiff
8                                              ISAAC A. ASBERRY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Docket as of November 3, 1997 6:25 pm                    Web PACER (v2.3)

# U.S. District Court

# Central District of California (Western Div.)

# CIVIL DOCKET FOR CASE #: 95-CV-8020

## Asberry v. Bureau of Prisons, et al

Filed: 11/22/95
Assigned to: Judge William D. Keller
Jury demand: Plaintiff
Referred to: Discovery Brian Q. Robbins
Demand: $1,000,000
Nature of Suit: 442
Lead Docket: None
Jurisdiction: US Defendant
Dkt# in other court: None
Cause: 42:2000 Job Discrimination (Race)

ISAAC A ASBERRY
   plaintiff

     Robert M Ball
     [COR LD NTC]
     Robert M Ball Law Offices
     8929 Wilshire Blvd
     Suite 115
     Beverly Hills, CA 90211
     310-659-5244

   v.

BUREAU OF PRISONS
   defendant
   [term  09/19/96]

     Sara R Robinson
     [term  09/19/96]
     [COR LD NTC]
     AUSA   Office of US Attorney
     Civil Div - Federal Bldg
     300 N Los Angeles St
     Los Angeles, CA 90012
     213-894-2879

DOES, 1 - 20 inclusive
   defendant
   [term  09/19/96]

JANET RENO
   defendant

     Sara R Robinson
     (See above)
     [COR LD NTC]
     Sharla Cerra
     [COR LD NTC]
     AUSA   Office of US Attorney
     Civil Div - Federal Bldg
     300 N Los Angeles St
     Los Angeles, CA 90012
     213-894-2879

# DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|------|---|--------------|
| 11/22/95 | 1 | COMPLAINT (Summons(es) issued) (referred to Discovery Brian Q. Robbins ); demand for JT (yt) [Entry date 12/04/95] |
| 11/28/95 | 2 | ORDER by Judge William D. Keller re mot practice. (yc) [Entry date 12/11/95] |
| 3/28/96 | 3 | MINUTES: OSC re Disml for Lack of Prosecution by Judge William D. Keller ORD that pltf's cnsl show cause in writing NLT 4/18/96 why this action should not be dismissed for lack of prosecution as to deft(s). CR: none (pbap) [Entry date 03/29/96] |
| 4/18/96 | 4 | RESPONSE by plaintiff Isaac A Asberry to OSC [3-1] (pbap) [Entry date 04/29/96] |
| 4/19/96 | 5 | MINUTES: vacating OSC why this action should not be dism for lack of prosecution re [3-1] minutes by Judge William D. Keller CR: none (pbap) [Entry date 04/29/96] |
| 5/14/96 | 6 | Proof of service of S/C executed upon defendant Bureau of Prisons, person svd Genovena Ortega, Civil Process Clerk for U. S. Attorney by persnl serv on 5/13/96. (pbap) [Entry date 05/15/96] |
| 7/23/96 | 7 | NOTICE OF MOTION AND MOTION by defendant Bureau of Prisons to dismiss ; motion hearing set for 3:00 9/16/96 (bp) [Entry date 07/30/96] |
| 7/23/96 | 8 | DECLARATION of non-cooperation by defendant Bureau of Prisons re [7-1] (bp) [Entry date 07/30/96] |
| 8/30/96 | 9 | Opposition by plaintiff Isaac A Asberry to motion to dismiss [7-1]; decl of non-cooperation; decl of Ana Fuentes (el) [Entry date 09/04/96] |
| 9/11/96 | 10 | Reply by defendant Bureau of Prisons to pltf's Opp to motion to dismiss [7-1] (pbap) [Entry date 09/13/96] |
| 9/11/96 | 11 | DECLARATION of Sara R. Robinson by defendant Bureau of Prisons re [10-1] (pbap) [Entry date 09/13/96] |
| 9/11/96 | 12 | MINUTES: that the motion to dismiss [7-1] is submitted by Judge William D. Keller CR: none present (pbap) [Entry date 09/13/96] |
| 9/19/96 | 13 | FIRST AMENDED COMPLAINT [1-1] by plaintiff Isaac A Asberry terminating defendant Does (el) [Entry date 09/23/96] |

10/4/96    14       ANSWER by defendant Janet Reno to  1st A/C [13-1] (pbap)
                    [Entry date 10/07/96]

10/10/96   15       MINUTES: ; mandatory status conference set on 2:00
                    12/30/96   by Judge William D. Keller  CR: none present
                    (pbap) [Entry date 10/17/96]

11/15/96   16       MINUTES: By ord dtd 9/11/96, crt took under submission
                    dft's mot to dism plf's original cmp. On 9/19/96, plf fld a
                    1st amd cmp. Therefore, motion to dismiss [7-1] is MOOT. by
                    Judge William D. Keller  CR: n/a (jag) [Entry date 11/25/96]

12/20/96   17       Unilateral status conf rpt by defendant (pbap)
                    [Entry date 12/26/96]

12/23/96   18       MINUTES: ; mandatory status conference set on 2:00
                    1/13/97 by Judge William D. Keller  CR: none present (pbap)
                    [Entry date 12/27/96]

