

U.S. Department of Justice

Federal Bureau of Prisons

OCT 3 0 2007

_____

*Washington, DC 20534*

James Klimaski
Klimaski & Associates, PC
1625 Massachusetts Ave, NW
Suite 500
Washington, DC 20036-2001

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOI/Privacy Office

RE:  Request for Information, FOIA Request No. 2003-08557

**Prison Legal News v. Harley G. Lappin, Director, Federal
Bureau of Prisons**, Civil Action No.: 05-1812(RBW)

Dear Mr. Klimaski:

This is in further response to the Freedom of Information
Act request and Civil Action filed for a copy of the following
information:

"a copy of all documents showing all money paid by the BOP for
lawsuits and claims against it.  This is all funds paid out to
claimants/litigants between January 1, 1996 through and including
July 31, 2003.  I am requesting a copy of the verdict, settlement
or claim in each case showing the dollar amount paid, the
identity of the plaintiff/claimant and the legal identifying
information for each lawsuit or claim or attorney fee award.  I
am also requesting a copy of the complaint (if it was a lawsuit)
or the claim (if it was not) in each incident which describes the
facts underlying each lawsuit and claim."

This is the sixth and final release of the documents that
have been determined to be responsive to this request.  The five
previous releases were made on May 4, 2007, May 25, 2007,
July 30, 2007, August 17, 2007, and October 15, 2007, and were
provided via e-mail and in electronic format (cd).  This final
release will also be made via electronic format (cd).  This final
release contains responsive documents from the Bureau of Prisons
Labor Management Relations Branch and Labor Law Branch.

The total amount of pages of information being released at
this time are **4474** pages.  After a careful review, it has been
determined the **4474** pages of information will be released and
redacted in the following manner:

Page 2
Prison Legal News
FOIA Request Number 2003-08557

1.  Labor Management Relations Branch: **2181** pages of documents were found in response to this request of which **2108** pages will be released to you in their entirety; however, portions of the remaining **73** pages are being redacted pursuant to 5 U.S.C. §552(b)(6).

2.  Labor Law Branch: **2293** pages of documents were found in response to this request of which **2271** pages will be released to you in their entirety; however, portions of the remaining **22** pages are being redacted pursuant to 5 U.S.C. §552(b)(6).

    Exemption (b)(6) exempts personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

    Pursuant to 28 C.F.R. §16.9, this partial denial may be appealed to the Attorney General by filing a written appeal within sixty days of the date of the letter denying this request. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530.**  Both the envelope and the letter of appeal itself must be clearly marked:  **"Freedom of Information Act Appeal.**

    With this response, you have received a total of **11,461** pages of documents in response to this request/civil action.  We trust this information is of assistance to you.  If you have any questions or concerns please contact Wilson J. Moorer, Paralegal at 202-353-4879.

                                        Sincerely,


                                        Wilson J. Moorer, Paralegal
                                        Wanda M. Hunt
                                        Chief, FOIA/PA Section


Enclosures: **4474** pages
via cd

cc:  File