Jun-28-02 03:39P                                                                                              P.14
Sep 10 01 01:37p        AFGE Lo  1 2001                    609-723-      35                                   p.7

# UMDNJ
**NEW JERSEY**

University of Medicine & Dentistry of New Jersey
School of Osteopathic Medicine

DEPARTMENT OF PSYCHIATRY

3250 Chapel Avenue W 1st floor - Suite 100                                          (856) 482-9000
Cherry Hill, NJ 08002-2000                                                          Fax: (856) 482-3159

(b)(6)

(b)(6)

The University is an affirmative action/equal opportunity employer

## PSYCHIATRIC EVALUATION

Patient Name: LEWIS, PATRICIA
Date of Evaluation: 05/31/2001

Continued



(b)(6)

Page 2

**PSYCHIATRIC EVALUATION**

Patient Name: LEWIS, PATRICIA
Date of Evaluation: 05/31/2001

Continued



(b)(6)

Page 3

**PSYCHIATRIC EVALUATION**

Patient Name: LEWIS, PATRICIA
Date of Evaluation: 05/31/2001

Continued



(b)(6)

Page 4

PSYCHIATRIC EVALUATION

Patient Name: LEWIS, PATRICIA
Date of Evaluation: 05/31/2001

Continued



Page 5

## PSYCHIATRIC EVALUATION

Patient Name: LEWIS, PATRICIA
Date of Evaluation: 05/31/2001

Continued

(b)(6)

(b)(6)

*James J. Rogers, D.O.*

MKDQ36
DD: 07/11/2001 11:34
DT: 07/11/2001 11:33
#285646

rp 07/12/2001

Page 6