IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL** )<br>**BUREAU OF PRISONS** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1812 (RBW) |

### DEFENDANT'S CONSENT MOTION TO AMEND BRIEFING SCHEDULE

Defendant, with the consent of Plaintiff's counsel, respectfully moves this Court to amend the briefing schedule by which the parties are to file their respective pleadings as follows:

| | Current Due Date | **Proposed Due Date** |
|---|---|---|
| Defendant's Opposition & Cross Motion: | Fri. May 9, 2008 | Tues. June 10, 2008 |
| Plaintiff's Reply & Opposition: | Fri. May 30, 2008 | Tues. June 30, 2008 |
| Defendant's Reply Brief: | Fri, June 20, 2008 | Tues. July 21, 2008 |

Due to litigation in other matters, including the preparation and trial in <u>Rafi v. Leavitt</u>, Civil Action No. 02-2356 (JR), and the scheduling demands of the agency representative, defendant has been unable to complete the Opposition and Cross-Motion. The additional time will allow Counsel and the agency representative an opportunity to complete their discussions and coordination for the filing of the Opposition and Cross-Motion.

Accordingly, it is respectfully requested that the Court allow the amendment of the dates listed herein.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224