IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1812 (RBW) |
| ) | |
| HARLEY G. LAPPIN, DIRECTOR, FEDERAL ) | |
| BUREAU OF PRISONS ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION TO AMEND BRIEFING SCHEDULE**

Defendant, with the consent of Plaintiff's counsel, respectfully moves this Court to amend the briefing schedule by which the parties are to file their respective pleadings as follows:

| | Current Due Date | **Proposed Due Date** |
|---|---|---|
| Defendant's Opposition & Cross Motion: | Tues. June 10, 2008 | Tues. June 30, 2008 |
| Plaintiff's Reply & Opposition: | Tues. June 30, 2008 | Tues. July 21, 2008 |
| Defendant's Reply Brief: | Tues. July 21, 2008 | Mon. August 11, 2008 |

Due to the scheduling demands of the agency representative preparing the declaration to support defendant's Opposition and Cross-Motion, counsel has not received the agency declaration. Once the declaration is received, counsel will be able to complete the coordination and discussion with the agency for the filing of defendant's motion. Although the undersigned counsel made attempts to contact counsel for plaintiff to determine his position on this motion she was unable to reach him by the time of this filing. The undersigned counsel notes that plaintiff has requested and received three consented extensions to date on this matter.

Accordingly, it is respectfully requested that the Court allow the amendment of the dates listed herein.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        /s/
        WYNEVA JOHNSON, D.C. Bar #278515
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W., Civil Division
        Washington, D.C. 20530
        (202) 514-7224