IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HARLEY G. LAPPIN, DIRECTOR, FEDERAL** )<br>**BUREAU OF PRISONS** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1812 (RBW) |

**DEFENDANT'S CONSENT MOTION TO AMEND BRIEFING SCHEDULE**

Defendant, with the consent of Plaintiff's counsel, respectfully moves this Court to amend the briefing schedule by which the parties are to file their respective pleadings as follows:

|  | Current Due Date | **Proposed Due Date** |
|---|---|---|
| Defendant's Opposition & Cross Motion: | Tues. June 30, 2008 | Mon. July 14, 2008 |
| Plaintiff's Reply & Opposition: | Tues. July 21, 2008 | Mon. August 4, 2008 |
| Defendant's Reply Brief: | Mon. August 11, 2008 | Mon. August 25, 2008 |

Although the agency has prepared a declaration in this action, the undersigned counsel has not yet completed discussions with the declarant to finalize that declaration, due to the scheduled absence of the agency declarant until July 4, 2008. Undersigned counsel will be on scheduled leave from July 1 - July 8, 2008. Upon her return, counsel will be able to complete the coordination and discussion with the agency for the filing of defendant's motion. Counsel for plaintiff consents to the filing of this motion.

Accordingly, it is respectfully requested that the Court allow the amendment of the dates listed herein.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224