IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1812 (RBW) |
| ) | |
| HARLEY G. LAPPIN, DIRECTOR, FEDERAL ) | |
| BUREAU OF PRISONS ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION OF Defendant's Consent Motion To Amend the Briefing Schedule, and for good cause shown, it is hereby

ORDERED that Defendant's Consent Motion should be, and is hereby, Granted, and the Briefing Schedule is amended as set forth below:

| | |
|---|---|
| Defendant's Opposition & Cross Motion: | Mon. July 14, 2008 |
| Plaintiff's Reply & Opposition: | Mon. August 4, 2008 |
| Defendant's Reply Brief: | Mon. August 25, 2008 |

_____
UNITED STATES DISTRICT JUDGE