UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1812 (RBW) |
| **HARLEY G. LAPPIN, DIRECTOR,** | ) |
| **FEDERAL BUREAU OF PRISONS** | ) |
| Defendant. | ) |

### ORDER

This matter comes before the Court on Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion For Summary Judgment. Upon consideration of the Motion, the opposition, the reply, and the entire record herein, it is by the Court this ____ day of _____, 2008 hereby

ORDERED , that plainitff's motion for Summary Judgment is hereby DENIED; and it is further

ORDERED that Defendant's Cross Motion for Summary Judgment is hereby GRANTED; and it is further

ORDERED that the above captioned matter is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE