UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

        v.                                         Civil Action No. 05-1812 (RBW)

Harley G. Lappin, Director,
FEDERAL BUREAU OF PRISONS,

    Defendant.

## CONSENT MOTION TO AMEND BREIFING SCHEDULE

Plaintiff Prison Legal News (PLN), through counsel, respectfully submits this consent motion to extend the briefing schedule in this case by three weeks. An extension is justified to allow Plaintiff sufficient time to investigate claims made by the Defendants in their Opposition and Cross Motion, and to obtain any affidavits needed to challenge those claims.

In support of this motion PLN states:

1. The current briefing schedule requires PLN to submit an opposition and reply brief by August 4, 2008.

2. Defendant's opposition and cross motion for summary judgment contained claims that the Defendant was not able to find certain documents. PLN believes that evidence exists that will contradict these claims. However PLN has not yet been able to complete investigation of this information.

3. Additional time is needed to complete PLN's investigation. PLN believes the requested time will allow sufficient time to do so.

4. The parties have consulted and agreed to the following briefing schedule:

    Plaintiff's Reply and Opposition:                      August 25, 2008

    Defendant's Reply Brief                                September 15, 2008

5. No party will be prejudiced by this extension. A proposed order accompanies this motion.

6. On July 31, 2008, counsel for the Plaintiff contacted counsel for the Agency to discuss this matter. Counsel for the Agency has consented to this motion.

## CONCLUSION

For the above-stated reasons, this motion should be granted.

Date: August 3, 2008                      _____/s/_____
                                          Edward J. Elder, Esq.
                                          Bar No. 460588
                                          1335 Taylor Street, NW
                                          Washington, DC 20011
                                          Phone: (202) 213-7240
                                          Fax: (703) 519-0311
                                          edelder@mindspring.com

                                          Counsel for Plaintiff