UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

       v.                                                    Civil Action No. 05-1812 (RBW)

Harley G. Lappin, Director,
FEDERAL BUREAU OF PRISONS,

    Defendant.

## ORDER

After consideration of Plaintiff's Consent Motion to Amend Briefing Schedule, it is hereby ORDERED:

That the Motion is GRANTED, and

The following amendments to the briefing schedule are entered:

Plaintiff's Reply and Opposition:                  August 25, 2008

Defendant's Reply Brief                             September 15, 2008

_____                     _____
Date                                                  Honorable Reggie B. Walton
                                                     United States District Judge