UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Prison Legal News,<br><br>    Plaintiff,<br><br>        v.<br><br>Harley G. Lappin, Director,<br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | Civil Action No. 05-1812 (RBW) |

## CONSENT MOTION TO AMEND BREIFING SCHEDULE

Plaintiff Prison Legal News (PLN), through counsel, respectfully submits this consent motion to extend the briefing schedule in this case by two weeks. An extension is justified because Plaintiff's counsel has unexpectedly been assigned additional responsibilities that have prevented him from meeting the current briefing schedule.

Defendant's counsel has been consulted. The parties have agreed to an amended briefing schedule. A proposed order accompanies this motion.

In support of this motion PLN states:

1. The current briefing schedule requires PLN to submit an opposition and reply to the Defendant's cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment by August 4, 2008. The briefing schedule also sets dates for oppositions, replies and cross motions.

2. On August 3, 2008, Plaintiff's Counsel requested an amendment to the briefing schedule in this case. This amendment required Plaintiff submit an opposition and reply by August 25, 2008. This Court has not yet acted on Plaintiff's request.

3. In the last three weeks Plaintiff's counsel has been given responsibility for contract negotiations between one of his union's locals and the United States Navy. This

unexpected responsibility prevented Plaintiff's counsel from completing the reply and opposition prior to the requested August 25, 2008, deadline.

4. Plaintiff's Counsel is almost finished with the reply and opposition. However he requires an additional two weeks to ensure he can complete this pleading.

5. The parties have consulted and agreed to the following amended briefing schedule:

Plaintiff's Reply and Opposition:             September 8, 2008

Defendant's Reply Brief                        September 29, 2008

6. Granting this motion will allow PLN the time to completely and competently present its case.

7. No party will be prejudiced by this extension.

8. On September 25, 2008, counsel for the Plaintiff contacted counsel for the Agency to discuss this matter. Counsel for the Agency has consented to this motion.

### CONCLUSION

For the above-stated reasons, this motion should be granted.

Date: August 25, 2008                         _____/s/_____
                                              Edward J. Elder, Esq.
                                              Bar No. 460588
                                              1335 Taylor Street, NW
                                              Washington, DC 20011
                                              Phone: (202) 213-7240
                                              Fax: (703) 519-0311
                                              edelder@mindspring.com

                                              Counsel for Plaintiff