## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Prison Legal News, <br><br> Plaintiff, <br><br> v. <br><br> Harley G. Lappin, Director, <br> FEDERAL BUREAU OF PRISONS, <br><br> Defendant. | Civil Action No. 05-1812 (RBW) |

### **ORDER**

After consideration of Plaintiff's Consent Motion to Amend Briefing Schedule, it is hereby ORDERED:

That the Motion is GRANTED, and

The following briefing schedule is entered:

| | |
|---|---|
| Plaintiff's Reply and Opposition: | September 8, 2008 |
| Defendant's Reply Brief | September 29, 2008 |

_____         _____
Date                                                                Honorable Reggie B. Walton
                                                                           United States District Judge