UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

        v.                                    Civil Action No. 05-1812 (RBW)

Harley G. Lappin, Director,
FEDERAL BUREAU OF PRISONS,

    Defendant.

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO MATERIAL ISSUE**

Plaintiff Prison Legal News (PLN), through counsel, respectfully submits this statement in opposition to the BOP's Statement of Material Facts As To Which There Is No Genuine Issue And Opposition To Plaintiff's Statement Of Material Facts. PLN disputes the following BOP statements:

Paragraph 11.

This paragraph characterizes the redacted information as privileged attorney-client communications. Whether the communications contained in these documents are privileged is a matter of law to be decided by the Court in this case. PLN does not dispute other portions of this paragraph.

Paragraph 25.

PLN contests the conclusions of law related to the propriety of the BOP's redactions that are the subject of PLN's and BOP's cross motions for summary judgment. PLN does not dispute that it provided examples of each of the kinds of redactions taken by the BOP. PLN also does not dispute the content of the redactions described in this paragraph.

Paragraph 26.

PLN contests the BOP's statement that the BOP's redactions were taken in accordance with 5 U.S.C. §§552(b)(2)Low; (b)(5); (b)(6); and (b)(7)(C). These are conclusions of law subject to the decisions of the Court in this case.

Paragraph 28.

PLN contests the claim that the BOP has provided all information responsive to plaintiff's request, and taken redactions in accordance with the claimed exemptions. These are findings of fact and conclusions of law subject to the decision of the Court in this case.

Paragraph 29.

PLN contests the statement that no reasonably segregable portions of the released documents were withheld. This is a finding of fact or conclusion of law subject to the decision of the Court in this case.

Respectfully submitted,

Date: September 8, 2008                    _____/s/_____
Edward J. Elder, Esq.
1335 Taylor Street, NW
Washington, DC 20011
Phone: (202) 213-7240
Fax: (703) 519-0311
edelder@mindspring.com

Counsel for Plaintiff