UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prison Legal News,

    Plaintiff,

        v.

Harley G. Lappin, Director,
FEDERAL BUREAU OF PRISONS,

    Defendant.

Civil Action No. 05-1812 (RBW)

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Judgment, the Defendant's Cross Motion for Summary Judgment and all oppositions and replies, it is hereby ORDERED:

The Defendant's Motion is DENIED, and;

the Plaintiff's Motion is GRANTED, and;

1. The Defendants must provide complete and unredacted copies of all previously disclosed documents within 30 days of the date of this order, and

2. The Defendants must search for and produce copies of all records identified by the Plaintiffs as incomplete within 30 days of the date any incomplete records are identified by the Plaintiff.

_____        _____
Date                                              Honorable Reggie B. Walton
                                                     United States District Judge