

**U.S. Department of Justice**

Federal Bureau of Prisons

---

Western Regional Office
7950 Dublin Boulevard, Third Floor
Dublin, California 94568

**VIA CERTIFIED MAIL**

(b)(6), (b)(7)c

(b)(6), (b)(7)c

DEC 18 2000

Re:     Administrative Claim No. TRT-WXR-2001–03108

Dear (b)(7)c
(b)(7)c

This is in response to the administrative claim submitted to this office under the provisions of the Civilian Employees Claims Act, 31 U.S.C. 3721.  You seek compensation for damage to your automobile as a result of events at the Federal Correctional Institution (FCI), Phoenix, Arizona, on or about September 25, 2000.  You state you opened a gate to the firing range and in so doing, the gate struck and scratched the hood of your automobile.  You have submitted two repair estimates.

Your claim has been considered under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, <u>et seq</u>. and based upon our investigation we are prepared to offer you an amount of $397.08 which represents the lesser vehicle repair estimate.

If you are willing to accept this offer, please sign and date Section B of the enclosed voucher.  If you have a savings or checking account into which you wish to have the monies deposited, please complete Section A7 in its entirety.  Also, please provide your social security number in Section A5.  When completed, please mail the voucher to this office for further processing.

If you decline this offer, you are afforded six months from the date of the mailing of this letter via certified mail within which to bring suit in the appropriate United States District Court.

Sincerely,

Harlan W. Penn

Harlan W. Penn
Regional Counsel

HWP/rjb

cc:     Stephen F. Pontesso, Warden
        FCI Phoenix, Arizona

**U.S. Department of Justice**

**Employee Claim for Loss or Damage to Personal Property**
*(Submit in Triplicate)*

---

### Guidance to Claimant

Items 1–11 of this form must be fully completed and signed by the claimant. Item 12 must be completed by the official who authorized the use of the articles for which the claim is submitted. Item 13 must be completed by the designated reviewing official. Item 14 must be completed by the official authorized to approve payment. Items 15–18 are reserved for accounting use.

Failure to provide complete and accurate information may result in the forfeiture of the claim, and a maximum fine of $10,000 or imprisonment for five years or both. 28 U.S.C.2514; 18 U.S.C. 287, *id.* 1001.

---

### Claim For Damage to or Loss of Personal Property Incident to Service or Employment

| | |
|---|---|
| 1. Name of Claimant<br>(b)(7)c | 2. Position of Claimant<br>Clerk Typist |
| 3. Address of Claimant *(Include Zip Code)*<br>(b)(6) | 4. Office Where Employed/Telephone No.<br>Federal Correctional Institution (623)465-9757 |
| | 5. Location of Office *(at Time of Incident)*<br>Federal Correctional Institution<br>Staff Training Center |
| 6. Social Security No. | 7. Location Where Loss or Damage Occurred<br>FCI Phx Staff Training Center/Firing Range | 8. Date of Loss or Damage<br>September 25, 2000 |

RECEIVED
OCT 18 2000
LEGAL Regional Office

**9. Facts and Circumstances of the Incident** *(State facts in detail, use additional sheet if necessary.)*

I was entering the staff training center area when I noticed the gate entering into the firing range had not been opened. It is the morning watch officers responsibility to open this gate. Due to the fact that other individuals were arriving to use the firing range I opened the gate. Upon releasing the gate it open wide enough to scratch the hood of my automobile.

The above incident accured approximately at 7:20 a.m.

---

**10. Affirmations and Claimant Certification:**

| | YES | NO |
|---|---|---|
| a. Was the damage or loss for which claim is made caused in whole or in part by any negligence or wrongful act on your part, your agent's part, or another employee's part? | | X |
| b. Have you recovered any of the property or has any of it been replaced by the Government? | | X |
| c. Do you have private insurance?<br>If answer to c. is "YES", is all correspondence with your insurer, including a copy of your demand for reimbursement, attached? | | X |
| d. Has a demand been made against the common carrier or warehouseman involved?<br>If answer to d. is "YES", is all correspondence with carrier or warehouseman attached, including a copy of the demand for reimbursement? | | X |
| e. Were any of the claimed items Government property? If answer is "YES", then so indicate on Form DOJ-110A *(Schedule of Property)*. | | X |
| f. Was any portion of property claimed, acquired, or held for sale or disposition by commercial transactions, or for use in a private profession or business enterprise? | | X |

g. If any of the property for which claim is made is later recovered, I agree to give written notice to the office paying this claim.

h. All documents required are attached hereto, and a detailed list of the property is set forth on Form DOJ-110A and made a part of this statement.

i. I hereby assign to the United States, to the extent of any payment on this claim accepted by me, all my right, title, and interest in and to any claim I have against any carrier, insurer, or other party arising out of the above described incident and will, upon request, furnish such evidence as may be required to enable the United States to enforce such claim.

j. I further authorize the United States to withhold from my pay or accounts for any payments made to me by a carrier, insurer, or other party when I am also reimbursed by the United States and for any payments made by the United States in reliance on the information contained herein which thereafter is determined to be incorrect or untrue.

k. I hereby authorize my insurer to release any information to the United States regarding insurance coverage I have for this loss.

