**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**BALTIMORE DISTRICT OFFICE**
**10 S. HOWARD STREET, SUITE 3000**
**BALTIMORE, MARYLAND 21201**

(b)(6), (b)(7)c )
)
Complainant, )
)
v. )  EEOC No. (b)(2)Low
)
)
ATTORNEY GENERAL )  AGENCY No (b)(2)Low
U.S. DEPARTMENT OF JUSTICE )
FEDERAL BUREAU OF PRISONS, )
)  DATE: May 25, 2001
Agency. )
)

**SETTLEMENT AGREEMENT**

COMES NOW, the parties, having both desired to amicably settle the issues which gave rise to the above-cited complaints, and enter into this settlement agreement. Both parties agree to the following terms:

1.  Complainant and the Agency agree to settle all claims, issues, complaints, and actions arising out of the above-cited complaints.

2.  Complainant agrees to withdraw the EEO administrative complaints listed above: (b)(2)Low (b)(2)Low and any other pending complaints, grievances, appeals, or actions arising from the issues and facts giving rise to the above-cited complaints.

3.  Complainant agrees to relinquish claims against the Agency for any future claims, complaints, appeals, grievances, or actions arising from the facts, circumstances, or issues in the above-cited complaints.

4.  The Agency agrees to increase Complainant's step to a GS 9, Step 10.

5.  The parties agree that at the time of this Agreement, Complainant alleges that the amount of sick leave is due, in part, by the circumstances that gave rise to Complainant's filing the above-captioned complaints.

6.  The parties acknowledge that this Settlement Agreement will not constitute an admission of liability, fault, wrong-doing, or violation of law, rules or regulations by either party.

7.  This Agreement represents the final and complete agreement between the parties, and there are no other agreements, expressed or implied, to which the parties have or are willing to stipulate.

8.  The parties agree that the terms of this Settlement Agreement are confidential. The Agency may share the terms of this agreement with Agency personnel who will be responsible for the implementation of this Agreement. The parties may also share this agreement with the EEOC for case closure and enforcement purposes.

9.  Complainant agrees that he has read this Agreement, and his representative has also read this agreement. Complainant agrees that he enters this Agreement knowingly and voluntarily.

(b)(6), (b)(7)c

(b)(6), (b)(7)c

5-23-01
_____
Date

(b)(6)

(b)(6)

5-29-01
_____
Date

_____
Agency

5-29-01
_____
Date

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL**  # of pages ▶ 2

To Tamara Chrisler   From Terron Duncan

Dept./Agency LLB   Phone #

Fax # 202-307-6912   Fax #

NSN 7540-01-317-7368   5099-101   GENERAL SERVICES ADMINISTRATION

U.S. Department of Justice

# Complaint of Discrimination
(See instructions on reverse)

(b)(2)Low
(b)(2)Low
(b)(2)
(b)(2)Low

PRIVACY ACT STATEMENT I AUTHORITY  The authority to collect this information is derived from 42 U.S.C. Section 2000e-16 29 CFR Sections 1614.106 and 1614.108  PURPOSE AND USE  This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment) religion, national origin, age, disability (physical or mental), sexual orientation or reprisal

The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation hearing, if any adjudication.  2  and appeal, if one, to the Equal Employment Opportunity Commission  3  EFFECTS OF NON-DISCLOSURE  Submission of this information is MANDATORY  Failure to furnish this information will result in the complaint being returned without action

1 Complainant's Full Name  (b)(6), (b)(7)c

2 Your Telephone Number (including area code)

Home     (804) 261-8807

Street Address (Ex) Number, or Route)  (b)(6)  (b)(6)

City, State and Zip Code  (b)(6)  (b)(6)

Work     (804) 733- XX

MAR  8 1999

EEO COMPLAINT SECTION
FEDERAL BUREAU OF PRISONS

3 Which Department of Justice Office Do You Believe Discriminated Against You?

Federal Bureau of Prisons

A Street Address of Office

1100 River Road

C City, State and Zip Code

Hopewell, VA 23860

4 Current Work Address

P.O. Box 90026
Petersburg, VA 23804-9006

A Name of Agency Where You Work

Federal Correctional Institution Petersburg, Virginia

B Street Address of Your Agency

1100 River Road

C City, State and Zip Code

Hopewell, VA 23860

D Title and Grade of Your Job

Senior Officer Specialist, GS - 8 Step - 7

5 Date on Which Most Recent Discrimination Took Place

| Month | Day | Year |
|-------|-----|------|
| Dec   | 29  | 98   |

6 Check Below Why You Believe You Were Discriminated Against?    Alleged

☑ Race or Color (Give Race or Color) _____
☐ Religion (Give Religion)
☐ Sex (Give Sex)  ☐ Male       ☐ Female
☐ Sexual Harassment
☐ Age (Give Age)
☐ National Origin (Give National Origin)
      ☐ Disability   ☐ Physical   ☐ Mental

☐ Sexual Orientation
☐ Reprisal

7 Explain How You Believe You Were Discriminated Against (Treated differently from other employees or appeals) Because of Your Race, Color, Sex (including sexual harassment) Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation or Reprisal. (You may continue your answer on another sheet of paper if you need more space).

(b)(6), (b)(7)c

(b)(6), (b)(7)c

8 What Corrective Action Do You Want Taken on Your Complaint?

(b)(6), (b)(7)c

(b)(6), (b)(7)c

9 A) Have Discussed My Complaint With an Equal Employment Opportunity Counselor

DATE OF FIRST CONTACT           DATE OF LAST INTERVIEW

1-21-99                          2-18-99

B) Name of Counselor

Mr. James Beverly

C) Have Not Consulted an EEO Counselor

10 Date of This Complaint

| Month | Day | Year |
|-------|-----|------|
| 3     | 3   | 99   |

Sign Your Name here

(b)(6), (b)(7)c

(b)(6), (b)(7)c

FORM DOJ-201A