IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PRISON LEGAL NEWS )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARLEY G. LAPPIN, Director, )<br>Federal Bureau of Prisons )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1812 (RBW) |

### DEFENDANT'S RESPONSE TO THE COURT'S FEBRUARY 25, 2010 ORDER

Plaintiff's August 6, 2003 Freedom of Information Act (FOIA) request sought the following:

> A copy of all documents showing all money paid by the BOP for lawsuits and claims against it. This is all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003. I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award. I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim.

In response to Plaintiff's FOIA request, defendant searched all branches of the Bureau of Prisons' (BOP) Office of General Counsel, six BOP Regional offices, the BOP's Administrative Division and the BOP's Labor Management Relations Branch. Defendant did not withhold any responsive documents in their entirety and released 8,468 pages of documents without redactions and 2,993 pages of documents with redactions.

In its Motion for Summary Judgment and Subsequent Motion for Reconsideration, Defendant has argued that it has conducted a reasonably adequate search for the records requested.

In a February 25, 2010 Order, this Court found that the Defendant has failed to establish the adequacy of its search, in that the previously filed declarations "fall short of explaining, in reasonable detail, the scope and method of the search." Order at 8.

The Court further stated that Defendant had not justified all exemptions that it sought in the Declarations of Wilson Moorer. The Court found that "Mr. Moorer lacks the personal knowledge necessary to speak to the information redacted, and he also fails to note how the exemptions specifically apply to each redacted document." Order at 10.

In response to this Court's February 25, 2010 Order, Defendant hereby submits a Supplemental Declaration by Wilson Moorer in which Mr. Moorer advises the Court that he personally redacted the information in the above 2,993 pages and invoked the exemptions sought. Supplemental Declaration of Wilson Moore at ¶ 8. In addition, as the Court has indicated that a Vaughn Index would be helpful, a Vaughn Index is attached to Mr. Moorer's Declaration which sets forth the exemptions sought for each category of document. Supplemental Declaration of Wilson Moore at ¶¶ 9-10.

In response to the Court's concerns regarding the adequacy of the search, Defendant herein attaches twelve declarations which provide the specificity and detail of the searches in the individual twelve offices. These declarations outline the responsive documents maintained in each of the respective offices and the manner in which each office conducted a search for documents responsive to the Plaintiff's FOIA request. Supplemental declarations are attached by Kimberly Blow (Office of General Counsel – Litigation Branch), Dorcia M. Casillas (Labor

2

Management Relations Office), Renee Brinker Fornshill (Office of General Counsel – Litigation Branch), Christine M. Greene (Southeast Regional Office), Cynthia Lawler (Office of General Counsel – Real Estate and Environmental Law Branch), Vickie Petricka (Western Regional Office), Alevia S. Sillah (Mid-Atlantic Regional Office), Karen Summers (South Central Regional Office), Michael D. Tafelski (Northeast Regional Office), LeAnn Tufte (North Central Regional Office), Kathleen White (Office of General Counsel – Discrimination Complaints and Ethics Branch) and Deidre J. Williams (Office of General Counsel – Labor Law Branch).

     Defendant submits that the Supplemental Declaration of Wilson Moorer with the Vaughn Index and the supplemental twelve declarations address this Court's concerns with regard to the adequacy of the search and the basis for the exemptions sought herein.  Defendant will renew its Motion for Summary Judgment on June 1, 2010, in view of the additional submissions.

Respectfully submitted,


RONALD C. MACHEN JR.
United States Attorney
for the District of Columbia


RUDOLPH CONTRERAS
Chief, Civil Division


By: _____
WYNEVA JOHNSON, D.C. BAR
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224
wyneva.johnson@usdoj.gov

Of Counsel:

C. Darnell Stroble
Assistant General Counsel
FOIA/Privacy Act – Central Office
Federal Bureau of Prisons