<u>VAUGHN INDEX</u>
Prison Legal News v. Harley G. Lappin, Director, Federal Bureau of Prisons
CIVIL ACTION NO. 05-1812

| Document Category | Information Redacted | Exemptions Used | Rationale |
|---|---|---|---|
| Tort Claim Form SF-95 | All Personal Names, All Personal Addresses, All Personal Telephone Numbers, and All Personal Social Security Numbers. | (b)(6) & (b)(7)(C) | Exemption (b)(6) and (b)(7)(C) were applied to protect the names of individuals who filed a tort claim and the names of BOP staff who filed a tort claim. Exemption (b)(6) and (b)(7)(C) were applied to protect the personal addresses of individuals who filed a tort claim and the personal addresses of BOP staff who filed a tort claim. Exemption (b)(6) and (b)(7)(C) were applied to protect the personal telephone numbers of individuals and BOP staff who have filed a tort claim. Exemption (b)(6) was applied to protect the social security numbers of individuals and BOP staff who have filed a tort claim. The disclosure of Personal Names, Personal Addresses, Personal Telephone Numbers, and Personal Social |

|  |  |  | Security Numbers would constitute an unwarranted invasion of personal privacy. |
|---|---|---|---|
| Tort Claim Judgements | All Personal Names, All Personal Addresses, and All Personal Social Security Numbers | (b)(6) & (b)(7)(C) | Exemption (b)(6) and (b)(7)(C) were applied to protect the names of individuals who filed a tort claim and the names of BOP staff who filed a tort claim. Exemption (b)(6) and (b)(7)(C) were applied to protect the personal addresses of individuals who filed a tort claim and the personal addresses of BOP staff who filed a tort claim. Exemption (b)(6) was applied to protect the social security numbers of individuals and BOP staff who have filed a tort claim. The disclosure of Personal Names, Personal Addresses, and Personal Social Security Numbers would constitute an unwarranted invasion of personal privacy. |
| Tort Claim Voucher for Payment | All Personal Names, All Personal Addresses, All Personal Social Security Numbers, and All Personal | (b)(6) & (b)(7)(C) | Exemption (b)(6) and (b)(7)(C) were applied to protect the names of individuals and BOP staff who received financial |

| | | | |
|---|---|---|---|
| | Banking Information | | settlements for tort claims they filed. Exemption (b)(6) and (b)(7)(C) were applied to protect the personal addresses of individuals and BOP staff who received financial settlements for tort claims they filed. Exemption (b)(6) and (b)(7(C) were applied to protect the social security numbers of individual claimants and BOP staff who received financial settlements for tort claims they filed Exemption (b)(6) and (b)(7)(C) were applied to protect the personal banking information of individual claimants and BOP staff who received financial settlements for tort claims they filed. The disclosure of Personal Names, Personal Addresses, Personal Social Security Numbers, and Personal Banking Information would constitute an unwarranted invasion of personal privacy. |
| Litigation District Court Complaints | All Personal Names, All Personal Addresses, All Personal Telephone | (b)(6) &  (b)(7)(C) | Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Names of |

| | | | |
|---|---|---|---|
| | Numbers. | | individual plaintiffs and BOP staff named as defendants in litigation. Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Addresses of individual plaintiffs and BOP staff named as defendants in litigation. Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Telephone Numbers of individual plaintiffs and BOP staff named as defendants in litigation. The disclosure of Personal Names, Personal Addresses, and Personal Telephone Numbers would constitute an unwarranted invasion of personal privacy. |
| Litigation District Court Settlement Agreements and/or Settlement Stipulations | All Personal Names | (b)(6) & (b)(7)(C) | Exemption (b)(6) and (b)(7)(C) were applied to protect the names of individuals and BOP staff who received financial settlements for claims filed in District Court. The disclosure of personal names in this information would constitute an unwarranted invasion of personal privacy. |

