```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| PRISON LEGAL NEWS, | : CIVIL ACTION |
| | : |
|     PLAINTIFF, | : |
| | : CASE NO.: 05-1812 (RBW) |
| v. | : |
| | : |
| HARLEY G. LAPPIN, DIRECTOR, | : |
| FEDERAL BUREAU OF PRISONS, | : |
|     DEFENDANTS | : |

## DECLARATION OF KIMBERLY BLOW

I, the undersigned, Kimberly Blow, do hereby make the following unsworn declaration, pertinent to the above-styled and numbered cause.

1. I am currently a Legal Technician for the Freedom of Information Acts, Office of the General Counsel, Central Office located in Washington, D.C. Prior to this position, I was an Administrative Technician for the Litigation Branch of the Office of General Counsel, Central Office located in Washington, D.C. In this position, my responsibilities included maintaining and preparing reports and statistical information regarding the cases handled in the Litigation Branch. This declaration supplements my prior declaration dated October 9, 2008.

2. In searching for responsive records I understood that the request, 2003-08557, sought copies of all documents showing all money paid by the Bureau of Prisons for lawsuits and claims against it from the dates of January 1, 1996, through and including July 31, 2003. In October 2006, I was contacted by Renee Brinker

Fornshill, Associate General Counsel, to search for records in response to this request.

3. The only responsive records maintained in Litigation Branch of the Office of General Counsel would be located in Content Manager which is a computer database that contains information about cases against the Bureau.

4. The only means of creating an accurate and complete list of responsive records maintained in Central Office was to review Content Manager.

5. I conducted this review by utilizing the pre-formatted search criteria for searching Content Manager. The criteria used were date range and case resolution. I restricted the dates of the search to January 1, 1996, through and including, July 31, 2003. I restricted the case resolution to "settled".

6. Based on my review of Content Manager, it was determined that all responsive claims maintained in Central Office, Litigation Branch had been identified and I advised Renee Brinker Fornshill of the results of the search.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 25th day of March of 2010.

*Kimberly Blow*
Kimberly Blow
Legal Technician
Freedom of Information Acts/Central Office