IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRISON LEGAL NEWS,                          : CIVIL ACTION ACTION
                                            :
            PLAINTIFF,                       :
                                            : CASE NO.: 05-1812 (RBW)
            v.                               :
                                            :
HARLEY G. LAPPIN, DIRECTOR,                 :
FEDERAL BUREAU OF PRISONS,                  :
            DEFENDANTS                       :

DECLARATION OF CYNTHIA LAWLER

I, the undersigned, Cynthia Lawler, do hereby make the following unsworn declaration, pertinent to the above-styled and numbered cause.

1.   I am a Paralegal Specialist for the Federal Bureau of Prisons (Bureau), Real Estate and Environmental Law Branch (REEL), Washington, DC.  In this position, my responsibilities include scanning, filing and maintaining our office's case files.  This declaration supplements my prior declaration dated October 9, 2008.

2.   In searching for responsive records, I understood that the request, 2003-08557, sought copies of all documents showing all money paid by the Bureau for lawsuits and claims against it from the dates of January 1, 1996, through and including July 31, 2003.  In September 2006, I was contacted by Wilson Moorer, to search for records in response to this request.

3.   The only responsive records maintained in REEL include copies of real estate and environmental files.  All responsive records maintained by REEL are controlled by this office.  No other records as described in paragraph two are maintained by this office.

4.   The only means of creating an accurate and complete list of responsive records maintained in REEL, was to review the real estate and environmental files.  The documents reviewed were located in the office filing system.  The files are arranged in alphabetical order by institution/region.

5.   I conducted this review by searching the hard copies of the real estate and environmental files.  A list of relevant files were determined by the attorneys in my office.  I reviewed each file to determine accurate dates and relevancy to the request.  The relevancy of the documents was confirmed by the attorneys in my office.

6.   Based on my review of the real estate and environmental files, I determined that all responsive claims maintained in REEL had been identified, and I created a list of those documents.  The real estate and environmental files are the only source that would reveal responsive documents maintained by REEL.

-2-

7.   Based on the list created as a result of my review of real estate and environmental files, I retrieved and forwarded the responsive documents as described in my October 9, 2008 declaration, to Wilson Moorer in their original form. I did not redact the documents or apply any exemptions.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this __6__ day of March of 2010.


Cynthia Lawler
Paralegal Specialist
Real Estate and Environmental Law Branch

-3-