IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRISON LEGAL NEWS,

:   CIVIL ACTION ACTION

PLAINTIFF,

CASE NO.: 05-1812 (RBW)

v.

HARLEY G. LAPPIN, DIRECTOR,
FEDERAL BUREAU OF PRISONS,

DEFENDANTS.

## DECLARATION OF ALECIA S. SILLAH

I, the undersigned, Alecia S. Sillah, do hereby make the following unsworn declaration, pertinent to the above-styled and numbered cause.

1. I am a Senior Paralegal for the Federal Bureau of Prisons (Bureau), in Annapolis Junction, Maryland. In this position, my responsibilities include processing Freedom of Information Act (FOIA) requests, which entails determining what records are being requested, identifying the location of those records, requesting records from that office, or if I can access them directly, I retrieve the responsive records. This declaration supplements my prior declaration dated October 7, 2008.

2. In searching for responsive records I understood that the request, 2003-08557, sought copies of all documents showing all money paid by the Bureau of Prisons for lawsuits and claims against it from the dates of January 1, 1996, through and including July 31, 2003. In September 2006, I was contacted by Wilson Moorer, to search for records in response to this request.

3. The only responsive records maintained in the Mid-Atlantic Regional Office include litigation and tort claim settlements. All responsive records maintained by the Mid-

responsive documents as described in my declaration, to Wilson Moorer in their original form. I did not redact the documents or apply any exemptions.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 1st day of April of 2010.

*Alecia S. Sillah*
Alecia S. Sillah
Senior Paralegal
Annapolis Junction, MD