```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| PRISON LEGAL NEWS, | : CIVIL ACTION |
| PLAINTIFF, | : |
| v. | : CASE NO.: 05-1812 (RBW) |
| HARLEY G. LAPPIN, DIRECTOR, | : |
| FEDERAL BUREAU OF PRISONS, | : |
| DEFENDANTS | : |

## DECLARATION OF Kathleen White

I, the undersigned, Kathleen White, do hereby make the following unsworn declaration, pertinent to the above-styled and numbered cause.

1. I am a Senior Equal Employment Opportunity (EEO) Specialist for the Federal Bureau of Prisons (Bureau), Central Office, Washington, D.C. In this position, my responsibilities include accessing paper copies of EEO complaint files and the two (2) databases used by Bureau EEO staff, Lawpack and Icomplaints. These databases contain information on settlements and decisions. I regularly input information into the databases and routinely conduct searches for responsive data and generate reports. This declaration supplements my prior declaration dated October 7, 2008.

2. In searching for responsive records I understood that the request, 2003-08557, sought copies of all documents showing all money paid by the Bureau of Prisons for lawsuits and claims against it from the dates of January 1, 1996, through and including July 31,

2003. In September 2006, I was contacted by Wilson Moorer, to search for records in response to this request.

3. The only responsive records maintained in Central Office include copies of EEO complaint settlements. All responsive records maintained by the Central Office are controlled by this office. No other records as described in paragraph two are maintained by this office.

4. The only means of creating an accurate and complete list of responsive records maintained in Central Office, was to review the database Lawpack. Lawpack is an electronic database that the EEO office in Central Office used on a regular basis to record and track data on EEO complaints, up until the year 2006.

5. I conducted this review by searching Lawpack for all EEO complaints that had the description of "SETT", which indicates "Settlement" from January 1, 1996 through and including July 31, 2003. Lawpack does not make the distinction as to whether settlements were monetary or non-monetary. Therefore, for every case that had a settlement indicated, the hard copy of the complaint file was retrieved from our file room and the complaint and settlement was manually reviewed to determine if the terms of

the settlement were monetary or non-monetary. This search and review process took several weeks to complete.

6. Based on my review of approximately 190 EEO complaints that had settlements entered from January 1, 1996 through and including July 31, 2003, I determined that all responsive claims maintained in Central Office had been identified and created a list of those identified documents. The Lawpack Database is the only source that would reveal responsive documents maintained by Central Office.

7. Based on the list created as a result of my review of the Lawpack Database, I retrieved and forwarded the responsive documents as described in my October 7, 2008 declaration, to Wilson Moorer in their original form. I did not redact the documents or apply any exemptions.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this _8th___ day of March of 2010.

*[signature]*
Kathleen White
Senior Equal Employment Opportunity Specialist
Central Office, Washington, DC