IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PRISON LEGAL NEWS, | : | CIVIL ACTION ACTION |
| | : | |
| PLAINTIFF, | : | |
| | : | CASE NO.: 05-1812 (RBW) |
| v. | : | |
| | : | |
| HARLEY G. LAPPIN, DIRECTOR, | : | |
| FEDERAL BUREAU OF PRISONS, | : | |
| DEFENDANTS | : | |

DECLARATION OF DEIDRE J. WILLIAMS

I, the undersigned, Deidre J. Williams, do hereby make the following unsworn declaration, pertinent to the above-styled and numbered cause.

1. I am a Paralegal Specialist for the Federal Bureau of Prisons (Bureau), Washington, DC. In this position, my responsibilities include the preparation of reports and statistical information pertaining to cases handled in the Labor Law Branch. The Labor Law Branch consists of 5 offices located in the following cities: Washington, DC; Atlanta, Georgia; Dallas, Texas; Kansas City, Kansas; and Phoenix, Arizona. This declaration supplements my prior declaration dated October 7, 2008.

2. In searching for responsive records, I understood that the request 2003-08557, sought copies of all documents showing all money paid by the Bureau of Prisons for lawsuits and claims against it from the dates of January 1, 1996, through and including July 31, 2003.

In September 2006, I was contacted by Wilson Moorer, to search for records in response to this request.

3. The only responsive records maintained in the Labor Law Branch include copies of decisions and settlements of EEO Administrative and EEO Federal District Court cases. All responsive records maintained by the Labor Law Branch are controlled by this office. No other records as described in paragraph two are maintained by this office.

4. The only means of creating an accurate and complete list of responsive records maintained in the Labor Law Branch was to review quarterly reports sent to the Labor Law Branch which have been prepared by attorneys assigned to the Labor Law Branch. The respective quarterly reports chronologically tracks and identifies the status of every case assigned to each Labor Law Branch attorney. The quarterly reports are sent to me via electronic mail, printed and maintained in paper format in my office.

5. I conducted this review by gathering the hard copies of the quarterly reports prepared by the attorneys for the relevant time period, specifically from January 1, 1996, through and including July 31, 2003. My review of the quarterly reports involved me reviewing each report to identify every case wherein a decision,

verdict, or settlement involved monetary damages or attorney's fees had been noted.

6. Based on my review of the quarterly reports, I determined that all responsive claims maintained in the Labor Law Branch had been identified, and I created a list of those identified documents. The quarterly reports are the only source that would reveal responsive documents maintained by the Labor Law Branch.

7. Based on the list created as a result of my review of the quarterly reports, I retrieved and forwarded the responsive documents as described in my October 7, 2008 declaration, to Wilson Moorer in their original form. I did not redact the documents or apply any exemptions.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 15th day of March of 2010.

Deidre J. Williams
Paralegal Specialist
Labor Law Branch