IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PRISON LEGAL NEWS** ) <br> ) <br>        **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **HARLEY G. LAPPIN, Director,** ) <br> **Federal Bureau of Prisons** ) <br> ) <br>        **Defendant.** ) <br> _____) | Civil Action No. 05-1812 (RBW) |

**DEFENDANT'S RENEWED CROSS-MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT**

Defendant renews its Cross-Motion for Summary Judgment in this FOIA case in which Defendant, Federal Bureau of Prisons (BOP) has now released 11,461 pages, of which 8,543 were released in full, in response to Plaintiff's FOIA request below[1]:

> A copy of all documents showing all money paid by the BOP for lawsuits and claims against it. This is all funds paid out to claimants/litigants between January 1, 1996 through and including July 31, 2003. I am requesting a copy of the verdict, settlement or claim in each case showing the dollar amount paid, the identity of the plaintiff/claimant and the legal identifying information for each lawsuit or claim or attorney fee award. I am also requesting a copy of the complaint (if it was a lawsuit) or the claim (if it was not) in each incident which describes the facts underlying each lawsuit and claim.

Defendant's Second Supplemental Statement of Material Facts As to Which There is No Genuine Issue is incorporated herein.

---

[1] Defendant made a subsequent release of unredacted documents on May 28, 2010. See Supplemental Declaration of Wilson Moorer, ¶4, dated May 28, 2010.

**I.  BOP has Conducted a Reasonable and Adequate Search for Documents.**

In a February 25, 2010 Order, this Court stated that the BOP's prior declarations failed to establish the adequacy of its search for responsive documents, in that "the declarants [fell] short of explaining in reasonable detail, the scope and method of the search." Order at 8.  Thus, the Court concluded that it could not determine if the search was adequate for all the individual offices.

In response to the Court's February 25, 2010 Order, Defendant has requested that declarants explain with greater detail and specificity the search herein for responsive documents. No additional searches were conducted.

Defendant herein submits twelve declarations setting forth a supplemental explanation for the searches conducted by the declarants:  Kimberly Blow, Administrative Technician for the Litigation Branch of the Office of General Counsel, BOP, Washington, D.C.;  Renée Brinker-Fornshill, Assistant General Counsel for Litigation Branch of the Office of General Counsel, BOP, Washington, D.C.;  Kathleen White,  Senior Equal Employment Opportunity Specialist for the Discrimination and Ethics Branch of the Office of General Counsel, BOP, Washington, D.C.; Deidre J. Williams, Paralegal Specialist for Labor Law Branch of the Office of General Counsel, BOP, Washington, D.C;  Cynthia Lawler, Paralegal Specialist for the Real Estate and Environmental Law Branch of the Office of General Counsel, BOP, Washington, D.C.;  Docia M. Casillas, Supervisory Labor Management Relations Specialist for the Labor Management Relations Section, BOP, Washington, D.C.;  LeeAnn Tufte,  Paralegal Specialist for the North Central Regional Office, BOP, Kansas City, Kansas;  Michael D. Tafelski, Deputy General Counsel for the Northeast Regional Office, BOP, Philadelphia, Pennsylvania;  Alecia S. Sillah,

Senior Paralegal for the Mid-Atlantic Regional Office, BOP, Annapolis, Maryland;  Karen Summers, Paralegal Specialist for the South Central Regional Office, BOP, Dallas, Texas; Christine M. Greene[2], Paralegal Specialist for the Southeast Regional Office, BOP, Atlanta, Georgia;  Vickie Petricka, Supervisory Paralegal Specialist for the Western Regional Office, BOP, Dublin, California.

Defendant submits these supplemental explanations of the searches herein contain the specificity and detail requested by the Court in its February 25, 2010 Order.  Accordingly, Defendant submits that for the reasons set forth in its previous Memoranda, which is incorporated herein, Defendant has conducted an adequate search and all relevant responsive documents have been produced.

## II.  BOP Has Justified its Freedom of Information Act Exemptions

In its February 25, 2010 Order, this Court stated that Defendant had not justified the FOIA exemptions that it sought to invoke in the case, and that a <u>Vaughn</u> Index would be helpful in determining whether the appropriate exemptions were applied.

In response to this Court's Order, Defendant submits a Supplemental Declaration by Wilson Moorer and <u>Vaughn</u> Index, in which Mr. Moorer sets forth the exemptions applied for the various categories of documents.  The bases for these exemptions were set forth in Defendant's Cross-Motion for Summary Judgment and Reply, and are incorporated herein.

Accordingly, based on its previous Memoranda, and the attached Supplemental Declarations and Vaughn Index, Defendant submits that it has conducted a reasonable and adequate search for documents, that the exemptions herein were properly applied, that all responsive documents have been provided, and summary judgment should be entered for Defendant BOP.

---

[2] Ms. Greene is providing a Supplemental Declaration for the previously filed Declaration of Georgeanne Osborn.

Case 1:05-cv-01812-RBW   Document 73   Filed 06/01/10   Page 4 of 5

 

                    Respectfully submitted,

                    RONALD C. MACHEN JR.
                    United States Attorney
                    for the District of Columbia

                    RUDOLPH CONTRERAS
                    Chief, Civil Division

                    By: _____
                    WYNEVA JOHNSON, D.C. BAR
                    Assistant U.S. Attorney
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 514-7224
                    wyneva.johnson@usdoj.gov

Of Counsel:

C. Darnell Stroble
Assistant General Counsel
FOIA/Privacy Act – Central Office
Federal Bureau of Prisons

                    Respectfully submitted,

                    RONALD C. MACHEN JR.
                    United States Attorney
                    for the District of Columbia

                    RUDOLPH CONTRERAS
                    Chief, Civil Division

                    By: _____
                    WYNEVA JOHNSON, D.C. BAR
                    Assistant U.S. Attorney
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 514-7224
                    wyneva.johnson@usdoj.gov

Of Counsel:

C. Darnell Stroble
Assistant General Counsel
FOIA/Privacy Act – Central Office
Federal Bureau of Prisons

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **PRISON LEGAL NEWS**  ) ) | |
| **Plaintiff,**  ) ) | |
| v.  ) | Civil Action No. 05-1812 (RBW) |
| ) **HARLEY G. LAPPIN, Director,**  ) Federal Bureau of Prisons  ) ) | |
| **Defendant.**  ) ) | |

## **ORDER**

UPON CONSIDERATION OF Defendant's Renewed Cross-Motion for Summary Judgment, any opposition thereto, and for good cause shown, it is hereby

ORDERED that Defendant's Renewed Cross-Motion for Summary Judgment is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Copies:

**Counsel for Defendant**
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10-810
Washington, D.C. 20530

**Counsel for Plaintiff**
CARL L. MESSINEO
Partnership For Civil Justice
617 Florida Avenue, NW
Washington, DC 20001