UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISON LEGAL NEWS,**<br>Plaintiff,<br><br>v.<br><br>**HARLEY G. LAPPIN, DIRECTOR,**<br>**FEDERAL BUREAU OF PRISONS,**<br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.: 05-1812 (RBW)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1. I am currently a Paralegal Specialist at the Federal Bureau of Prisons (BOP), Office of General Counsel, Freedom of Information Act (FOIA) Section, Washington, D.C. I have been employed with the BOP since July, 1988, and in this position since April, 2003. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and release of information requested from the BOP pursuant to the FOIA. Based on my position and experience, I am familiar with the procedures utilized by BOP in responding to FOIA requests, and I am knowledgeable of FOIA guidelines.

2. This declaration supplements my May 14, 2008, declaration attached to Defendant's Response To Court's February 25, 2010 Order.

3. I coordinated the search for records responsive to FOIA Request Number 2003-

1

08557, which was filed by Prison Legal News (PLN) and received by the BOP's FOIA Section on August 15, 2003, by contacting each office of the BOP that would maintain records responsive to the Plaintiff's FOIA request for records. These offices included all branches of the Office of General Counsel which consists of Commercial Law, Discrimination Complaints and Ethics Branch (which encompasses Equal Employment Opportunity), Labor Law, Legal Administrative Branch, Legislative and Correctional Issues Branch, Litigation Branch, and Real Estate and Environmental Branch, six (6) BOP Regional Offices, the Administrative Division of the BOP (which consists of Contracts) and the Labor Management Relations Branch. A total of 11,461 pages of responsive documents were forwarded to me.

4. All the 11,461 pages were reviewed by supervisors, and 79 pages were identified as needing modifications. In order to avoid confusion, instead of removing these individual pages from their original files and making the changes, the entire document associated with these pages was sent to me for further review and processing. As a result of this review and subsequent release, 422 pages were provided to the plaintiff. This number includes pages previously released in full and ones that had redactions that needed no modifications.

I declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct to the best of my information, knowledge and belief. Executed this 28 day of May 2010, at Washington, D.C.

Wilson J. Moorer

Paralegal Specialist

Federal Bureau of Prisons

Washington, D.C.