IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRISON LEGAL NEWS,                : CIVIL ACTION ACTION
                                  :
         PLAINTIFF,               :
                                  : CASE NO.: 05-1812 (RBW)
    v.                            :
                                  :
HARLEY G. LAPPIN, DIRECTOR,       :
FEDERAL BUREAU OF PRISONS,        :
         DEFENDANTS               :

DECLARATION OF RENÉE BRINKER FORNSHILL

I, the undersigned, Renée Brinker Fornshill, do hereby make the following unsworn declaration, pertinent to the above-styled and numbered cause.

1. I am an attorney for the Federal Bureau of Prisons in Washington, D.C. I have been employed as an attorney with the Office of General Counsel since August 1995.

2. In searching for responsive records I understood that the request, 2003-08557, sought copies of all documents showing all money paid by the Bureau of Prisons for lawsuits and claims against it from the dates of January 1, 1996, through and including July 31, 2003.

3. The only responsive records maintained in Washington, D.C. include two tort claim letters. All responsive records maintained by the Washington, D.C., are controlled by this office. No other records as described in paragraph two are

maintained by this office. There are no responsive records maintained in this office.

4. The only means of creating an accurate and complete list of responsive records maintained in Washington, D.C., was to review to electronic database records of the Litigation Branch. I reviewed the database and file cabinet in my seach for relevant documents.

5. I conducted a review by searching in the electronic tort claim database for the words "approved" and "payment" as search terms.

6. Based on my review of the Cental Office files, I determined that all responsive claims maintained in Washington, D. C., had been identified and created a list of those identified documents. The electronic database maintained by the Litigation Branch is the only source that would reveal responsive documents maintained by Washington, D. C.

7. Based on the list created as a result of my review of electronic database maintained by the Litigation Branch, I retrieved and forwarded the responsive documents as described

-2-

in this declaration, to Wilson Moorer in their original form. I did not redact the documents or apply any exemptions.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of March of 2010.

_____
Renée Brinker Fornshill
Assistant General Counsel
Central Office, Washington, D.C.