```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

PRISON LEGAL NEWS,              : CIVIL ACTION ACTION
                                :
    PLAINTIFF,                  :
                                : CASE NO.: 05-1812 (RBW)
    v.                          :
                                :
HARLEY G. LAPPIN, DIRECTOR,     :
FEDERAL BUREAU OF PRISONS,      :
    DEFENDANTS                  :

### DECLARATION OF Docia M. Casillas

I, the undersigned, Docia M. Casillas, do hereby make the following unsworn declaration, pertinent to the above-styled and numbered cause.

1. I am a Supervisory LMR Specialist for the Federal Bureau of Prisons (Bureau), Washington, D.C. In this position, my responsibilities include oversight of staff representing the agency in third party proceedings, including compliance with retention of all case files used in litigation retained in the Labor Management Relations Office. This declaration supplements my prior declaration dated October 9, 2008.

2. In searching for responsive records I understood that the request, 2003-08557, sought copies of all documents showing all money paid by the Bureau of Prisons for lawsuits and claims against it from the dates of January 1, 1996, through and including July 31, 2003. In September 2006, I was contacted by Wilson Moorer, to search for records in response to this request.

3. The only responsive records maintained in the Labor Management Relations Section include settlements entered into by the agency and decisions issued in third party administrative hearings as a result of grievances filed by the union. No other records as described in paragraph two are maintained by this office.

4. The only means of creating an accurate and complete list of responsive records maintained in the Labor Management Relations Branch, was to look inside file cabinets and review case files which would have included all settlements or decision maintained at the time this office received the request.

5. My office conducted this review by pulling each case file and reviewing the file for decisions and settlements that were issued during the specified period of time.

6. Based on the office review of all case files, it was determined that all responsive claims maintained in the Labor Management Relations Branch had been identified and a copy of those identified documents were provided to Wilson Moorer. The decisions and settlements are the only source that would reveal responsive documents maintained by the Labor Management Relations Branch.

7. Based on the copies made as a result of staff review of the case files, I forwarded the responsive documents as described in my October 9, 2008 declaration, to Wilson Moorer in their original form. I did not redact the documents or apply any exemptions.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this __26__ day of March of 2010.

*Docia M. Casillas*
Docia M. Casillas
Supervisory Labor Management Relations
Labor Management Relations Branch

-3-