IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS, | : CIVIL ACTION ACTION |
| PLAINTIFF, | : |
| v. | : CASE NO.: 05-1812 (RBW) |
| HARLEY G. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, | : |
| DEFENDANTS. | : |

## DECLARATION OF ALECIA S. SILLAH

I, the undersigned, Alecia S. Sillah, do hereby make the following unsworn declaration, pertinent to the above-styled and numbered cause.

1. I am a Senior Paralegal for the Federal Bureau of Prisons (Bureau), in Annapolis Junction, Maryland. In this position, my responsibilities include processing Freedom of Information Act (FOIA) requests, which entails determining what records are being requested, identifying the location of those records, requesting records from that office, or if I can access them directly, I retrieve the responsive records. This declaration supplements my prior declaration dated October 7, 2008.

2. In searching for responsive records I understood that the request, 2003-08557, sought copies of all documents showing all money paid by the Bureau of Prisons for lawsuits and claims against it from the dates of January 1, 1996, through and including July 31, 2003. In September 2006, I was contacted by Wilson Moorer, to search for records in response to this request.

3. The only responsive records maintained in the Mid-Atlantic Regional Office include litigation and tort claim settlements. All responsive records maintained by the Mid-

Atlantic Regional Office are controlled by this office. No other records as described in paragraph two are maintained by this office.

4. The only means of creating an accurate and complete list of responsive records maintained in the Mid-Atlantic Regional Office, was to review the Mid-Atlantic Regional Office's Monthly Reports from January 1996 through July 2003. Each monthly report provides the litigation and tort claim settlements paid to a complainant/plaintiff. The monthly reports for the Mid-Atlantic Regional Office are stored on the shared network drive and office shelving. Once I reviewed the relevant monthly reports and identified the cases that were settled during the requested time period, I searched the litigation files in the office for the specific cases that I identified from the monthly reports that were likely to contain responsive information. Because most of the files were archived, I requested the archived files from the Federal Records Center, Washington National Records Center (archives) located at 4205 Suitland Road, Suitland, Maryland 20746. Once I received the boxes from archives, I searched and retrieved from each box the responsive litigation and tort claim settlement files.

5. Based on my review of Mid-Atlantic Regional Office's Monthly Reports from January 1996 through July 2003, I determined that all responsive claims maintained in the Mid-Atlantic Regional Office had been identified and created a list of those identified documents. The monthly reports and any relevant litigation files are the only source that would reveal responsive documents maintained by Mid-Atlantic Regional Office.

6. Based on the list created as a result of my review of litigation and tort claim settlements from January 1996 through July 2003, I retrieved and forwarded the

responsive documents as described in my declaration, to Wilson Moorer in their original form. I did not redact the documents or apply any exemptions.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 1st day of April of 2010.

Alecia S. Sillah
Senior Paralegal
Annapolis Junction, MD