IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISON LEGAL NEWS, | : CIVIL ACTION |
| PLAINTIFF, | : |
| v. | : CASE NO.: 05-1812 (RBW) |
| HARLEY G. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, DEFENDANTS | : |

## DECLARATION OF VICKIE PETRICKA

I, the undersigned, Vickie Petricka, do hereby make the following unsworn declaration, pertinent to the above-styled and numbered cause.

1. I am a Discipline Hearing Officer for the Federal Bureau of Prisons (Bureau), at the Federal Correctional Complex, (FCC) Tucson, Arizona. At the time of the Prison Legal News request, I was the Supervisory Paralegal for the Federal Bureau of Prisons (BOP) at the Western Regional Office, located in Dublin, California. In this position, my responsibilities and duties included supervising legal administrative staff in the review and processing of FOIA requests. As a part of my duties, I oversaw FOIA processing and occasionally assisted assigned staff in reviewing responsive documents. This declaration supplements my prior declaration.

2. Although I have no specific recollection of the FOIA request related to this lawsuit, I generally understood that request 2003-08557, sought copies of all documents showing all money paid by the Bureau of Prisons for lawsuits and claims against it from the dates of

January 1, 1996, through and including July 31, 2003. I was contacted by Wilson Moorer, to search for records in response to this request.

3. The responsive records maintained by the Western Regional Office include Federal Tort Claim Act records and civil litigation records. All responsive records maintained by the Western Regional Office were controlled by that office. To my knowledge, no other records as described in paragraph two were maintained by that office.

4. To the best of my knowledge, the most thorough means of creating an accurate and complete list of responsive records maintained in the Western Regional Office was to review Lawpack (a BOP legal database) and the Western Regional Counsel's monthly reports.

5. To search Lawpack, a query was run for the time period in question for claims paid in the Western Regional Office. To search the monthly reports, staff had to review the monthly reports for the time period in question for claims paid. Based on the review of Lawpack and the Regional Counsel's monthly reports, it was determined that all responsive files for the Western Region were identified and a list of the identified files created. At the time, the Lawpack database and the Regional Counsel's monthly report was the only

source that would reveal responsive documents maintained by the Western Region.

6. Based on the list created as a result of the review, files identified as meeting the search criteria were then requested through the National Archive and Records Administration. Once received, the files were reviewed and the responsive files were copied and forwarded to the BOP Freedom of Information/Privacy Act Office.

I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this /4/ day of April of 2010.

_____
Vickie Petricka
Discipline Hearing Officer
FCC Tucson, Arizona