1/13/97    19       MINUTES: ; mandatory status conference held ; pretrial
                    conference on 2:00 4/28/97 ; jury trial set on 9:30
                    5/13/97 All dispositive mots must be heard no later than
                    4/7/97. All discovery incl depo of experts must be
                    completed no later than 3/3/97. All experts must be
                    designated no later than 2/18/97. Mots to amnd pldgs to
                    join other ptys must be filed 3/3/97; In order to assist
                    crt cnsl are req to jointly advise crt in writing of any
                    mot that has been under submission in excess of 30 dys. by
                    Judge William D. Keller  CR: David Lee (tw)
                    [Entry date 01/16/97]

2/13/97    21       NOTICE OF MOTION AND MOTION by defendant Bureau of Prisons
                    to compel ans to defts 1st req for prod of docs ; motion
                    hearing set for 3:00 2/25/97 (lc) [Entry date 02/21/97]

2/15/97    22       NOTICE OF DISCREPANCY AND ORDER defts ntc and mot untimely
                    be fld by Discovery Brian Q. Robbins (lc)
                    [Entry date 02/21/97]

2/19/97    20       Designation of expert wit Richard Ness, M. D. submitted by
                    defendant Janet Reno (pbap) [Entry date 02/20/97]

2/21/97    23       Opp by plaintiff Isaac A Asberry to motion to compel ans to
                    defts 1st req for prod of docs [21-1] (pbap)
                    [Entry date 02/25/97]

2/21/97    24       MINUTES:  vacating hearing re motion to compel ans to
                    defts 1st req for prod of docs [21-1].  Cnsl for pltf and
                    cnsl for defense are ord to meet and prepare a stip purs to
                    Local Rule 7.15.2.  Such stip shal address dft's Mot to
                    Compel Ans filed on 2/13/97 by Discovery Brian Q. Robbins
                    CR: none (pbap) [Entry date 02/25/97]

2/25/97    25       NOTICE OF MOTION AND MOTION by plaintiff Isaac A Asberry
                    for protective order ; motion hearing set for 3:00
                    3/24/97 (lc) [Entry date 02/27/97]

2/25/97    --       LODGED/PROPOSED Order (FWD TO CRD) (lc)
                    [Entry date 02/27/97]

2/26/97    26       NOTICE OF MOTION AND MOTION by plaintiff for protective
                    order ; motion hearing set for 3:00 3/24/97 (pbap)
                    [Entry date 02/27/97]

2/26/97    --       LODGED/PROPOSED Order (FWD TO CRD) (pbap)

[Entry date 02/27/97]

2/28/97    29    Second decl of non-cooperation by pltf's cnsl re to motion
                 to compel ans to defts 1st req for prod of docs [21-1]
                 submitted by dft Janet Reno (pbap) [Entry date 03/05/97]

3/3/97     27    EX PARTE APPLICATION by plaintiff for ord grntng lv to amd
                 1st amd cmp adding a cause of action for disability
                 discrimination (pbap) [Entry date 03/04/97]

3/3/97     --    LODGED/PROPOSED Order (FWD TO CRD) (pbap)
                 [Entry date 03/04/97]

3/3/97     28    DECLARATION  of Loyst P. Flectcher by plaintiff re [27-1]
                 (pbap) [Entry date 03/04/97]

3/3/97     30    SUPPLEMENT by plaintiff Isaac A Asberry re exparte motion
                 for ord grntng lv to amd 1st amd cmp adding a cause of
                 action for disability discrimination [27-1] (lc)
                 [Entry date 03/05/97]

3/4/97     31    OPPOSITION to ex parte fr lv to amd 1st A/C [27-1] by J
                 Reno (lc) [Entry date 03/05/97]

3/4/97     32    NOTICE OF MOTION AND MOTION by defendant Bureau of Prisons
                 to compel pltf to appr for depo, and to extend Disc
                 cut-off for pltf's depo ; motion hearing set for 3:00
                 3/18/97 (pbap) [Entry date 03/07/97]

3/4/97     33    Opp by defendant Bureau of Prisons to motion for protective
                 order [25-1] (pbap) [Entry date 03/07/97]

3/4/97     34    SUPPLEMENT by plaintiff re exparte motion for ord grntng lv
                 to amd 1st amd cmp adding a cause of action for disability
                 discrimination [27-1] (pbap) [Entry date 03/12/97]

3/4/97     --    LODGED 2nd A/C  (FWD TO CRD) (pbap) [Entry date 03/12/97]

3/4/97     35    Notice of ERRATA by plaintiff (pbap) [Entry date 03/12/97]

3/5/97     36    MINUTES:  Vacated mots hrgs of 3/24/97 at 3:00, new hearing
                 on motion for protective order [25-1] 4:00 3/24/97, setting
                 hearing on motion for protective order [26-1] 4:00 3/24/97
                  by Discovery Brian Q. Robbins  CR: none (pbap)
                 [Entry date 03/12/97]

3/10/97    37    ORDER  by Judge William D. Keller  denying with out prej
                 exparte motion for ord grntng lv to amd 1st amd cmp adding
                 a cause of action for disability discrimination [27-1] (pbap)
                 [Entry date 03/13/97]

3/10/97    38    MINUTES:  setting hearing on motion to compel pltf to appr
                 for depo [32-1] 4:00 3/24/97, setting hearing on motion to
                 extend Disc cut-off for pltf's depo [32-2] 4:00 3/24/97
                 by Discovery Brian Q. Robbins  CR: none (pbap)
                 [Entry date 03/13/97]