[(b)(7)c] ...ited States for loss or damage now claimed. *...on additional sheet and attach hereto.)*

(b)(7)c

Sept 29 00
Date

---

**11. Amount of Claim (In U.S. Money Taken from Form DOJ-110A)**

| | |
|---|---|
| Amount of Loss/Damage | $613.78 |
| Less: Insurance Collected or Collectible | |
| Total Amount Claimed | $613.78 |

PREVIOUS EDITIONS OBSOLETE

FORM DOJ-110
APR 84

**U.S. Department of Justice**

**Schedule of Property**

Page _____ of _____ Pages

Claimant

| Line No. | Description of Article (Include trade mark, brand name, model, year of manufacture and size) | Nature and Extent of Damage (Describe in detail how damaged. If lost, indicate missing) | Date of Purchase or Acquisition (Month/year) | Value of Item (Less salvage or scrap) | Depreciation (per table) % | Accumulated Amount | Maximum Amount Allowable (Depreciated value) | Cost of Repairs | Amount Claimed |
|---|---|---|---|---|---|---|---|---|---|
| | 1998 Nissan Altima Sedan | One 8" scratch took off paint down to the metal One 8 1/2" scratch | 5-31-98 | | | | | $613.78 | 613.78 |



U.S. Department of Justice

**Federal Bureau of Prisons**

_____

Phoenix, Arizona 85027

September 26, 2000

**MEMORANDUM TO: Operations Leuitenant Williamson**

**FROM:**       **E.Paultre, Corrections Officer**

**Subject:**         The Training Center Gate.

On September 24, 2000 at approximately 10:20 p.m. while I was conducting security rounds I
noticed that the gate to the training center was open. At that time, I closed the gate to the camp
training center. On September 25, 2000 at approximatly 6:00 a.m. I departed the Federal Prison
Camp because I had been properly relieved. I did not open the gate because I was under the
imprestion that it was to be opened during daywatch hours. After reviewing the post orders I
noticed my mistake regarding the gate. In the future I will open it at 5:45 a.m. before I leave the
grounds.

Date: 10/ 9/00 02:51 PM
Estimate ID: 4601
Estimate Version: 0
Preliminary
Profile ID: fat alberts

THIS IS ONLY AN ESTIMATE....ADDITIONAL DAMAGES POSSIBLE AFTER
TEARDOWN....ALL PART PRICES ARE SUBJECT TO INVOICES......

# Fat alberts Paint & Body Shop

22014 N. 20th Avenue Phoenix, AZ 85027
(623) 869-9307
Fax: (623) 581-9455

Damage Assessed By:   CHETT DEUBEL

Deductible:   UNKNOWN

Insured:   (b)(7)c
              (b)(7)c

Mitchell Service:   918777

Description:   1998 Nissan Altima GXE
Body Style:   4D Sed                          Drive Train:   2.4L Inj 4 Cyl 4A
VIN:   1N4DL01D9WC148879                       License:   508 CCN  AZ
Mileage:   27,713
Color:   WHITE

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| 1 | 800056 | BDY | REMOVE/INSTALL | R PARK/SIGNAL LAMP | | | 0.2 |
| 2 | 800081 | BDY | REPAIR | HOOD PANEL | Existing | | 3.5* |
| 3 | AUTO | REF | REFINISH | HOOD OUTSIDE | | C | 2.8 |
| 4 | 800184 | REF | BLEND | R FENDER OUTSIDE | | C | 0.8 |
| 5 | 800190 | BDY | REMOVE/INSTALL | R FRT MUDGUARD | | | 0.2 |
| 6 | 800198 | BDY | REMOVE/INSTALL | R FENDER SPLASH SHIELD | Existing | | 0.4* |
| 7 | 800665 | BDY | REMOVE/INSTALL | R W/SHIELD WASHER NOZZLE | Existing | | 0.3*# |
| 8 | 800666 | BDY | REMOVE/INSTALL | L W/SHIELD WASHER NOZZLE | Existing | | 0.3*# |
| 9 | AUTO | REF | ADD'L OPR | CLEAR COAT | | | 1.3* |
| 10 | 933003 | BDY * | ADD'L OPR | TINT COLOR | | | 0.5* |
| 11 | 933005 | BDY | ADD'L OPR | RESTORE CORROSION PROTECTION | | | 0.6* |
| 12 | 933007 | REF | ADD'L OPR | FILL, SAND AND FEATHER | | | 0.6* |
| 13 | AUTO | REF | ADD'L OPR | COLOR SAND & BUFF | | | 1.4 |
| 14 | 933018 | REF | ADD'L OPR | MASK FOR OVERSPRAY | | 5.00 * | 0.3* |
| 15 | AUTO | | ADD'L COST | PAINT/MATERIALS | | 121.00 * | |
| 16 | AUTO | | ADD'L COST | HAZARDOUS WASTE DISPOSAL | | 3.50 * | |