| Complaint of Discrimination, Form DOJ 201 | All Personal Names, All Personal Addresses, All Personal Telephone Numbers, and All Personal Social Security Numbers, and EEOC file/Agency file numbers. | (b)(6), (b)(7)(C) & (b)(2)Low | Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Names of individual complainants who filed complaints of discrimination against the BOP. Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Addresses of individual complainants who filed complaints of discrimination against the BOP. Exemption (b)(2)Low, (b)(6) and (b)(7)(C) were applied to protect All Personal Telephone Numbers of individual complainants who filed complaints of discrimination against the BOP. Exemption (b)(2)Low was applied to the EEOC file number and agency file number of complaints filed against the BOP. The disclosure personal names, addresses, telephone numbers, social security numbers and EEOC file numbers would constitute an unwarranted invasion of personal privacy |

| | | | |
|---|---|---|---|
| | | | and would disclose records relating solely to the internal personnel rules and practices of an agency. |
| Equal Employment Opportunity Commission- Settlement Agreements, Order of Dismissal, Settlement or Compromise Agreement, Notice of Settlement, Agency Offer of Resolution, and/or Stipulation of Dismissmal | All Personal Names, All Personal Addresses, and EEOC file/Agency file numbers. | (b)(6),  (b)(7)(C) & (b)(2)Low | Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Names of individual complainants who filed complaints of discrimination against the BOP and received a settlement.  Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Addresses of individual complainants who filed complaints of discrimination against the BOP and received a settlement. Exemption (b)(2)Low was applied to the EEOC file number and agency file number of complaints filed against the BOP where a settlement was entered. The disclosure of personal names, personal addresses, and EEOC file numbers would constitute an unwanted invasion of personal privacy and would disclose records relating |

| | | | |
|---|---|---|---|
| | | | solely to the internal personnel rules and practices of an agency. |
| Merit Systems Protection Board- Settlement Agreements | All Personal Names, All Personal Addresses, and EEOC file/Agency file numbers. | b)(6),  (b)(7)(C) & (b)(2)Low | Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Names of individual complainants who filed complaints of discrimination against the BOP and received a settlement.  Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Addresses of individual complainants who filed complaints of discrimination against the BOP and received a settlement. Exemption (b)(2)Low was applied to the EEOC file number and agency file number of complaints filed against the BOP where a settlement was entered. The disclosure of personal names, personal addresses, and EEOC file numbers would constitute an unwanted invasion of personal privacy and would disclose records relating solely to the internal personnel rules and |

|  |  |  | practices of an agency. |
|---|---|---|---|
| Labor Management Relations-Merit Systems Protection Board-Appeal Form | All Social Security Numbers and All Personal Psychiatric/Medical information | (b)(6) | Exemption (b)(6) was applied to protect the social security numbers of individuals who filed a labor grievance against the BOP. Exemption (b)(6) was applied to protect the personal psychiatric and medical records of individuals who filed a labor grievance against the BOP. The disclosure of social security numbers, and psychiatric and medical information would constitute an unwarranted invasion of personal privacy. |
| Labor Law-Settlements Agreements | All Social Security Numbers | (b)(6) | Exemption (b)(6) was applied to protect the social security numbers of individuals who have filed a grievance against the BOP. The disclosure of social security numbers would constitute an unwarranted invasion of personal privacy. |

| Labor Law-Judgements | All Social Security Numbers | (b)(6) | Exemption (b)(6) was applied to protect the social security numbers of individuals who have filed a grievance against the BOP. The disclosure of social security numbers would constitute an unwarranted invasion of personal privacy. |
|---|---|---|---|
| Labor Law-Judgements - Joint Stipulation for Entry of Final Judgment | All Social Security Numbers | (b)(6) | Exemption (b)(6) was applied to protect the social security numbers of individuals who have filed a grievance against the BOP. The disclosure of social security numbers would constitute an unwarranted invasion of personal privacy. |

| General Correspondence- Emails, Facsimile Cover Sheet, Letters | All Personal Names, All Personal Addresses, All Personal Telephone Numbers, and All Personal Social Security Numbers, | (b)(6), (b)(7)(C) & (b)(2)Low | Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Names of individuals. Exemption (b)(6) and (b)(7)(C) were applied to protect All Personal Addresses of individuals. Exemption (b)(2)Low, (b)(6) and (b)(7)(C) were applied to protect All Personal Telephone Numbers of individuals. The disclosure of names, addresses, telephone numbers, and social security numbers would constitute an unwarranted invasion of personal privacy and would disclose records relating solely to the internal personnel rules and practices of an agency. |