3/10/97    39    NOTICE OF DISCREPANCY AND ORDER  by Judge William D. Keller
                 that the Ntc of mot and mot to compel pyschiatric exam is
                 NOT to be filed, but instead REJECTED, and is ORD rtrn to
                 cnsl. (pbap) [Entry date 03/13/97]

3/13/97    41    EX PARTE APPLICATION by defendant Janet Reno to cont disc
                 cut-off until 4/4/97 (pbap) [Entry date 03/17/97]

| | | |
|---|---|---|
| 3/13/97 | -- | LODGED/PROPOSED Order (FWD TO CRD) (pbap) [Entry date 03/17/97] |
| 3/14/97 | 40 | NOTICE OF MOTION AND MOTION by plaintiff Isaac A Asberry for ord grntng lv to amd 2nd A/C adding a cause of action for disability discrim ; motion hearing set for 3:00 4/7/97 (pbap) [Entry date 03/17/97] |
| 3/14/97 | 42 | AMD NOTICE OF MOTION AND MOTION by plaintiff Isaac A Asberry for ord grntng lv to amd 2nd A/C adding a cause of actn for disability discrim ; motion hearing set for 10:00 4/7/97 (pbap) [Entry date 03/17/97] |
| 3/14/97 | 43 | EX PARTE APPLICATION by defendant Janet Reno for leave to file memo P&A's in excess of 35 pgs in supprt of dft's S/J mot ; motion hearing set for 3:00 4/7/97 (pbap) [Entry date 03/18/97] |
| 3/14/97 | -- | LODGED ord and mot docs  (FWD TO CRD) (pbap) [Entry date 03/18/97] |
| 3/14/97 | 44 | Opp by defendant Janet Reno to motion for ord grntng lv to amd 2nd A/C adding a cause of action for disability discrim [40-1] (pbap) [Entry date 03/18/97] |
| 3/14/97 | 45 | NOTICE of filing orig decl of Wayne Seifert by defendant Janet Reno (pbap) [Entry date 03/18/97] |
| 3/14/97 | 46 | NOTICE of filing orig decl of Edward M. Wilson by defendant Janet Reno (pbap) [Entry date 03/18/97] |
| 3/14/97 | 47 | APPENDIX of documentary evidence filed by defendant Janet Reno (pbap) [Entry date 03/18/97] |
| 3/17/97 | 48 | ORDER by Judge William D. Keller  granting  exparte motion to cont disc cut-off until 4/4/97 [41-1] (lc) [Entry date 03/20/97] |
| 3/17/97 | 49 | ORDER by Judge William D. Keller  granting  exparte motion for leave to file memo P&A's in excess of 35 pgs in supprt of dft's S/J mot [43-1] (lc) [Entry date 03/20/97] |
| 3/17/97 | 50 | NOTICE OF MOTION AND MOTION by defendant Janet Reno for summary judgment ; motion hearing set for 3:00 4/7/97 (lc) [Entry date 03/20/97] |
| 3/17/97 | 51 | MEMORANDUM by defendant Janet Reno  in support of motion for summary judgment [50-1] (lc) [Entry date 03/20/97] |
| 3/19/97 | 52 | STIPULATION re disc disputes. (pbap) [Entry date 03/21/97] |
| 3/24/97 | 58 | MINUTES:  status of discovery - telephonic conference held.  Cnsl enter their appearances.  Argument heard. Cnsl are to file a further stip re the scheduling of depos NLT 3/28/97.   by Magistrate Judge Brian Q. Robbins CR: N/A (shb) [Entry date 03/31/97] |
| 3/24/97 | 59 | MINUTES:  Pltf's Mot for P/O - Pltf's Mental Exam Depo. Cnsl enter their apprs.  Argument heard.  For the reasons stated on the record, see attached Order by Discovery Brian Q. Robbins CR: #267 (pbap) [Entry date 04/02/97] |
| 3/24/97 | 60 | ORDER by Discovery Brian Q. Robbins that pltf shll appr at a reasonable ti and place for his depo.  Pltf shall also appear and undergo a mental exam and mental status |

evaluation by dft's expert medical witness; etc. (pbap) [Entry date 04/02/97]

3/25/97 -- LODGED stmt of uncontrv in opposition submitted by plaintiff Isaac A Asberry (FWD TO CRD) (lc) [Entry date 03/27/97]

3/25/97 53 Opp by plaintiff Isaac A Asberry to motion for summary judgment [50-1] (pbap) [Entry date 03/27/97]

3/25/97 54 Obj by plaintiff Isaac A Asberry to evidence proffered by dft in supprt of motion for summary judgment [50-1] (pbap) [Entry date 03/27/97]

3/25/97 56 NTC OF ERRATA by plaintiff Isaac A Asberry to [53-1] (lc) [Entry date 03/28/97]

3/26/97 55 Notice of ERRATA by plaintiff Isaac A Asberry re Opp to dft's mot for S/J. (pbap) [Entry date 03/27/97]

3/27/97 57 NTC AND REQUEST AND ORDER refr settlmt to Mag Judge Robbins by Judge William D. Keller (lc) [Entry date 03/28/97]

3/31/97 -- LODGED/PROPOSED Order (FWD TO CRD) (pbap) [Entry date 04/02/97]