* - Judgement Item
# - Labor Note Applies
C - Included in Clear Coat Calc

Prior Damage
W/S CRACK

ESTIMATE RECALL NUMBER: 10/ 9/00 14:39:30  4601

Mitchell Data Version:        OCT_00_A
UltraMate Version:            4.6.004

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2000 Mitchell International
All Rights Reserved

Date:  10/ 9/00 02:51 PM
Estimate ID:  4601
Estimate Version:  0
Preliminary
Profile ID:  fat alberts

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals |
|---|---|---|---|---|---|
| Body | 6.0 | 36.00 | 0.00 | 0.00 | 216.00 |
| Refinish | 7.2 | 36.00 | 5.00 | 0.00 | 264.20 |
| Non-Taxable Labor | | | | | 480.20 |
| Labor Summary | 13.2 | | | | 480.20 |

| II. Part Replacement Summary | Amount |
|---|---|
| Total Replacement Parts Amount | 0.00 |

| III. Additional Costs | | | Amount |
|---|---|---|---|
| Taxable Costs | | | 121.00 |
| Sales Tax | @ | 7.500% | 9.08 |
| Non-Taxable Costs | | | 3.50 |
| Total Additional Costs | | | 133.58 |

| IV. Adjustments | Amount |
|---|---|
| Customer Responsibility | 0.00 |

| I. | Total Labor: | 480.20 |
|---|---|---|
| II. | Total Replacement Parts: | 0.00 |
| III. | Total Additional Costs: | 133.58 |
| | Gross Total: | 613.78 |
| IV. | Total Adjustments: | 0.00 |
| | Net Total: | 613.78 |

## This is a preliminary estimate.
## Additional changes to the estimate may be required for the actual repair.

Insurance Co:  CUSTOMER PAY

THIS ESTIMATE IS BASED ON A VISUAL INSPECTION ONLY USING A CURRENT DATABASE FOR LABOR AND PART PRICES........ADDITIONAL DAMAGES POSSIBLE AFTER TEARDOWN........ALL PART PRICES ARE SUBJECT TO INVOICES...........

ESTIMATE RECALL NUMBER:  10/ 9/00 14:39:30  4601

Mitchell Data Version:        OCT_00_A
UltraMate Version:            4.6.004

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2000 Mitchell International
All Rights Reserved

Page  2  of  2

# Maaco

## MAACO AUTO PAINTING
## & BODY WORKS CENTERS

2812 W. DEER VALLEY
PHOENIX, AZ 85027
PH: (623) 581-0953 • FAX: (623) 581-0945

| NAME | | | | INVOICE NO. |
|---|---|---|---|---|
| ADDRESS | CITY | | STATE/PROVINCE | ZIP |
| HOME PHONE | WORK PHONE | EST. COMPLETION DATE | INSURANCE CO. | ADJ. | CLAIM NO. |

ESTIMATE DATE _____
ESTIMATOR _____

| YEAR/MAKE/MODEL | | | | |
|---|---|---|---|---|
| LICENSE/STOCK NO. | STATE | VIN. NO. | | |
| DATE IN | DATE OUT | ☐ INS | ☐ TRADE & FLEET | ☐ WARRANTY |
| PAINT COLOR: | MILEAGE IN: | | OUT: | |