3/31/97 61 DECLARATION of Non-Cooperation of pltf's cnsl with crt ordered stip re disc matters by defendant Janet Reno (pbap) [Entry date 04/07/97]

3/31/97 62 NOTICE of filing orig decl of Sandra White by defendant Janet Reno (pbap) [Entry date 04/07/97]

3/31/97 63 Reply by defendant Janet Reno to pltf's Opp to dft's motion for summary judgment [50-1] (pbap) [Entry date 04/07/97]

4/2/97 -- LODGED/PROPOSED ptc Order (FWD TO CRD) (lc) [Entry date 05/05/97]

4/4/97 64 Objections to evidence proffered by deft i suppt of reply to plf opposition by plaintiff Isaac A Asberry to motion for summary judgment [50-1] (lc) [Entry date 04/07/97]

4/4/97 65 MINUTES: In Chambers: Crt ORD plf to file w/i 7 days of date of this order a discv compliance memo; upon filing of said memo crt will set hrg or issue fur order by Discovery Brian Q. Robbins CR: none (lc) [Entry date 04/07/97]

4/7/97 66 MINUTES: that the motion for summary judgment [50-1] is submitted ;, that the motion for ord grntng lv to amd 2nd A/C adding a cause of actn for disability discrim [42-1] is submitted ; that the motion for ord grntng lv to amd 2nd A/C adding a cause of action for disability discrim [40-1] is submitted ; by Judge William D. Keller CR: David Lee (pbap) [Entry date 04/09/97]

4/8/97 67 2ND DECLARATION of Sara R Robinson re non cooperation of plf cnsl w/crt re discv matters by defendant Janet Reno (lc) [Entry date 04/09/97]

4/8/97 68 MINUTES: GRANT in part DENY in part govt motion for summary judgment [50-1], tentatively denying Asberry motion for ord granting lv to amd A/C adding a cause of actn for disability discrim [42-1], [40-1] by Judge William D. Keller CR: none (lc) [Entry date 04/10/97]

4/9/97   71   Sttlmnt Conf ORDER  by Magistrate Judge Brian Q. Robbins ;
              settlement conference 4:00 5/5/97 (pbap)
              [Entry date 04/14/97]

4/10/97  69   RESPONSE  by plaintiff Isaac A Asberry to Crt's tentative
              ord re mot fr lv to amd 2nd A/C [68-1] (lc)
              [Entry date 04/11/97]

4/11/97  70   RESPONSE  by defendant Janet Reno to crt tentative ord re
              plf mot for lv to file 2nd A/C [68-1] (lc)

4/15/97  72   MINUTES:  denying motion for ord grntng lv to amd 2nd A/C
              adding a cause of actn for disability discrim [42-1].
              Asberry's retaliation claim remains set for trial on
              5/13/97 by Judge William D. Keller  CR: none present (pbap)
              [Entry date 04/18/97]

4/21/97  73   MOTION by defendant Janet Reno in limine to preclude trial
              testimony on emotional/psychological damages by Scott L
              Carder MD (lc) [Entry date 04/23/97]

4/21/97  74   MOTION by defendant Janet Reno in limine to preclude trial
              testimony or documentary evidence re issue of race
              discrimination (lc) [Entry date 04/23/97]

4/21/97  75   MOTION by defendant Janet Reno in limine to preclude trial
              testimony re alleged incidents of discrimination prior to
              Sept 1992 (lc) [Entry date 04/23/97]

4/22/97  --   LODGED jgm  (FWD TO CRD) (pbap) [Entry date 04/24/97]

4/24/97  76   JUDGMENT, ORD, ADJ & DECREED : by Judge William D. Keller
              that jgm be entrd in favor of Dft Janet Reno and against
              plaintiff Isaac A Asberry on Pltf's claims of race
              discrimination and hostile work environment discrimination.
              (ENT 4/25/97)  mld cpy & ntc (pbap) [Entry date 04/25/97]

4/24/97  77   WITNESS list submitted by defendant Janet Reno (lc)
              [Entry date 04/28/97]

4/28/97  78   TRIAL briefs submitted by defendant Janet Reno (lc)
              [Entry date 04/29/97]

4/28/97  79   MINUTES: ; pretrial conference held.  The prop PTC ord
              shall be submitted to the Crt n or before 5/2/97.  Fur PTC
              is set or 5/5/97 at 1:30 p.m.  The partis shall conside
              proceedings to a J/T before the Magistrate Judge and shall
              so inform the Crt at the 5/5/97 fur PTC. by Judge William
              D. Keller  CR: David Lee (pbap) [Entry date 04/30/97]

4/29/97  80   WITNESS list submitted by plaintiff Isaac A Asberry (pbap)
              [Entry date 04/30/97]

4/29/97  81   NOTICE OF MOTION AND MOTION by defendant Janet Reno in
              limine to strike from pltf's wit list names of indvdls not
              prev ID (pbap) [Entry date 05/07/97]

5/5/97   82   Opp by plaintiff Isaac A Asberry to motion in limine to
              preclude trial testimony re alleged incidents of
              discrimination prior to Sept 1992 [75-1] (pbap)
              [Entry date 05/07/97]