## AMERICA'S SMART CHOICE

| | | | | | AMOUNT TAXABLE | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|
| SURFACE PREPARATION: | PREP PLUS™ | VALUE PREP™ | POLY-LOK™ | UNIVERSAL SEALER™ | | 0.00 | |
| PAINT SERVICES: | SIGNATURE SERVICE® | ULTRA-URETHANE™ SUPREME™ | PRESIDENTIAL® | AMBASSADOR® | | 0.00 | |
| PROTECTION PACKAGES: | GRAVEL GUARD™ | UV SUNSCREEN™ | INT CLR CT™ | FULL CLEAR COAT™ | | 0.00 | |
| ADDITIONAL PAINT CHARGES: | COLOR CHANGE | UND HD/TRUNK | JAMBS | SW/P-UP/UTIL WHEELS | | | |
| | TWO TONE: TOP COLOR ( _____ ) | | BOT COLOR ( _____ ) | | | 0.00 | |
| OTHER PAINT OPTIONS: | PIN STRIPES | BODY SIDE MLDS | DR EDGE TRIM | WHEEL OPEN/MLDS UNDERCOATING TOUCH UP PAINT HAZARDOUS WASTE | | 0.00 | |

| PAINT COMMENTS: | | PAINT SUBTOTAL | 0.00 |
|---|---|---|---|
| SURFACE RECONDITIONING: | | SURFACE RECON SUBTOTAL | 0.00 |

| REPAIR/REPLACE | BODY REPAIR WORK | PART NUMBER | PARTS | LABOR METAL | STRUCT | MECH | SUBLET | SPOT PAINT |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | Boot | | 1.50 | | | | | 2.50 |
| 3 | Tail Light | | | | | | | 0.50 |
| 4 | Clear Material for compound | | | | | | | 1.00 |
| 5 | Buff | | | | | | | 0.50 |
| 6 | | | | | | | | 1.00 |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |

| MATERIALS & SUPPLIES | | | MATERIALS & SUPPLY TOTAL | 121.00 |
|---|---|---|---|---|
| | SOME IMPERFECTIONS MAY SHOW | | PARTS | 0.00 |
| REMARKS | NO PERSONAL CHECKS | | BODY LABOR | 54.00 |
| | NOT RESPONSIBLE FOR IMPERFECTION CAUSED BY | | SUBLET/ENV | 25.00 |
| | PRIOR BODYWORK | | SPOT PAINT | 198.00 |
| | | | GROSS SALES | 398.00 |

### CUSTOMER RIGHTS & NOTICE TO CUSTOMER

THIS IS A PRICE ESTIMATE FOR REPAIRS YOU HAVE AUTHORIZED. THE FINAL PRICE COULD CHANGE IF THERE IS A PRICE INCREASE IN MANUFACTURER'S PARTS PRICES, OR IF DURING THE REPAIR ADDITIONAL, OR HIDDEN DAMAGE IS DISCOVERED. SHOULD ADDITIONAL DAMAGE BE DISCOVERED, YOU WILL BE CONTACTED BEFORE WE PROCEED WITH REPAIRS. ALL PARTS WILL BE REPLACED WITH NEW PARTS UNLESS OTHERWISE NOTED ON ESTIMATE. PARTS PRICES ARE SUBJECT TO LIST PRICE ON PARTS INVOICE. YOU ARE ENTITLED TO THE RETURN OF REPLACED PARTS IF REQUESTED PRIOR TO AUTHORIZING THEIR REPLACEMENT.

☐ I REQUEST OLD PARTS TO BE RETURNED.   ☐ I DO NOT WISH THE OLD PARTS TO BE RETURNED.
ESTIMATE IS GOOD FOR 30 DAYS. BODY WORK LABOR CHARGE _____ PER UNIT, MECHANICAL LABOR RATE _____ PER UNIT, FRAME LABOR RATE _____ PER UNIT. MECHANICAL LABOR RATE _____ PER UNIT, STORAGE CHARGES _____ PER DAY AFTER 3 DAYS FOLLOWING COMPLETION. WE CANNOT ASSUME RESPONSIBILITY FOR DEFECTS IN PAINTED AREAS, CAUSED BY OLD BODY WORK, FILLERS AND PLASTICS OR CUSTOMER'S OWN BODY WORK.

| | AMOUNT TAXABLE | |
|---|---|---|
| REPAIR ORDER NO. **24060** | TAX | 0.00 |
| | TOTAL INCLUDING TAX | 397.08 |
| | DEPOSIT/DEDUCTIBLE | 0.00 |

### SERVICE AUTHORIZATION

I AUTHORIZE THE ABOVE REPAIRS TO BE DONE AND MAACO'S EMPLOYEES TO OPERATE MY VEHICLE FOR PURPOSES OF REPAIR.
I UNDERSTAND MAACO WILL NOT BE RESPONSIBLE FOR MECHANICAL FAILURE OR FOR LOSS OR DAMAGE TO CARS DUE TO CAUSES BEYOND THEIR CONTROL

SIGNATURE _____   APPT. _____   TIME _____

THIS IS NOT AN INVOICE
BE SURE AN INVOICE
AND WARRANTY CARD IS
RECEIVED WHEN
PAYMENT IS MADE

SUBTOTALS