5/5/97   83   Opp by plaintiff Isaac A Asberry to motion in limine to
              strike from pltf's wit list names of indvdls not prev ID

|        |     | [81-1] (pbap) [Entry date 05/07/97]                                                                                                                                                                                                                                |
|--------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 5/5/97 | 84  | Opp by plaintiff Isaac A Asberry to motion in limine to preclude trial testimony on emotional/psychological damages by Scott L Carder MD [73-1] (pbap) [Entry date 05/07/97]                                                                                        |
| 5/5/97 | 85  | Suppl WITNESS list submitted by defendant Bureau of Prisons (pbap) [Entry date 05/07/97]                                                                                                                                                                           |
| 5/5/97 | 86  | MINUTES: Fur PTC: The Crt signs the PTC ord, with the striking of #6 at pg 21, line 3. Cnsl shl jntly contact the CRD (213) 894-0924) prior to the sched 5/13/97 trial date re their status/trailing status. Allmots in limine will be heard on the 1st day of trial by Judge William D. Keller CR: David Lee (pbap) [Entry date 05/07/97] |
| 5/5/97 | 87  | PTC ORDER by Judge William D. Keller (pbap) [Entry date 05/07/97]                                                                                                                                                                                                  |
| 5/5/97 | 127 | MINUTES: ; settlement conference held no settlmt reached by Magistrate Judge Brian Q. Robbins CR: tape #279 (1c) [Entry date 06/04/97]                                                                                                                             |
| 5/6/97 | 88  | PROP JURY INSTRUCTIONS submitted by defendant Janet Reno (1c) [Entry date 05/09/97]                                                                                                                                                                                |
| 5/6/97 | 89  | PROP Special verdict form by defendant Janet Reno (1c) [Entry date 05/09/97]                                                                                                                                                                                       |
| 5/8/97 | 90  | EX PARTE APPLICATION by plaintiff Isaac A Asberry to compel depo of Edward Wilson (1c) [Entry date 05/09/97]                                                                                                                                                       |
| 5/8/97 | --  | LODGED/PROPOSED Order (FWD TO CRD) (1c) [Entry date 05/09/97]                                                                                                                                                                                                      |
| 5/8/97 | 92  | OBJECTIONS by defendant Janet Reno to [90-1] (pbap) [Entry date 05/14/97]                                                                                                                                                                                          |
| 5/8/97 | 93  | EXHIBIT list by defendant Bureau of Prisons (pbap) [Entry date 05/14/97]                                                                                                                                                                                           |
| 5/8/97 | 94  | Dft's demand for lodging depos. (pbap) [Entry date 05/14/97]                                                                                                                                                                                                       |
| 5/9/97 | 91  | MINUTES: hearing is vacated and set on exparte motion to compel depo of Edward Wilson [90-1] 4:00 5/23/97 by Magistrate Judge Brian Q. Robbins CR: none (pbap) [Entry date 05/14/97]                                                                               |
| 5/12/97| 95  | EXHIBIT list by plaintiff Isaac A Asberry (pbap) [Entry date 05/14/97]                                                                                                                                                                                             |
| 5/12/97| 96  | Non-cooperation by plaintiff Isaac A Asberry in supprt of pltf's mot to compel the depo of Edward Wilson. (pbap) [Entry date 05/14/97]                                                                                                                            |
| 5/12/97| 97  | Ntc of ERRATA by defendant Janet Reno (pbap) [Entry date 05/14/97]                                                                                                                                                                                                |
| 5/12/97| 98  | Reply by defendant Janet Reno to pltf's Opp to motion in limine to preclude trial testimony re alleged incidents of discrimination prior to Sept 1992 [75-1] (pbap) [Entry date 05/14/97]                                                                         |
| 5/12/97| 99  | Reply by defendant Janet Reno to Opp to motion in limine to strike from pltf's wit list names of indvdls not prev ID                                                                                                                                             |

[81-1] (pbap) [Entry date 05/14/97]

| | | |
|---|---|---|
| 5/12/97 | 100 | NOTICE OF MOTION AND MOTION by defendant Janet Reno in limine to preclude trial test on issue of mental disability by Scott L. Carder, M. D., pltf's medical expert (pbap) [Entry date 05/14/97] |
| 5/12/97 | 101 | Reply by defendant Janet Reno to motion in limine to preclude trial test on issue of mental disability by Scott L. Carder, M. D., pltf's medical expert [100-1] (pbap) [Entry date 05/14/97] |
| 5/12/97 | 103 | Reply by defendant Janet Reno to motion in limine to preclude trial testimony on emotional/psychological damages by Scott L Carder MD [73-1] (pbap) [Entry date 05/15/97] |
| 5/13/97 | 102 | USM Form 285 re subpoena upon Jesse Ash unexecuted. Company is now called" Orig Fabric Selection and is currently vacant.  Returned no service. (pbap) [Entry date 05/15/97] |
| 5/13/97 | 104 | REQUEST by defendant Janet Reno  for Voir Dire Questions (pbap) [Entry date 05/15/97] |
| 5/13/97 | 105 | MINUTES: 1st day J/T contd to 5/14/97 at 8:30 a.m.  by Judge William D. Keller CR: David Lee (pbap) [Entry date 05/16/97] |
| 5/14/97 | 106 | SUPPL EXHIBIT list  by defendant Janet Reno (lc) [Entry date 05/19/97] |
| 5/14/97 | 107 | TRIAL brief re admissibility of MSPB Decision submitted by defendant Janet Reno (lc) [Entry date 05/19/97] |
| 5/14/97 | 109 | BRIEF re admission of merit sys protection board ruling in adverse employement agst Asberry  by plaintiff Isaac A Asberry (lc) [Entry date 05/19/97] |
| 5/15/97 | 108 | SUPPL EXHIBIT list  by plaintiff Isaac A Asberry (lc) [Entry date 05/19/97] |
| 5/15/97 | 111 | MINUTES: J/T 3rd day; matter cont to 5/20/97 9:00 for fur trial by Judge William D. Keller CR: David Lee (lc) [Entry date 05/20/97] |
| 5/16/97 | 110 | SUPPL WITNESS list submitted by plaintiff Isaac A Asberry (lc) [Entry date 05/19/97] |
| 5/20/97 | 112 | Supplemental EXHIBIT list  by plaintiff Isaac A Asberry (el) [Entry date 05/21/97] |
| 5/20/97 | 113 | MINUTES: 4th day jury trial; case contd to 5/21/97 @9:00 for fur trial.  by Judge William D. Keller CR: David Lee (el) [Entry date 05/21/97] |
| 5/21/97 | 114 | MINUTES: 5th Day J/T. Witnesses called, sworn & testified. Exhs Identified/admitted. Plf rests. Cs contd to 5/22/97 at 9:00 by Judge William D. Keller CR: David Lee (lori) [Entry date 05/27/97] |
| 5/21/97 | 115 | MINUTES: 5th J/T. Witnesses called, sworn & testified. Exhs identified/Admitted. Plf rests. Cs contd to 5/22/97 at 9:00; dft's Rule 50(b) mot is den by Judge William D. Keller CR: David Lee (lori) [Entry date 05/27/97] |
| 5/21/97 | 116 | 2nd Suppl EXHIBIT list by defendant Bureau of Prisons (lori) |

[Entry date 05/27/97]

5/22/97  117    TRIAL briefs re jury instr concerning burden of proof
                submitted by defendant Janet Reno (lori)
                [Entry date 05/27/97] [Edit date 05/27/97]

5/22/97  118    BRIEF on prop Jury Instrs by plaintiff Isaac A Asberry (lori)
                [Entry date 05/27/97] [Edit date 05/27/97]

5/22/97  119    MINUTES: 6th Day J/T. Witnesses called, sworn & testified.
                Exhs identified/admitted. Cs contd to 5/23/97 at 9:00 by
                Judge William D. Keller CR: David Lee (lori)
                [Entry date 05/27/97]

5/23/97  120    MINUTES: 7th Day J/T. Witnesses called, sworn & testified.
                Exhs identified/admitted. Cs contd to 5/27/97 at 9:00 by
                Judge William D. Keller CR: David Lee (lori)
                [Entry date 05/27/97]

5/23/97  121    SUPPLEMENT req Jury Instrs by defendant Janet Reno (lori)
                [Entry date 05/27/97]

5/27/97  123    MINUTES: J/T 8th day;  matter cont to 5/28/97 9:30 fr fur
                trial by Judge William D. Keller CR: David Lee (lc)
                [Entry date 05/30/97] [Edit date 05/30/97]

5/28/97  122    BRIEF re emotional distress damages sought as result of
                events wh occured prior to 11/21/91 by plaintiff Isaac A
                Asberry (lc) [Entry date 05/30/97]

5/28/97  124    MINUTES: J/T 9th day; closing argmts; matter cont to
                5/29/97 for fur trial by Judge William D. Keller CR: David
                Lee (lc) [Entry date 05/30/97]

5/28/97  125    PROPOSED JT REQUEST JURY INSTRUCTIONS (lc)
                [Entry date 05/30/97]

5/28/97  126    PROPOSED JT REQUESTED JURY INSTRUCTIONS (w/footnotes) (lc)
                [Entry date 05/30/97]

5/28/97  128    SPECIAL VERDICT FORM (lc) [Entry date 06/04/97]

5/28/97  135    LIST OF EXHIBITS AND WITNESSES (lc) [Entry date 06/04/97]

5/28/97  137    FILED TRIAL WITNESS list submitted by plaintiff Isaac A
                Asberry (lc) [Entry date 06/04/97]

5/28/97  138    FILED TRIAL WITNESS list submitted by plaintiff Isaac A
                Asberry (lc) [Entry date 06/04/97]

5/28/97  139    FILED TRIAL EXHIBIT list  by plaintiff Isaac A Asberry (lc)
                [Entry date 06/04/97]

5/28/97  140    FILED SUPPL TRIAL EXHIBIT list  by plaintiff Isaac A
                Asberry (lc) [Entry date 06/04/97]

5/28/97  141    FILED TRIAL EXHIBIT list  by defendant Bureau of Prisons (lc)
                [Entry date 06/05/97]

5/28/97  142    FILED TRIAL SUPPL EXHIBIT list  by defendant Janet Reno (lc)
                [Entry date 06/05/97]

5/28/97  143    FILED 2ND SUPPL TRIAL EXHIBIT list  by defendant Bureau of
                Prisons (lc) [Entry date 06/05/97]

| 5/28/97 | 144 | FILED TRIAL WITNESS list submitted by defendant Janet Reno (lc) [Entry date 06/05/97] |

5/29/97   129   MINUTES: ; jury trial 10th day held 5/29/97 jury deliberates, retns and jury verdict in fvr of plf ; jury polled, jury notes fld by Judge William D. Keller CR: David Lee (lc) [Entry date 06/04/97]

5/29/97   130   VERDICT for plaintiff Isaac A Asberry against defendant (lc) [Entry date 06/04/97]

5/29/97   131   JURY NOTES #1 filed (lc) [Entry date 06/04/97]

5/29/97   132   JURY NOTES #2 filed (lc) [Entry date 06/04/97]

5/29/97   133   JURY PANEL CONTROL SHEET (lc) [Entry date 06/04/97]

5/29/97   134   JURY SEATING CHART (lc) [Entry date 06/04/97]

5/29/97   136   FILED JURY INSTRUCTIONS submitted (lc) [Entry date 06/04/97]

5/30/97   145   MINUTES: Crt ORD deft rule 50(b) mot denied; crt finds for deft on question of liability; deft shl subm prop findings of fact and concl of law and prop jdmt and be subm to crt by 6/4/97; deft shl subm briefing on issues of remitter of damages awards made in ans to spec verdict form questions 5,6,& 7; defts brief shl not exd 15 pages and be fld by 6/2/97; plf resp be fld by 6/4/97 and not excd 15 pages; plf shl subm bills reflecting atty fees w/stmt of reg hr billing rate of ea working atty; plf shl also subm br not excd 6 pgs addressing whether plf cnsl may receive both contigency fee and atty fees und title VII to be fld and fax filed w/cnsl for deft by 6/4/97 at 3:00; defts rep also not to excd 6 pgs and be fld and fax-filed w/cnsl for plf by 6/6/97 3:00 and ; IN COURT HEARING RE: post trial briefing set on 8:00 6/10/97 by Judge William D. Keller CR: none (lc) [Entry date 06/05/97]

6/2/97   146   EX PARTE APPLICATION filed by defendant Janet Reno to continue post trial briefing and cont hrg fr 7 days (lc) [Entry date 06/05/97]

6/2/97   147   ORDER by Judge William D. Keller granting exparte motion to continue post trial briefing and cont hrg [146-1] plf brief on atty fees remains 6/6/97; defts ans brief on atty fees due 6/13/97; deft br on remittitur issue due 6/11/97; plf ans brief on remittitur due 6/13/97 ; IN COURT HEARING RE: post trial br re atty fees & remittur reset on 10:30 6/17/97 (lc) [Entry date 06/05/97]

6/6/97   148   MEMORANDUM by plaintiff Isaac A Asberry in support of pltf' mot for award of reasonable attys fees; decl of Robert M. Ball etc. (pbap) [Entry date 06/09/97]

6/6/97   149   Decl of Loyst P. Fletcher by plaintiff Isaac A Asberry in supprt of pltf's mot for atty's fees. (pbap) [Entry date 06/09/97]

6/6/97   150   Decl of Robert M. Ball by plaintiff Isaac A Asberry in Supprt of pltf's mot for atty's fees. (pbap) [Entry date 06/09/97]

6/6/97   151   Decl of Kwasi Asiedu by plaintiff Isaac A Asberry in supprt of mot for award of statutory attys fees. (pbap) [Entry date 06/09/97]

| | | |
|---|---|---|
| 6/9/97 | 152 | RECEIPT OF TRANSCRIPT of proceedings for the following date(s): 5/23/97 (Re: )  CR: Deborah Parker (ghap) [Entry date 06/11/97] |
| 6/9/97 | 153 | TRANSCRIPT filed  for proceedings held on 5/23/97 (ghap) [Entry date 06/11/97] [Edit date 07/24/97] |
| 6/11/97 | 154 | NOTICE of lodging rptr transcript of 4/7/97 by defendant Janet Reno   (transcript is attached) (lc) [Entry date 06/12/97] [Edit date 07/24/97] |
| 6/11/97 | 155 | NOTICE OF MOTION AND MOTION by defendant Janet Reno for remittitur of verdict ; motion hearing set for 10:30 6/17/97 (lc) [Entry date 06/12/97] [Edit date 07/24/97] |
| 6/11/97 | 156 | RENEWED MOTION by defendant Janet Reno for judgment as a matter of law, for judgment nothwithstanding the jury's verdict, alter for new trial (pbap) [Entry date 06/13/97] [Edit date 07/24/97] |
| 6/12/97 | 157 | NOTICE OF DISCREPANCY AND ORDER  by Judge William D. Keller that dft's Renwed Mot for Jgm rcvd on 6/11/97 is to be filed and processed. (pbap) [Entry date 06/13/97] [Edit date 07/24/97] |
| 6/13/97 | 158 | Excerpts of transcript in suppt of mots for NJNOV, new trial and remittitur by defendant Janet Reno (lc) [Entry date 06/17/97] [Edit date 07/24/97] |
| 6/16/97 | 159 | MINUTES: Crt ORD matters prev set for 6/17/97 [1535-1] are recal to 10:00 6/19/97; plf opp re remittitur, defts opp re atty fees and defts prop findings of fact and cncl of alw and prop jdmt shl be fld nlt 5 pm 6/17/97 w/courtesy copys to chambers on same date by Judge William D. Keller CR: none (lc) [Entry date 06/17/97] [Edit date 07/24/97] |
| 6/17/97 | 160 | Excerpts of transcripts by plaintiff Isaac A Asberry in supprt of Opp to motion for remittitur of verdict [155-1] (pbap) [Entry date 06/19/97] [Edit date 07/24/97] |
| 6/17/97 | 161 | Opp by plaintiff Isaac A Asberry to motion for remittitur of verdict [155-1] (pbap) [Entry date 06/19/97] [Edit date 07/24/97] |
| 6/17/97 | 162 | Opp by defendant Janet Reno to pltfs' mot for Atty's Fees and Costs. (pbap) [Entry date 06/24/97] [Edit date 07/24/97] |
| 6/17/97 | 163 | Opp by defendant Janet Reno to pltf's mot for conteingency fees multiplier memo P&A's in opp to contingency fee multiplier. (pbap) [Entry date 06/24/97] [Edit date 07/24/97] |
| 6/17/97 | 164 | Opposition to plf bill of cost by defendant Janet Reno to motion for remittitur of verdict [155-1] (lc) [Entry date 06/26/97] [Edit date 07/24/97] |
| 6/19/97 | 165 | FINDINGS of fact and conclusions of law re pltf's realiation claims for events pre-dating November 21, 1991 by Judge William D. Keller (pbap) [Entry date 06/24/97] [Edit date 07/24/97] |
| 6/20/97 | 166 | MINUTES:  denying motion for judgment as a matter of law [156-1].  The Crt has announced its intention to grnt the |

|  |  | Government's Mot for New Trial or Remittitur.  The Crt informed Pltf that it will remit the folowing sums: (a) the jury's award of $120,000 in future medical expensis is remitted in its entirety; (b) the jury's award of $106,800 for past lost earnings is reduced to $62,552; and (c) the jury's award of $253,200 in future lost earnings is reduced to $136,103.  The prties are ord to confer re sttlmnt and to submit a jnt status rpt by Friday, 6/27/97.  If the prties do not settle, Pltf is ord to submit a brief, also by Friday, 6/27/97, stating whether Pltf accepts the remittitur or requests a new trial.  The Crt will rule on Pltf's req for atty's fees and costs, if necessary, after rcpt of Pltf's June 27 brief by Judge William D. Keller. CR: none present (pbap) [Entry date 06/26/97] [Edit date 07/24/97] |
|---|---|---|
| 7/3/97 | 167 | Jnt STIPULATION and ORDER  by Judge William D. Keller that the ti w/n which they are required to submit a jnt status rpt concerning outstanding stlmnt matters be extd, thr and incl Thursday, 7/3/97.  The prties hv agreed that the jgm, and all attys' fees and costs will be settled for the total sum of $280,000. (pbap) [Entry date 07/10/97] [Edit date 07/24/97] |
| 7/23/97 | 168 | STIPULATION and ORDER  for settlmt and dism of actn w/prej by Judge William D. Keller (ENT 7/24/97) mld cpy AUSA (lc) [Entry date 07/24/97] |
| 7/23/97 | 169 | JUDGMENT: Purs to stip for settlmt and dism of actn , actn is dism w/prej by Judge William D. Keller . terminating case (ENT 7/24/97) mld cpy AUSA  MD JS-6 (lc) [Entry date 07/24/97] |
| 7/23/97 | 170 | RECEIPT OF TRANSCRIPT of proceedings for the following date(s): 5/22/97;5/27/97;5/28/97;5/29/97 (Re: )  CR: Daivd M. Lee. (ghap) [Entry date 07/28/97] |
| 7/23/97 | 171 | TRANSCRIPT filed  for proceedings held on 5/22/97 (ghap) [Entry date 07/28/97] |
| 7/23/97 | 172 | TRANSCRIPT filed  for proceedings held on 5/27/97 (ghap) [Entry date 07/28/97] |
| 7/23/97 | 173 | TRANSCRIPT filed  for proceedings held on 5/28/97 (ghap) [Entry date 07/28/97] |
| 7/23/97 | 174 | TRANSCRIPT filed  for proceedings held on 5/29/97 (ghap) [Entry date 07/28/97] |
| 7/23/97 | 175 | RECEIPT OF TRANSCRIPT of proceedings for the following date(s): 5/14/97;5/15/97;5/20/97;5/21/97 (Re: )  CR: David M. Lee. (ghap) [Entry date 07/28/97] |
| 7/23/97 | 176 | TRANSCRIPT filed  for proceedings held on 5/21/97 (ghap) [Entry date 07/28/97] |
| 7/23/97 | 177 | TRANSCRIPT filed  for proceedings held on 5/20/97 (ghap) [Entry date 07/28/97] |
| 7/23/97 | 178 | TRANSCRIPT filed  for proceedings held on 5/15/97 (ghap) [Entry date 07/28/97] |
| 7/23/97 | 179 | TRANSCRIPT filed  for proceedings held on 5/14/97 (ghap) [Entry date 07/28/97] |

```
10/29/97 180    RECEIPT AND FULL SATISFACTION OF JDMT (in total amt of
                $280,000.00 ) & ORDER thereon by Judge William D. Keller
                (ENT 10/31/97) mld cpys AUSA (lc) [Entry date 10/31/97]
```

Case Flags:
TERMED

END OF DOCKET: 2:95cv8020

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/08/2001 11:23:48 | | | |
| PACER Login: | fb0064 | Client Code: | rjb-asberry |
| Description: | docket report | Search Criteria: | 2:95cv08020 |
| Billable Pages: | 17 | Cost: | 1.19 |